1              UNITED STATES DISTRICT COURT
           For the Southern District of Florida
2
                  CASE NO.:  1:19-cv-20045
3

4
Airbnb, INC,
5
        Plaintiff,
6
-vs-
7

8
CITY OF MIAMI BEACH,
9
        Defendant.
10  _____/

11

12

13                      DEPOSITION

14                         OF

15                 JORDI TORRES MALLOL

16

17
                     March 20, 2019
18              10:00 a.m. - 6:05 p.m.
                  100 SE 2nd Street
19                 Miami, Florida

20

21

22

23           Stenographically Reported By:
                 SHARON VELAZCO, RPR
24           Registered Professional Reporter

25

Page 2

```
 1                    APPEARANCES
 2
    On Behalf of the Plaintiff:
 3
       MUNGER TOLLES & OLSON
 4     1155 F Street, NW
       Washington, D.C. 20004
 5     T: (202) 220-1103
       Chad.Golder@mto.com
 6     Jonathan.blavin@mto.com
       JONATHAN BLAVIN, ESQUIRE
 7     BY: CHAD GOLDER, ESQUIRE
 8
       SENIOR COUNSEL LITIGATION, Airbnb
 9     BY: ALEXA SUMMER, ESQUIRE
10
11  On Behalf of the Defendant:
12     CARLTON FIELDS
       100 SE 2nd Street
13     Suite 4200
       Miami, Florida  33131
14     Rshipman@carltonfields.com
       Roostendorp@carltonfields.com
15     Mgross@carltonfields.com
       RAINA T. SHIPMAN, ESQUIRE
16     RACHEL OOSTENDORP, ESQUIRE
       BY: MERRICK GROSS, ESQUIRE
17
18
19
                    I N D E X
20
    WITNESS                              Page
21  JORDI TORRES MALLOL
    Direct Examination by Mr. Gross        6
22  Certificate of Oath                  329
    Certificate of Reporter              330
23  Letter to Witness                    331
    Errata Sheet                         332
24
25
```

Page 3

```
 1              CITY OF MIAMI BEACH
                E X H I B I T S
 2
    NO.      Description               Page
 3
 1   Subpoena                           7
 4
 2   Subpoena                           8
 5
 3   Subpoena                           8
 6
 4   Subpoena                           8
 7
 5   Declaration of Jordi Torres Mallol 16
 8
 6  Document Re:  Airbnb Host Guarantee
 9  AIRB-MB_0000747 - 748
10  7  Document Re:  What is Host Protection Insurance
    AIRB-MB_0000761 - 762                41
11
    8  Document re:  Does Airbnb perform background checks on
12  members, and other Questions/Answers
    AIRB-MB_0000793 - 795                51
13
    9  Document re:  How Does it work when Airbnb Asks for an
14  ID and other Questions/Answers
    AIRB-MB_ 0000800 - 804               57
15
    10 "Spacious Art Deco Miami Beach House"
16  AIRB-MB_ 0001612 - 1636              81
17  11 "Keep Exploring"
    AIRB-MB_ 0001628 - 1633              82
18
    12 "Bello y limpio en pleno South Beach"
19  AIRB-MB_ 0001634                     86
20  13 "Attract Guests Year-Round..."
    AIRB-MB_ 0000781 - 2600              98
21
    14 "Change the price on Spacious Sunny and Cozy 1BR Apt"
22  AIRB-MB_0002599 - 2600              102
23  15 "What's Smart about Smart Pricing?"
    AIRB-MB_ 0000486-488                106
24
    16 "Set Price that's Right for the Season"
25  AIRB-MB_ 0001610 - 1611             108
```

Page 4

```
 1
                CITY OF MIAMI BEACH
 2               E X H I B I T S
 3  NO.      Description               Page
 4  17 Letter to Gabriel re: Professional Photography Services
    AIRB-MB_ 0002565 - 2566             115
 5
    18  What is Resolution Center?  And Other Questions/Answers
 6  AIRB-MB_ 0000754 - 755             163
 7  19 "Fighting Discrimination and Creating a World Where
    Anyone Can Belong Anywhere"
 8  AIRB-MB_ 0000910 - 913             165
    20  Airbnb's Nondiscrimination Policy..."
 9  AIRB-MB_ 0000939 - 944             168
10
    21 "Occupancy Tax Collection and Remittance by Airbnb in
11  Florida
    AIRB-MB_ 0000926 - 930             175
12
    22  Document RE:  Mortgage Refinancing
13  AIRB-MB_0000932 - 934             182
14  23 "Helping Hosts Lower Their Mortgage Rate"
    AIRB-MB_ 0000423 - 426             184
15
    24 Setting up Airbnb and Airbnb Information
16  AIRB-MB_ 0000818 - 0000869        186
17  25 Updated Terms of Service
    AIRB-MB_ 0000014 - 40             215
18
    26  Document Title:  Boulder, CO  /Airbnb Help Center
19  AIRB-MB_ 0000088 - 89             243
20  27 Saint Paul, MN Airbnb Help Center
    AIRB-MB_ 0001346 - 0001355        250
21
    28 Settlement Agreement and Mutual Release (San Francisco)
22  AIRB-MB_ 0001422 - 1449           264
23  29 "Chicago Listing (Unregistered)"
    AIRB-MB_ 0001510 - 1516           272
24
25
```

Page 5

```
 1
                CITY OF MIAMI BEACH
 2               E X H I B I T S
 3  NO.      Description               Page
 4  30  Ordinance Amending Chapter 102 of Code -- Taxation
    (No Bates Numbers)                 281
 5
    31  Miami Beach, FL  / Airbnb Help Center
 6  AIRB-MB_0000776 - 777             292
 7  32 First Amended Complaint          293
 8
 9
                    -   -   -
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 6

1    Deposition taken before SHARON VELAZCO, Registered
2    Professional Reporter and Notary Public in and for the
3    State of Florida at Large, in the above cause.
4                          -------
5         THE COURT REPORTER:  Do you swear or affirm the
6    testimony you are about to give will be the truth,
7    the whole truth, and nothing but the truth?
8         THE WITNESS:  Yes, I do.
9    THEREUPON,
10                   JORDI TORRES MALLOL
11   having been first duly sworn, was examined and testified
12   as follows:
13                   DIRECT EXAMINATION
14   BY MR. GROSS:
15        Q.   Can you please state your full name for the
16   record.
17        A.   Jordi Torres Mallol.
18        Q.   Mr. Mallol, what is your address?
19        A.   665 Northeast 25th Street, apartment 901, 33137,
20   Miami.
21        Q.   What is your work phone number?
22        A.   305-842-7929.
23        Q.   What is your birth date?
24        A.   January 27, 1983.
25        Q.   We are going to pass you four documents, which we

Page 7

1    are going to mark Exhibits 1, 2, 3, and 4, to your
2    deposition.
3         While that's being done, have you ever been
4    deposed before?
5         A.   Never.
6         Q.   I'm just going to ask you a series of questions.
7    If at any time you do not understand my question, ask me
8    to rephrase it and I will attempt to do so.
9         Before you answer my question, let me finish it
10   so that the reporter can take it down.  I will also
11   suggest that you pause about a minute before you answer so
12   that your counsel can object, if he wishes to.  Those are
13   like the basic instructions I give at the start of a
14   deposition.  So if there are any questions that arise, let
15   us know.
16        If at any time you need to take a break, let us
17   know.  If you need to confer with counsel, let us know.
18        This is not supposed to be a torturous procedure,
19   though it can be at times, but I'll try not to have that
20   happen today.
21        With that in mind, we have handed you four
22   documents that we are marking.  These are marked City of
23   Miami Exhibits 1, 2, 3, and 4, to your deposition.
24        (Discussion off the record.)
25        (Exhibit No. 1 was marked for Identification.)

Page 8

1         (Exhibit No. 2 was marked for Identification.)
2         (Exhibit No. 3 was marked for Identification.)
3         (Exhibit No. 4 was marked for Identification.)
4    BY MR. GROSS:
5         Q.   Have you ever seen those documents before?
6         A.   May I have a minute to review them?
7         Q.   Yes.
8         While you are doing that, I will let you know
9    these are the four subpoenas that were issued to Airbnb;
10   one to you, individually, two, to 30(b)(6) witnesses on
11   the various topics, and one requesting documents with an
12   agreement by counsel that if requested, a witness on the
13   subject matter would be produced.
14        A.   All right.
15        Q.   And while you are reviewing, my main question to
16   you about this exhibit is are you the main witness that is
17   being supplied by Airbnb to testify at deposition on the
18   subject matters set forth in the exhibits, and the subject
19   matters on the last page of the exhibit?
20        MR. GOLDER:  I object as to the scope of the
21   subpoena.
22        THE WITNESS:  I'm not sure I understand the
23   question.
24   BY MR. GROSS:
25        Q.   Okay.  We subpoenaed you individually today for

Page 9

1    deposition.  Are you aware of that?
2         A.   I am aware that I have been called to be deposed
3    in regard to my declaration that links to the TRO --
4         Q.   Okay.
5         A.   -- my intention.  And I'm not that sure that it
6    is regarding subpoenas.
7         Q.   Okay.  We were told by your counsel that you
8    would be the person supplied by Airbnb to answer questions
9    regarding some of the subjects set forth in the other
10   three subpoenas.  Are you aware of that?
11        MR. GOLDER:  Why don't I -- on behalf of Airbnb,
12        he will be serving as a 30(b)(6) witness as to the
13        topics we agreed upon in our joint stipulation, and
14        the topic that you have the right to request
15        additional 30(b)(6) testimony on.
16        MR. GROSS:  Okay:
17   BY MR. GROSS:
18        Q.   Mr. Mallol, did you attend college?
19        A.   Yes.
20        Q.   Where?
21        A.   Barcelona.
22        Q.   What year did you graduate?
23        A.   Mechanical Engineering and Chemical Engineering.
24   It was a dual degree.
25        Q.   What year did you graduate?

Page 10

1     A.   2006, 2007.
2     Q.   Did you attend any -- strike that.
3          Did you take any post-graduate classes?
4     A.   I had a master's thesis at MIT, and also I took
5  an MBA at the London Business School.
6     Q.   Did you complete those?
7     A.   Yes.
8     Q.   Have you ever been charged with a crime?
9     A.   No.
10    Q.   What is your work background since you graduated
11 from college?
12    A.   So, I worked for two years and change for
13 McKinsey & Company as a strategic consultant at the Madrid
14 office, and then I undertook my MBA for a couple of years,
15 and then I joined Airbnb sometime in 2012.
16    Q.   So you went to the London School of Economics
17 while you were at McKinsey & Company?
18    A.   London Business School.  It was after -- actually
19 I went on my MBA after two years of McKinsey, and then I
20 was supposed to go back.  But there is a way to leave the
21 company if you don't want to go back to McKinsey, and by
22 then I joined Airbnb.
23    Q.   So when did you get your degree from the London
24 College of Business?
25    A.   London Business School, 2013.

Page 11

1     Q.   And when did you get your MBA?
2     A.   The same date, when I finished London Business
3  School.
4     Q.   I thought you said you went to MIT for an MBA?
5     A.   No, MIT was a master thesis -- it was like a
6  project when you end a technical degree in Spain, you can
7  have like a nine- to 12-month project, and it is -- it is
8  very technical.  It's engineering stuff.
9     Q.   And you did that before you started at McKinsey &
10 Company?
11    A.   Yes.
12    Q.   What did you do to prepare for your deposition
13 today?
14    A.   So I spent some time with legal counsel
15 yesterday, and we had a call a few weeks ago.
16    Q.   How much time did you spend yesterday?
17    A.   A few hours.
18    Q.   Did you review documents?
19    A.   Yes.
20    Q.   Did you bring any documents with you today?
21    A.   I didn't.
22    Q.   What is your title at Airbnb?
23    A.   Regional director for North America Latin
24 America.
25    Q.   Before I ask you the next question, are you on

Page 12

1  any medication, or is there any other matter that would
2  affect your ability to give testimony today?
3     A.   No.
4     Q.   What does your job entail?
5     A.   I am the geographic leader of North America and
6  Latin America.  This means that I partner with teams
7  across functions; marketing, legal, policies, sales, and I
8  am responsible for the overall health of the market.  This
9  doesn't mean that I own decisionmaking.  It means that I
10 am a relevant stakeholder in the decisions, and that we
11 agree on strategies and execution.  And again, I am the
12 relevant stakeholder when it comes to the business health
13 of the region.
14    Q.   How long have you been in that position?
15    A.   For North America, since last August; for Latin
16 America, since 2016.
17    Q.   What positions did you hold with Airbnb prior to
18 those two roles?
19    A.   I was a contract manager for Spanish Latin
20 America between 2013, September, and when I was promoted
21 in 2016, and before that, I was an intern at the Barcelona
22 office while doing my MBA.
23    Q.   Since your graduation from college, is it fair to
24 say that the two entities that have employed you are
25 Airbnb and McKinsey & Company?

Page 13

1     A.   Yes.
2     Q.   You said that your -- before getting your
3  promotion as director -- is it regional director of Latin
4  America?
5     A.   Yes.
6     Q.   You were a content manager?
7     A.   Country manager.
8     Q.   Country manager.
9     A.   Yes.
10    Q.   Which country?
11    A.   It was actually a region.  It was Spanish Latin
12 America.
13    Q.   Okay.  And what did that role entail?
14    A.   It is consistent with my current role.  It is
15 general management over the region, but the scope is more.
16    Q.   And in that role, do you oversee the operation of
17 the website, the Airbnb website, either on the net or
18 through the app for the territory that you are covering?
19         MR. GOLDER:  Object to the form.
20         MR. GROSS:  What is your objection?
21         MR. GOLDER:  Can you clarify a little bit?
22 BY MR. GROSS:
23    Q.   In your role as the regional director for --
24 let's start with, I guess, Spain, if I understand --
25    A.   Spanish Latin America.

Page 14

1  Q.   -- Spanish Latin America -- what is the
2  difference between Spanish Latin America and Latin
3  America?
4      A.   Brazil.
5      Q.   Okay.  So it is not Spain.  It was just the rest
6  of Latin America, except for Brazil?
7      A.   Yes.
8      Q.   Okay.  In that role, did you oversee the content
9  that was posted on the Airbnb website?
10     A.   No.  This is controlled by central teams with
11  input from regions when it comes to relevant localization.
12     Q.   Were you in charge of the input from local teams?
13     A.   It was a coordination effort.  My teams and other
14  teams would have -- were part of a feedback loop that
15  relied on product and engineering teams.
16     Q.   Did you have approval over content?
17     A.   No.
18     Q.   Who would have had that?
19     A.   Central teams.
20     Q.   Okay.
21     A.   But again, if it is specific to Latin America, my
22  team would have a chance to build cases, whether something
23  is going to have impact or not, whether it is going to be
24  value adding or not, a pitch for customer experiences
25  gaps, and an influence roadmap when it comes to product

Page 15

1  development.
2      Q.   Did you have final say over the reports from your
3  team?
4      A.   It was a consensus effort.
5      Q.   When you says "consensus," what do you mean?
6      A.   That it was a team of people from different
7  functions, working on cases for -- for instance, I can
8  provide an example, if there is a payment method that is
9  missing in Brazil, and we have a business case to support
10  it, there is going to be a team of people from different
11  functions that builds that case, and submit it ^ the
12  product for approval.  I need to be supportive of the
13  case.  I am not the only approval.
14     Q.   So something could be approved without your
15  individual approval?
16     A.   Yes.
17     Q.   Is that still the case in your role -- strike
18  that.
19          Was that the case when your role increased to
20  cover all of Latin America?
21     A.   Yes.
22     Q.   Is that still the case now in your role as
23  regional director over Latin America and North America?
24     A.   Yes.
25     Q.   Do you -- is the process the same in terms of

Page 16

1  overseeing a team that builds cases on various functions?
2      A.   Yes, there's usually several teams involved to
3  build a case.  In some instances, I might need to be a
4  necessary approval, and in some cases, I am just a
5  stakeholder that supports.
6      Q.   Let me show you what we have marked as exhibit --
7  or we are going to mark as Exhibit 5, the City of Miami
8  Exhibit 5, and I ask you to take a look at it.
9      A.   Thank you.
10     Q.   I will represent to you while you are looking at
11  it that this is a true and correct copy of the declaration
12  that was filed in Airbnb versus City of Miami Beach case
13  number 19 civ 20045 RSN Scola -- now/Lewis.
14          We will just call it the City of Miami Beach
15  case.  Is that okay?
16     A.   Yes.
17          (Exhibit No. 5 was marked for Identification.)
18  BY MR. GROSS:
19     Q.   Have you ever seen this document before?
20     A.   Yes.
21     Q.   Is this the declaration that you provided in
22  connection with the Motion For Temporary Restraining Order
23  that was filed in the Miami Beach case?
24     A.   Yes.
25     Q.   What did you do to prepare this declaration?

Page 17

1      A.   I worked with my legal team on preparing this
2  document, and it's a reflection of my experience at Airbnb
3  and my opinions on the case.
4      Q.   Did you draft any of it?
5      A.   Yes, I worked on content, and I edited content in
6  partnership with legal.
7      Q.   Did you prepare the initial draft of it?
8          MR. GOLDER:  Objection.  Don't answer.
9          THE WITNESS:  Yes, it is privileged.
10         MR. GROSS:  It is a yes-or-no question.  It is
11  not privileged if it is a -- I mean, okay.
12         I'm asking if he prepared it.  That's -- I
13  didn't ask him who prepared it.  I just asked if he
14  -- if he prepared it.  That is a yes-or-no question.
15  That is not privileged.  If he can -- later, I can
16  ask him if -- who, and if that's an attorney, that's
17  a different issue.  But this is a fact.  Whether or
18  not he prepared it or not, the initial draft, is not
19  a privileged communication.
20         MR. GOLDER:  I am instructing my client not to
21  answer on the basis of privilege.  He had previously
22  answered that it was a collective effort.
23  BY MR. GROSS:
24     Q.   Fine.  Then let's go through the document.  Did
25  you prepare paragraph 1?

Page 18

```
1              MR. GOLDER:  Objection, privilege.
2         Instruct him not to answer.
3  BY MR. GROSS:
4    Q.   What portion of paragraph 1 did you edit?
5              MR. GOLDER:  Objection, privilege.
6         My client has stated that he has signed this.
7    The final declaration is in the record.  Anything
8    prior to that; plans of how it was prepared, process
9    of preparation is all privileged.
10             MR. GROSS:  He said he edited content.  His edits
11   are not privileged.
12             MR. GOLDER:  Of course, they are.
13             MR. GROSS:  Okay.  That is fine.  I will bring
14   this all up to the Court.
15        What edits he did -- I am asking about his
16   specific edits, not what the law firm did, not what
17   others did.  I am just asking what he did, because I
18   am going to ask him how he came to these opinions,
19   and I want to know what he drafted versus what others
20   drafted.  I don't think that's privileged.
21             MR. GOLDER:  Okay.  I am instructing my client
22   not to answer.
23             MR. GROSS:  We will deal with that later.
24   BY MR. GROSS:
25    Q.   What documents did you review in connection with
```

Page 19

```
1  the preparation of your declaration?
2    A.   As part of the process, I think it is privileged.
3  It was in partnership with the legal team.
4    Q.   Okay.  So the documents you reviewed are
5  privileged?
6    A.   The process that we undertook to complete this
7  declaration.
8    Q.   That's not my question.  My question is what
9  documents did you individually review --
10             MR. GOLDER:  Objection as to form.  Why don't you
11   ask him if he reviewed any documents?
12             MR. GROSS:  I did before, and he said yes.
13   That's why I am asking him.
14             MR. GOLDER:  Can we go off the record?
15             MR. GROSS:  Yes.
16        (Discussion off the record.)
17             MR. GROSS:  I will ask it again.
18   BY MR. GROSS:
19    Q.   Did you review any documents in connection with
20   your preparation of the declaration?
21    A.   Yes.
22    Q.   What documents did you review?
23             MR. GOLDER:  Objection as to -- can you clarify
24   documents as to drafts or external documents?
25        I think from his answer it was a little unclear
```

Page 20

```
1  what you were referring to.
2              MR. GROSS:  Okay.
3         What external documents did you --
4         I don't believe that.  Chad, I think you are
5  coaching your witness now.  I don't -- I am just
6  asking what documents he reviewed.  He said he
7  reviewed documents.  I am not asking about what
8  drafts.
9  BY MR. GROSS:
10    Q.   What external documents -- and I don't -- I take
11   that back.  I don't know what external means, so what
12   documents did you review in connection with the
13   preparation of your declaration?
14        And I will carve out drafts, earlier drafts of
15   the declaration.
16    A.   I'm not sure if it is privileged or not.
17             MR. GOLDER:  Time to go off the record.
18             MR. GROSS:  Let's go off the record.
19        (Whereupon, there was a discussion off the
20   record, after which the following proceedings were
21   had:)
22             MR. GOLDER:  We can go back on the record.
23   BY MR. GROSS:
24    Q.   Okay.  You have had a chance to talk with your
25   counsel, Mr. Mallol.  Can you answer my question now?
```

Page 21

```
1    A.   Yes, the document was built on my experience at
2  Airbnb.
3    Q.   So you did not review, just so the record is
4  clear, you did not review any additional documents in
5  connection with the preparation of your declaration?
6    A.   No.
7    Q.   Okay.  Other than counsel, who else did you
8  discuss your declaration with?
9    A.   All the work regarding this declaration was under
10   the instruction from the legal team and in partnership
11   with the legal team.
12    Q.   Was there anyone else on your team in Airbnb that
13   you discussed the contents of your declaration with, that
14   were not part of the legal team?
15             MR. GOLDER:  Objection as to form.
16   BY MR. GROSS:
17    Q.   You can answer.
18    A.   All of the discussions regarding this declaration
19   were instructed by the legal team, therefore, they are
20   confidential and privileged.
21    Q.   Did you discuss the fact that you were being
22   deposed today with anyone at Airbnb, other than inside
23   counsel or outside counsel?
24    A.   No.
25    Q.   So no one on the teams that you supervise in your
```

March 20, 2019                                    22 to 25

Page 22

1  role as regional director at North America and Latin
2  America --
3       A.   Actually, I don't recall specifics, but if I
4  discussed with anyone, it was always under the instruction
5  of the legal team.
6       Q.   Can you explain what that means?
7       A.   That it was always part of a protected
8  conversation, because it was part of the process in
9  partnership with the legal team.
10      Q.   So if you had a conversation, someone from
11 inhouse legal was always part of it?
12      A.   At least it was instructed by them.
13      Q.   Okay.  You need to explain what that means.  If
14 you have a discussion with your team about some content of
15 your declaration, there -- and there is no lawyer present,
16 there is no privilege associated with it, it is a business
17 issue.  So you need to explain what you mean.
18           MR. GOLDER:  Objection to form.
19           MR. GROSS:  That's fine.  I am trying to give him
20      an instruction because I don't understand what that
21      answer means.
22           THE WITNESS:  So the process for us to build a
23      document is that -- has always been me, in
24      partnership with the legal team.
25 BY MR. GROSS:

Page 23

1       Q.   What does that mean?
2       A.   Again, regarding the process I think it is
3  privileged because it under instruction, I work with legal
4  team.
5       Q.   What is -- you keep using the term "in
6  partnership with the legal team."  What does that mean?
7           MR. GOLDER:  Objection as to form.
8           THE WITNESS:  It is a team effort.  It is like
9      legal team and myself working on this document.  And
10     again, the specifics on the process and the form are
11     privileged.
12 BY MR. GROSS:
13      Q.   Okay.  I understand that is the position you are
14 taking.  Were there any -- again, so let me ask the
15 question again.  Other than discussions with the legal
16 team, whether it be inside counsel or outside counsel, did
17 you discuss any aspects of your declaration with anyone
18 else at Airbnb?
19      A.   The specifics on how we went through the document
20 are under privilege, because they were always involved --
21      Q.   That's not my question.  My question is a
22 yes-or-no question.  Did you discuss -- because this is
23 going to take hours, if you can't just answer a yes-or-no
24 question.
25           MR. GOLDER:  Objection as to form.

Page 24

1           Let's not badger the witness.
2           MR. GROSS:  I am not.  I asked the question,
3      Chad, five times.  It is a yes-or-no question.
4  BY MR. GROSS:
5       Q.   Did you discuss -- and otherwise, I will get the
6  magistrate on the phone.
7           Did you discuss any aspect of your declaration --
8  and if you need to take a break to discuss it with him,
9  that's fine, because I think that is --
10          MR. BLAVIN:  Let's take a break.
11          MR. GOLDER:  Let's take a break.
12          (Discussion often record.)
13          (Whereupon, there was a recess, after which the
14     following proceedings were had:)
15          MR. GROSS:  Did you discuss your declaration with
16     anyone at Airbnb, other than in-house legal counsel
17     or outside counsel?
18          THE WITNESS:  The declaration, no.
19 BY MR. GROSS:
20      Q.   Okay.  What about the subject matters of the
21 declaration?
22      A.   Can you clarify the question?
23      Q.   There are a number of issues raised within the
24 declaration.  Did you discuss any of those issues with
25 anyone other than in-house counsel or outside counsel for

Page 25

1  Airbnb?
2       A.   No.
3       Q.   Are you married?
4       A.   Yes.
5       Q.   Did you discuss any aspect of this case with your
6  spouse?
7           MR. GOLDER:  Objection as to form.
8           MR. GROSS:  What is the objection?
9           MR. GOLDER:  Relevancy.
10 BY MR. GROSS:
11      Q.   Okay.
12           You can answer.
13      A.   She knows that I am in the technical process, she
14 has no specific --
15      Q.   Okay.  How many members are on your team?
16      A.   Right now, five.
17      Q.   Who are they?
18      A.   Give me a second.
19           Actually, four.  One country manager from Mexico,
20 one country manager for Brazil, a program manager in North
21 America, and a country manager in the Caribbean.  She's
22 leaving for new job.
23      Q.   Okay.  Who is the program manager for North
24 America?
25      A.   Jonathan Emerten.

Page 26

1  Q.  Can you spell the last name?
2  A.  E-M-E-R-T-E-N.
3  Q.  And he's the performance --
4  A.  Program manager.
5  Q.  Performance program manager.  Where is he based?
6  A.  Boston.
7  Q.  Where are you based?
8  A.  Miami.
9  Q.  How many people are in the Miami office?
10 A.  Right now, around 20.
11 Q.  Are they all -- strike that.
12     Do they report to different teams, or all to your
13 team?
14 A.  They report to different teams; some of them
15 report to me, up to me.
16 Q.  Which ones report up to you?
17 A.  Market managers focused on Caribbean -- actually,
18 market managers focused on the Caribbean.
19 Q.  Caribbean?
20 A.  Yes.
21 Q.  Is there anyone in the office in Miami who
22 reports to you who is involved in North America?
23 A.  No.  They don't report to me.
24 Q.  Okay.  Are there people in the Miami office --
25 strike that.

Page 27

1     Are there Airbnb employees in the Miami office
2 that work on matters involving North America?
3  A.  Yes.
4  Q.  How many?
5  A.  Seven to ten.
6  Q.  Do you have any interaction with them?
7  A.  Yes.
8  Q.  What is your level of interaction with them?
9  A.  They report, a functional team, and again, since
10 I am responsible for the region, I usually partner with
11 the managers.
12 Q.  Okay.  Are their managers direct reports to you?
13 A.  No.
14 Q.  So the only direct report to you regarding North
15 America is Mr. Emerten?
16 A.  Yes.  I have some open positions to hire, but not
17 right now.
18 Q.  What are the open positions you need to hire?
19 A.  What are the open positions -- I need to hire more
20 program managers, I need to hire head of operations for
21 some parts of the territory, and a country manager for
22 Canada.
23 Q.  Are there any positions you need to hire for
24 North America?
25 A.  Yes.  Everything that I said is for North

Page 28

1  America.
2  Q.  Okay.  How about the United States?
3  A.  Expect for the country manager of Canada, they
4  will be focused on the United States.
5  Q.  Did you have employees in those roles when you
6  took over your current position?
7  A.  No.  When I joined, the team was not built up,
8  and I am in the process of building the team.
9  Q.  And you said you have been in your current role
10 since 2016?
11 A.  No, since August.
12 Q.  Since August?
13 A.  And then I went on paternity leave, so
14 effectively since November.
15 Q.  Congratulations.
16 A.  Thank you.
17 Q.  Are you familiar with the kinds of services that
18 Airbnb offers guests who hosts on their site?
19 A.  Hosts, guests?
20 Q.  I said guests, too.
21 A.  I am not sure what services you refer, but in
22 general, yes.
23 Q.  Okay.  And are you familiar with the types of
24 services that Airbnb offers hosts --
25 A.  Yes.

Page 29

1  Q.  -- who host on their site?
2  A.  Yes.
3  Q.  I guess the question -- the proper question would
4  be are you familiar with the kinds of services that Airbnb
5  offers guests who use the site?
6  A.  Yes.
7  Q.  And when I say who use the site, it is either
8  going to be using a laptop or using the app, just to make
9  things easier.  Is that okay?
10 A.  Yes.
11 Q.  What kind of services does Airbnb offer hosts?
12 A.  So we offer payment of processes, process
13 payments, pay-outs in particular for hosts.  We offer
14 access to customer service, so it's 24 hours, seven days a
15 week.  We offer photography service upon request.
16     We offer -- I mean, we offer a host guaranteed
17 protection for the home.
18     And I might have missed a few.
19 Q.  What about insurance?
20 A.  We have the host guarantee as a protection to the
21 home.  I'm not sure technically, it is insurance, and then
22 we have the host protection -- what is the right
23 terminology -- host protection something, which is an
24 insurance in case someone is hurt at anybody's place --
25 insurance.

Page 30

1    Q.   So is the insurance separate and apart from the
2  host guarantee?
3    A.   Yes, it is different parts.
4    Q.   And how about -- what are the services that are
5  offered to guests who use the website?
6    A.   So it is the same access to customer service.  It
7  is also payment processing in a safe and secure way.  They
8  are protected by the same coverage in case there is an
9  accident, so they are the beneficiaries if there is a
10 compensation.
11       And -- but right now, I can't think of others.
12   Q.   Does Airbnb offer a platform on its website to
13 allow hosts and guests to communicate?
14   A.   Yes.  It is actually the core of our business.
15 There is a platform where the guests and hosts can
16 discover each other, they can message each other, and they
17 can agree on transactions between each other.
18   Q.   They have to do that through the messaging
19 portion of the platform?
20   A.   You can confirm booking without messaging, and
21 then you are encouraged to interact to suggest a line of
22 check-in and just set expectations and just communicate
23 with each other.
24   Q.   But the payment for services has to go through
25 the website?

Page 31

1    A.   Yes.
2    Q.   Have the services offered to hosts changed in the
3  last two years?
4    A.   So Miami -- I can't recall the specifics, but
5  some might.  For instance, photography is paid now.  For a
6  while, it wasn't paid.
7    Q.   What do you mean by that?
8    A.   That the hosts need to pay for the photography
9  service.
10   Q.   And now?
11   A.   Now, they need to pay.
12   Q.   And before?
13   A.   It was free for a while.
14   Q.   Okay.  Was that across the entire platform, or
15 specific to various regions?
16   A.   It depends across the platform.
17   Q.   And how about to guests.  Have the services that
18 are offered to guests changed in the last two years?
19   A.   I don't think so.
20   Q.   Okay.
21   A.   There might be, but I don't believe right now.
22   Q.   What would you look at to recall?
23   A.   If I have a list of services, I can try to think
24 when we spend some of them.
25   Q.   Where would one find the list of services offered

Page 32

1  to hosts?
2    A.   When we need to go through the sites and
3  frequently ask questions, and really go deep on all of the
4  submenus just to put them -- I could internally find out,
5  but if you have to look through the product, it is a
6  matter of walking through the site.
7    Q.   And how about for guests?
8    A.   The same.
9    Q.   How often -- strike that -- do you do that in
10 your role as regional manager at any time?
11   A.   I am generally aware of the offering.  When it
12 comes to specific conversations, contents are usually
13 brought to me.  But I don't go deep on the website because
14 it is -- it is very fluid.
15   Q.   When you say "generally aware," what does that
16 mean?
17   A.   That I, for instance, am the spokesperson for
18 Airbnb.  If I engage with the press, I am generally aware,
19 meaning that I have a high level of understanding of the
20 main services.
21   Q.   Are you the only person that -- strike that.
22       When do you speak to the press on behalf of
23 Airbnb?
24   A.   In Latin America, I am one of the main
25 spokespersons in partnership with the country managers,

Page 33

1  that there might be some exceptions, but in general, we
2  are the face of the company.
3        In North America, I am not the face of the
4  company because we are headquartered in San Francisco, and
5  we have the founders and other high profile people.
6    Q.   Okay.  We talked a little bit about insurance.
7  What type of insurance, just so we are clear, does Airbnb
8  offer to hosts?
9    A.   So we offer two products, and excuse me if I am
10 not using the right terminology, because I am sure one of
11 the products is not insurance.  But when it comes to host
12 guarantee, you are covered up to $1 million if there is
13 something happening in your place.  Let's say something
14 breaks, or there is a fire, or the place is trashed.  So
15 we have a third party that would be part of the process,
16 and would set on an agreement between the parties
17 involved.
18   Q.   Do -- are the hosts charged for that insurance?
19   A.   No, it is part of the proposition of the company.
20   Q.   Is there any other insurance that is offered to
21 hosts?
22   A.   It is the host protection liability, I think.  It
23 is -- it is when there is an accident, and a guest, let's
24 say, twists the wrist in the place or in the premises,
25 then this process kicks in and it is a way to compensate

Page 34

1  for whatever happens.
2      Q.   And is there any charge to the host for that?
3      A.   No.
4      Q.   As part of this process, is -- is this secondary
5  insurance, meaning it comes after any policy that the host
6  has, or is it the primary insurance?
7      A.   I'm not sure.  I think.
8      Q.   Before I ask, do you understand what I mean by
9  primary?
10     A.   Yes.  Not sure if it is primary, secondary -- I
11  know that they can coexist in a way that other
12  protections -- the host may have other protections that
13  still apply.
14     Q.   And does Airbnb offer insurance to guests?
15     A.   No.
16     Q.   Okay.  What about if the host cancels a
17  reservation after the guest has made all their travel
18  arrangements and everything else?  How -- is there any
19  compensation through Airbnb to the guest?
20     A.   There is a full refund, and depending on when is
21  the check-in date, Airbnb can take a decision to
22  compensate for any problem caused.  For instance, if you
23  are checking in tomorrow, we might find you another
24  alternative for you.
25     Q.   And the refund is as to the booking, correct?

Page 35

1      A.   Yes.
2      Q.   Not the ancillary costs like a plane ticket or
3  things like that?
4      A.   No.
5      Q.   Why does Airbnb offer insurance?
6      A.   Why does Airbnb offer insurance?  Because I think
7  when we understood the pinpoints of our host and guests'
8  community, it was clear that they wanted to protect their
9  homes, and that's why we launched the host guarantee, and
10  at the same time, if guests can spend time at people's
11  places, things happen, and we believe it was an offering
12  that matched the needs of our community.
13     Q.   Let me show you -- we received a number of
14  documents from Airbnb.  They are marked AIRB-MB_ and then
15  a page number.  Do you see that on the document that was
16  handed to you now, at the bottom?
17     A.   Yes.  747, at the end?
18     Q.   Right.  I am doing this for the reporter's
19  clarification, as well.
20         So these are documents, I will represent to you,
21  that we received from your outside counsel in response to
22  the categories contained in the four subpoenas that we
23  showed you at the start.
24     A.   Okay.
25     Q.   Going forward, I'm just going to call each

Page 36

1  document, for ease of the reporter when I am reading them
2  "Airbnb" and then just the number --
3      A.   Okay.
4      Q.   -- without the whole discussion.  So what we are
5  showing you is Airbnb 747-748.  And this is City of Miami
6  Beach document number six.
7         Have you ever seen this document before?
8      A.   Yes.
9      Q.   Okay.  So you recognize this -- strike that.
10         What is this document?
11     A.   I think this is part of the helping section in
12  the -- in our platform, in our website where hosts can
13  better understand what every host guarantees.
14     Q.   So would it be fair to say this is a screenshot
15  from the website?
16     A.   It seems so.
17     Q.   Okay.  And it is two pages?
18     A.   Yes.
19     Q.   Okay.  And does this give a full explanation of
20  what the host guarantee covers?
21     A.   I think this is a high level answer.  You can
22  link to airBandB.com/guarantee where you might get more
23  details.
24     Q.   So you said the host -- earlier, you said the
25  host guarantee offers up to a million dollars in coverage

Page 37

1  for damage and the like.
2      A.   Yes.
3      Q.   In the second paragraph of Exhibit 6, on the
4  first page, it says the host guarantee program doesn't
5  cover cash and securities, collectibles, rare artwork,
6  jewelry, pets, or personal liability.  So there are
7  carve-outs to this coverage?
8      A.   It seems so.
9      Q.   Were you aware of that before you read this?
10     A.   I don't recall.  Sorry.
11     Q.   It also says in the third paragraph, "The host
12  guarantee program isn't insurance, and doesn't replace
13  your homeowners or renters insurance."
14         Do you see that?
15     A.   Yes.
16     Q.   And it says further, in that same paragraph, "Not
17  all insurance will cover damage or lost property caused by
18  a guest renting your space."  Do you see that?
19     A.   Yes.
20     Q.   So the host guarantee doesn't cover all types of
21  damage that a host may suffer; is that correct?
22         MR. GOLDER:  Object as to form.
23         THE WITNESS:  As per the second paragraph, it
24  seems like it doesn't cover everything.
25  BY MR. GROSS:

Page 38

1    Q.   Okay.  In the host guarantee, as I read this, it
2 provides up to a million dollars worth of coverage?
3    A.   Yes.
4    Q.   What if a -- strike that.
5         What happens if a guest accidentally burns down a
6 host's dwelling?
7         MR. GOLDER:  Objection as to form.
8         THE WITNESS:  So I believe that the -- obviously,
9    this would be reported to Airbnb and the host
10   guarantee would be kicked in.  Then there would be a
11   process to really go deep in understanding the
12   situation through a third party.
13        Eventually, if what you say is true, there would
14   be settlement, and hopefully, it would be enough to
15   compensate for the value of the property.
16 BY MR. GROSS:
17   Q.   Have you ever dealt with that type of situation
18 in your role as Airbnb, or your roles -- strike that -- at
19 Airbnb?
20   A.   This goes through customer support.  This is the
21 team that handles incoming requests from the community and
22 it is coordinated with the -- it is the one coordinating
23 the process for this to settle.
24   Q.   So the best person to answer that type of
25 question would be someone in customer support?

Page 39

1    A.   It would be someone from customer support.  There
2 may be other teams involved, such as insurance or legal.
3 So I'm not aware of who the right person is for this
4 particular project.
5    Q.   Is there a separate team that handles insurance
6 as opposed to customer support?
7    A.   There is a team that might negotiate with
8 insurance companies.  There is a team that handles the
9 process.
10   Q.   Are any representatives of those teams based in
11 Miami?
12   A.   No.
13   Q.   Where would they all be based?
14   A.   I think San Francisco.
15   Q.   The host guarantee has no application to guests;
16 is that correct?
17   A.   I don't think so.
18   Q.   And with regard to this screenshot, Exhibit 6,
19 there is additional information on the website regarding
20 more specifics.  Is that your testimony, as to the host
21 guarantee?
22   A.   I see the link here.  I don't recall having
23 clicked it.
24   Q.   Okay.  So you don't know what is at the link?
25   A.   I assume it is a deeper explanation, but I don't

Page 40

1 know.
2    Q.   Do you know specifically the types of incidents
3 that are covered by the host guarantee?
4    A.   Not, either.
5    Q.   Who would have that detail?
6    A.   Again, there are many teams involved, I don't
7 know the right person.
8    Q.   And the host guarantee is something that is
9 offered outside the content on the website?
10   A.   I don't understand the question.
11   Q.   Okay.  The host guarantee --
12   A.   Yes.
13   Q.   -- that is a product that is offered outside the
14 specific content that is posted on the website?
15        MR. GOLDER:  Object as to form.
16 BY MR. GROSS:
17   Q.   You can answer.
18   A.   The content post -- so Airbnb owns the website.
19 Airbnb creates a framework for content to be posted by
20 hosts.  There are services offered to hosts.  I am not
21 sure they are linked to the content -- I think to the
22 host that actually lists the spacing agreement.
23   Q.   Is the content regarding the host guarantee
24 created by a host or by Airbnb?
25   A.   What do you mean, the content created by the

Page 41

1 host?
2    Q.   The information on Exhibit 6.
3    A.   This is -- this is drafted by Airbnb.
4    Q.   Okay.  At the information at the links?
5    A.   As well.
6    Q.   Okay.  So that's -- and you would agree with me
7 that is content that is on the website?
8    A.   That is content on the website.
9    Q.   Which is drafted by Airbnb?
10   A.   Yes.
11   Q.   And that's with regard to services that are
12 provided by Airbnb?
13   A.   Yes.
14   Q.   Let me show you -- or have shown to you what we
15 will mark as Exhibit 7.
16        (Exhibit No. 7 was marked for Identification.)
17 BY MR. GROSS:
18   Q.   It's a document that bears Airbnb number 761-762.
19 I ask you if you have ever seen that before.  Have you
20 ever seen that document before?
21   A.   Yes.
22   Q.   And this describes what is host protection
23 insurance?
24   A.   Yes.
25   Q.   This is what we were talking about earlier?

Page 42

```
1      A.   Yes.
2      Q.   I am going to guess you looked at this yesterday
3 because the first example of a guest breaking his wrist
4 after slipping on a rug and brings a claim -- sounds like
5 something you said earlier.
6      MR. GOLDER:  Objection.  Privileged.
7           Don't tell him what we talked about yesterday.
8      MR. GROSS:  Sorry.
9      MR. GOLDER:  We can say for the record that
10 Mr. Gross is laughing.
11     MR. GROSS:  Chad, it sounded very familiar.
12 BY MR. GROSS:
13     Q.   Do you know what the -- if you look at the second
14 paragraph, the first page --
15     A.   Yes.
16     Q.   -- do you know what the conditions, limitations,
17 and exclusions that are associated with host
18 protection insurance?
19     A.   I am only aware that intentional damage might not
20 be covered.
21     Q.   Are there other limitations and conditions and
22 exclusions?
23     A.   There is a list on the second page.
24     Q.   Okay.  That is -- but that's -- in that list, you
25 are talking about it says some examples of what are not
```

Page 43

```
1 covered?
2      A.   I don't know anything.
3      Q.   Are you familiar with the full list of what's not
4 covered?
5      A.   No.
6      Q.   Okay.  Who would be?
7      A.   Again, similar to before --
8      MR. GOLDER:  Just objection as to form.  There is
9 an assumption that there is a list.
10 BY MR. GROSS:
11     Q.   Is there a list on the site, if you click at one
12 of these links, of what's covered and not covered?
13     A.   I don't know.
14     Q.   Okay.  Who would know that?
15     A.   Again, it would be a team in charge of
16 negotiating agreements.  It might be a team in charge of
17 processing.  I'm not sure who is who.
18     Q.   Did you have anything -- in your role, do you
19 have anything to do with the host protection insurance
20 plan?
21     A.   No.
22     Q.   Do you know what the limitations are per country?
23          This is in the second paragraph.  It says,
24 "Review the list of covered countries."
25          Do you know what that means?
```

Page 44

```
1      A.   Yes.  There is no perfect coverage globally.
2 Actually, I was involved when it was -- when it came to
3 pitch in countries in Latin America that would benefit
4 from this coverage.  I don't recall the actual list of
5 countries that, today, have this coverage.
6      Q.   Is there someone else at Airbnb who would have
7 that information?
8      A.   Similar to before, I don't know the actual person
9 running the program.
10     Q.   You don't know -- let me understand that.  You
11 don't know who the actual person is, or you don't know if
12 there is a person?  I am just trying to understand.
13     A.   I mean, I assume that there's a team in charge.
14 I don't know who the person or team is.
15     Q.   Fair.  And is that team located in Miami?
16     A.   I don't know the team.  So it is definitely not
17 Miami because it is not in my office.
18     Q.   The information contained on Exhibit 7, this is
19 on the Airbnb website?
20     A.   Yes.
21     Q.   And this information, this is -- you would agree
22 with its content?
23     A.   It is content created --
24     Q.   And would you agree this is content created by
25 Airbnb?
```

Page 45

```
1      A.   Yes.
2      Q.   And this is content regarding the services
3 offered by Airbnb?
4      A.   Yes.
5      Q.   Does Airbnb -- strike that.
6           Other than what you discussed already, are there
7 any other differences between the host guarantee program
8 that we talked about and the host protection insurance?
9      A.   I think -- I said the differences that come to
10 mind.
11     Q.   There could be others, but you don't know them?
12     A.   Yeah.
13     Q.   In terms of insurance that it provides, does --
14 what company provides?
15     A.   I don't know.
16     Q.   Who would know that?
17     A.   Again, there might be a team in charge.  I am not
18 aware of it.
19     Q.   Does Airbnb make any money off of the amount of
20 protection it provides from the -- from its insurance --
21 its insurance -- let me rephrase it.
22          Does Airbnb make any money off of the insurance
23 services it provides from its third-party insurance
24 partners?
25     A.   I don't think so.
```

Page 46

1    Q.   Do you know for sure?
2    A.   I know that we don't charge for it.  I don't know
3  if there is any other way of making money out of it.  I
4  don't think so.
5    Q.   Does Airbnb have its own insurance for its --
6  strike that.  Does Airbnb own any of its offices or
7  buildings, or where its offices are located?
8         MR. GOLDER:  Objection as to form.
9         THE WITNESS:  I think that most of the offices
10        are working spaces, and we might have leases in a
11        couple of buildings.
12  BY MR. GROSS:
13   Q.   Do you know if Airbnb gets a rent on the
14  insurance it obtains for its own properties, based on the
15  number of insurance it provides to its hosts?
16        MR. GOLDER:  Object as to form.
17        THE WITNESS:  I don't think we own any property.
18  BY MR. GROSS:
19   Q.   I didn't ask if you owned any property.  I said
20  the properties you use.
21   A.   Yeah.
22   Q.   You --
23        Strike that.  Do you know if there is any
24  insurance coverage that Airbnb obtains with regard to the
25  property you lease on Brickell?

Page 47

1    A.   I don't know.
2    Q.   Who would know that?
3    A.   In Brickell, we are at the -- we are from a
4  coworking space.
5    Q.   What do you mean by that?
6    A.   It's a coworking space -- they're a company,
7  WeWork.
8    Q.   Yes.
9    A.   So we rent an office there.
10   Q.   Do you have any of your own equipment, or do you
11  just use WeWork's equipment?
12   A.   We have our own laptops.
13   Q.   Nothing else?
14   A.   I think the furniture is provided by WeWork,
15  except for a couple of decoration details we brought
16  ourselves.
17   Q.   And do you know if Airbnb has any insurance in
18  place to cover the laptops that you use, or other nonwork
19  equipment that you use?
20   A.   I don't think so.  I mean, as far as I know, no.
21   Q.   Okay.  And you said that there are places where
22  Airbnb leases space?
23   A.   Yes.
24   Q.   Does Airbnb procure insurance in connection with
25  those spaces?

Page 48

1    A.   I don't know.
2    Q.   Okay.  Have you ever worked in an Airbnb facility
3  that was not, like a WeWork?
4    A.   I have always been based in rented offices,
5  whether they are WeWork or rented office.
6    Q.   When you say "rented," what do you mean?
7    A.   Where you pay monthly.
8    Q.   But is it under a lease, or is it like through a
9  third party provider?
10   A.   I don't know.  Since I moved to Miami, it has
11  been as WeWork.  Back in Barcelona, we had an office.  I
12  don't know what was the arrangement.
13   Q.   Did you handle Latin America and before that,
14  Spanish Latin from Barcelona?
15   A.   Initially from Barcelona, and then I moved to
16  Miami.
17   Q.   So you never were in Latin America?
18   A.   No.  I traveled but -- no.
19   Q.   Okay.  Does Airbnb vet the hosts that are renting
20  out their homes or apartments on Airbnb's platform?
21        MR. GOLDER:  Objection as to form.
22        MR. GROSS:  How do you want me to rephrase it to
23        try to move this along?
24        MR. GOLDER:  Vet is a -- what do you mean by vet?
25        MR. GROSS:  The discussion that is in some of

Page 49

1  your own terms --
2  BY MR. GROSS:
3    Q.   Do you understand what I mean by the term vet?
4    A.   I agree there might be some interpretations.
5    Q.   What is your understanding of the term vet?
6    A.   Vet, if you mean quality control, reviewing the
7  profile they're creating and the listing that they're
8  creating, the answer is no.
9    Q.   Okay.
10   A.   You can automatically and individually create a
11  profile as a host, and then a listing, and you can
12  automatically upload it, and it's visible to the guest
13  community, and you can start renting it out.
14   Q.   So Airbnb doesn't do a background check, or vet
15  the bona fides of a host before they initially post
16  content?
17   A.   When you create a profile, or user profile, you
18  need to submit personal information, name, surname, email.
19  There are instances where you would need to add an ID, and
20  in some instances, Airbnb users might decide to run
21  background checks, as per the legality in each country.
22   Q.   What about the United States?
23   A.   I think we run -- I think Airbnb runs background
24  checks in some instances.  I'm not aware in what
25  instances.

Page 50

1    Q.   So it is not in all instances?
2    A.   I don't know.
3    Q.   Who would know that?
4    A.   Again, I am not -- I don't know what, whether it
5    is a specific thing relating to this.
6    Q.   But it is not you?
7    A.   It is not me.
8    Q.   Do you have any information on that?
9    A.   No.
10   Q.   Do you have any knowledge about that?  Let me
11   rephrase --
12   A.   Not beyond what I said.
13   Q.   Okay.  And the person at -- anyone in your office
14   in Miami who would have that kind of knowledge?
15   A.   I don't think so.
16   Q.   Okay.  Do you know what the specific process is
17   that is used for doing background checks?
18   A.   I think we submit information to third parties,
19   and we access public databases, the data are used for this
20   purpose.
21   Q.   Okay.
22   A.   And usually, one trigger for people to submit
23   their ID is that certain hosts, because they want more
24   peace of mind, ask for this information as a filter, so as
25   a host, you can choose that you only welcome guests that

Page 51

1    have this information.
2    Q.   I am talking about vetting hosts, not vetting of
3    the guests.
4         I have not got to guests yet.  I am just asking
5    about vetting hosts, and that is what I am asking.  Does
6    -- okay.  Let me show you what has been marked -- what we
7    are going to mark as Exhibit 8.
8         (Exhibit No. 8 was marked for Identification.)
9    BY MR. GROSS:
10   Q.   It is Airbnb 793 to 795, and I ask you if you
11   have ever seen that.  Mr. Mallol, have you ever seen this
12   document before?
13   A.   Yes.
14   Q.   How recently have you seen this document?
15        MR. GOLDER:  Do you need more time to review?
16        THE WITNESS:  Depending on the question.
17   BY MR. GROSS:
18   Q.   I am just saying how recently have you seen this
19   document?
20   A.   I don't recall exactly, but in the past few
21   weeks.
22   Q.   Okay.  Have you -- did you do any -- what was
23   your reason for looking at this document?
24   A.   Again, general understanding of the platform of
25   the service we offer.

Page 52

1    Q.   Okay.  This, you would agree, is Airbnb content
2    posted on the Airbnb website?
3    A.   Yes.
4    Q.   Okay.  Did you have anything to do with the
5    creation of this content --
6    A.   No.
7    Q.   -- the content in Exhibit 8?
8    A.   No.
9    Q.   It says, "We check -- in terms of background
10   checks, we check the OFAC list."  Do you know what the
11   OFAC list is?
12   A.   Yes.
13   Q.   What is it?
14   A.   Office of Foreign Asset Control.
15   Q.   Okay.  But what is the list?
16   A.   It says OFAC list.  Oh, I don't know the specific
17   list.
18   Q.   Okay.  Before a host's ad is initially posted, is
19   a background check done by Airbnb?
20   A.   I don't know if it happens a 100 percent of the
21   times.
22   Q.   Who would know?
23   A.   That, again, I don't know the team that's in
24   charge of this program.
25   Q.   But there is a team?

Page 53

1    A.   There might be.  I mean, I am speculating.  I
2    don't know whether there is a specific team in charge of
3    this program.
4    Q.   Someone else at Airbnb would be the proper person
5    to ask that question?
6    A.   There might be, definitely informed of this
7    program.
8    Q.   But I am asking you, you are not the proper
9    person to ask that question of; correct?
10   A.   You can ask me this question as long as it's high
11   profile.  If you go into specifics, I don't know the
12   specifics.
13   Q.   I am asking you why does -- how does Airbnb
14   conduct a background check?  Is that too specific?
15        MR. GOLDER:  Objection as to form.
16        I believe he answered that question.
17        MR. GROSS:  You can answer it again.
18        MR. GOLDER:  If you can.
19        Objection as to the form.
20   BY MR. GROSS:
21   Q.   You can answer the question, again.  You have --
22        Just because you objected to form doesn't mean he
23        doesn't have to answer.
24   Just so it is clear, are you the proper person to ask from
25   Airbnb about the background check program that they do on

Page 54

1  hosts?
2      A.   For general understanding of the program, I can
3  answer the question.  If you want more specifics, I don't
4  know all of them.
5      Q.   Okay.  But -- well, I asked you, do you know the
6  process for doing a background check?
7      A.   I know the high-level process.  Process is that
8  you submit your information, Airbnb uses that database not
9  listed here and runs a background check, and then based on
10 the information provided back, it might have a course of
11 action.
12     Q.   Do you know how long the background checks take?
13     A.   No.
14     Q.   And you said earlier sometimes they are done, and
15 sometimes, they are not done?
16     A.   I think they don't apply to a hundred percent of
17 the database.
18     Q.   I am just talking about North America.
19     A.   I don't know if they apply to a hundred percent
20 of the guests.
21     Q.   Who would -- who would know whether they apply to
22 a hundred percent of the guests?
23     A.   I don't know the right person for that.
24     Q.   But there is a person at Airbnb?
25     A.   There might be.  I don't know.

Page 55

1      Q.   You don't know whether there is or there isn't?
2      A.   No.
3      Q.   Okay.  Why does Airbnb do background checks on
4  hosts?
5      A.   Trust and safety is very important to our value
6  of our position.  We have millions of people who spend
7  time at each other's homes.  We believe it is very
8  relevant for people to feel safe in the community.
9      Q.   Okay.  But if Airbnb doesn't do the background
10 check a hundred percent of the time, how does that satisfy
11 that corporate goal that you just discussed?
12     A.   We permanently try to make the platform safe,
13 more safe.  So it is an evolution.
14     Q.   When you say -- did you say "permanently"?
15     A.   We always try to think of ways to improve the
16 platform.
17     Q.   Does Airbnb check with regard to the lawfulness
18 of the specific rental before the ad is posted?
19     A.   No.
20     Q.   Why not?
21     A.   Jurisdictions are very specific.  We operate in
22 thousands of cities.  Regulation is also changing.  We
23 don't have the muscle of the process to undertake that --
24 that endeavor.
25     Q.   Okay.  Other cities where Airbnb -- where the

Page 56

1  host is required to post a business license number or a
2  tax ID number as part of the initial process?
3      A.   That these are very specific jurisdictions, with
4  very specific solutions that came out of a partnership
5  with the City, and in these particular instances, there
6  might be a chance for hosts to submit this information.
7      Q.   Well, if the host, in those jurisdictions -- I am
8  going to get into specifics in a bit -- if the host
9  doesn't submit the information, does their ad post?
10     A.   In some instances, it can be posted; in some
11 instances, it cannot.
12     Q.   So it can post even if that information isn't
13 added as a field?
14     A.   Yes.
15     Q.   Does Airbnb vet the guests that are staying in
16 the homes that are rented through the platform?
17          MR. GOLDER:  Objection as to form.
18          I assume you are using the same kind of
19     definition of vet?
20          MR. GROSS:  Yes.
21 BY MR. GOLDER:
22     Q.   Okay.
23     A.   Yes.  When they submit enough personal
24 information and their available data source and legal in
25 the country we are operating, we might run background

Page 57

1  checks.  Again, I don't remember, or I don't know if it is
2  applied to a hundred percent of the guest community in
3  that particular situation.
4      Q.   And I think I asked you, but you do recognize
5  Exhibit 8 from the website, correct?
6      A.   Yes.
7      Q.   Okay.  Does this exhibit explain everything with
8  regard to background checks performed by Airbnb?
9      A.   I don't see any other link.  I'm not sure if
10 there is more content.
11     Q.   Okay.  Let me show you what I am going to mark as
12 Exhibit 9, City of Miami Beach Exhibit 9, it is Airbnb 800
13 to 804.
14     A.   Thank you.
15     (Exhibit No. 9 was marked for Identification.)
16 BY MR. GROSS:
17     Q.   Have you ever seen this document before?
18     A.   Yes.
19     Q.   What is it?
20     A.   It is an explanation how Airbnb -- how does it
21 work when Airbnb asks for an ID.
22     Q.   And this is -- so this is an -- in addition to
23 Exhibit 8, and it explains -- do they perform background
24 checks, and is this how they do it?
25     A.   I assume that this is asking about how do we --

Page 58

1 submit, or how a user submits the ID.
2      Q.   Okay.
3      A.   What -- yeah.  It is different things of it.
4      Q.   Okay.  Take a look at Page 3 of 5, which is
5 Page 802.
6           Do you see the last paragraph, going on to the
7 following page?
8      A.   Yes.
9      Q.   Okay.  And that talks about background checks
10 that are done in the United States, does it not?
11     A.   Yes.
12     Q.   Is that done in every instance for every host?
13     A.   I don't know.
14     Q.   How about for every guest?
15     A.   I don't know.
16     Q.   Okay.  Do you know why it wouldn't be done for
17 every host?
18     A.   I don't know.  It might be a process issue.
19     Q.   And the same question for every guest?
20     A.   Yes.
21     Q.   If -- if a host fails a background check, what
22 happens?
23     A.   I think it depends on the severity of what might
24 have happened in the past.  This person might be banned
25 from the platform for a period of time.

Page 59

1      Q.   Okay.  Are they banned -- when you say "for a
2 period of time," what do you mean?
3      A.   That depending on what -- what is actually the
4 information that was provided, it might be for years.  So,
5 let me see if it describes the information here, but -- I
6 don't know the actual -- the actual time frames for that,
7 but I think, depending on the severity of the information
8 surfaced, someone might be banned more than others.
9      Q.   Okay.  Do you know all of the steps that are
10 taken as part of -- I am going to use vetting, or we can
11 use background check.  Which is easier for you?
12     A.   Up to you.
13     Q.   Okay.  Do you understand what I mean by vetting?
14     A.   Yes.
15     Q.   I will just use vetting.  Do you know all of the
16 steps that are used by Airbnb to vet a host?
17     A.   I'm not aware of the specific steps.
18     Q.   How about to vet a guest?
19     A.   Same.
20     Q.   Okay.  Do you know what happens to guests that
21 don't meet the vetting standards set by Airbnb?
22     A.   Similar to hosts.  There might be a -- a
23 temporary banning, depending on the severity of the
24 information surfaced.
25     Q.   Who makes that determination of who gets banned

Page 60

1 and who doesn't?
2      A.   I think it is barometric.  So there are
3 thresholds that are automatically to everyone --
4      Q.   Okay.
5      A.   -- that goes through the process.
6      Q.   So well, if -- let me ask this:  When this
7 information is provided, is it always sent out to a third
8 party to check?
9      A.   As far as --
10     Q.   Let me make it really clear.  When a host
11 provides the information requested by Airbnb, initially --
12     A.   Yes.
13     Q.   -- is it always submitted to a third party for a
14 background check?
15     A.   I don't think we submit to -- a hundred percent
16 of the situations, information.  This is my understanding
17 of the situation.  When we run a background check, we
18 always run through a third party.
19     Q.   Who makes the determination when to run a
20 background check and when not to?
21     A.   I don't know.
22     Q.   Is it done by an individual, or is it done by
23 some algorithm?
24     A.   I -- I think it might be automatic, based on
25 variables.

Page 61

1      Q.   When you say "automatic," do you mean by
2 algorithm?
3      A.   Yes.
4      Q.   And what are those variables?
5      A.   I don't know.
6      Q.   Is a guest required to submit payment at the time
7 of booking?
8      A.   You mean payment information, or complete the
9 payment?
10     Q.   At least make a down payment?
11     A.   There are different pricing logistics, but the
12 main one is that the bank takes the money from the guest
13 at the time of confirmation and sends it to the host
14 24 hours after check-in.
15     Q.   But -- so the whole amount that is taken from the
16 guest is -- the whole amount owed for the rental is taken
17 at the time of the booking, it is just not delivered until
18 later?
19     A.   Yes.  In general, yes.
20     Q.   When you say "in general" -- let's make it really
21 easy -- just in the United States?
22     A.   I think in general, yes.  There might be
23 instances, depending on the volume of the booking, where
24 Airbnb collects part of it at check-in -- at the
25 confirmation of the booking, and another part a few days

Page 62

1  or weeks before the actual check-in.
2      Q.   Okay.  Does Airbnb ever deactivate or suspend
3  user accounts that don't meet its vetting standards?
4      A.   Airbnb might deactivate accounts when reviews are
5  below certain thresholds.  So if the guest opinions are --
6  on average, are below a certain threshold, this is the
7  only automatic trigger for Airbnb to release.
8      Q.   So there would be guest reviews of a host's
9  dwelling?
10     A.   Yes.
11     Q.   And so that would be -- it would only be based on
12 that.  It wouldn't be based on any other factor?
13     A.   No, it is always based on the experience that our
14 community is having.
15     Q.   So there is -- strike that.
16          So let's say after there is an initial posting of
17 a host's ad, and the -- the rentals are going through, the
18 reviews are fine, but the host is convicted of a crime.
19 How does Airbnb police that?
20     A.   I'm not sure of the process.
21     Q.   Is there a process?
22     A.   I'm not sure.
23     Q.   Okay.  So I mean, for instance, I am just using
24 it as an example.  I am not saying it happens.  But, if a
25 host is found guilty of a violent crime or being a sexual

Page 63

1  predator after they have passed the initial background
2  check, how does Airbnb take that into account or -- as
3  part of the platform?
4          MR. GOLDER:  Object as to form.
5          Go ahead.
6          THE WITNESS:  I don't know if there is a specific
7      process to run this.  We have a trust team that
8      really is in charge of security of the platform in
9      terms of general terms.  I am not sure if they are on
10     top of this issue.
11 BY MR. GROSS:
12     Q.   Okay.  When you say "trust team," what do you
13 mean?
14     A.   It is like a team that tries to think of how to
15 make our community more protected.
16     Q.   Okay.  Where is the trust team based?
17     A.   Multi-location.
18     Q.   Is there any based in Miami?
19     A.   No.
20     Q.   Where is the main base for the trust team?
21     A.   It may be Dublin.
22     Q.   Okay.  When you say "may be," how big is the
23 operation in Dublin?
24     A.   A few hundred people.
25     Q.   How big is the operation in San Francisco?

Page 64

1      A.   More than a thousand.
2      Q.   Is San Francisco the largest center of operation?
3      A.   Yes.
4      Q.   Okay.  It sounds like Dublin is the second?
5      A.   Yes, it might be.
6          MR. GOLDER:  Can we take a break?
7          MR. GROSS:  If you want to, fine.
8          MR. GOLDER:  Yes, let's take a little break.
9          (Whereupon, there was a discussion off the
10     record, a recess at 11:15, after which the following
11     proceedings were had at 11:26 p.m.:)
12 BY MR. GROSS:
13     Q.   Before I move to the next area, Mr. Mallol --
14     A.   Yes.
15     Q.   -- what is an instance where a -- a specific
16 instance where Airbnb would deactivate or suspend a user?
17     A.   It can happen if the reviews come back
18 negatively.
19     Q.   Other than the reviews, I understand that --
20     A.   If a guest or host submits or contacts customer
21 service complaining about something specific, let's say
22 violence, there would be a process for us to be --
23 understand the situation and make a call.
24     Q.   Do you know of any instance, specifically, where
25 that happened?

Page 65

1      A.   Usually, it is cases that I am not made aware of
2  beyond the involved teams.
3      Q.   So the answer is -- to my question is --
4      A.   No.
5      Q.   -- a yes-or-no question.  I am trying to move
6  this along.
7          Do you have any knowledge of a specific incident
8  where this happened?
9      A.   None, in the United States.
10     Q.   Okay.  Then that's fine.  We will limit it to the
11 United States, because I understand the process can be
12 different in other countries.
13          I just want to ask one follow-up on the vetting
14 at the start.  Are you -- do you know of any specific
15 instance where a host was not allowed to post because of a
16 background issue at the start?
17     A.   So "vet," equals background check, in this
18 question?
19     Q.   Yes.
20     A.   I don't know -- I don't know.  But, I believe
21 that you are allowed to post and then when a background
22 check comes back, they might take action.
23     Q.   So you don't know if the background has to be
24 completed before the post?
25     A.   I'm pretty sure that your -- your ability to post

Page 66

1  is immediate.  The background check might come later.
2       Q.   Okay.  And if the background check is not
3  complied with, what is required?  What happens?
4       A.   Then Airbnb will take action.
5       Q.   Are you aware of a specific time that happened?
6       A.   No.
7       Q.   Are you aware that that is specifically the
8  process, that the -- that the ad immediately posts and the
9  background comes later?
10      A.   That is my understanding.  I can't confirm it.
11      Q.   So it could be the background has to be completed
12 before the post goes up?
13      A.   I am pretty sure this is not the case.
14      Q.   What is that based on?
15      A.   My experience and the feedback I get from the
16 community.  There is a community center where you see
17 opinions and feedbacks from the community.  I have never
18 heard or read anything about a complaining because you are
19 not allowed to list immediately.  This is part of the
20 value proposition of Airbnb as a community.
21      Q.   Okay.  And what was the -- what did you look at
22 to come to that conclusion?
23      A.   Community center.  It is just a public forum with
24 Airbnb.
25      Q.   And did you look at the public forums for the

Page 67

1  United States?
2       A.   I get reports in -- from different regions, high
3  level topics.  They are digested for me.
4       Q.   So you don't review the specific forums?
5       A.   I don't -- I don't go to the forums.  There is a
6  team.  I choose a third-party agency that looks at the
7  topics and submits reports.
8       Q.   What is the third-party agency?
9       A.   It is a vendor.
10      Q.   What is the name of the vendor?
11      A.   I don't recall.
12      Q.   Okay.
13      A.   So...
14      Q.   So that is a -- that is a task that Airbnb
15 outsources?
16      A.   Reviewing topics in public forums, digesting
17 them, and sharing it with some teams for them to benefit
18 from feedback from the community, yes.
19      Q.   So it is an outsourced service?
20      A.   Yes.
21      Q.   But you -- so have you ever read a post in a
22 forum where this issue is raised that you can post before
23 your background check is completed?
24      A.   No.  And I haven't read the opposite, neither.
25      Q.   So what did you base your answer on?

Page 68

1       A.   So I -- knowing the community and knowing the
2  pinpoint that would create for a host not to be able to
3  list immediately, I would expect this to come up in the
4  community center as a complaint, because they are very
5  vocal.
6       Q.   So you are speculating as to your answer here?
7            MR. GOLDER:  Object to form.
8  BY MR. GROSS:
9       Q.   You said you have never read the post either way?
10           MR. GOLDER:  Object as to the form.
11           THE WITNESS:  I am using the context and the
12      information I might have on this particular matter.
13      I am assuming that it is not something that comes up
14      in the complaint because I have not seen it.
15 BY MR. GROSS:
16      Q.   Okay.  But you don't know for a fact one way or
17 the other; is that correct?
18      A.   Yes.
19      Q.   Okay.  Okay.  How do guests pay hosts for their
20 stays?
21      A.   They have payment instruments in the process, in
22 the profile, and Airbnb Payments is the processing agent,
23 or the collecting agent.  Money is collected at the time
24 of the check-in, again, generally, at the time of the
25 booking, in general, and then it is submitted to the host

Page 69

1  as a pay-out 24 hours after check-in.
2       Q.   Okay.  Does Airbnb -- so Airbnb processes the
3  payments?
4       A.   Airbnb Payments is a separate company, but yes.
5       Q.   When you say "it is a separate company," what do
6  you mean?
7       A.   I don't know the specifics, but you have Airbnb,
8  Inc., and then you have Airbnb Payments as a company that
9  acts as a collecting agent.
10      Q.   Okay.  So it is not -- is it Airbnb -- what did
11 you call it?
12      A.   A collecting agent.
13      Q.   No, no.  What is the name of the company?
14      A.   Airbnb Payments.
15      Q.   Is that an affiliate of Airbnb?
16      A.   I think it is a subsidiary.
17      Q.   A subsidiary?
18      A.   Yes.
19      Q.   So it's part of -- is it a wholly-owned
20 subsidiary of Airbnb?
21      A.   I think so.
22      Q.   So it is fair to say Airbnb, Inc., oversees that
23 process, because it owns Airbnb Payment?
24      A.   That -- that is a little bit technical for me.
25      Q.   Okay.  Do you know how the -- do you know the

Page 70

1 specifics of the payment process mechanism?
2     A.   No.   That is -- that is very technical.
3     Q.   Who would know that?
4     A.   There is a payments team.
5     Q.   Does Airbnb take a fee for processing payments?
6     A.   We have a service fee on the guest side, on the
7 host side.   This is -- this is an accounting for the
8 offering, meaning that you have access to the platform,
9 which is our main product, and then you have access to
10 these ancillary services such as payments and services
11 such as customer service, such as payment processing.
12     Q.   So is the fee obtained from both the guest and
13 the host?
14     A.   Yes.
15     Q.   For each booking?
16     A.   In general, yes; in the U.S., yes.
17     Q.   Okay.   Are there no other fees that Airbnb takes
18 out of the payments when they are made?
19     A.   I don't think so.
20     Q.   What about taxes?
21     A.   Taxes -- we can collect and remit in some
22 instances.
23     Q.   When you say "some instances," what do you mean?
24     A.   So when you have a particular agreement, let's
25 say with next proceeding, we collect tourist tax.

Page 71

1     Q.   What about the United States?
2     A.   We might have tax agreements in some cities.
3     Q.   Do you know that list of cities?
4     A.   I don't know the full list.
5     Q.   Who would have that knowledge of the cities where
6 Airbnb collects taxes in the United States?
7     A.   So -- legal would know, payments would to, and
8 the policies would know.
9     Q.   But you are not the witness who would have that
10 information?
11     A.   I know, high level, that we have tax collections.
12 There are several cities that I -- I don't think anyone
13 fully knows all of the cities who may be referred to.   I
14 need to rely on documentation to really know the
15 full information on that.
16     Q.   Would anybody from payments know that?
17     A.   I don't think they would be aware of -- they
18 might have built the mechanics for that.   I'm not sure if
19 they would be aware what city they are serving.
20     Q.   So there is no one at the company -- there is no
21 one at the company that I could depose who would know what
22 specific cities or states, taxes or other fees are
23 collected from?
24          MR. GOLDER:   Object as to form.
25          THE WITNESS:   There might be a team that

Page 72

1 collectively knows the information, definitely
2 documented.   I don't know of a team who has complete
3 knowledge of everybody because that is a very big
4 corporation.   It is a very big geographic coverage,
5 and it is several teams.
6 BY MR. GROSS:
7     Q.   Where is Airbnb Payments located?
8     A.   I don't know, actually.
9     Q.   Okay.   Is there anyone from Airbnb Payments in
10 your office in Miami?
11     A.   No.
12     Q.   But the best person to ask that question would be
13 someone from Airbnb Payments?
14     A.   Yes.
15     Q.   The fees that are charged to hosts, do they vary
16 based upon each listing, or is it a flat fee?
17     A.   There is a three-percent flat fee.
18     Q.   How about the payments that are charged to
19 guests?
20     A.   It changes.   It is a dynamic number.   It changes
21 based on several variables such as length of stay, the
22 booking amount, and the time before check-in, and some
23 others.   I am not aware of the full list.
24     Q.   And who would have that information?
25     A.   Again, the payments team will know the logic of

Page 73

1 the payment fee.
2     Q.   Does Airbnb advertise hosts' properties?
3     A.   Advertise, as what do you mean?
4     Q.   So I know host properties are posted on the
5 website.
6     A.   Yes.
7     Q.   And that guests can look at host properties, pick
8 them that way?
9     A.   Yes.
10     Q.   But, does Airbnb -- do you know what I mean by
11 the terms direct marketing?
12     A.   Yes.
13     Q.   Does Airbnb do any direct marketing with regard
14 to hosts' properties to guests?
15     A.   Yes.
16     Q.   What does it do?
17     A.   So if you have -- it is usually a response of
18 guest behavior.   Going to the website, you look for
19 certain properties.   That is a retargeting opportunity
20 where you can get exposed to other email and other
21 channels of similar properties when it comes to location,
22 price, and room configuration, this is fully automated,
23 and based on objective variables that the guest has used
24 for search purposes.
25     Q.   But the automation was created by Airbnb?

Page 74

1    A.   The automation was created by Airbnb.
2    Q.   And so the algorithms and the like that makes
3 these automated processes function were created by Airbnb?
4    A.   We work with a bunch ov vendors.  I am not sure
5 whether we have created a team or we are relying on
6 third-party technology.
7    Q.   And what happens as a part of this automation?
8    A.   So you are exposed to listings that we believe --
9 the system or the algorithm believes you can convert into
10 booking because they are similar to some preference you
11 have shown in the past.
12    Q.   I am a guest.  How would I be exposed?
13    A.   You would go on Airbnb, and for whatever, you
14 would search for listing.  You would look for dates, price
15 points, and number of rooms.
16         And then you would maybe get an email from Airbnb
17 saying "You have been looking for Paris.  We have similar
18 properties that -- we have properties that you might
19 like."
20         And again, selection will be -- I wouldn't say
21 random, because there are some variables behind it, but it
22 would not be handpicked.
23    Q.   And that -- you are saying it is not done by an
24 individual, it is done just automatically by a process?
25    A.   Yes, and it happens at scale.

Page 75

1    Q.   But the process is one that was created by
2 Airbnb?
3    A.   I don't know -- again, I do not know if it's
4 using third-party technology.  I'm not sure the technology
5 has been created by Airbnb.  We are definitely using it
6 for targeting purposes.
7    Q.   But it is the -- the technology offers Airbnb
8 product, not third -- other party's products?
9    A.   Correct.  We only try to cross-sell our
10 properties on Airbnb.
11    Q.   You say you only -- what does that mean?  Are
12 there instances where you cross-sell other properties, et
13 cetera --
14    A.   No.  We just showcase properties that are at
15 least Airbnb.  They are hosts' properties.  They are not
16 technically properties -- they are listings of Airbnb.
17    Q.   I am not going to find, for instance, a
18 booking.com property on Airbnb unless the host is in both
19 places?
20    A.   If the host is in both places, the discovery
21 process for that property will be different.  Where Airbnb
22 merchandises and sends marketing emails in a particular
23 instance, they always relate back to properties listed on
24 Airbnb as a platform.
25    Q.   How many emails does Airbnb send to a guest?

Page 76

1    A.   I don't know.
2         MR. GOLDER:  Objection as to form.
3         THE WITNESS:  Sorry.  I don't know that.
4 BY MR. GROSS:
5    Q.   How many emails, about -- strike that.
6         After the guest does its initial search but
7 doesn't book -- because I am assuming this doesn't happen
8 if the guest actually books -- or is that a bad
9 assumption?
10    A.   No, you might get emails on -- Experiences is
11 another service, but not homes.
12    Q.   What is Experiences?
13    A.   Experiences -- it's another product they have but
14 not available in Miami Beach.
15    Q.   I understand it's not available on Miami Beach,
16 but what is Experiences?  I don't care that if it's
17 available in Miami Beach.  Let me start that again.
18    A.   Actually, I am not sure it is available in Miami
19 Beach.
20    Q.   So let me ask the question again.
21    A.   Yes.
22    Q.   What is Experiences?
23    A.   It is a product that Airbnb offers that allows
24 locals to share their passions with travelers.
25    Q.   What does that mean, locals to share with

Page 77

1 travelers?
2    A.   "Let's go to a music concert together."
3    Q.   And what does that mean?
4    A.   That you -- you book a time with a local guest, a
5 local host that would provide an experience, let's say, "I
6 will pick you up at nine.  We will go for breakfast, walk
7 around the city and we will go for a concert."
8    Q.   So this is host separate and apart from the
9 host that you are booking through?
10    A.   Yes.  It is different.
11    Q.   Okay.  And that is a service that Airbnb offers
12 guests?
13    A.   That is a service that hosts -- Experiences hosts
14 can offer guests through Airbnb as a platform.
15    Q.   And does Airbnb take a fee from that?
16    A.   Yes.
17    Q.   And what is the fee for that?
18    A.   I don't remember.  I don't recall the fee logic.
19 My business is ^ Homes homes.  I'm not focused on
20 Experiences.
21    Q.   Okay.  Is there anybody in Miami focused on that
22 portion of the business?
23    A.   No.
24    Q.   Do you know where the person that is focused on
25 business is?

Page 78

1    A.   We are a global team.  We are at multiple
2  locations.
3    Q.   Is that part of the website, the Experience?
4    A.   Yes.
5    Q.   So I could find it if I go through this?
6    A.   Yes.
7    Q.   And you said you don't know whether that is
8  offered on Miami Beach or not?
9    A.   I think it might.  I actually don't recall
10 because I'm not a user of Experiences, and it is not my
11 business.
12   Q.   Do you oversee the rentals on Miami Beach?
13   A.   I oversee the geography.  I don't get into
14 specifics with regard to Miami Beach.
15   Q.   Who does?
16   A.   That might be a sales team that is in charge of
17 acquiring these things for the market.
18   Q.   Are they based in Miami?
19   A.   No.
20   Q.   So they are somewhere else?
21   A.   Yes.
22   Q.   So the best person to ask about how the
23 properties in Miami Beach are listed is someone from that
24 team?
25   A.   If it is a generic listing flow, listing-of-space

Page 79

1  flow, I can't comment on that.  If it's about specific
2  activities to attract hosts on the platform, there might
3  be a sales team in that position.
4    Q.   Is there a sales team -- when you say, "might be
5  a sales team" --
6    A.   No, there is a sales team.
7    Q.   You keep using the term "might."  I don't want
8  for me to have to ask the follow-up question.  I
9  understand it is part of your vernacular, but I'm trying
10 to make this move quickly.
11   A.   Yes.
12   Q.   Got it.  So when these emails go out, that there
13 is no human element to that, it is all automatic?
14   A.   Yes.
15   Q.   And the factors as to what email goes to what
16 guests, that is all automatic?
17   A.   Yes.  Actually, the email strategies is very
18 complex.  I am not aware of the full number of emails
19 sent.
20   Q.   So do you know, so -- do you know for sure that
21 there is no human element as part of that?
22   A.   There might be human element when it comes to
23 designing the framework, of the -- and layout of the
24 emails, the content that populates the email is fully
25 automated.

Page 80

1    Q.   How do you know that?
2    A.   Because I know the scale about it, and I know --
3  I know -- I have been in conversations about the process
4  when it comes to this level of altitude, and it is
5  something that has been revealed to me.
6    Q.   When you say, "conversations," with whom?
7    A.   The marketing team, high-level conversations, and
8  we have an automatic email strategy.  It doesn't go beyond
9  that.
10   Q.   So you have been told directly by the Airbnb
11 marketing team that it is an automated strategy, and there
12 is nothing else?
13   A.   Yes, we have millions of users globally.
14 Everyone that shows activity on platform will be targeted.
15 There is no way we can have manual interaction with an
16 email team.
17   Q.   What about when you are launching in a country or
18 city?  Does that immediately go automated, or is there
19 some human process to try to build it?
20   A.   We are in large countries or cities.  We are in
21 organic growth since 2008.  It has naturally grown to a
22 global platform.  There is no such thing as launching.  It
23 is like Airbnb homes.
24   Q.   When you say "Airbnb homes," is there any
25 difference between homes and apartments?

Page 81

1    A.   No, no. I am just meaning that accommodation.
2    Q.   Okay.  Let me show you what we are going to mark
3  as Exhibit 10.
4         (Exhibit No. 10 was marked for Identification.)
5  BY MR. GROSS:
6    Q.   This is City of Miami Exhibit 10.  It is Airbnb
7  1612 through 1614.  Have you ever seen this document
8  before?
9    A.   I may have seen similar emails.
10   Q.   But what about this specific one?
11   A.   I don't recall.
12   Q.   Do you know what this document is?
13   A.   It seems like an email sent to someone who was
14 trying to book a place.
15   Q.   So is this the email that -- the type of email we
16 have just been discussing?
17   A.   Yes, yes.
18   Q.   And it is sent by the Airbnb team.  Who is that?
19   A.   I think it is a generic way to say -- to try to
20 personalize Airbnb and to provide some warmth to the
21 brand.  It is definitely automated email.
22   Q.   And how do you know for sure it's an automated
23 email?
24   A.   I think I answered this question before.
25   Q.   Okay.  Someone -- somebody in marketing told you

Page 82

1  that it has to be an automated email?
2      A.   Yes, and I am aware of the scale of the number of
3  emails and the number of people that try to book on Airbnb
4  on a global scale.
5              (Exhibit 11 was marked for Identification.)
6  BY MR. GROSS:
7      Q.   Let me show you what we are marking as
8  Exhibit 11, which is Airbnb -- City of Miami Beach Exhibit
9  1628 through 1683.  Have you seen this document before?
10     A.   No.  Similar documents.
11     Q.   This is one says, "Sorry this particular listing
12 didn't work out."
13          So is this -- so the -- what does that mean, by
14 the way, if you know?
15     A.   You tried to book a place, you got a negative
16 response from the host because the host, who is the
17 ultimate owner of the decision, they can accept your
18 reservation or not.
19     Q.   Okay.
20     A.   And since we want to make sure we find the right
21 accommodation, we send you an email with alternative
22 offerings, again consistent with location, price, date of
23 availability, and other variables.
24     Q.   So does the host always have the ability to agree
25 or not agree to a guest?

Page 83

1      A.   They decide, they -- they can decide whether they
2  enable instant booking, which that means they are fine
3  accepting bookings within certain parameters, but they can
4  also unilaterally disable the functionality, and they
5  always choose whether they accept or not an incoming
6  reservation.
7      Q.   So let me -- you gave me about 16 things to ask
8  you right there.  So instant booking -- or excuse me,
9  Instant Book?
10     A.   Yes.
11     Q.   That is the term that says here -- what is that?
12     A.   It is a functionality made available to all hosts
13 globally, where they can say, "I feel comfortable
14 welcoming every guest that comes my way as long as they
15 meet certain parameters," and they have parameters that
16 they can select.
17     Q.   And this is when they post their property, the
18 first time?
19     A.   They can change it at any time.
20     Q.   Right.  But initially?
21     A.   Yes.  They are asked whether they want to enable
22 some of them or not.
23     Q.   And if they enable it and they post those
24 parameters, they are not asked?
25     A.   They will get incoming emails saying, "You have

Page 84

1  these reservations."
2           They still can cancel the reservation, but it
3  still has been automatically accepted, even if they
4  enabled Instant Book.
5      Q.   So they still have the opportunity, even after
6  someone is instant-booked, because this says, you know,
7  you can book instantly without sending your request to the
8  host for those -- those, if you -- if a guest uses an
9  Instant Book listing?
10     A.   Yes.
11     Q.   They can still be rejected?
12     A.   They will be accepted.  The booking will be
13 confirmed.  Usually, the host doesn't cancel because they
14 have been the one setting the parameter.  But, eventually,
15 if something happens, because things happen, "because my
16 home is not available, I am having my mother come," they
17 could potentially cancel.  The guest would be -- as
18 discussed before, could be potentially compensated or
19 helped finding an alternative.
20     Q.   Okay.  This email talks about, as opposed to the
21 last one, it says, "Here are Instant Book listings."
22     A.   Yes.
23     Q.   Who makes the determination whether it is an
24 email that includes Instant Book listings versus just
25 normal host listings?

Page 85

1      A.   There is an algorithmic logic that looks at
2  conversion.  So we know for a fact that guests prefer
3  Instant Book because it gives them more chances of
4  confirming a booking.
5           At the same time, we know that if you cancel the
6  booking, which seems that is the case, you didn't manage
7  to get the listing that you were looking for, your
8  preference for Instant Book actually grows.  So the logic
9  speaks on this and sends out this email, automatic email.
10     Q.   So there is no human involvement in the
11 difference between giving -- sending an Instant Book
12 advertising to a guest, versus a regular host advertising
13 to a guest?
14     A.   It is based on guests' behavior and signals
15 picked by the algorithm.
16     Q.   What about languages?
17     A.   We have translation into many, many languages
18 globally.
19     Q.   But -- okay.
20     A.   I --
21     Q.   Let me show you what we are going to mark as 12.
22          (Exhibit No. 12 was marked for Identification.)
23 BY MR. GROSS:
24     Q.   This is Airbnb 1634 through 1636, again, City of
25 Miami Beach 12.

Page 86

1         This is -- have you ever seen this document
2 before?
3     A.   I have seen similar document.
4     Q.   When you say "similar," what do you mean?
5     A.   Emails sent to our community.
6     Q.   Okay.  Why is this one partially in Spanish and
7 partially in English?
8     A.   There might be a mistake, meaning that the
9 transaction didn't do a good job, algorithm.
10    Q.   So the fact that this is in two languages is not
11 the usual?
12    A.   I hope not.
13    Q.   Okay.  Because it confused me.  Okay.  And then
14 this -- so this, in your mind is similar, this is a --
15 this is for a nonInstant Book; correct, this ad?
16    A.   It doesn't refer to Instant Book.  I don't know
17 if some of these listings might have been.
18         It might be -- again, first of all, at that time,
19 when the email was sent, the host still has the chance to
20 change, any time.  So you can send the email, and my
21 understanding is five minutes later there is a host
22 enabling Instant Book, or disabling Instant Book.  The
23 possibility in this particular email, we are not referring
24 to a particular -- to Instant Book.
25    Q.   Okay.  The -- okay.  But it could have both types

Page 87

1 of ads on it?
2     A.   Yes.  And the same happens to the previous email.
3 You can try to present Instant Book listings.  The host
4 owns the decision of changing them.  The email has already
5 been sent.  It is about the user experience, but it is
6 something that happens when hosts control the listings.
7     Q.   Understood.  And the follow-up I have here is --
8 so we were talking about Spanish versus English.  Are
9 there times when properties in the United States, where
10 emails are sent in a different language to a potential
11 guest?
12    A.   So guests and hosts have the language preference.
13 As they create the profile, I think we try to send
14 communications in the preferred language.  At the same
15 time, guests and hosts -- in particular, hosts -- write
16 the title and the listing descriptions in their own
17 language, Airbnb languages, I think, will translate
18 functionality to present in the right language when they
19 are shown to a guest from whatever country.
20         So if I am booking from Barcelona, the system
21 will automatically translate into Spanish or Catalan using
22 Google technology.
23    Q.   Okay.  So -- so there is no human element in
24 terms of what language the ad is posed -- the ad is posted
25 on the website -- let me think.  Let me rephrase that.

Page 88

1         So just as a follow-up, I think you just said
2 that if someone is in Barcelona looking at ads in the
3 United States, it is going to show up on the platform in
4 Spanish?
5     A.   Yes, because they are looking for an airbnb.es.
6     Q.   Because they are looking from airbnb.es?
7     A.   Yes.  And they have most likely a preferred
8 language they find.
9     Q.   Okay.  What about if it is someone in the United
10 States looking for someone in the United States?
11    A.   They will have a language preference, and we will
12 try to use that.
13    Q.   And there is an algorithm that looks at that and
14 just automatically does that?
15    A.   Yes.  So Airbnb content, when it comes to what we
16 write in the platform on the website, we have the
17 professional translation behind it.  It is not automated.
18 We have a translation team that is usually a third-party
19 vendor that will translate our content.
20         All the documents that you said before, all these
21 are contents that are professionally translated.
22         When it comes to user-generated content, the
23 content that hosts create as they create their own
24 profile, will rely on the automatic translation.  That is
25 happening at the time that someone sees the listing.

Page 89

1     Q.   Does anybody check for accuracy of the
2 translation?
3     A.   There might be someone checking how Google
4 technology, in general, works.  I don't think anyone is
5 reviewing any listing in particular.
6     Q.   But you say you don't think.  Do you know for
7 certain that no one -- when a -- when a post is
8 translated, do you know if there is anyone -- do you know
9 for certain that no one looks to check to make sure the
10 translation is done accurately?
11    A.   I don't know for sure, but I'm sure we cannot
12 review 100 percent of the listings.
13    Q.   When you say "I'm sure," what is that based on?
14    A.   We have millions of listings around the world,
15 and we don't have as big teams.
16    Q.   Have you ever spoken to anyone specifically about
17 that topic, whether things are translated?
18    A.   No.
19    Q.   So there could be someone who is involved with
20 the specific translation of ads to make sure they're
21 accurate?
22    A.   I don't think so.
23    Q.   The question is, could there be?
24    A.   I don't think -- I don't think so.
25    Q.   Okay.  But you don't know for certain?

Page 90

1    A.   No.
2    Q.   Okay.  Now, we talked a little bit earlier about
3  the things that Airbnb does that you said are automatic in
4  terms of advertising to guests.  Does Airbnb take any
5  other action to stay -- to keep their product in front of
6  guests if they don't complete a booking, other than
7  sending out these emails?
8    A.   We might rely on external distribution channels.
9    Q.   Like what?
10   A.   Facebook, Google.
11   Q.   And how do you do that?
12   A.   So think we have free-targeting capabilities once
13 they get on our site; content of a tracking pixel.  You
14 know that a person has looked at an Airbnb, you have a
15 chance to rely on these channels to reach them with a
16 specific content.
17   Q.   Does Airbnb -- does the website save cookies of
18 potential guests are used to create ads displayed on other
19 websites?
20   A.   I don't know.
21   Q.   Do you know what a cookie is?
22   A.   Yes.
23   Q.   Do you know if that is the way this is done?
24   A.   We use cookies or tracking pixels when they get
25 on our platform.  I'm not sure whether we can monitor

Page 91

1  behavior or not on our platform.
2    Q.   But do you use the cookies to put ad on another
3  platform, like Facebook -- for -- let's say a guest on the
4  -- I am a guest.  I go on.  I look for something in New
5  York City.  I don't complete it.  I go up on my Facebook
6  page, and all of a sudden, there is an ad for you.  Does
7  Airbnb have advertising in New York?
8    A.   Yes.
9    Q.   Is that based on a cookie left on the website?
10   A.   I think so.
11   Q.   Okay.  Who would know that for sure?
12   A.   The marketing team.
13   Q.   Is there any human element to that process?
14   A.   Definitely not.
15   Q.   Okay.  So is it -- how is it done?
16   A.   The tracking pixel -- it is automatically placed
17 in your profile, I think, and then --
18   Q.   You say you think.  You don't -- you don't -- I
19 don't want you to guess, and if you don't know the answer,
20 you can say, "I don't know the answer."
21        Because otherwise, I am going to keep asking
22 follow-up questions.  So every time you say think, to me,
23 that means you don't know the answer.
24        If you don't know it -- your attorney will tell
25 you the same thing.  He doesn't want you to speculate.  So

Page 92

1  if the answer is you don't know, just say you don't know.
2  It is not -- I'm not trying to make this difficult.
3    A.   I understand, and I know enough to say that,
4  tracking pixels are placed, or cookies are placed
5  automatically, and that you have connection with some
6  distribution channels that scale automatically.  There is
7  no human element for placing the cookies.  If you want
8  more details on the process, I agree, I don't know enough.
9    Q.   How does Airbnb advertise to attract hosts to the
10 program?
11        MR. GOLDER:  Object as to form.
12 BY MR. GROSS:
13   Q.   Does Airbnb advertise in any manner to attract
14 hosts to the program?
15   A.   Yes.
16   Q.   How do they do it?
17   A.   I don't know the comprehensive list of channels
18 we use, but there is a general marketing where you have a
19 narrative through television, audio, media, whatever
20 channel with Airbnb content as a brand, as a travel brand
21 and highlighting the opportunity for guests and hosts to
22 enjoy the platform, and then there might be more targeted
23 efforts through online channels.
24   Q.   When you say "targeted efforts," you mean direct
25 marketing?

Page 93

1    A.   It might be the market.
2    Q.   What else could it be?
3    A.   It can be just a display.
4    Q.   So banners?
5    A.   Yes.
6    Q.   Okay.  What type of direct marketing is done?
7    A.   I don't know the specifics.
8    Q.   Who would know that?
9    A.   The marketing team.
10   Q.   Is there anyone from the marketing team located
11 in Miami?
12   A.   Not covering the U.S.
13   Q.   And marketing is done differently in each
14 country?
15   A.   It has very locale-specific series.
16   Q.   Does Airbnb send emails directly to potential
17 hosts, to attract them?
18   A.   As long as they are users, I think they do.
19   Q.   When you say "users," you mean guests?
20   A.   Or a user that has not booked.  So you have a
21 profile, you have enabled getting Airbnb communication,
22 and you might get emails that try to get you to list or
23 try to get you to travel.
24   Q.   What about if you have never gone to the website?
25   A.   I don't know.

Page 94

1    Q.   Who would know?
2    A.   I assume the marketing team, as well.
3    Q.   Do you know how many emails are sent?
4    A.   No.
5    Q.   Do you know what the emails specifically say?
6    A.   I have looked at several examples.  There might
7  be others.  I don't know.
8    Q.   So you looked at examples --
9    A.   Yes.
10   Q.   -- that are sent to potential hosts?
11   A.   I mean -- we have reviewed almost all of them on
12  the guest side.  I might have seen on the host side.  I
13  don't recall anything specific.
14   Q.   Okay.  Do you know whether emails are ever sent
15  to guests who have booked asking if they want to host
16  while they are away on vacation?
17   A.   I think this is a case that we use.
18   Q.   You think.  If you don't know, just say, "I don't
19  know."
20   A.   I don't know.  I don't have perfect recollection,
21  but if you ask me whether I believe, I understand that
22  these are the emails we send.
23   Q.   Are there any other types of emails that are
24  sent?
25   A.   I don't know specifically.

Page 95

1    Q.   Okay.  Marketing?
2    A.   Marketing, yes.
3    Q.   Does Airbnb set nightly rates for bookings?
4    A.   No.
5    Q.   Okay.  Does Airbnb recommend nightly rates for
6  bookings?
7    A.   The pricing logic, the pricing is always
8  controlled by the host.  Airbnb might have contextual
9  information suggesting that it is high season, suggesting
10  it is low season, and providing tips for you to be more
11  successful.
12   Q.   So -- but they don't specifically do pricing,
13  itself?
14   A.   You can -- you can enable functionality called
15  smart pricing that allows you to still control the price,
16  set maximum and minimum prices, and Airbnb will recommend
17  within these boundaries a logic based on demand,
18  seasonalities, comparables in the neighborhood, and it's
19  very available to every host.
20   Q.   But that -- in that situation, the host is not
21  setting the ultimate price, the automated system is.  The
22  host can reject what the automated system sets, but it's
23  the system that is setting the price, not the host.
24        MR. GOLDER:  Object to form.
25  BY MR. GROSS:

Page 96

1    Q.   You can answer.
2    A.   The host chooses to enable this functionality.
3  The host sets controls that limit the frame that the
4  algorithm has, and then there is an algorithm
5  recommendation that you can accept or override.
6    Q.   Does the -- and is there a term that that is
7  described as?  Is there a specific term?
8    A.   Smart pricing.
9    Q.   And does smart pricing -- let me ask it this way:
10  The host, you know, checks the box, smart pricing; is that
11  correct?
12   A.   Yes.
13   Q.   And then sets the parameters for the smart
14  pricing?
15   A.   Yes.
16   Q.   Then the algorithm takes over in terms of what
17  is -- what pricing is set on the ad, based on season and
18  the like?
19   A.   Yes.
20   Q.   So the first thing that the guest, potential
21  guest sees in that situation is the price set by the
22  algorithm?
23   A.   Yes.
24   Q.   And then the host still has the opportunity to
25  reject that price?

Page 97

1    A.   So the host first sees it.  When they enable
2  smart pricing, the host would still see it.  If they are
3  not comfortable with it, they can change it, edit it, just
4  disable it.  Then it becomes visible to guests.  Guests
5  would book with that.  Once you engage in communication
6  with the host, you can still negotiate.
7        So again, the host can, any time, override the
8  pricing.  Obviously, if you don't want to accept the
9  pricing recommended, the guest may not accept your new
10  price, but you are always allowed to adapt it.
11   Q.   So every single time that smart pricing changes
12  the pricing of an ad, for instance, Monday, Tuesday and
13  Wednesday of spring break week may be less than Thursday,
14  Friday, Saturday of spring break week, there is an
15  email -- strike that.
16        Is there a communication sent to the host to
17  alert them of this price change?
18   A.   It's definitely visible in the host dashboard.
19  That is where they can control their activity.  I am not
20  sure if there is an email triggered.
21   Q.   So unless the host is actively checking their
22  platform, there might be a price change they are not aware
23  of?
24   A.   I can't confirm because I am not aware of the
25  email.

Page 98

1    Q.   Okay.  What I am asking you is -- again, so let
2    me go back and ask it again.
3         If, during -- if static pricing -- did I use that
4    right?
5    A.   Smart pricing.
6    Q.   If smart pricing changes a rate based on the
7    parameters you were talking about, how is the host given
8    notice of that, other than checking the platform, itself?
9    A.   I don't know.
10   Q.   Do you know if the host is given notice of that?
11   A.   I don't know.
12   Q.   Okay.  Let me show you what we are going to mark
13   as Exhibit 13.
14        (Exhibit No. 13 was marked for Identification.)
15   BY MR. GROSS:
16   Q.   Before I go into 13, let me ask you two questions
17   as a follow-up to what we were talking about.
18        I think I may have asked you this.  If I did, I
19   apologize.  How many emails does Airbnb send to a
20   potential guest after they have gone and looked at the
21   platform in terms of booking a residence?
22        MR. GOLDER:  Object to form.
23        THE WITNESS:  I don't know.
24   BY MR. GROSS:
25   Q.   Do you know an average of how many are sent?

Page 99

1    A.   No.
2    Q.   Do you know how long they are sent --
3    A.   No.
4    Q.   Let me finish the question.
5         How long after they go initially -- let's say I
6    want to book in Boston and do it today and I don't
7    complete it.  How long will I get the communication --
8    these automatic communications from Airbnb about booking
9    in Boston?
10        MR. GOLDER:  Objection as to form.
11        Go ahead.
12        THE WITNESS:  I don't know.
13   BY MR. GROSS:
14   Q.   Do you know whether if -- if I put in when I plan
15   to go, that would stop the process?
16        MR. GOLDER:  Objection as to form.
17        THE WITNESS:  I don't know.
18   BY MR. GROSS:
19   Q.   Okay.  So -- okay.  That is it.
20        Let's talk about what we have marked as
21   Exhibit 12.  It is City of Miami Beach 12.  It is Airbnb
22   0781, oh, what am I -- is it 13?
23        (Exhibit No. 13 was marked for identification.)
24   BY MR. GROSS:
25   Q.   Yes, 13, excuse me.  So on 13 -- I thought we got

Page 100

1    this.  What I am focusing on is Pages 781 to 784.  I think
2    780 got stuck in there.  That was a cover page we got?
3    A.   I don't have 781.
4    Q.   It should be the top one.  They went out of
5    order.
6    A.   No problem.
7    Q.   I think we pulled off all of the cover pages.  I
8    thought we did, anyway.  Have you seen this document
9    before?
10   A.   No, I have not.
11   Q.   Okay.  Did you have any knowledge of how Airbnb
12   helps get -- how Airbnb helps hosts attract guests in low
13   seasons?
14   A.   No.
15   Q.   So I know you don't know the document.  I will
16   not ask you about it.  So --
17   A.   No, but -- I mean, Airbnb has block posts, and we
18   might post contents.  And we also might provide contextual
19   information for a product and we might send emails that
20   provide general tips on how to be more successful as
21   hosts; again, referring to seasonality is coming -- low
22   season is coming, adjust your pricing, your pictures could
23   look better.
24        There is a general trend that when you have more
25   than X pictures, you can be more attractive to guests.

Page 101

1    But if you verify your ID to make sure you're discoverable
2    by guests -- so there is a bunch of dimensions that based
3    on experience, we know we can help hosts be more
4    successful, and we provide tips for them to generally
5    improve their offering.
6    Q.   So those tips are offered -- are they done
7    automatically, or is there, you know, a human element in
8    terms of "We are going to focus on this host that hasn't
9    been booked in a number of months*?
10   A.   There is a human element of drafting the email,
11   obviously, and we rely on data when it comes to selecting
12   the usual pinpoints.
13        When we send the email, it is usually sent to
14   picked databases.  It's not sent individually.
15   Q.   Okay.  So -- and that's done by the marketing
16   arm?
17   A.   In this particular case, I'm not sure, because it
18   is -- it is existing host community, it might be another
19   team.
20   Q.   So what would that team be called?
21   A.   I actually don't know the team.
22   Q.   So I understand, there may not be a team?  It may
23   be marketing?
24   A.   I mean, someone is definitely in touch with this
25   email.

Page 102

1    Q.   But you don't know if it's marketing or a
2 different team?
3    A.   I don't know.
4    Q.   And the thing I handed you, that is not an email.
5 That is a post from the website; correct?
6    A.   Yes, it seems like it; mainly, because it says
7 53 percent, or --
8    Q.   You have never seen it, but there --
9    A.   Right.
10    Q.   You would agree it looks like a post from the
11 website, not an email?
12    A.   Yes.
13    Q.   Document 12 is an email?
14    A.   Yes.
15    Q.   Okay.  Let me show you what has been marked as
16 Exhibit 13 -- or excuse me.  Document -- Exhibit 14.
17       (Exhibit No. 14 was marked for Identification.)
18 BY MR. GROSS:
19    Q.   It is Airbnb 2599 and 2600.
20       Have you ever seen this document before?
21    A.   No.
22    Q.   Do you know whether this is an email or a
23 screenshot from the website?
24    A.   It seems to be an email that is sent by -- that
25 says "Sent with love from Airbnb."

Page 103

1    Q.   A standard message?
2    A.   I think so.
3    Q.   Okay.  And this -- so you have never seen this?
4    A.   Not this particular one.
5    Q.   Have you seen something similar to Exhibit 14?
6    A.   I might, yes.  I don't recall, but I have seen
7 emails sent to host community.
8    Q.   Okay.  So this asks -- this suggests ways to
9 improve your listing?
10    A.   Yes.
11    Q.   Okay.  And gives sort of suggestions; correct?
12    A.   Yes.
13    Q.   And I think you said earlier there is a human
14 element that obviously drafted this?
15    A.   The template.
16    Q.   The template, okay.  But what about the message?
17    A.   Someone has written the text, definitely.
18    Q.   Okay.
19    A.   Not the specific email, the framework.
20    Q.   I understand.  This one is specific to someone
21 whose price has not changed in 55 days?
22    A.   Yes.
23    Q.   So how is that tracked?
24    A.   So they -- so we have that database that
25 obviously controls for activity on the platform, meaning

Page 104

1 that you know when people sign in, sign off, these types
2 of usual behavior when you visit a website.  I think this
3 is fairly normal across Internet companies.
4       And then you can write the email with parametric
5 information.  So someone would draft -- it looks like a
6 listing price has not changed in quote -- whatever
7 symbols, to tell the system, "Pull this information from
8 the database, and copy/paste it here."
9       So again, there is no human element when it comes
10 to writing the specifics.  It is just -- it is impacting a
11 broad user base, and the system makes it more specific,
12 because it derives more conversion from the user.
13       They relate more to the email than a generic one.
14    Q.   So this email, Exhibit 14, based on what I
15 understand from your testimony, this would be sent to
16 everyone who has not changed their listing in 55 days?
17    A.   Maybe the dates are more than 30, less than 120.
18 There might be parameters there.  I am not aware of them.
19    Q.   But how do they have the specific of 55 versus
20 56?
21    A.   They pull the information from the database
22 automatically.
23    Q.   And again, we have already established you don't
24 know what department created Exhibit 14; correct?
25    A.   No.

Page 105

1    Q.   Okay.  Do you know whether reports are prepared
2 from information derived from the website that are
3 delivered to the individuals marketing to look at usage of
4 various properties?
5    A.   No, I don't think they look at data.
6    Q.   Okay.
7    A.   No, I don't think they look at data.
8    Q.   My question was do you know whether or not
9 reports are created that other people in marketing look
10 at?
11       If you don't know, the answer is "I don't know."
12       MR. GOLDER:  Object to form.
13       The question changed a little bit.  So --
14 BY MR. GROSS:
15    Q.   I will go -- okay.  I will ask the question
16 again.
17       The question is, do you know -- and if not -- and
18 you are saying, "I don't think so," but then you go on.
19 So, I just want to be clear.
20       MR. GOLDER:  Why don't we ask the question again,
21       that you want the answer to, just so that he can
22       answer it, because I think it has changed a little
23       bit.  But go ahead.
24       MR. GROSS:  It was two questions ago.
25 BY MR. GROSS:

Page 106

1    Q.   I will ask it one more time.
2         Do you know whether the reports are generated
3    from the information -- strike that.
4         Do you know whether the reports are generated
5    from information derived from the website that are
6    delivered to individuals in marketing regarding postings
7    that have not changed for a certain amount of time?
8    A.   No.
9    Q.   Okay.  So you don't know?
10   A.   No.
11   Q.   Okay.  Let me show you what we are going to mark
12   as Exhibit 15.
13   (Exhibit No. 15 was marked for Identification.)
14   MR. GROSS:  One last question, before you look at
15   that.
16   BY MR. GROSS:
17   Q.   If there is instant booking set up, and if smart
18   pricing is set up, will the host be able to change the
19   price once it is booked?
20   A.   Changing the price, once it is booked, means that
21   you cancel the reservation.  So if it is accepted, it
22   means that the right price is set and then you can cancel,
23   and you can engage in communications with the guest and
24   say, "Look, the price was wrong.  I didn't like the price
25   as recommended.  I'm not going to accept the reservation"

Page 107

1    and then there might be further booking.
2    Q.   So he can cancel even after it is booked?
3    A.   Yes.
4    Q.   Let me show you what we are marking as City of
5    Miami Beach 15.  It is Airbnb 486 to 488.
6    (Exhibit No. 15 was marked for Identification.)
7    BY MR. GROSS:
8    Q.   Have you ever seen this document before?
9    A.   Yes.
10   Q.   Okay.  When have you seen it?
11   A.   In the past -- past few weeks.
12   Q.   Okay.  Why did you look at it in the past two
13   weeks?
14   A.   To have a general understanding -- I want to have
15   a general understanding of the platform, and also in
16   preparation for this deposition.
17   Q.   And what is it?
18   A.   So it explains what smart pricing is, and how do
19   you operate with it in terms of setting controls and how
20   it interacts with other price settings that you might
21   define, as a host.
22   Q.   Okay.  Let me show you what we are going to mark
23   as Exhibit 16.
24   (Exhibit No. 16 was marked for Identification.)
25   BY MR. GROSS:

Page 108

1    Q.   This is -- City of Miami Beach 16 is Airbnb 1610
2    through 1611.
3         Do you recognize this email?
4    A.   I have not seen this particular email.
5    Q.   Okay.  Have you seen emails similar to this?
6    A.   Yes.
7    Q.   Do you know what the purpose of this email is?
8    A.   Yes.  The purpose is for providing you a tip to
9    be more successful as low season approaches.
10   Q.   If you look at the second page, it says, "Once
11   you set your booking preferences, turning on Instant Book
12   lets guests confirm without sending requests.  Hosts who
13   turn on Instant Book get two times the reservations with
14   less effort."
15        Do you see that?
16   A.   Yes.
17   Q.   Is there any mention here that they can reject
18   something that is booked through Instant Book?
19   A.   They will learn through it as they -- they will
20   learn about it as they go through the process of enabling
21   it.
22   Q.   But there is nothing in the email, itself?
23   A.   I don't think there is anything in the email.  I
24   mean, the host always, always has a chance to cancel a
25   reservation.

Page 109

1    Q.   Okay.  And are there other similar Airbnb
2    programs, for lack of a better word, that generate content
3    that's sent to hosts, or suggest changes in terms that are
4    sent to hosts?
5    MR. GOLDER:  Objection as to form.
6         You meant -- content, but the advertisements or
7    emails?
8    MR. GROSS:  Yes.
9    THE WITNESS:  I mean, there might be emails, but
10   I am saying "might" because I am not sure.  But if
11   you look at the functionalities that we offer beyond
12   the core product, which is connecting guests and
13   hosts, we are going to eventually talk about price,
14   we are going to talk about the calendar of
15   availability, general quality content of the
16   pictures, there might be a bunch of dimensions that
17   we believe would make it more successful, and it is
18   information presented to the host, as scaled, for
19   them to decide whether they want to take action or
20   not.
21   BY MR. GROSS:
22   Q.   On smart pricing, I understand that the algorithm
23   takes over and suggests a specific price based on other
24   criteria?
25   A.   Yes.

## Page 110

1    Q.   Are the other criteria input by humans?
2    A.   No.  The criteria are part of the signal and the
3  algorithmic logic behind it.  The only human input comes
4  from the host, and it is the two controls we mentioned
5  before; maximum price and minimum price.
6    Q.   I understand, but let's say during the course,
7  there is -- there is a change in just, you know, usage or
8  pricing that -- let me take that back.
9         A guest sets the minimum price and maximum price
10  under smart pricing?  Correct?
11    A.   No.
12    Q.   Excuse me.  The host sets the minimum price and
13  the maximum price under smart pricing, correct?
14    A.   Yes.
15    Q.   What does the algorithm use to suggest an optimum
16  price in between those parameters?
17    A.   Looking at the document that you presented as a
18  previous exhibit, lead time, marketability, seasonality,
19  listing popularity, listing details, booking's history,
20  preview history -- and I think there might be other
21  factors at play.
22    Q.   Does the site look at average -- for instance,
23  hotel price in the same region?
24    A.   I don't know.
25    Q.   Does the site look at average prices that are

## Page 111

1  listed through platforms like Expedia, or Trivago?
2    A.   "Trivago."
3    Q.   Or similar, or hotel.com?
4    A.   I don't know.
5    Q.   Do you know whether there is any human input into
6  the information that the algorithm uses to come up with an
7  optimal price?
8         MR. ^ GOLDER:  I just want to object to the
9    form.
10        Let's be clear.  What do you mean by "human
11    input?"
12        MR. GROSS:  Like an employee of Airbnb.
13        I want to use this to fix my question.
14  BY MR. GROSS:
15    Q.   An employee of an Airbnb analyzes what is going
16  on in that specific submarket.  Let's say it is south of
17  Fifth.  I am just using that Fifth as a -- because it is
18  -- forget about that.
19        Let's say it is -- it is Edgewater, to make it
20  really easy.  We are still on this side of the
21  Intercoastal, and they see that the surrounding pricing is
22  going -- you know, it is getting very high for the
23  lodgings that are there because there is a music festival
24  in Winwood.  Is that something that a human employee does,
25  or how does the algorithm take that into account?

## Page 112

1    A.   The algorithm takes Airbnb available data, which
2  in this case is the listing price of similar offerings as
3  one of the surroundings, which is automatically done by
4  the algorithm.
5    Q.   Okay.  So there is no human input?
6    A.   No.
7    Q.   Okay.  And you know that how?
8    A.   I'm generally aware of how smart pricing works.
9    Q.   Okay.  But, so based on your general awareness,
10  it is your testimony that there is no human input into
11  smart pricing?
12    A.   Beyond writing the code at the beginning, no.
13    Q.   I think you said earlier that Airbnb offered
14  photography.  It used to be free, now it is charged?
15    A.   Yes.
16    Q.   How is that done?
17    A.   You go on your profile, host profile.  There's --
18  if you are eligible, "eligible" meaning that you are a
19  location where we have a network of third-party
20  photographers, you can apply for it.  You are going to be
21  matched with a local photographer.  This person is going
22  to provide the quote based on the location and the size of
23  your listing, and there is going to be some scheduling
24  happen.  The photographers are wiling to come and will
25  provide -- will take the shooting.

## Page 113

1    Q.   And?
2    A.   And then these pictures will eventually be
3  uploaded by you, in addition -- to your profile in
4  addition to the ones that you already have.  Then you need
5  to go, as a host, and decide which pictures do you choose,
6  the order you present them, what captions do you write,
7  and it is your content to use.
8    Q.   So the -- the photographs are taken by the third
9  party.  The host has to input them, or Airbnb inputs them?
10    A.   When the host uploads them, they go to the
11  profile.  The host get a notification, "You just have been
12  added to your profile the picture that the professional
13  photographer took."
14    Q.   Let's slow back down.  You said when the host
15  uploads them?
16    A.   The photographer.
17    Q.   That is what I wanted to -- okay.  So that is
18  what I wanted to be sure of, because it didn't make sense
19  how a host would not get notified.
20        So the photographer takes the pictures, develops
21  them, and then uploads them to the host's post?
22    A.   Yes.  And then it gets automatic notification,
23  "Your new pictures are added to your profile."
24        The host gets them and has the old pictures, the
25  new pictures, and then it is up to him or her to really

Page 114

1 change, delete, or add pictures.
2     Q.   And how is that notification done?
3     A.   I think it is an email and a messaging of host
4 dashboard.
5     Q.   Is there ever a text sent?
6     A.   I don't think so.
7     Q.   So it is just an email or you have to check your
8 host dashboard?
9     A.   Yes.
10    Q.   And you said earlier that that used to be done
11 for free?
12    A.   In the past, I don't recall how many years ago,
13 it was part of a campaign that -- based on evidence that
14 guests were really valuing high-quality pictures.
15    Q.   And you say currently, they are being charged?
16    A.   Yes.
17    Q.   Does Airbnb get a fee for putting the
18 photographer together with the host?
19    A.   No.  Actually, it's a cost-neutral project.
20    Q.   Okay.  You know that for a fact?
21    A.   Yes.
22    Q.   And how do you know that?
23    A.   Because I have worked in the past with the
24 photography team.
25    Q.   Okay.  Let me show you what we are going to mark

Page 115

1 as Exhibit 17.
2         (Exhibit No. 17 was marked for Identification.)
3         MR. GROSS:  It is City of Miami Beach 17, Airbnb
4     22 -- excuse me.  2565, 2566.
5 BY MR. GROSS:
6     Q.   Do you recognize this?
7     A.   I have seen similar, yes.
8     Q.   Okay.  It -- it is addressed to an individual,
9 and it is from the Airbnb photography team.
10         Is that separate from marketing?
11    A.   Yes.
12    Q.   So they have a separate team that just deals with
13 photography?
14    A.   Yes.
15    Q.   Do you know when this email -- this email doesn't
16 talk about a cost.  Do you see that?
17    A.   Yes.  I don't see a price here.
18    Q.   You do, or you agree, there is no pricing on
19 this; correct?
20    A.   Yes.
21    Q.   Do you know how -- I can't tell when this was
22 from.  So -- but it is your testimony that it -- now,
23 there is a charge to do it.  It is not free?
24    A.   Yes.
25    Q.   But it is a cost-neutral proposition?

Page 116

1     A.   Yes, Airbnb doesn't make money on it.
2     Q.   Before, Airbnb just absorbed it as a cost of
3 doing business?
4     A.   Yes.  So again, with scale on a global footprint,
5 it is not sustainable, so we changed the model
6 specifically because we know this adds value to the host
7 enough to pay for these costs.  And I think this email was
8 triggered after someone requested for photography.  It was
9 provided a quote, and then this amount is automatically
10 sent letting them know that there is a photographer ready.
11    Q.   So if we -- but you don't know that -- for sure,
12 that it was after the booking, after the fee was agreed
13 to?
14    A.   I know it was after there is a request for
15 photography.  I don't know if the quote is provided before
16 or after the email.
17    Q.   And so if I go on the website now, it says that
18 photography is -- there is a charge for it?
19    A.   Yes.  And there is no specific price, because it
20 depends on your space, location, and how big it is.
21    Q.   Okay.  Does Airbnb encourage hosts to continue
22 booking after they do it once?
23    A.   There is an email sent after a positive review, I
24 think, as kind of celebrating your success as host and
25 encouraging you to keep providing amazing hospitality.

Page 117

1     Q.   How often does such an email get sent after a
2 host has a successful booking or positive review booking,
3 as you have stated, to get them to do another host?
4     A.   I don't know.
5     Q.   Okay.  Do you know how many emails are sent?
6     A.   No, I don't.
7     Q.   Other than emails to encourage hosts who host to
8 continue hosting, are there any other marketing tools that
9 Airbnb uses to do that?
10    A.   I don't know.
11    Q.   Who would know that?
12    A.   Marketing team.
13    Q.   If after a successful booking, Airbnb learns that
14 a host is not complying with local ordinances -- not
15 getting into whether or not Airbnb is -- this is the
16 host -- on the website, you would agree there are all
17 kinds of pages about "Know your local ordinances, stay on
18 top of your local ordinances," etcetera.  Do you agree?
19    A.   Yes.
20    Q.   If Airbnb learns that the host is not complying
21 with local ordinances, okay, what happens at that point in
22 time?
23         MR. GOLDER:  Objection as to form.
24         THE WITNESS:  Airbnb doesn't generally undertake
25    any obligation in terms of verifying or --

Page 118

```
 1  BY MR. GROSS:
 2      Q.  That is not my question.  The question is Airbnb
 3  learns -- not saying that they -- I understand Airbnb's
 4  objections that they don't have to verify, don't have to
 5  do anything -- we can agree to disagree on the legality of
 6  that.
 7          My question is they have learned of some
 8  illegality as to an ordinance.  What do they do, at that
 9  point in time, to a host's listing?
10      MR. GOLDER:  Object as form.
11          Go ahead.
12          THE WITNESS:  I would be speculating.  I don't
13          know.
14  BY MR. GROSS:
15      Q.  You don't know.  So you don't know whether or not
16  they deactivate it at that point in time?
17      A.  I have not been involved in any similar
18  situation.
19      Q.  Would you agree with me that if Airbnb does not
20  deactivate after learning of that activity, that they are
21  encouraging the host in that situation to continue
22  hosting?
23          MR. GOLDER:  Objection as to form.
24  BY MR. GROSS:
25      Q.  You can answer.
```

Page 119

```
 1      A.  I would be speculating.  And I feel it is enough,
 2  and I feel we go a long way to providing information, as
 3  you pointed out, in the List Your Space flow.  As you
 4  agree to terms and services, you have to really attest
 5  that you understand your regulations, local regulations.
 6      Q.  Okay.  Let me ask the question again because you
 7  didn't answer my question.
 8          In fact, I'm going to have the reporter read back
 9  my exact question.
10          MR. GOLDER:  I'm going to assert my prior
11          objection to that question.
12          But, go ahead.
13          THE WITNESS:  I still believe it is a
14          speculation, and I cannot comment on any --
15          MR. GROSS:  Okay.
16          MR. GOLDER:  Do you want a break?
17          We are at lunchtime.  You tell me what you want
18          to do.
19          MR. GROSS:  I -- I would -- what time are your
20          flights?
21          MR. GOLDER:  I don't leave until nine, so I am
22          fine.  They leave a little bit earlier.
23          We can go off the record.
24          (Whereupon, there was a discussion off the record
25          after which the following proceedings were had:)
```

Page 120

```
 1  BY MR. GROSS:
 2      Q.  Mr. Mallol, would you agree that the website has
 3  information available to hosts which states when a
 4  municipality requires certain registration numbers and the
 5  like; correct?
 6      A.  Yes.
 7      Q.  And it encourages the hosts to comply with the
 8  local regulations?
 9      A.  Yes.
10      Q.  If they learn -- they, being Airbnb -- learns
11  that the host is not complying with those local
12  regulations and continues to allow the host to post,
13  aren't they encouraging the host to act illegally?
14          MR. GOLDER:  Objection, asked and answered.
15          THE WITNESS:  I think I already answered.  I
16          think it is a vague situation.  It would -- I would
17          be speculating.
18  BY MR. GROSS:
19      Q.  When you say it's "a vague situation," do you
20  think it is happening?
21      A.  No.  I don't think that it is specific for me to
22  have an opinion.
23      Q.  So you want me to go to a specific instance where
24  this is happening?
25      A.  I am saying that I can't answer that specific
```

Page 121

```
 1  statement.
 2      Q.  So you are in charge of the United States?
 3      A.  Yes.
 4      Q.  And what -- what -- in your role, what actions
 5  are you overseeing with regard to the United States?
 6          MR. GOLDER:  Objection as to form, also asked and
 7          answered.
 8          THE WITNESS:  Repeating myself, it is -- it is
 9          more about the general health of the market when it
10          comes to supply, demand equilibrium, unlocking
11          corridors that we have not still explored,
12          identifying marketing's narratives that can work.
13          So it is the general state of the business.
14  BY MR. GROSS:
15      Q.  You said identifying partnerships with whom?
16      A.  Potential companies where we want to have a brand
17  alliance.
18      Q.  How about with municipalities?
19      A.  With some stakeholders, but yes in some
20  instances, it could be discussed what is the best way to
21  engage with local municipalities.
22      Q.  Do you do that?
23      A.  I am not directly involved.
24      Q.  So you are not directly involved with the
25  discussions with the municipalities about compliance with
```

Page 122

1  local ordinances?
2      A.   I don't engage with the municipality directly.
3      Q.   Do you engage with them indirectly?
4      A.   I am aware of the status of certain
5  conversations.  It is part of, again, content;
6  multifunctional teams, different functions of teams.
7      Q.   But it is not part of your job description?
8      A.   I am a relevant stakeholder; as it belongs to the
9  general.
10     Q.   What do you mean by "I am a relevant
11 stakeholder"?
12     A.   That I have -- I am part of the conversation.  I
13 am aware of how things unfold, and I have an opinion.
14     Q.   What is your part of the conversation?
15     A.   It is -- it is a very -- so it is a very complex
16 topic.  It has multiple variables to account for, and I am
17 a voice at the table.
18     Q.   What is your voice?
19          MR. GOLDER:  Object as to form.
20          THE WITNESS:  Representing business.
21 BY MR. GROSS:
22     Q.   Representing which business?
23     A.   Homes business, accommodations business.
24     Q.   Okay.  And so you -- you take an opinion at the
25 table as to whether or not Airbnb should require its hosts

Page 123

1  to comply with local ordinances?
2          MR. GOLDER:  Object as to form.
3          And let's go off the record one second.
4          I want to confirm.
5          (Whereupon, there was a discussion off the
6          record, after which the following proceedings were
7          had:)
8          MR. GOLDER:  I will instruct my client not to
9  answer because these are privileged conversations.
10         MR. GROSS:  He is the witness that has been
11 proposed in response to the following description:
12         "Airbnb is cooperating with cities to increase
13         post compliance with municipal laws, including
14         through host outreach efforts, providing tools to
15         include tax collection and work with other cities to
16         develop regulations that are consistent with federal
17         and state law."
18         THE WITNESS:  I stand behind these words.
19 BY MR. GROSS:
20     Q.   Okay.  So you are the witness that's provided
21 by --
22         MR. GOLDER:  Yes, he is.
23         MR. GROSS:  I am asking him.
24 BY MR. GROSS:
25     Q.   You are the witness being provided by Airbnb to

Page 124

1  answer those questions?
2      A.   Yes.
3          MR. GROSS:  And so please read back the last
4  question I asked that we got the privilege objection
5  to.
6          (Whereupon, the requested portion of the
7  transcript was read by the court reporter.)
8          MR. GOLDER:  Objection.  I am going to instruct
9  you not to answer, and I am going to repeat what the
10 exact topic is.
11         "ALL" -- and please put this in capitals --
12         "NONPRIVILEGED DOCUMENTS SUFFICIENT TO SHOW THAT
13 Airbnb HAS COOPERATED WITH CITIES TO INCREASE HOST
14 COMPLIANCE WITH MUNICIPAL LAWS INCLUDING THROUGH HOST
15 OUTREACH EFFORTS, PROVIDED TOOLS FOR IMPROVED TAX
16 COLLECTION, AND TO WORK WITH OTHER CITIES TO DEVELOP
17 REGULATIONS THAT ARE CONSISTENT WITH FEDERAL LAW."
18         MR. GROSS:  Please read my last question.
19         (Whereupon, the requested portion of the
20 transcript was read by the court reporter.)
21         MR. GROSS:  I am asking his specific opinion at
22 their table, the way he used the term on that
23 subject.  That is not a privileged communication.
24 That is -- it is his.  I am asking his opinion as a
25 representative of Airbnb on that topic.

Page 125

1          MR. GOLDER:  And I am again going to instruct him
2  not to testify.
3          MR. GROSS:  All of these I need tonight or
4  tomorrow morning because this is going in front of
5  the judge.
6          (Portion of transcript marked for future
7  reference.)
8          MR. GROSS:  That's fine.  I just wanted to be
9  clear on that.
10         MR. GOLDER:  I will also object as to form as to
11 the --
12         MR. GROSS:  That's fine.
13         MR. GOLDER:  I will just object as to form.
14 BY MR. GROSS:
15     Q.   Does Airbnb require hosts to submit to
16 information requesting that the rental complies with local
17 laws, even if it is not included in the listing?
18         MR. GOLDER:  Object as to form.
19         THE WITNESS:  So the host has always -- always
20 has chances to submit information.  There are free
21 textbooks in the List Your Space flow where you can
22 describe your listing and that type of information
23 that describes whatever documentation you want to
24 provide.
25         In some municipalities there are very specific

## Page 126

1    agreements in partnership with the city where it is
2    in a specific part of the flow.
3  BY MR. GROSS:
4       Q.   So -- but my question is even if the information
5  isn't in the listing, does Airbnb require the host to
6  submit it to reflect that the rental, itself, complies?
7       A.   In general.
8       Q.   So it is not in the listing, it's not going out
9  to the public.  This is just Airbnb verifying that this is
10  a legal listing.  Do you understand my question?
11       A.   Yes.  Generally, we don't require this
12  information.
13       Q.   Okay.  And so if they don't collect that
14  information, like tourist tax numbers or business tax
15  receipt numbers, why not?
16       A.   Can you repeat the question?
17       Q.   Okay.  You said generally --
18       A.   Yes.
19       Q.   -- they don't require that information.  It is
20  not collected.
21       A.   Yes.
22       Q.   If Airbnb is not collecting it, why not?
23            MR. GOLDER:  Object as to form.
24            THE WITNESS:  Again, we have -- we have -- we are
25  operating in 192 countries; I think more than 50,000

## Page 127

1    municipalities.
2            In some cases, in some occasions, regulations
3         changes at the neighborhood level.  It is fluid.  It
4         keeps changing.  There is no scaleable way for us to
5         adjust the product, for us to not only account for
6         the information, but also to verify, or vet.
7  BY MR. GROSS:
8       Q.   I didn't ask you whether it was verified.  I
9  didn't ask you to vet it.  I just asked why you are not
10  even collecting it.
11            MR. GOLDER:  And you object as to form.
12            THE WITNESS:  Again, the listing flow allows for
13         you to collect it.  There is a free text place where
14         you can write in information, if you want.  So the
15         host can disclose this information.
16  BY MR. GROSS:
17       Q.   Yes, but why doesn't Airbnb require it?
18            Airbnb, on its website, you would agree lists the
19  local regulations for almost every municipality that it is
20  involved with.  We have got 150 different pages of
21  municipality information that was provided.
22            MR. GOLDER:  Object to form.
23            Go ahead.
24  BY MR. GROSS:
25       Q.   I will represent that to you, that we got that

## Page 128

1  much information.  We are not going to go through all of
2  it, but we got at least that much.  I don't know how many
3  cities it was.  And how often does Airbnb update that
4  information for a specific municipality?
5       A.   I don't know.
6       Q.   Who would know that?
7       A.   The public policy team or the legal team.
8       Q.   Okay.  The -- which team?  I understand the
9  legal.  What was the other one you said?
10       A.   The public policy team.
11       Q.   Public policy team.  So you don't know how often
12  the information about local ordinances is updated?
13       A.   No.
14       Q.   Policy or legal would know that?
15       A.   Yes.
16       Q.   Okay.  But if -- if the page says, "You need this
17  information," Airbnb is aware that the information is
18  required by the municipality, correct?
19       A.   Yes.
20       Q.   And so -- and if that municipality or the zip
21  code for that municipality is included in the listing, it
22  may not be the listing that goes to the public, but it is
23  for the payment terms for the host.
24            Because I have gone through this thing, and I
25  know you need to plug in all your personal information,

## Page 129

1  including the zip code where you live, right?
2       A.   Yes.
3       Q.   Why doesn't Airbnb require, in that situation,
4  where they know -- because it is on their website that
5  this information is needed -- why isn't it required for
6  the guests to input that before a posting goes up?
7            I am not saying it goes into the posting, just in
8  that situation --
9            MR. GOLDER:  Object as to form.
10            THE WITNESS:  Again, every municipality might be
11         different.  We are operating in thousands of them.
12  BY MR. GROSS:
13       Q.   But I am talking about the ones you actually know
14  require this.  Not -- I am not talking about the thousands
15  or millions, whatever you want to use.
16            You agree with me there are municipalities where
17  Airbnb knows specifically that this information is
18  required, right?
19       A.   We have some.  I am not sure we have all.  But we
20  have some in the platform.
21       Q.   Let's just use one on the platform.  It is
22  required, okay?
23       A.   Okay.
24       Q.   But there is none of this -- you don't have a
25  partnership agreement with that municipality, but you know

Page 130

1  it is required?
2        MR. GOLDER:  Again, object as to form.
3        MR. GROSS:  I am laying out a groundwork so we
4     are all on the same page.
5        If you want to object to form --
6        MR. GOLDER:  I object to form.
7  BY MR. GROSS:
8     Q.  My question is in that situation, when the
9  municipalities are listed on the website, why doesn't
10 Airbnb require the host to include that information in its
11 registration?
12       MR. GOLDER:  Object as to form.  Asked and
13    answered.
14    Go ahead.
15       THE WITNESS:  So first off, these are very
16    complex topics with multiple variables.  Some of them
17    may be above my pay grade.
18       Third, there is a researching component that is
19    not light.  You are mentioning that it is 150 pages
20    that you say you have, and there might be many other
21    cases beyond the U.S.  So there is a real undertaking
22    from a researching perspective to localize the type
23    of information you need to collect; from what host,
24    in what municipality, what type of listing, what
25    exemption, what neighborhood.  So the variables

Page 131

1     amount.  It is a very complex topic from a resourcing
2     perspective.
3  BY MR. GROSS:
4     Q.  How many employees does Airbnb have?
5     A.  I don't know the exact number.
6     Q.  Is it over a thousand?
7     A.  Yes.
8     Q.  Is it over 10,000?
9     A.  I don't think so.
10    Q.  So is it over 5,000?
11    A.  Might be.
12    Q.  And you agree this information can be input in a
13 field on the platform because it is required in certain
14 municipalities.  You said that earlier, right?
15       MR. GOLDER:  Object as to form.
16       THE WITNESS:  Honestly, without the process in
17    place, I think it would be speculating on how you
18    should upload this information.
19 BY MR. GROSS:
20    Q.  So you don't know whether or not the
21 municipalities -- strike that.
22       You don't know whether or not there are certain
23 municipalities where the guest is required to post this
24 information before -- excuse me.
25       You don't know whether there are municipalities

Page 132

1  where the host is required to input this information,
2  whether it be a -- a license number, or a tax ID number,
3  before their ad posts?
4        MR. GOLDER:  Object to form.
5        Go ahead.
6        THE WITNESS:  I -- in Miami Beach, in particular,
7     the -- the ordinance is what is disputing, as -- when
8     it comes to the Miami Beach ordinance, what we
9     believe is lawful proceedings, of legal situations or
10    considerations, I am not going to get into because I
11    am not an expert.  I lost my train of my thought.
12       MR. GOLDER:  Why don't we ask the question again.
13       MR. GROSS:  Just read it back.
14       (Whereupon, the requested portion of the
15    transcript was read by the court reporter.)
16       MR. GOLDER:  I object again.
17       THE WITNESS:  I am not aware of all of them.
18       In the case at hand, Miami Beach, there are some
19    obligations coming with the amended ordinance, in
20    terms of obligations for the host, obligations for
21    the platform.  Regardless of being aware of them or
22    not, we might dispute them because we believe they're
23    unlawful.
24       Beyond that, we are engaged in many conversations
25    where cities can become true partners of Airbnb as a

Page 133

1     platform, and we are willing to find solutions.  If
2     there is agreement and there is tone in the
3     relationship, yes, we will have -- we will make
4     advances for us to really find a process that works.
5  BY MR. GROSS:
6     Q.  What do you mean, true partnerships?
7     A.  Finding, again, a common ground for discussions
8  where we agree on what is the right terms for or
9  regulations that allow for the activity to be successful.
10    Q.  Are you involved in any of those discussions?
11    A.  Not directly.
12    Q.  Have you ever been involved in any of those
13 discussions with municipalities in the United States?
14       MR. GOLDER:  Objection.  Asked and answered.
15       MR. GROSS:  It has not been.
16 BY MR. GROSS:
17    Q.  You can answer the question.
18    A.  I am part of a functional team that looks at this
19 type of conversation --
20    Q.  Have you been --
21    A.  Directly involved in them --
22    Q.  My question is very specific.  It is not about
23 your functionality team.  If you answer my question, this
24 will be a lot quicker.
25       MR. GOLDER:  Objection.

Page 134

1    Why don't we lower the tone a little bit, Rick,
2  because --
3            MR. GROSS:  Chad, I am going to use whatever tone
4    I wish to use.  I am not raising my voice.
5  BY MR. GROSS:
6    Q.   Have you, individually, been involved with any
7  conversations with any municipalities in the United States
8  to set up the partnerships you just described?
9            THE WITNESS:  Indirectly, yes.
10 BY MR. GROSS:
11   Q.   I said directly.
12   A.   No.
13   Q.   If you listen to my question, it will make this
14 go a lot easier.
15           MR. GOLDER:  Why don't we take a break for lunch?
16           MR. GROSS:  We're not going to take a break.
17           MR. GOLDER:  Yes, we are.
18           Rick, we are going to take a break for lunch.
19           MR. GROSS:  Chad, this is my deposition.  I am
20 not needing a break right now.  I am going to go
21 through the rest of these questions in this area.
22 You can like it or not.  If you want to walk out, go
23 ahead.  I will terminate the deposition and I will go
24 to the Court.  I am not raising my voice.  I am
25 asking the witness to listen to my question.

Page 135

1            I absolutely am using the term directly.
2            MR. GOLDER:  But you don't have to yell at him.
3            MR. GROSS:  I am not yelling at him.
4            MR. GOLDER:  So why don't we just lower the
5    temperature, Rick.
6            MR. GROSS:  Chad, I am not yelling at him.
7            MR. GOLDER:  You're yelling at me.
8            Let's lower the temperature, Rick.  Ask some
9    questions.  We're going to take a break so you can
10   calm yourself down.
11           MR. GROSS:  There is no yelling going on, Chad.
12   I asked him to listen to the question.
13 BY MR. GROSS:
14   Q.   And I will ask you one follow-up.  What does
15 indirectly mean?
16   A.   That the functional team that might interface
17 with the city -- and again, when it comes to
18 decisionmaking process, always with the presence of legal
19 team, we might get to a company position where it comes to
20 specific topics.
21   Q.   What municipality were you indirectly involved
22 with in terms of setting up a partnership?
23   A.   I think -- I am not sure if it is confidential.
24 I mean, I am not sure.  I mean, honestly, I can provide
25 the list of cities where we have been involved.  Do you

Page 136

1  want myself involved?
2    Q.   You, indirectly involved, with a partnership, in
3  a municipality in the United States?
4            He has already said he has not been directly
5  involved.  I am asking indirectly.  It is his term.
6    A.   That we have reached a specific agreement, or
7  that we are in active conversations?  It is not the same.
8    Q.   Agreement, partnership.  You said a partnership.
9  I am assuming a partnership means you have an agreement?
10   A.   I may need to think about it.  I mean, honestly,
11 it doesn't come to mind immediately.
12   Q.   Okay.  Does Airbnb make money by maximizing the
13 number of listings for the recommended prices so it has a
14 strong incentive to facilitate illegal transient rentals?
15           MR. GOLDER:  Objection as to form.
16           THE WITNESS:  Airbnb has incentive to maximize
17   the hosting activity.  We are very conscious that the
18   illegal activity doesn't set us up for success in the
19   long run.  This is why we go a long way, again, in
20   working with cities on viable solutions, and also
21   presenting the right information to the host for them
22   to own the decision.
23   Q.   Does Airbnb make money on those listings?
24           MR. GOLDER:  Object as to form.
25           THE WITNESS:  I don't have information on whether

Page 137

1    hosting our platform, legal or illegal -- it would be
2    speculating.
3  BY MR. GROSS:
4    Q.   Who would have that information?
5    A.   I don't know.
6    Q.   Is there anyone within Airbnb that would have
7  that information?
8    A.   I don't know.
9    Q.   Okay.  Does Airbnb flag host properties that are
10 located in areas that do not allow short-term rentals?
11           MR. GOLDER:  Object as to form.  What does "flag"
12   mean --
13           MR. GROSS:  Note that the listing, or that the
14   host advertisement is in an area where short-term
15   rentals are not allowed.
16           MR. GOLDER:  Object as to form.
17           But go ahead.
18           THE WITNESS:  As a platform, we allow for hosts
19   to create the spaces, and it is up to them to be
20   compliant.  And particularly, in Miami Beach, we
21   have, since December 1st, activated or enabled
22   geofencing that prevents from certain listings to be
23   live on the platform.
24 BY MR. GROSS:
25   Q.   Does Airbnb use geofencing in other

Page 138

1 municipalities around the country?
2    A.  I think it was the first in the country.
3    Q.  How does Airbnb undertake that process in other
4 municipalities where they are not using geofencing?
5        MR. GOLDER:  Object as to form.  What process?
6        MR. GROSS:  Noting properties that are located in
7    areas that don't do short-term rental, don't allow
8    short-term rentals.
9        MR. GOLDER:  Object as to form.
10       THE WITNESS:  Airbnb finds solutions when working
11   with the City.
12 BY MR. GROSS:
13   Q.  Okay.  What type of solutions?
14   A.  So I can quote a couple of examples in places
15 like San Francisco.  We have a field for you to input
16 registration number, and it's coupled with a pass-through
17 registration process that allows you to apply for a
18 license if you don't have it.  Then you complete the
19 application.
20       While this is being processed by the Office of
21 Short-Term Rentals of the City of San Francisco, your ad
22 remains live and you can get some activity.  Then
23 eventually, we will get back from the City information on
24 the status of each application; new ones and existing
25 ones, based on information that is shared, and then Airbnb

Page 139

1 takes action depending on the response from the City.
2    Q.  And what actions does Airbnb take if a license is
3 not issued?
4    A.  So we will take down -- we have three business
5 days to take down the property, and then it is up to the
6 host to engage with the office of Short-Term Rental to
7 reapply for a license.
8    Q.  Has Airbnb taken down any properties in the city
9 of San Francisco when licenses were not issued?
10   A.  Yes.
11   Q.  How many?
12   A.  I don't know.
13   Q.  How do you know that it -- properties were taken
14 down, that ads were taken down?
15   A.  Because I know it has happened.
16   Q.  How do you know that has happened?
17   A.  Because I -- I have been in conversations about
18 the topics.
19   Q.  With whom?
20   A.  Again, different functions representing the City
21 of San Francisco in this particular matter, different
22 internal teams.
23   Q.  Which internal team did you have the discussion
24 with in San Francisco that ads were taken down?
25   A.  Legal, policy, and some others.

Page 140

1    Q.  And I am not going to ask you about privileged
2 communications.  Who, at policy, did you have that
3 discussion with?
4        Unless policy is also legal, and then you just --
5 I am not -- I am not going to ask you further, but I
6 just -- he said --
7        MR. GOLDER:  May I clarify one thing?
8        MR. GROSS:  Yes.
9        (Whereupon, there was a discussion off the
10   record, after which the following proceedings were
11   had:)
12 BY MR. GROSS:
13   Q.  So anything besides policy and legal?
14   A.  No.
15   Q.  So you know about something, but you can't tell
16 me about the conversations because you learned it from
17 sources that you can't divulge the communication from?
18   A.  I mean, what I have told you is what I know.  The
19 number of take-downs, I don't know.
20   Q.  But how do you know it happened?
21   A.  Because it was fairly visible that we agreed with
22 this with the City, that it was the process we were
23 setting up, and this was the solution that we found after
24 nine months of negotiations with the City.
25   Q.  But how do you know for certain ads have been

Page 141

1 taken down?
2        I know there is a solution.  I have read the
3 settlement agreement.  How do you know that after -- where
4 there has been instances, where licenses were rejected,
5 that the ads were removed from the website?
6    A.  I don't recall exactly how I found out.
7    Q.  Okay.  Was there an internal memo --
8    A.  I don't think so.
9    Q.  Let me finish.  Was there an internal memo
10 circulated amongst department heads or regional heads
11 about this?
12   A.  I don't think so.
13       MR. BLAVIN:  Can we go off the record for a
14   second?  And this is all a matter of public record.
15       (Discussion off the record.)
16 BY MR. GROSS:
17   Q.  Other than San Francisco, are there any other
18 examples?
19       MR. GOLDER:  Just to clarify, examples of what?
20       Object as to form.
21       MR. GROSS:  No, I am going back and using his
22   terminology, Chad.  He said there are other examples.
23       MR. GOLDER:  Ten minutes ago.
24       So let's just figure out what you are talking
25   about.

Page 142

1         MR. GROSS:  This was three minutes ago.  I have
2    asked him whether or not there are other instances
3    where partnerships were created where ads were
4    removed because -- I take that back.
5 BY MR. GROSS:
6    Q.    What other instances are you aware of where there
7    were partnerships on the issue of -- allowing short --
8         Strike that.  Let me just re-think this, how I
9    want to say this.
10        Let me ask it a different way.
11        I think I asked you earlier whether Airbnb flags,
12    notes, host properties that are located in areas that
13    don't allow short-term rentals, agreed?
14    A.    Yes.
15    Q.    And you said they don't, unless there has been
16    some partnership that has been created.  Is that a fair
17    statement?
18    A.    Yes.
19    Q.    And then I asked you what partnerships.  The
20    first one you asked about, what you talked about was the
21    City of San Francisco?
22    Q.    What other partnerships?
23    Q.    What other partnerships?
24    A.    So St. Paul.
25    Q.    Okay.

Page 143

1    A.    Where there is a field where hosts can introduce
2    in the registration number, and there is an effort that
3    goes through emails to the hosting community providing
4  ^ awareness of ^ MJ DOES NOT HEAR "airbns's" Airbnb's the
5    regulations and encouraging compliance, shared workshops
6    with city staff and updated responsible hosting.
7    Q.    So there is a field on the St. Paul flow?
8    A.    Yes.
9    Q.    Did I use the right term?
10    A.    Yes.
11    Q.    Okay.  Which requires this information be put in?
12    A.    In this case, it is discretionary.
13    Q.    So for St. Paul, it is discretionary?
14    A.    Yes.
15    Q.    If the information is not posted, does the ad
16    post?
17    A.    Yes.
18    Q.    So it posts, no matter what?
19    A.    Yes.
20    Q.    Even if the -- even if the information is
21    included in there?
22    A.    Yes.
23    Q.    How about in Chicago?
24    A.    In Chicago, I think it is -- again, a
25    pass-through registration, which means that you have to

Page 144

1    add a number, but there is a process with the City for
2    people to apply for the license, or the registration, and
3    there is a process for the City to exchange information
4    and have them verify the status of each application.
5    Q.    The City does?
6    A.    Yes.
7    Q.    I understand that.  But do the ads immediately
8    post, even before verification?
9    A.    Yes.
10    Q.    Okay.  There is an agreement in place for that?
11    A.    Yes.
12    Q.    So it is similar to the --
13    A.    Yes.
14    Q.    -- City of San Francisco agreement?
15    A.    Yes.  There is no city in the United States where
16    Airbnb has to have a mandatory field and cannot post
17    unless it has verified, with an undefined process how,
18    whether the number is right or whether it is active --
19    there is no other example.
20    Q.    That is not even the example for the City of
21    Miami Beach.  There is nowhere in the ordinance.  I will
22    take you through that ad nauseam after lunch.
23        All I am asking you about is your -- so it is
24    your testimony that in St. Paul, even though you have the
25    field for the number --

Page 145

1    A.    Yes.
2    Q.    -- if it is not input, the ad posts anyway?
3    A.    Yes.  It is simple.  In Chicago, you need to have
4    a number.  The City will have a process to verify that
5    number.
6    Q.    Okay.  The City verifies the number?
7    A.    Yes.
8    Q.    But in St. Paul, if it is not there, it goes up
9    no matter what, even though it -- so it's not a mandatory
10    field?
11    A.    No.  It is a discretionary field, and the core --
12    the core of the partnership is to have an outreach
13    strategy through a variety of channels like workshops,
14    emails, and some others to just create awareness and
15    encourage compliance.
16    Q.    So is there any municipality in the United States
17    where the registration number is required to be included
18    in the ad, whether it goes in the ad or just in the
19    registration process --
20    A.    Yes.
21    Q.    -- where the host ad does not upload unless the
22    field is filled in?
23        Forget about verifying whether it is right or
24    not.  Just filling in a number?
25    A.    Yes.

Page 146

1    Q.   Are there any municipalities in the United States
2  where that is the situation?
3    A.   Let me clarify that I understand it.  Cities in
4  the United States where you need to add a number and
5  unless you add it, you cannot complete the listing?
6    Q.   Yes?
7    A.   Chicago and San Francisco, you need to add the
8  number.  But, verification --
9    Q.   I understand.  Anything besides San Francisco and
10 Chicago?
11   A.   No.  I think --
12   Q.   So every other place where your instructions on
13 the municipality says you must include this ID number, if
14 you don't, the ad will post anyway?
15   A.   Yes.
16   Q.   Okay.  Does Airbnb alert guests that a property
17 they may have requested may not be lawfully permitted to
18 be rented under local ordinance?
19        MR. GOLDER:  Object to form.
20        Go ahead.
21        THE WITNESS:  No.
22 BY MR. GROSS:
23   Q.   Why not?
24        MR. GOLDER:  Object as to form.
25        THE WITNESS:  Again, it is a matter of scale, and

Page 147

1         as having clarity, that responsibility for compliance
2         is on the host, and responsibility for enforcement is
3         on the City.
4  BY MR. GROSS:
5    Q.   So when you say "scale," it would cost Airbnb
6  more to do that?
7         MR. GOLDER:  Object as to form.
8         THE WITNESS:  It will be a significant product --
9         project, product resource project for us to really
10        get to a point where we can eventually, even with no
11        information, adjust that product to that, and that
12        would be a real cost for us to comply with that.
13             At the same time, we have made it clear that it
14        is on the host to be compliant.
15 BY MR. GROSS:
16   Q.   I understand you have made it clear it is on the
17 host to be compliant.  But if Airbnb just alerted the
18 guests that their property, the property they are trying
19 to rent, for lack of a better word, is in an area where
20 the rental may not be lawfully permitted, you are not
21 verifying whether or not the host has done what they are
22 supposed to do.  You are just saying, "This is in an area
23 where short-term rentals are not permitted unless X, Y,
24 and Z are done," that would be a huge cost to Airbnb?
25        MR. GOLDER:  Object as to form.

Page 148

1         THE WITNESS:  I misunderstood the question.  I
2  thought you were referring to validating information.
3  BY MR. GROSS:
4    Q.   No --
5    A.   When it comes to that, it is a speculation.
6  There might be other variables accounted for.  I don't
7  know what would the decisionmaking be for that.
8    Q.   Because you do know from the information on the
9  website that in certain municipalities, that certain
10 things have to be taking place.  Those are -- those are
11 fields on the website, you would agree, that the host is
12 supposed to be looking at?
13   A.   Yes.
14   Q.   Not the guests?
15        MR. GOLDER:  Object to form.
16        THE WITNESS:  The guest can still find the
17        information on the website.
18 BY MR. GROSS:
19   Q.   But when the guest goes on the website to book a
20 reservation, if -- for instance, let's say it's on Miami
21 Beach -- is the guest notified that in certain areas of
22 Miami Beach, short-term rentals are not allowed unless
23 criteria --
24        MR. GOLDER:  Object to form.
25        MR. GROSS:  Can I finish my question?

Page 149

1    Q.   -- unless certain criteria are followed by the
2  host?
3         MR. GOLDER:  Object to form.
4         THE WITNESS:  No.
5  BY MR. GROSS:
6    Q.   Okay.  And again, why?
7    A.   I don't know the answer for that.
8    Q.   So there is no terms on the website or in the
9  booking process that would allow a guest to know that
10 they, the booking, itself, might be in violation of a
11 local ordinance related to short-term rentals, not that
12 Airbnb is doing anything wrong, just the booking, itself,
13 might be in violation?
14        MR. GOLDER:  Object to form.
15        THE WITNESS:  They might still access the
16        responsible hosting pages and they might get familiar
17        with that information.
18 BY MR. GROSS:
19   Q.   On the hosting pages, when you host, you are --
20 the hosts are directed to look at all of this?
21   A.   Yes.
22   Q.   Are the guests?
23   A.   Not -- not directly.
24        MR. GROSS:  We are good.  Let's take a lunch, no
25        more than half an hour.

Page 150

1      (There was a lunch recess at 1:08, and
2  proceedings resumed at 1:48 p.m.)
3      MR. GOLDER:  My privilege objection as to that
4  last question before the break is perhaps related to
5  a misunderstanding of what it means, "at the table,"
6  but conversations at any table within Airbnb that are
7  legal conversations involving lawyers are privileged.
8      If you would like to ask him what is his opinion
9  sitting here today as representative of Airbnb
10 whether or not Airbnb should require its hosts to
11 comply with local ordinances, that would not be
12 privileged.  But his discussion of --
13     MR. GROSS:  I disagree that his input into a
14 group discussion on this issue is privileged, based
15 on his knowledge and his experience.
16     The information he learns from counsel is
17 privileged, I agree.  But again that's not what I
18 asked him.  I didn't ask him what counsel said.  I
19 didn't ask him what -- I asked him what his opinion
20 in his role, as regional director for North America
21 and Latin America, is.
22     MR. GOLDER:  So just to clarify, in an attempt to
23 move past this disagreement --
24     MR. GROSS:  I understand we can agree to
25 disagree.

Page 151

1      MR. GOLDER:  Let's delete the words, "at the
2  table," and just insert "sitting here today."
3      I think that gets you the answer you want and
4  need without entrenching into potentially privileged
5  territory.
6      MR. GROSS:  I don't agree it does.
7      I am asking the question you suggested because I
8  am using the vernacular that he continues to use
9  about how "at the table," on these discussions.
10     So I will ask the question you have posed.  I am
11 not agreeing that there is anything wrong with the
12 question I asked.  And so we can decide later what we
13 do with it, but I will ask the one you posed, as
14 well.  If you want to give it to me now, I will ask
15 it now and then I will move on with the rest of the
16 depo.
17     (Discussion off the record.)
18 BY MR. GROSS:
19 Q.  Okay.  So I will ask it.  I can read it.
20     I am going to ask this to you twice.
21     In your own personal opinion as the regional
22 director for North America and Latin America, in that
23 capacity, do you have an opinion, sitting here today,
24 whether or not Airbnb should require its hosts to comply
25 with local ordinances?

Page 152

1  A.  Yes.  Yes, I think we should.  And I think we
2  are, because it is part of the terms of service that every
3  host accepts when they sign up on the platform.
4  Q.  So you believe that just by having the hosts
5  accept the terms of service, that is sufficient to comply
6  with the local ordinances?
7  A.  It is not only terms of service.  It is also in
8  very prominent reminders to the List Your Space flow.
9  Then there is access to the responsible hosting pages with
10 very updated information, and there is significant
11 outreach effort when there is a new regulation coming in
12 and we have new specific rules from the City.
13 Q.  If that is the case, then why don't -- if that is
14 the case, then why doesn't Airbnb require the number be
15 input into the host's profile, as part of the initial
16 process, and not allow an ad to post without it?
17     MR. GOLDER:  Object to form.  Can you clarify
18 where you are talking about?
19     MR. GROSS:  In the initial.
20     MR. GOLDER:  We are talking in generalities here,
21 about why doesn't Airbnb --
22 BY MR. GROSS:
23 Q.  In the United States, where there are local
24 ordinances that require the listing of the host's
25 registration number, licensing number, breakfast tax

Page 153

1  number -- I am trying to include all of them as generic --
2  in those situations and where Airbnb includes a field for
3  the host to include that information, there are numerous
4  instances -- Honolulu, for example, there is a field where
5  they can include the information.  And in fact, on the web
6  page, Airbnb says, "This information should be included."
7      It doesn't say that the ad won't post.  But it
8  says, "This is what is needed," and it even gives the
9  example of the numbers, you know, the format.
10     In those situations, why doesn't Airbnb not post
11 the ad if the host doesn't include that information?
12     MR. GOLDER:  Object as to form.
13     Go ahead and answer.
14     THE WITNESS:  As I said before, I think that
15 every single municipality has a different nature, not
16 only because of the local reality and what are they
17 trying to enforce against, but also the relationship
18 business with Airbnb in terms of what agreement.  An
19 Agreement is a very broad term.  The relation with
20 the City is key to defining what is the actual
21 process that we are committing to.
22     So you mentioned Honolulu.  We can talk about the
23 simple discretionary fee.  It is part of a broader
24 discussion with the City, where we feel comfortable
25 that there is a solution that supports the company

Page 154

1     objectives, that is complementary to other
2     initiatives such as an information outreach.  So I
3     cannot generalize in this particular topic.
4  BY MR. GROSS:
5     Q.   So is it your testimony that in every situation
6  where Airbnb includes a field in the host's registration
7  process -- do you understand what I mean by that --
8     A.   Yes.
9     Q.   -- for the inputting of a registration number,
10 there is a partnership agreement of some type in place?
11    A.   It is not a formal agreement.  It can be just an
12 understanding that the regulation put forward is
13 consistent with what the latest -- what we believe is
14 lawful.
15    Q.   So is that a written understanding?
16         MR. GOLDER:  Objection as to form.
17         THE WITNESS:  I don't know.
18 BY MR. GROSS:
19    Q.   Is there a written agreement formalizing that
20 understanding?
21    A.   I don't know.
22    Q.   So how do you know there is an understanding in
23 place?
24         You are speculating?
25    A.   Well --

Page 155

1     Q.   Because you are nodding your head, and that
2  doesn't come through on the record.  And I did not want to
3  do this on video.
4     A.   Let me think.  I am thinking why I know.  I mean,
5  I know that when -- when a regular framework is
6  reasonable, it supports what we believe is the healthy
7  activity of our community and allows us to remain a good
8  partner to the City.  We are supportive.  And by
9  supportive, it means we not only accept the regulation as
10 lawful, but also it means to support the City in the
11 process; namely, past registration, information sharing,
12 tax collection.
13         Every time, if it's formalized through a
14 memorandum of understanding or a voluntary collection
15 agreement or any other sort of formal contract, I don't
16 know.
17    Q.   So -- so that I understand, so that in every
18 instance, where on the website, it says that the City or
19 municipality -- because sometimes it is not a city --
20 requires a specific registration number, and you have a
21 field to input -- not going into whether or not it is
22 actually filled in or not, just where there is input -- in
23 those situations, there is a -- an understanding with the
24 -- or the municipality as to that, the inputting that
25 information?

Page 156

1     A.   That is my general understanding of how it works.
2     Q.   And the general understanding is based on what?
3     A.   My experience at Airbnb for the past few years,
4  what I have seen happening in the municipalities through
5  public statements from the City, and internal stakeholders
6  that speak outside, and meetings that I might have been
7  part of, very specific to this regulations, and with the
8  presence of legal.
9     Q.   And just so that I'm clear, you have only been
10 involved in your role in overseeing North America since
11 November?
12    A.   Since August.
13    Q.   But you were on maternity leave?
14    A.   Yes.
15    Q.   So basically, November.
16    A.   It wasn't August, November -- it was September or
17 October, but yes.
18    Q.   Okay.  So it is not a couple of -- were you
19 dealing with North America and United States
20 municipalities prior to August?
21    A.   No.
22    Q.   So it is -- your understanding is based on a
23 framework from August to now?
24    A.   From firsthand, yes.
25    Q.   Okay.  And then when you say -- what other hand

Page 157

1  is it?
2     A.   I have been seeing -- I have been briefed on past
3  situations.
4     Q.   But briefed since August?
5     A.   Yes.
6     Q.   So it is -- so everything is learned from August
7  to now?
8     A.   Yes.
9     Q.   And let me ask this one other way.  As the
10 30(b)(6) representative of Airbnb here today, do you take
11 the same position with regard to an opinion as to whether
12 or not Airbnb should require its host to comply with local
13 ordinances?
14         MR. GOLDER:  Objection.  He is not a 30(b)(6)
15    witness on this topic.
16         But you can answer the question.
17         MR. GROSS:  He is not?
18         MR. GOLDER:  Of course not.
19         But go ahead.
20         MR. GROSS:  This deals with the issue on the
21    subpoena about Airbnb's compliance with local
22    ordinances, a nonprivileged area.  I mean, you said
23    you were going to give him over, bring him over as
24    the 30(b)(6) witness on this issue.
25         MR. BLAVIN:  I think -- at least, when I heard

Page 158

1    the question, is whether or not it should comply, it
2    is slightly different than what Airbnb does to work
3    with cities to increase their compliance.
4         MR. GROSS:  That's Chad's question.
5    BY MR. GROSS:
6    Q.   So as the Airbnb representative here, do you have
7    an opinion that is different from the one you just gave as
8    to whether or not Airbnb should require its hosts to
9    comply with local ordinances?
10   A.   No.
11   Q.   Okay.  Does Airbnb call the staff of hosts'
12   apartment buildings to help guests get access?
13   A.   I am not sure I understand the question.
14   Q.   A host has an apartment in a building.
15   A.   Yes.
16   Q.   Okay.  The building has a doorman, security, and
17   the like?
18   A.   Yes.
19   Q.   Say the host is not there, and a guest has a
20   problem getting in --
21   A.   Yes.
22   Q.   -- does Airbnb get involved in getting the guest
23   access in those situations?
24   A.   No.  The only involvement would be calling the
25   host if the guest cannot access, him or her.

Page 159

1    Q.   So it calls the host.  It doesn't call the staff
2    itself?
3    A.   Agreed, unless -- unless the host has provided a
4    number in the profile that connects directly with anyone
5    in the building.  So as I mentioned earlier this morning,
6    when you create your profile, you can add a phone number
7    that is your personal phone, and you can add a second
8    phone number where you want to be contacted by the guest
9    and for them, the Airbnb.  So in the event that this phone
10   number is somebody on the staff, it is the host's
11   decision.
12   Q.   Okay.  And what if they call the host and the
13   host says, "Just call directly to the staff."
14        Will Airbnb do that, as part of its guest
15   relations?
16   A.   I'm not sure.
17   Q.   Okay.  Who would know that?
18   A.   Customer service.
19   Q.   Okay.  How do guests get access to apartments
20   usually?
21   A.   It is up to the host to define the access
22   mechanism.  In some cases, the host welcomes the guests,
23   and in some others, there is a smart lock where you just
24   -- can just provide the code to the host via the app --
25   sorry, the guest via the app, and it's a code that expires

Page 160

1    after the booking is completed.
2         A third option is that you leave kind of a lock
3    with the key inside.  You provide the code to the guest,
4    and in some others, you are handed the key at the check-in
5    at the building.
6    Q.   What about if it is a doorman-accessed building?
7    A.   So the doorman will have your -- usually, and
8    again, I am speculating because I don't know 100 percent
9    of the case -- what I have experienced as a guest is the
10   host letting you know, "Go to the front desk.  Your name
11   is on the registration.  Say you are coming to see me and
12   they will hand you the key."
13   Q.   So the guest -- you are told by the host that you
14   are coming to see -- the guest is told by the host that
15   they are coming to see the host?
16   A.   Or staying at their place if the host is not
17   there.
18   Q.   Okay.  Does Airbnb do anything to verify that
19   there is not an issue with the guest staying in a host's
20   apartment in terms of building regulations, or the like?
21        MR. GOLDER:  Object as to the form.
22        THE WITNESS:  I think it is part of as a
23        responsible hosting information, where we encourage
24        people to familiarize themselves with their condo or
25        building ^ bylaws ^ global By-Laws.

Page 161

1    BY MR. GROSS:
2    Q.   But does Airbnb do anything other than push that
3    onto the hosts, in terms of compliance?
4         MR. GOLDER:  Object as to form.
5         THE WITNESS:  We have a program called Friendly
6         Buildings Program where we are very proactive in
7         partnering with buildings and defining a better
8         process for this to happen, but the scale is up to
9         the host to manage the responsibilities with the
10        building.
11   BY MR. GROSS:
12   Q.   So the only time that Airbnb would call the staff
13   in a building is if the host allows for that in the
14   profile, or the host gives that direction?
15   A.   If the phone is in the profile, customer service
16   would call, if we are instructed by the host, "I am not
17   there, call, please, here" -- I am not sure if this is a
18   process that we would accept.
19   Q.   What happens in the situation where the guest
20   shows up at the building where the apartment is located
21   and is not given access and you can't contact the host?
22   A.   So the guest will contact Instant Booking.
23   Airbnb customer service would try to engage with the host.
24   Usually, we would ask the guest to go to a place like
25   Starbucks, and typically, within a time frame of one to

Page 162

1 two hours, speculating on the actual time, we would come
2 back to the guest.  If we had managed to contact the host,
3 we would provide instructions.  If we haven't, we provide
4 alternative accommodations.
5     Q.   Does Airbnb customer support help guests with any
6 other aspects of their trips?
7         MR. GOLDER:  Object as to form.
8         THE WITNESS:  It is a very general question.  I
9     mean, customers can call customer support for a
10    variety of reasons.  It can be an issue with the
11    payment, it can be a confusion on how the product
12    works, it can be regarding payout or cancellation or
13    a bad experience at listing, so there is a range of
14    potential questions they may engage in.
15 BY MR. GROSS:
16    Q.   Does customer support discuss -- if a guest calls
17 customer support about a booking --
18    A.   Yes.
19    Q.   -- does customer support also engage the guests
20 with discussion regarding Airbnb Experiences, I think is
21 the term you used earlier?
22    A.   Customer support provides support across the
23 businesses within Airbnb.
24    Q.   But do they promote it?
25    A.   No.

Page 163

1    Q.   And how does Airbnb process cancellations?
2    A.   There is a process through internal tooling that
3 allows for an agent from customer support to mediate in
4 the case of a cancellation.  There are different types of
5 cancellations.  It can be the guest, can be the host.  So
6 depending on the case, customer support would provide a
7 solution.
8    Q.   Well, let me show you what we are going to mark
9 as City if Miami Beach 18, which is Airbnb 754 and 755.
10        Do you recognize this document?
11        (Exhibit No. 18 was marked for Identification.)
12 BY MR. GROSS:
13    Q.   So have you looked at Exhibit 18?
14    A.   Yes.
15    Q.   What does this actually show?
16    A.   So it shows the existence of the resolution
17 center, when there is a conflict between guests and host,
18 usually linked to something breaking that should go
19 against the deposit that has been blocked from the
20 transaction, and the resolution center allows for either
21 party to raise the issue.
22        The expectation and the product is very clear
23 there.  It is for the guest and host to figure it out by
24 themselves, and the product provides a solution for money
25 to exchange hands.  And, in the event that there is no

Page 164

1 such agreement, they can involve Airbnb proactively.
2    Q.   What happens if -- I think we talked about this
3 earlier, but I want to be clear.  What happens if the host
4 cancels the accommodation on a guest at the last minute?
5        MR. GOLDER:  Object as to form.
6        THE WITNESS:  Just to clarify, I don't think this
7     is linked to the resolution center.
8 BY MR. GROSS:
9    Q.   Okay.
10    A.   I think cancellations are handled separately.
11 When a host cancels a guest, if there is reasonable time
12 before the check-in, Airbnb will inform the guest that
13 there has been a cancellation on the host side, and the
14 guest will be fully refunded, and it will be ready to
15 rebook by themselves.  If we see that the check-in is
16 before certain dates -- I think it is one week -- then the
17 Airbnb customer support will assist in rebooking to make
18 sure we don't create pinpoints on the guest's experience.
19    Q.   What happens if there are travel issues, like
20 flights are delayed, or if there is a snowstorm, or
21 something along those lines?
22    A.   We have a series of extenuating circumstances,
23 some of them that you mentioned, that would allow for a
24 full refund with no penalty.
25    Q.   What would be one of those instances?

Page 165

1    A.   New visa requirements for a country.
2    Q.   What about -- what about the mass storm we had in
3 New York a few weeks ago where no one could get in or out
4 for two or three days?
5    A.   Then I don't think it's extenuating
6 circumstances.  We have a specific policy deployed for
7 that particular matter.  We do that regularly.  And then
8 we are very accommodating of guests in that situation.
9    Q.   Or, for example, like the flooding that's going
10 on in Missouri right now that, you know, that's just
11 something nobody could have expected?
12    A.   Yes.  Actually, even if it is expected, I
13 think -- I mean, Airbnb is very responsive.
14    Q.   Does Airbnb have an antidiscrimination policy?
15    A.   Yes.
16        MR. GROSS:  Let me show you what we are going to
17    mark as number 19.
18        (Exhibit No. 19 was marked for Identification.)
19 BY MR. GROSS:
20    Q.   So I will pass this over -- so this is City of
21 Miami Beach 19.  It is Airbnb 910 to 913.  Do you
22 recognize that document?
23    A.   I don't think I have seen it for a while, but I
24 am familiar with this communication.
25    Q.   What is this?

Page 166

1    A.   I think it is the antidiscrimination policy.
2    Q.   Okay.  And this is from the website?
3    A.   It is from a blog post it seems.
4    Q.   Is the blog post part of the platform, or is it
5  separate?
6    A.   It is linked to the platform.  I am not sure if
7  it's on the same website.
8    Q.   So -- because I know some information we got was
9  from the blog, and some of the information we got was from
10 the website.
11   A.   I think here, look at the URL at the bottom.  It
12 says, "blogspot@airbnb.com."
13        So it seems like a separate domain.
14   Q.   Okay.  It's a separate domain, but can you access
15 it through the platform?
16   A.   That is -- there is definitely a link.
17   Q.   So -- and this is a description from the blog of
18 the antidiscrimination policy?
19   A.   Yes.
20   Q.   Does this -- has the policy been updated over
21 time?
22   A.   I am not aware.  I know how it started.  It was a
23 very intense project.  I don't know if we have been
24 updating it.
25   Q.   Because if I am reading this correctly, it says

Page 167

1  it was written September 8, 2016.  Do you see that?
2    A.   Yes.
3    Q.   Do you know if it has been updated since then?
4    A.   I know that we updated the terms of service to
5  account for antidiscrimination, and we have the community
6  commitment.  Some of this has definitely happened.  Our
7  commitment to enable Instant Book, trading with employees
8  and hosts, antibias training -- so, it has happened.  I
9  don't know if we have refreshed the strategy or updated
10 it.
11   Q.   Okay.  The blog post, Exhibit 19, is this
12 Airbnb-created content, or is this a guest- or
13 host-created content?
14   A.   I think it is Airbnb content.  I mean, there's
15 the letter is signed by Bryan Chesky, the co-founder, and
16 it says "written by Airbnb" at the end.
17   Q.   Okay.  So on the blog, as well as on the
18 platform, there's Airbnb-created content, not just guest
19 and host content there?
20   A.   Yes.  Because I differentiated it.  The
21 user-created content is the actual offering that we
22 provide.  The framework is Airbnb content.
23   Q.   Does the blog also include host content?
24   A.   I don't know.
25   Q.   Does the blog also include guest content?

Page 168

1    A.   I don't know.
2    Q.   Who would know that?
3    A.   Marketing might be in charge of the blog, and
4  other teams.
5    Q.   So you have not had any involvement with the blog
6  in your role?
7    A.   No.
8    Q.   Okay.  Let me show you what we are going to mark
9  as Exhibit 20.
10        (Exhibit No. 20 was marked for Identification.)
11 BY MR. GROSS:
12   Q.   This is Miami -- City of Miami Beach Exhibit 20,
13 and it is Airbnb Pages 939 to 944.
14   A.   Thank you.
15   Q.   Is this a screenshot from the website?
16   A.   Seems so.
17   Q.   Do you recognize it?
18   A.   I have seen it in the past.
19   Q.   When was the last time you looked at the
20 antidiscrimination policy?
21   A.   In the past few weeks.
22   Q.   And why did you look at it in the past few weeks?
23   A.   To get a general understanding of the website,
24 and in preparation for this deposition.
25   Q.   Okay.  The general understanding of the website,

Page 169

1  was that part of your job duties as the regional director
2  of Latin America and --
3    A.   It is the way I try to approach the job.  I try
4  to understand the product we offer.
5    Q.   When the -- I understand that the blog may not be
6  updated continually.  But if Airbnb updates its policies,
7  does it update its website?
8    A.   I think we try to be very diligent on that.
9    Q.   How is this policy -- to strike that.
10        Is Exhibit 20 a fair depiction of the current
11 antidiscrimination policy?
12   A.   Yes.
13   Q.   Okay.  What does Airbnb do to make sure that this
14 policy is complied with by its guests and hosts?
15   A.   So we take it very seriously, the guest and host
16 reviews and any customer service tickets opened in terms
17 of really supporting the community when things like that
18 happen and taking action; second, we have changed how the
19 host and guest -- how the guest is presented to the host,
20 in a way that the picture was not visible at the time of
21 confirmation because, then again, there may be unconscious
22 biases.  And also, we have created content, through
23 training and other content posted on the website, just to
24 make sure we educate about the community.
25   Q.   So the training is whatever you have posted on

Page 170

1  the website?
2      A.  I think there are very specific trainings online
3  that host and actually every Airbnb employees,
4  specifically on customer service, once engaging with the
5  community have gone through.
6      Q.  Do hosts -- are hosts -- strike that.
7          Are hosts required to go through
8  antidiscrimination training before they are allowed to
9  post on the website?
10     A.  I don't think so.  I think this is -- it is -- it
11 is something narrower, in a way, than if you have certain
12 behaviors and you have certain reviews, you might be
13 prompted to do so, if you want to reactivate your account.
14 When you list the account, the listing, you just accept
15 it, series of terms, including this and the community
16 commitment, that for our expectation and good faith, you
17 will behave as we expect.  Only if your performance and
18 your behavior is not right, then we will prompt you to
19 correct through a training.
20     Q.  And how do you find out how -- strike that.
21         How does Airbnb find out if a guest is violating
22 the antidiscrimination policy?
23     A.  I think it's mainly through reviews in terms of
24 automatic flags that might come through to review, maybe
25 customer tickets.

Page 171

1      Q.  Do the hosts review guests?
2      A.  Yes.
3      Q.  And all the time?
4      A.  It is up to them, but we really encourage this
5  because it is a reflection of the quality of the
6  marketplace.
7      Q.  And do guests review hosts all the time?
8      A.  Yes.  Again, all the time, we always ask for it.
9  It is up to them.
10     Q.  And you said there was another way that the
11 policy was policed.
12     A.  Customer service.  So people, when there is a
13 situation where guests or hosts are not honoring this
14 policy, they can engage with customer service and customer
15 service will take action.
16     Q.  And the engagement -- is that by phone?
17     A.  You can contact CS through a variety of channels.
18 It can be chat, it can be phone, it can be email.
19     Q.  Okay.  And if Airbnb learns that a guest is
20 violating the antidiscrimination policy, what do they do?
21         MR. GOLDER:  Objection as to form.
22         But, go ahead.
23         THE WITNESS:  It is difficult to generalize
24 because it really depends on the case.  I would be
25 speculating, but there might be actions such as

Page 172

1      training we encourage them on training.
2  BY MR. GROSS:
3      Q.  If Airbnb learns that a guest has violated the
4  policy, are their privileges to use Airbnb immediately
5  suspended?
6      A.  I don't know if they are immediately.  I think
7  that there might need to be an understanding of the
8  situation before we take action.
9      Q.  What type of understanding?
10     A.  So again, if customer support is involved, we
11 talk with the guest.  We talk with host.  We try to
12 understand the case.
13         In some cases, law enforcement authorities might
14 be involved.  So the process varies in range.
15     Q.  Okay.  And with regard to hosts, if they violate
16 the policy and variations of it, are their ads immediately
17 disabled?
18     A.  I think it is exactly the same.  We go in process
19 and we take an action when we have confirmation that is
20 the case.
21     Q.  So there could be a complaint made, but the post
22 stays online until it is resolved by Airbnb?
23     A.  We will try to be as diligent as possible, but I
24 think this is the case.
25     Q.  Does Airbnb help hosts refinance their homes?

Page 173

1      A.  It is a program through third-party banks.  We
2  might have a role, kind of working the agreement with the
3  banks, but they are allowed to refinance the mortgages by
4  making sure that the bank accounts for the Airbnb produced
5  revenue.
6      Q.  Does -- how does Airbnb, jumping back to the
7  topic in a minute, but I want to just -- look at the
8  exhibit out of order, I want to make sure --
9          How does Airbnb promote or confirm compliance
10 with collecting taxes?
11     A.  Again, it might be part of responsible posting.
12 Informing about the obligation, in the places where we
13 have agreement, and if there is a process for tax
14 collecting, Airbnb will collect and remit.
15     Q.  But if there is no agreement in place, Airbnb
16 does not take out the taxes before the host is paid?
17     A.  Yes.  I mean that there are multiple types of
18 taxes.  If you are referring to transient occupation
19 taxes, tourist taxes, yes.
20     Q.  So unless there is an agreement in place with the
21 municipality, this is left on the host to do?
22     A.  Yes.
23     Q.  And how does the -- how does Airbnb go about
24 requiring or -- trying to get its hosts to collect taxes?
25         MR. GOLDER:  Object as to form.

Page 174

1        Go ahead.
2        THE WITNESS:  I think there are communications in
3    the responsible hosting pages, and in the case there
4    is an agreement with the City, and an active
5    relationship when it comes to cooperation, then we
6    can go through flow adjustments for this to happen.
7  BY MR. GROSS:
8        Q.  So when Airbnb -- when a host signs up, obviously
9  they're directed to go through all of the policies?
10       A.  Yes.
11       Q.  Are they sent follow-up communication, like after
12 a hosting takes place, if the taxes have not been removed,
13 taken out by Airbnb, is there a follow-up communication to
14 remind the host to pay the taxes on that booking?
15       A.  I don't know.
16       Q.  Who would know that?
17       A.  I assume the tax team.
18       Q.  And that is a separate team from marketing or
19 anything else?
20       A.  Yes.
21       Q.  Is that under legal?
22       A.  That might be a question for legal.  I don't
23 know.
24       Q.  Let me show you what we are marking as
25 Exhibit 21.

Page 175

1        (Exhibit No. 21 was marked for Identification.)
2  BY MR. GROSS:
3        Q.  This is City of Miami Beach 21, which is Airbnb
4    926 to 930.
5        Does Airbnb currently collect taxes for rentals
6  on Miami Beach?
7        A.  I don't think so.
8        Q.  But they do collect taxes for other
9  municipalities in other cities?
10       A.  Yes.
11       Q.  And that's where there's the agreement in place
12 with those municipalities?
13       A.  Yes.
14       Q.  I have handed you Exhibit 21.  Do you recognize
15 it?
16       A.  Correct.  I don't think I have seen that in the
17 past.
18       Q.  You said -- I'm sorry?
19       A.  I don't think I have seen this in the past.
20       Q.  Okay.  Does Airbnb collect for Miami-Dade County,
21 taxes?
22       A.  I see that we have a way to collect for the
23 Florida Department of Revenue, but if you look at the
24 state, what are the municipalities or counties,
25 administered by the state, I don't see Miami-Dade.

Page 176

1        Q.  Miami-Dade County is on the second and third
2    pages.  I am just trying to determine if the -- it's sort
3    of carried over, so it is a repeat -- whether or not -- I
4    think if you look at the third page, it is all combined,
5    it is just the way it printed out -- it talks about
6    tourist development room tax, professional sports
7    franchise tax, and a convention development tax.
8        Do you see that?
9        A.  Yes.
10       Q.  Is that something that -- it says, "Guests who
11 book Airbnb listings will pay the following taxes as part
12 of reservations."
13       Under Page 3 of 5, under Miami-Dade County, it
14 says, "Guests who book Airbnb listings that are located in
15 Miami-Dade County will collect -- will pay the following
16 taxes as part of their reservations."  Do you see that?
17       A.  Yes.
18       Q.  Who collects those fees?
19       A.  I wasn't aware of this.  I don't know.
20       Q.  Okay.  So you don't know whether or not these are
21 collected at booking or not?
22       A.  I don't know.
23       Q.  Okay.  Who would know that?
24       A.  The tax team.
25       Q.  And you would agree that Miami Beach is in

Page 177

1  Miami-Dade County?
2        A.  Yes.  But --
3        Q.  I understand it is not -- this is -- these are --
4        A.  Yes, this is -- this tax is not applicable to
5    reservations in Miami Beach, Bal Harbour and Surfside.  I
6    am reading here.  I don't know the context.
7        Q.  Okay.  Do you know why Miami Beach is not
8    included on this list?
9        A.  No.
10       Q.  Who would know that?
11       A.  I guess the tax team.
12       A.  All right.
13       A.  And the legal team.
14       Q.  Do you know why Bal Harbour is not included on
15 this list?
16       A.  No.
17       Q.  But Surfside is.  Do you know why that is the
18 case?  If you look at Page 4?
19       A.  Seems that Surfside has a different tax -- it
20 seems to be differentiated from the rest of Miami-Dade.
21       Q.  Right.  But you -- you agree, this is on the
22 website; correct?
23       A.  Yes.  If it is on the website, I presume it to be
24 right.  I wasn't aware of it.
25       Q.  Do you know when this page was updated on the

Page 178

1 website?
2     A.   No.
3     Q.   Okay.  And you would agree with me, it does list
4 the specificity for Surfside?
5     A.   Yes, it is listed there.
6     Q.   Do you know if there is an agreement in place
7 with Surfside?
8     A.   No.
9     Q.   Do you know if there is an agreement in place
10 between Airbnb and Surfside as to the collection of taxes?
11    A.   I don't know.
12    Q.   And we have already confirmed that in the
13 Miami-Dade listing, you don't know whether the taxes are
14 included, but it does carve out Miami Beach, Bal Harbour
15 and Surfside?
16    A.   Yes.
17    Q.   Do you know why Miami Beach and Bal Harbour are
18 not included?
19    A.   No.
20    Q.   Is there anything from this page, Exhibit 21,
21 that would alert a host that those taxes are owed for
22 Miami Beach or Bal Harbour?
23         MR. GOLDER:  Object as to form.
24         Go ahead.
25         THE WITNESS:  I don't know.  I would need to be

Page 179

1         in the shoes of the host to really get this.
2 BY MR. GROSS:
3     Q.   And would you agree that the title of this
4 document -- which is from the website; correct?
5     A.   Yes.
6     Q.   It says, Occupancy Tax Collection and Remittance
7 By Airbnb in Florida.
8     A.   Yes.
9     Q.   So that would assume that for Surfside, the taxes
10 are collected?
11    A.   That would be speculating.  I mean, one would
12 need to read the whole text and have a personal opinion.
13    Q.   But if you just read the title, you would agree
14 that this is a title over a five-page document that says,
15 Tax Collection and Remittance By Airbnb in Florida;
16 correct?
17    A.   I think this is speculating, and I really
18 encourage the host to read the whole text.
19    Q.   Okay.  Is there anything in this document --
20 let's say I am a host.  I am reading the text.  Where in
21 this document does it talk about taxes that are owed to
22 the City of Miami Beach?
23    A.   Again, I think this is speculating, and this is
24 not the unique piece of information that you would be
25 exposed to.  I think the responsible hosting and the other

Page 180

1 sources that can be more comprehensive and complemented to
2 this.
3     Q.   So do you believe there is something on the
4 website that is particular to Miami Beach?
5     A.   I don't know.
6     Q.   You don't know?
7     A.   No.
8     Q.   If there was nothing on the website --
9     A.   Actually, it is the responsible hosting on Miami
10 Beach.
11    Q.   But there is a section for responsible hosting on
12 Miami Beach?
13    A.   Yes.
14    Q.   But does it mention the collection of taxes?
15    A.   Yes.
16    Q.   If it doesn't mention the collection of taxes,
17 forget about putting up numbers, just the collection of
18 taxes by the host -- because we have established that it
19 is the host's responsibility, correct?
20    A.   Yes.
21    Q.   If it is not there, how is a host to know that
22 they are required to collect taxes and pay from them for
23 their Airbnb rentals?
24         MR. GOLDER:  Objection as to form.
25         THE WITNESS:  That's a hypothetical, and at the

Page 181

1         same time, not only in the terms of service, but also
2         as you complete your List Your Space flow, you are
3         asked to familiarize yourself beyond the resources
4         provided in the platform.
5 BY MR. GROSS:
6     Q.   Okay.  So Airbnb doesn't -- okay.  Never mind.
7         So just so I'm clear, your responsibility -- your
8 direct responsibility for homes under -- as the regional
9 director for North America and Latin America, doesn't
10 include the policies concerning collection of taxes?
11         MR. GOLDER:  Objection to form.
12         THE WITNESS:  There are specific teams in charge
13 of working this.
14 BY MR. GROSS:
15    Q.   And you are somehow advised by those specific
16 teams, is that correct?
17    A.   Again, it is usually a team effort, under the
18 supervision of legal, usually, for those matters.
19    Q.   Okay.  Let me show you what we are marking as
20 City of Miami Beach Exhibit 22.
21         (Exhibit No. 22 was marked for Identification.)
22 BY MR. GROSS:
23    Q.   This is Airbnb 932 through 934.  Do you recognize
24 this document?
25    A.   Yes.

Page 182

1    Q.   Okay.  What is it?
2    A.   It is an explanation of a program, supporting
3  mortgage refinancing, where hosts can reapply or can apply
4  for refinance for their existing mortgages, making sure
5  that Airbnb revenue is accounted for --
6    Q.   Okay.
7    A.   -- the genesis or revenue produced through Airbnb
8  by the host is accounted for and they qualify.
9    Q.   And there are three approved lenders.  I see that
10  on Page 2, correct?
11   A.   Yes.  Quicken Loans, Citizens Bank and Better
12  Mortgage.
13   Q.   Is there any relationship between Quicken Loans,
14  Citizens Bank, Better Mortgage, and Airbnb, in terms of
15  this initial -- I can break it out to one at a time.
16        MR. GOLDER:  No, I object as to the form.
17        The "relationship" is very broad.  I don't know
18   what you mean by that.
19        THE WITNESS:  I don't know.
20  BY MR. GROSS:
21   Q.   Okay.  Does Airbnb get any financial benefit from
22  the lenders listed on Exhibit 22 in connection with the
23  refinance of homes by Airbnb hosts?
24   A.   I don't know.
25   Q.   Who would know that?

Page 183

1    A.   The team in charge of insurance -- sorry, not
2  insurance, in this case, potentially finance.
3    Q.   Okay.  So there is a separate team for finance?
4    A.   Yes.
5    Q.   Okay.  Does Airbnb provide any documentation to
6  the lenders as part of this mortgage financing -- excuse
7  me, mortgage refinancing initiative that is described in
8  Exhibit 22?
9    A.   I think only the host can require the production
10  of a report of revenue, or proof of revenue for Airbnb,
11  and then they can submit it to the lender.
12   Q.   So there is no direct --
13   A.   I don't think so.
14   Q.   Who would?
15   A.   I don't know for sure, but I can read through
16  this and see if it is clear.
17        If you look at how to get started, you prove the
18  income, and then you connect with the lender, so I assume
19  you submit it.
20   Q.   Okay.  Let me show you what we are going to mark
21  as Exhibit 23.
22        (Exhibit No. 23 was marked for Identification.)
23  BY MR. GROSS:
24   Q.   Have you ever seen this document before, Airbnb
25  423 through 426?

Page 184

1    A.   I don't think so.
2    Q.   Is this a blog post?
3    A.   Yes, looking at the bottom.
4    Q.   And this was written by Airbnb on February 8,
5  2018?
6    A.   I don't see a date, but --
7    Q.   The last page.
8    A.   Yes.
9    Q.   It looks like the last page is repeated, but I
10  think it is -- it is just the way it prints off the
11  website.
12   A.   On Page 2, you see that "Include your Airbnb
13  proof of income with your application," just as to the
14  previous question as to who is connecting with the lender.
15   Q.   Who -- I hate to use this term -- who initiated
16  the initiative with Fannie Mae, between Fannie Mae and the
17  lenders for refinancing homes that are used by hosts?
18        MR. GOLDER:  Object to form.
19  BY MR. GROSS:
20   Q.   If you know?
21   A.   I don't know.
22   Q.   Because it says on the first page, "We are proud
23  to announce an initiative."
24        Do you know what involvement Airbnb had in this
25  initiative?

Page 185

1    A.   No.
2    Q.   Do you know if the hosts were sent any additional
3  communications regarding the refinancing initiative, other
4  than it is in a blog post or it is on the website?
5    A.   I don't know.
6    Q.   Could emails have been sent announcing it, as
7  well?
8    A.   That is a hypothetical.
9    Q.   Okay.  Do you know if emails were sent?
10   A.   No.
11   Q.   One way or the other, you don't know?
12   A.   I don't know.
13   Q.   Okay.  Are all of the instructions for posting an
14  ad on the website?
15   A.   I think there is a -- yes.  There is a place
16  where you can find the steps that you need to take to list
17  your space.
18   Q.   Okay.
19   A.   And it is a guidance -- a process where you have
20  clear steps that you can follow.
21   Q.   Let me show you what we are going to mark as
22  Exhibit 24.
23        (Exhibit No. 24 was marked for Identification.)
24  BY MR. GROSS:
25   Q.   It is City of Miami Beach 24, Airbnb 818 to 869.

Page 186

1          Have you ever seen this before?
2     A.   I have seen the flow, yes.
3     Q.   When you say "the flow," what do you mean?
4     A.   All these subsequent steps for you to create an
5  account, yes, the earlier, so it is how to -- the flow to
6  sign up as a user, and eventually to create a listing.
7     Q.   And is Exhibit 24 the standard flow, or is it --
8  let me take it back.
9          When you say exhibit -- and I will tell you that
10 we think -- this is the way the document was, because of
11 the way it was produced to us.  I'm not -- I mean, the
12 pages are in order, so it seemed like the full flow, but
13 -- so I don't want --
14     MR. GOLDER:  Yes.
15 BY MR. GROSS:
16    Q.   So Exhibit 24, as counsel has just confirmed, is
17 the process that is posted on the website for creating a
18 flow by a host?
19    A.   Yes.
20    Q.   -- is that correct?
21    A.   Yes.
22    Q.   Is there -- and that is a standard flow?
23         And by that, I mean it doesn't take into account
24 various municipal changes --
25     MR. GOLDER:  Can we go off the record for a

Page 187

1  second?
2          (Whereupon, there was a discussion off the
3          record, after which the following proceedings were
4          had:)
5  BY MR. GROSS:
6     Q.   Counsel has represented that Exhibit 24 is the
7  generic flow, but it is what you would do if you lived on
8  Miami Beach?
9     A.   Yes.
10    Q.   Am I understanding that correctly?
11    A.   Yes.
12    Q.   If I go on and I just want to know how to go
13 through the steps to post my dwelling, would I be directed
14 to different --
15         Okay.  Let me think about this.
16         I want to become a host.  Do I have to register
17 first before I get sent to the flow guidelines?
18    A.   Yes.  You need to be -- just a user, and then
19 either you go directly into this flow, which is a
20 connection to the sign-up.  You cannot do anything, and
21 then there is this, a sign-up.
22         There is a List Your Space button to the right, I
23 think, and then once you initiate that, you would start
24 here, Bates 829, and you would add your location.  If you
25 add Miami Beach, this is what you are going to see.  If

Page 188

1  you add San Francisco, you would see a different flow, for
2  the most part.
3          This is the -- this is consistent with the
4  general flow of preparing a list.
5     Q.   So after you do your individual profile --
6     A.   Yes, you need to create a profile.
7     Q.   So I am just -- just so I understand, Pages 818
8  through 828 are the general pages for a host to go through
9  the steps to create a profile?
10    A.   Yes.
11    Q.   That's before you do a listing?
12    A.   Yes.
13    Q.   That's just to be a user of the system?
14    A.   Yes.
15    Q.   And then if you want to do a listing, and you put
16 it in -- one of these pages that says Miami Beach, it
17 will direct you to what is on Page 829?
18    A.   You would start on Page 129.  You would say,
19 "Entire place," for instance "four guests," and you would
20 say "Miami Beach."
21         And then when you continue, you would get into
22 the flow specific to Miami Beach that in this particular
23 case is consistent with the general flow.
24    Q.   So Page 829, so I understand, doesn't
25 automatically pop up as Miami Beach, based on your

Page 189

1  profile?
2     A.   I don't know if it does.  You can definitely edit
3  it.
4     Q.   I know you can add it.  That is what you have
5  said.  But what I'm saying to you is this one just says
6  Miami Beach on it?
7     A.   Yes.
8     Q.   Is that -- is the mechanism as follows?  I know I
9  am going a little bit outside of form -- I do my profile?
10    A.   Yes.
11    Q.   My profile is my address in Miami Beach?
12    A.   Yes.
13    Q.   I then say, "I want to list"?
14    A.   Your space.
15    Q.   My space.  Does it immediately take me to
16 Page 829, with Miami Beach filled in, or am I then taken
17 to List My Space and then I put in "Miami Beach" and then
18 I move into the Miami Beach flow?
19    A.   I think you put Miami Beach.
20    Q.   And then it is your testimony that the rest of
21 the document for the flow is 830 through 869?  That is the
22 generic flow that is not specific to a municipality,
23 because Miami Beach is like the generic municipality?
24    A.   This is my understanding.
25    Q.   And the understanding is based on what?

Page 190

1      A.    The fact there is no specificity built into the
2   Miami Beach flow.
3            (Exhibit No. 24 was marked for Identification.)
4   BY MR. GROSS:
5      Q.    So let me just ask a bunch of questions about
6   this document.  So Exhibit 24 -- these are the
7   instructions on -- strike that.
8            Exhibit 24 -- these are the instructions on how
9   to establish a profile as a user of the Airbnb platform?
10     MR. GOLDER:  Object as to form.
11           But go ahead.
12           THE WITNESS:  So --
13  BY MR. GROSS:
14     Q.    The first ten pages?
15     A.    Yes.  So -- yes.  Well, I mean, you said 24?
16     Q.    The whole exhibit.  It was produced as a whole
17  exhibit.
18           So let me ask it this way:  Is Exhibit 24 both
19  the instructions on how to create a profile to be a user
20  of the platform and the instructions on how to post your
21  dwelling on the platform?
22           MR. GOLDER:  Object to form, but go ahead.
23           THE WITNESS:  Yes.
24  BY MR. GROSS:
25     Q.    Okay.  So for a generic platform -- strike that.

Page 191

1            For a generic flow --
2      A.    Yes.
3      Q.    -- everything is going to be based on generic
4   flow.
5      A.    Yes.
6      Q.    When a host posts his ad or her ad on Airbnb,
7   what information does the host need to input?
8      A.    So the user is created.
9      Q.    Yes.
10     A.    And then we can go through the flow.  You will
11  have to describe what is the type of space, is it the
12  entire place, is it a shared space, is it a spare room;
13  how many guests can the space accommodate, and where it is
14  located.
15     Q.    Okay.
16     A.    If you continue, you will select type of place
17  and type of property.
18           In 831, you can choose as an apartment or it's
19  private room or shared room.  You can qualify it as
20  primary, set up for guests, or personal belongings.  It is
21  due to the nature of whether you live there or not and
22  whether or not you are a particular host or you belong to
23  a company in a way that you manage a hospitality business.
24     Q.    Let me ask you about Page 824.  So I have been
25  told by counsel that this is the generic flow for Miami

Page 192

1   Beach?
2      A.    Yes.
3      Q.    But on Page 834, the example is San Francisco.
4   Do you see that?
5      A.    Yes.
6      Q.    So how -- it has the example of San Francisco,
7   state, California, zip code, San Francisco, zip code.  Am
8   I correct in this document that has been sent, it doesn't
9   have Miami Beach listed there as the example; it has San
10  Francisco?
11     A.    We might have provided a generic example.  Again,
12  I am not aware whether this is one of the cases --
13           MR. GOLDER:  Can we go off the record for a
14           second?
15           MR. GROSS:  Yes.
16           (Whereupon, there was a discussion off the
17           record, after which the following proceedings were
18           had:)
19  BY MR. GROSS:
20     Q.    Back on.
21           We are talking about Page 834.
22     A.    Yes.
23     Q.    It says San Francisco, correct?
24     A.    Yes.
25     Q.    We are all in agreement on that, and we already

Page 193

1   established that in San Francisco, there's a requirement
2   to put in a mandatory field for a registration number.
3      A.    I think it happens later.
4      Q.    Okay.  But is it -- so let's just talk about
5   Page 34.
6      A.    Okay.
7      Q.    I know we have already gotten what the dwelling
8   is and all that.  Now we are talking about where is your
9   place located?
10     A.    Yes.
11     Q.    United States, you put a little street address --
12  this is on Page 34?
13     A.    Yes.
14     Q.    Then you put in -- if there is an apartment or
15  suite, you put that in?
16     A.    Yes.
17     Q.    Then you put in a city?
18     A.    Yes.
19     Q.    And then you put in state?
20     A.    Yes.
21     Q.    And you put in zip code?
22     A.    Yes.
23     Q.    If I put in San Francisco, does the field
24  automatically pop up that requires me to put in a
25  registration number?

Page 194

1     A.   I think it happens later in the flow.  One
2  comment -- I believe that what triggers differentiation in
3  the flow, downstream, is this page, Page 84, because in
4  the beginning where it is stating Miami Beach, as an
5  example, since regulations sometimes are changing by
6  neighborhood, zip code, zone and city, the flow can only
7  change when you specify the complete address --
8     Q.   So let's --
9     A.   -- so et cetera.  It's fair to assume that
10 regardless of typing Miami Beach or San Francisco, the
11 flow is generic up to Page 834.  If you type San Francisco
12 here, I am not sure whether this field would pop up, up
13 here, or in a subsequent, subsequent part flow.
14    Q.   Who would know?
15    A.   I think we have the flow for San Francisco --
16         Have we provided the flow for San Francisco?
17    Q.   I am asking you.  Who would know when the field
18 pops up?
19    A.   So the product team creating this product.
20    Q.   So it is not you?
21    A.   It is not me.
22    Q.   I am asking about what you know today, sitting
23 here as the 30(b)(6) witness.
24    A.   I know it pops up.  I don't know exactly when.
25    Q.   And I think we have -- then the next page has a

Page 195

1  -- is a pin in the right place, and then it is the
2  amenities you offer, spacing that guests can use.  Right?
3     A.   Yes.
4     Q.   And what I am trying to understand, and what it
5  looks to be -- where in this flow that has been sent to us
6  is there any indication that you would have to put in a
7  registration number?
8         MR. GOLDER:  Object as to form.
9         But go ahead.
10        THE WITNESS:  On the Page 865, before you finish
11    your local laws and taxes.
12 BY MR. GROSS:
13    Q.   No, that says, "Familiarize yourself."
14         But where does the -- where would the space pop
15 up?
16        MR. GOLDER:  Objection, hypothetical.
17        MR. GROSS:  No, no, I am not hypothetical.
18 BY MR. GROSS:
19    Q.   We're in a jurisdiction that requires the listing
20 of a registration.  Okay?
21         When does that happen in the flow?
22         Because I don't see anything anywhere in this
23 document that includes -- I can finish -- I agree.
24 Page 865 says, "These are your local laws.  Familiarize
25 yourself with them."

Page 196

1         Would you agree that that is the only page in the
2  flow mechanism that has that language?
3     A.   For the generic flow, when we don't have an
4  agreement, yes.
5         Again, if you look at the specific flows for San
6  Francisco, Chicago, cities where there is an agreement and
7  there is an actual process for us to produce and submit
8  this information, the flow would be different.  And I feel
9  that counsel has provided this information.
10    Q.   Okay.  But you don't know where in the process
11 that flow pops up?
12    A.   I know it pops up after specifying the exact
13 address.  I don't know if it pops up then or just before
14 the end where you have a "regulation and local laws" tab.
15    Q.   And it automatically pops up based on the name of
16 the municipality, or some other information in there?
17    A.   I think it relates to the complete address,
18 including the zip code, and a specific address, not only
19 the municipality.
20    Q.   Would you agree there are certain municipalities
21 that have areas within them where even though Airbnbs are
22 allowed in the municipalities, there are neighborhoods,
23 for instance, where there is no Airbnb allowed?
24    A.   Yes.  But I am not sure how we handle these
25 situations.

Page 197

1     Q.   Who would know that?
2     A.   Legal and policy teams.
3     Q.   Okay.  Okay.  So all the information that needs
4  to be included in an ad, at least a generic one, is found
5  in Exhibit 24?
6     A.   I assume it --
7         MR. GOLDER:  Objection as to form.
8         Go ahead.
9         THE WITNESS:  I think it's comprehensive.
10 BY MR. GROSS:
11    Q.   Is there any mention in Exhibit 24 of information
12 that a host is prohibited from inputting?
13    A.   I don't know.  I would like to -- I would need to
14 review the whole flow.
15    Q.   I do see that -- I agree that on Page 865, it
16 says, "Familiarize yourself with the nondiscrimination
17 policy."
18         I see that.  But other than that, is there any
19 mention of the type of info that is not allowed?
20    A.   Do you want me to read the whole flow, or do you
21 want to point me --
22    Q.   I didn't see it.  That's why I am asking if there
23 is anything else.
24    A.   No, this might be it.
25         When you sign up, and you agree to terms of

Page 198

1 conditions, there is a specific call-out on aggressive
2 language, discriminatory language.  It is consistent with
3 the discriminatory policy.
4      Q.   That would be in the first ten pages?
5      A.   That would be when you sign up as user, and you
6 agree to the terms of service.
7      Q.   So this part is in the first ten pages of this
8 document?
9      A.   Yes.
10     Q.   So somewhere in here, you sign up.  There is an
11 -- there is an agreement, okay?
12          It says, "You accept terms and conditions" --
13     A.   And I am sure there is a link for you to read
14 those terms and conditions.
15     Q.   I am looking at Page 821.
16     A.   Yes.
17     Q.   Before You Join Airbnb Community Commitment, I
18 agree, then there is a link that says, "Learn more."
19     A.   Yes.
20     Q.   I also -- is that a link?
21     A.   I think it is a link.
22     Q.   Okay.  And the next one says, "I also accept
23 terms of service, payment terms of service, privacy and
24 nondiscrimination."
25          Are those links?

Page 199

1      A.   I think all of them are individual links.
2      Q.   Is there anything in here that says you should
3 review these links before you join, other than "Accept"?
4      A.   "Accept" before you join, question, the language
5 is not specific.
6      Q.   Is it the same as if you do it on your phone?  Is
7 it an app?
8      A.   I don't know.  I mean --
9      Q.   That's fine.
10     A.   I am sure it is.
11     Q.   But you don't know?
12     A.   No.
13     Q.   Okay.  Okay.  Can -- in the ad, can a host post
14 his phone number, his or her phone number or email?
15     A.   It is not visible until you complete the
16 transaction.
17     Q.   So it can't be in the original ad.  It has to be
18 after the transaction is completed?
19     A.   Yes.  It's part of your profile.  It will be
20 disclosed once you complete the transaction.
21     Q.   So it is not on the ad that is posted?
22     A.   Yes.
23     Q.   What does Airbnb do to monitor whether or not a
24 host posts threatening or profane material in their ad?
25     A.   We have a trust team, and I am sure they have

Page 200

1 scaleable technical solutions to control for such language
2 in a way that it is not individualized, that is a scale,
3 and I am not familiar with the specific techniques that
4 they use.
5      Q.   But you believe that there are techniques?
6      A.   I believe that we take safety very seriously.
7      Q.   Because for instance, I am just using you as an
8 example.  I am not painting Airbnb that way.
9           I am a white supremacist.  I want other white
10 supremacists to use my apartment.  I am including
11 information in my post that would lead you, you know, to
12 believe this is the type of guest I want, or I limit it --
13 how does Airbnb police that?
14     A.   It is very close to a case in the past that was
15 public.
16     Q.   I am not even aware of that.  So that's why I am
17 asking.
18     A.   Airbnb took a position to protect the entirety of
19 our platform and make sure there was no discriminatory
20 activity on the platform, and we prevented them, those
21 bookings from happening.
22     Q.   How did they become aware that these bookings
23 were going on?
24     A.   It goes down again to the specific techniques
25 that the trust team might do at scale and are aware of

Page 201

1 them.
2      Q.   Okay.  But there are supposedly techniques to
3 police this?
4      A.   Yes, there might.
5      Q.   It might be?
6      A.   Yes.  Again, I don't know the specifics.
7      Q.   Okay.  So -- and then with regard to the
8 information input about an ad, can guests see all of the
9 inputted information, or is any of it hidden?
10     A.   The only hidden piece is personal identification,
11 personal information on the host regarding email and phone
12 number.
13     Q.   Okay.
14     A.   And they only get to see the final address once
15 they confirm.
16     Q.   And you don't know the specific screening
17 techniques for prohibiting information?
18     A.   No.
19     Q.   What if the host includes the email address in
20 the post, itself?  How do you -- how would they know?
21     A.   There is an automated blocking based on the
22 sequencing of certain characters.  If you see "@ something
23 dot com," you flag it.  If you see numbers, you could
24 potentially flag it.
25     Q.   Okay.

Page 202

1    A.   And there is no takedown.  It is just blocking of
2  that content.  It is obvious.  It says "blocked" because
3  it is -- it is information that shouldn't be disclosed
4  before.
5    Q.   Does the host get a confirmation email after his
6  or her ad is posted on Airbnb?
7    A.   I think so.
8    Q.   Do you know for sure?
9    A.   I think there is a "Welcome to Airbnb" email.
10    Q.   Does the host get an email message from Airbnb
11  when a guest has requested to stay at the host's home?
12    A.   Yes.
13    Q.   So there is email on top of it just showing up in
14  the host's bulletin board?
15    A.   I don't know if you can opt out from that email,
16  but generally, you get an email with the confirmation or
17  request.
18    Q.   And the host always gets the ability to review
19  the request to stay at the home?
20    A.   If they choose Instant Booking, the Instant Book,
21  the reservation would be confirmed.  Then, as host, you
22  have the ultimate right to cancel.  If you don't have
23  Instant Booking, you have 24 hours to accept or decline.
24  If 24 hours go by, it is automatically declined.
25    Q.   And then in the Instant Booking, is there a

Page 203

1  timeframe for them to decline?
2    A.   They can cancel any time.
3    Q.   Without a reason?
4    A.   Airbnb, we will allow them to do this three times
5  a year, no questions asked.  When this happens after that,
6  then they are -- these users are starting to interfere
7  with the well-run operation at Airbnb, and there might be
8  consequences such as not waiving fees or providing a
9  warning.  Again, I am not sure what is the logic after the
10  three cases.
11    Q.   Are the fees immediately taken out when a booking
12  is made?
13    A.   The money is collected from the guests
14  immediately, in general terms.  The payout happens
15  24-hours after check-in.
16    Q.   No.  The guest makes a reservation.
17    A.   Yes.
18    Q.   The fee is taken.  Let's say it is Instant Book.
19    A.   Yes, it's listing price plus guest service fee.
20    Q.   Okay.  Is the guest service fee immediately taken
21  out?
22    A.   Everything.
23    Q.   So is the host service fee immediately taken out?
24    A.   No.  I think the host fee -- it happens as a
25  deduction from the total amount to be paid.  So let's use,

Page 204

1  as an example, if I am a host, and I list my space for
2  $100 a night, the guest would pay 109.  It is an average
3  of nine percent on the guest side.  This will be collected
4  usually at the time of booking.
5    So day one, when I click "reservation" and it is
6  accepted by the host, $109 will be collected for my
7  payment instrument.  Airbnb keeps this money, and by the
8  time he needs to pay out 24 hours after check-in, the host
9  will get 97, which is 100 -- minus three percent guest
10  fee, host fee.
11    Q.   And the guests pay the nine percent?
12    A.   Yes.
13    Q.   And when does Airbnb take its 12 percent?
14    A.   The nine percent when the guest pays, and three
15  percent when the host pays.
16    I think, from an accounting perspective, we may
17  not materialize the revenue until the actual offering is
18  provided, but collection happens at the beginning.
19    Q.   Okay.  And what happened if the host approves the
20  stay, it just goes forward?
21    A.   If the host approves the stay, there is an
22  agreement between guest and host, and the transaction goes
23  through.
24    Q.   Can it be modified after booking?
25    A.   The guest and the host have modification

Page 205

1  capabilities, depending, obviously, if the host modifies
2  it, the guest needs to accept it; if the guest requires a
3  modification, it is up to the host to accept it, as well.
4    Q.   Okay.
5    A.   And they might have predefined policies for them
6  to say, "I accept modifications up until 24 hours before
7  the reservation," or one week, or -- "I don't accept" --
8  it is up to the host to define these policies.
9    Q.   Does the host have the ability after the fee --
10  after the stay is booked to increase the fee?
11    A.   He can go through a negotiation with the guest,
12  but usually, the price is set and the agreement is
13  confirmed.
14    Q.   But if the host tries to negotiate and increase
15  the fee and the guest refuses, can the host cancel?
16    A.   The person can cancel, again, if it is the first
17  three, no penalty.  After that, it might be.
18    Q.   What does Airbnb do for the guest in that
19  situation where they are paid the booking, they're a week
20  from their vacation, or let's say they're five days from
21  their vacation, they have paid for a nonrefundable
22  tickets.  Most of these people are on vacation, they are
23  not on business.  What does Airbnb do for the guest?
24    A.   Airbnb will try to honor the service.  If it is
25  before one week, we will fully refund and give them a

Page 206

1  chance to rebook.  If it is within a week, I think you
2  mentioned five days, in this particular instance, Airbnb
3  would help or assist rebooking.
4            If the -- and even provide the travel coupon.  If
5  the place is more expensive or there are inconveniences --
6  so Airbnb can make the decision, and I think it is case by
7  case, based on the framework, I guess, where the company
8  can -- can help the guest out.
9        Q.   Is Instant Booking a way to automatically for --
10  for a host to automatically have the stays approved?
11            MR. GOLDER:  Object to form.
12            Go ahead.
13            THE WITNESS:  Instant Booking is a functionality
14       that allows hosts to ease the process of booking
15       acceptance.  They are given parameters and controls
16       for them to feel comfortable they are accepting the
17       right type of guest, and it is really supportive of
18       the anti-discrimination philosophy that we want at
19       Airbnb.  Again, it is completely voluntary, and it is
20       available to every host.
21  BY MR. GROSS:
22       Q.   Okay.  So hosts always have the right to approve
23  a transaction before it is complete?
24       A.   If they are not Instant Booking-enabled, they
25  always have the 24-hours window to decide.  If it is

Page 207

1  Instant Booking-enabled, again, it's their decision.  They
2  have parameters in the case that something comes in and
3  they feel uncomfortable, they can cancel.
4        Q.   How much time do they have to cancel in an
5  Instant Booking?
6        A.   They can cancel any time.  Again, if it is below
7  three times a year, no penalty.  If it happens before --
8  beyond than number, then there is going to be Airbnb
9  trying to let them know this is not a behavior -- if they
10  systematically do that, we may encourage them to take
11  Instant Booking down.
12       Q.   But you also said there is -- what was the --
13            Can you read back the beginning of his answer?
14            (Portion of transcript read by the court reporter
15  as above-recorded.)
16            THE WITNESS:  So I think through regular booking,
17       they can cancel because they looked at that, they
18       don't like the guest or anything else.  In an Instant
19       Booking -- sorry.  In this case, it is not
20       cancelling.  It is not accepted.
21  By MR. GROSS:
22       Q.   Not accepted.  So in an Instant Booking, it is a
23  cancellation?
24       A.   Yes.
25       Q.   And there is no time limit?  You can just -- if

Page 208

1  they can -- they can determine three months, like, the day
2  before a booking or a week before, and at the booking,
3  they don't like the guest, they can just cancel at the
4  time without penalty?
5        A.   If it is the first three times a year.
6        Q.   Okay.
7        A.   It happens the same with the other type of
8  bookings.  You have 24 hours to accept them.  Once you
9  accept them, you reserve the right to cancel them and it's
10  the same philosophy.
11       Q.   And even if you have accepted, you can still
12  cancel at a later time for any reason?
13       A.   Yes.  It is your decision, it is your home.
14       Q.   Okay.  Does the guest receive a confirmation
15  email when the host approves his stay?
16       A.   Yes.
17       Q.   And at that point, is that when the guest and
18  hosts have direct access to directly communicate with each
19  other?
20       A.   They have been communicating before through the
21  secured messaging platform.  It is part of the core
22  offering.  It is like you are allowed, or you are
23  empowered to connect with the global community of hosts as
24  a guest, and a global community of guests as a host.  You
25  can contact and engage on messaging with every single

Page 209

1  host, globally.  By the time you confirm the booking,
2  phone and email are facilitated, and you can engage
3  outside the platform, if you wish.
4        Q.   Okay.  Are communications filtered in any way?
5  For example, if a host or guest says something
6  threatening, can that language be flagged?
7        A.   It's usually flagged by the -- it might be,
8  again, an automated process, but it's usually flagged by
9  the users themselves, and Airbnb might take action, in
10  consistency with their anti-discriminatory policy.
11       Q.   We have discussed if the host cancels a guest's
12  stay.  What happens if a guest cancels his stay?
13       A.   So it really depends on the cancellation policy
14  set up by the host.  The host might say, "I am very
15  flexible.  You can cancel up to 24 hours before.  Even if
16  you are on a trip, you can cancel and you will pay just
17  immediate next night, not the rest."
18            Or you can say, "I am strict.  You are going to
19  pay 100 percent of the reservation if you cancel within a
20  month."
21            So it is flexible, and it is up to the host.  And
22  the guest has visibility on this by the time they book, so
23  they can decide whether the trip is confirmed enough to
24  take a risk or not.
25       Q.   So it is sort of the same as if you were in a

Page 210

1  hotel site where it is -- you know, 45 days to cancel, or
2  immediate payment because it is ski season and the hotel
3  is locking up their lodging?
4      A.  I am not sure it's fully consistent, but there
5  are different logics chosen by the host.
6      Q.  So there is the host's discretion as opposed to
7  Airbnb's discretion?
8      A.  Yes.
9      Q.  Or the hotel's discretion.
10     A.  Yes.
11         MR. GOLDER:  At the next natural break --
12         MR. GROSS:  We are getting there.
13 BY MR. GROSS:
14     Q.  On the website, we have agreed, there is both
15 user-created content and Airbnb-created content?
16     A.  Yes.
17     Q.  Okay.  Photographs are both --
18         Are both --
19     Q.  User-created and Airbnb-through-third
20 party-created?
21         MR. GOLDER:  Object to form.
22         THE WITNESS:  The pictures that every single
23     host-created listing can show can be created by
24     themselves, meaning the phone, professional camera or
25     whatever professional service they contract outside

Page 211

1      the platform.
2          Airbnb offers a paid service to every single host
3      where we have geographic coverage, and they can
4      engage with the local photographers to get the
5      professional shooting and buy the pictures from them.
6  BY MR. GROSS:
7      Q.  And before that, was Airbnb contracted directly
8  with the photographer and it was a free service that was
9  offered?
10     A.  Yes.  It was a quality push to the platform that
11 we believed was -- quality push meaning that we believed
12 it was a great way for the hosts to improve their
13 offering, and we saw appetite from the guests to get such
14 listings.  As we scaled, we saw the benefit that the host
15 would get, and we saw how complex and expensive it would
16 be to scale, so we changed the pricing for that.
17     Q.  When did that change?
18     A.  I don't know the specific date.  It might be a
19 couple of years ago.  I don't know.
20     Q.  Was it last year?
21     A.  I don't think so.
22     Q.  And we established earlier that the emails that
23 Airbnb sends to hosts, those are created by Airbnb, the
24 original content, and then this is automated and sent out?
25     A.  The framework for the email is created by Airbnb.

Page 212

1  Whether we pool user's content in it or not, it is sent in
2  email.
3      Q.  Okay.  This is what is sent to hosts.  I'm not
4  going to guests --
5      A.  Oh.  Hosts is usually -- yes, it is usually
6  Airbnb content.
7  BY MR. GROSS:
8      Q.  Okay.
9      A.  Except for the review email where you get the
10 review from the guest, you get the email, quotes what the
11 guest has previously reviewed.
12     Q.  Is there any portion -- but part of that content
13 is also Airbnb content, it's the framework?
14     A.  It is the framework, "You have been reviewed by
15 XYZ dot dot dot," and there is a quote.
16     Q.  Okay.  And we talked about the emails and
17 messages that were sent to guests earlier.  We talked
18 about the emails that were sent to prospective hosts
19 earlier; for instance, what we talked about, the emails
20 that say, "You have booked with us," this is to a guest,
21 "Would you like to list your home?"  That would be Airbnb
22 content?
23     A.  Yes.
24     Q.  Does Airbnb ever send direct -- and I may have
25 asked this.  I just want to confirm -- direct emails to

Page 213

1  potential guests in an area?  Like, do they buy mailing
2  lists?
3          MR. GOLDER:  Object to form.
4          Go ahead.
5          THE WITNESS:  I don't know -- what we do is we
6      send emails to lapsed users, users that have not been
7      guests.  They are signed up, we have information,
8      they have accepted getting emails, and we might send
9      them several communications.
10 BY MR. GROSS:
11     Q.  Anything other than lapsed guests -- are there
12 other direct communications that Airbnb sends to try to
13 bring guests onto the platform?
14     A.  I don't know.
15     Q.  Okay.  Who would know that?
16     A.  Marketing.
17     Q.  Marketing.
18     A.  What I know is that we might have agreements with
19 other companies to share -- to send communications to a
20 user base as part of a partnership agreement.
21     Q.  What other companies does Airbnb have
22 partnerships of that nature with?
23     A.  We might have one -- I mean, I am familiar with
24 partnerships in Latin America, but we might have one with
25 Banco Mexico, a Mexican bank, where they identify a

Page 214

1  segment of users that have been traveling in the last
2  couple of years, and they send communication, "Airbnb is
3  offering a first-time usage coupon for you to try Airbnb
4  as a guest."
5      Q.  Do you know which partnerships they have,
6  similarly, in the United States?
7      A.  I -- I know we have got content partnerships with
8  Disney, for instance, but regarding sending emails to a
9  user-base, I don't know.
10     Q.  Who would know that?
11     A.  The business development team.
12     Q.  That is separate from marketing?
13     A.  Yes.
14     Q.  Okay.
15         MR. GROSS:  We can take a break.
16         (Whereupon, there was a recess at 3:11 p.m.,
17     after which the following proceedings were had at
18     3:24:)
19         (Exhibit No. 25 was marked for Identification.)
20 BY MR. GROSS:
21     Q.  Let me show you what we are going to mark as
22 Exhibit 25 and ask you if you recognize the document.
23         This is City of Miami Beach 25, Airbnb 13
24 through 40.
25         MR. GOLDER:  I have 14, but --

Page 215

1  BY MR. GROSS:
2      Q.  Sorry, yeah.  It is 14 through 40.  13 was the
3  cover page.
4          Do you see that?  Do you see that document?
5      A.  Yes.
6      Q.  What is it?
7      A.  The terms of service.
8      Q.  When you say the terms of service, what do you
9  mean?
10     A.  It is the terms that you need to accept when you
11 sign up to a platform.
12     Q.  Okay.  And are these the most recent terms, to
13 the best of your knowledge?
14     A.  I assume so.
15     Q.  Okay.  It says, "We have recently updated our
16 terms.  If you signed up prior to January 21, 2019, we
17 will ask you to agree to the new terms before March 27th
18 2019.  Until then, the prior terms apply to you.  If
19 you -- after January 21, 2019, this applies to you" -- do
20 you see that in the first paragraph?
21     A.  Yes.
22     Q.  Do you know the difference between the old terms
23 and the new terms?
24     A.  No.  I mean, it might be the discrimination
25 component.  I'm not sure.

Page 216

1      Q.  So you don't know whether the discrimination
2  policy was in the old terms?
3      A.  I don't know.
4      Q.  If it wasn't in the old terms, was someone who
5  signed up under the old terms required to follow it?
6      A.  I think it is -- as it states here, you are
7  expected to update the terms of service as the new ones
8  are released.
9      Q.  Let me ask that, then.  Okay.  So I signed up in
10 -- well, you didn't know when the anti-discrimination
11 policy went into effect.  Correct?
12     A.  No, I don't know specifically.
13     Q.  And the only thing you know is that -- I think it
14 was Exhibit 20 -- I think the exhibits are in front of
15 you, Exhibit 20 was the anti-discrimination policy.  There
16 doesn't seem to be a date on it.  Correct?
17     A.  Yes.
18     Q.  And the blog, which is 19?
19     A.  That was written -- I mean, 2016.
20     Q.  September of '16.  How long has Airbnb been in
21 existence?
22     A.  Since 2008.
23     Q.  Okay.  Do you know how many times the terms of
24 service have been updated?
25     A.  I don't know.

Page 217

1      Q.  Okay.  Do you know if they were updated after
2  September of 2016?
3      A.  I don't know.
4      Q.  Okay.  If they were not, okay, and someone signed
5  up under the old terms of service, how would they know
6  they were bound by the anti-discrimination policy?
7      A.  That is a hypothetical, but what usually happens
8  is that you -- and you get an email informing you that
9  there's new terms of service you need to accept.
10     Q.  Is the anti-discrimination policy part of the
11 terms of service, or is the Exhibit 25 the terms of
12 service?
13     A.  Actually, let me look at the listing flow for a
14 second.
15         MR. GOLDER:  I object to form.
16         THE WITNESS:  So there seems to be three
17     different --
18 BY MR. GROSS:
19     Q.  But that is the brand new existing flow, correct,
20 the one that you are pointing to, Exhibit Number 24?
21     A.  Yes.  So I don't know if the terms of service,
22 payment of service, and nondiscriminatory policy have been
23 always separated or they have been merged eventually.
24 What I know is that when we released the nondiscrimination
25 policy, you would be sent emails, and you would apply to

Page 218

1  approve them, accept them.
2      Q.   And if you didn't accept them, what happened?
3      A.   I don't know.  I don't know if you had to accept
4  them or you would automatically be bound by them.  I don't
5  know.
6      Q.   How do you automatically be bound by something if
7  you have not accepted it?
8      A.   You are right.  It may not be an option.
9      Q.   Okay.  So my question is if the
10 anti-discrimination policy was entered -- sometime around
11 2015, there is a blog post to that effect.  Do you agree?
12     A.   Yes.
13     Q.   And if you signed up as a user, let's say, in
14 2015, and you put the boxes on the flow, once you do the
15 flow once, do you ever have to do it again?
16     A.   I think you have communication informing that
17 there are new terms of service.
18     Q.   That's not my question.
19     A.   The question is?
20     Q.   Once you do the flow once and list your property,
21 do you ever have to do it again?
22     A.   I don't know.
23     Q.   Do you understand what I'm asking?
24     A.   Yes.
25     Q.   So you don't know if you ever have to update your

Page 219

1  flow?
2      A.   So this is what I know.  When you -- when we
3  update the terms of service, each individual member of
4  community gets a communication, and the communication asks
5  each individual member to read and accept the terms.
6  Whether there is something beyond that, I don't know.
7      Q.   Okay.  Do you know if someone doesn't accept the
8  terms, if their ads are disabled?
9      A.   I don't know.
10     Q.   Who would know that?
11     A.   The legal team.
12     Q.   Legal makes the determination if -- if -- I am
13 just asking the question.  It is a yes or no.  It is not a
14 legal -- I mean, at least, I don't think so.
15          So it is your understanding that legal makes the
16 determination if someone's ad is disabled because they
17 have not accepted policy?
18          MR. GOLDER:  Object as to form, but go ahead.
19          THE WITNESS:  I don't know if they own the
20     decision, I know that they will know what the
21     decision is.
22 BY MR. GROSS:
23     Q.   Anyone else who would know within the company
24 what the decision is?
25     A.   I cannot think of anyone specifically.

Page 220

1      Q.   Do you know of any specific instances where
2  people's ads are taken down because they have not agreed
3  to terms of the policy?
4          MR. GOLDER:  Object to form.
5          THE WITNESS:  I don't know about any specific
6     example.
7  BY MR. GROSS:
8      Q.   Who would have that information?
9      A.   I think legal.
10     Q.   Okay.  So other than sending it out, other than
11 sending policy updates out, or asking you in this instance
12 to click on an updated term of service, which would be to
13 new people, we can agree under Exhibit 25, if you signed
14 up before January of '19, you are under the old terms of
15 service, correct?
16          MR. GOLDER:  Object to form.
17          THE WITNESS:  Until you accept the new one, yes.
18 BY MR. GROSS:
19     Q.   Under -- and you don't have to accept the new
20 ones until March 27, so we have not gotten there yet.
21     A.   Okay.
22          MR. GOLDER:  Object to form.
23          I am just going to state the specific objection,
24     that all of this is evident on the face of the
25     document, these terms and agreements.

Page 221

1          So if you were to look at paragraph -- Section 3
2     of the document, you will see things that are sort
3     of -- that are also outside of this witness'
4     capability.  He is not a lawyer.  So I am going to
5     state that for all interpretations of the terms of
6     service, I object to form.
7  BY MR. GROSS:
8      Q.   Okay.  My question is, I understand what
9  paragraph 3 says, based on what your attorney has just
10 said.  But in terms of practicalities in use by a user or
11 a guest -- a user, either as a guest or a host, they have
12 to agree to the terms of service if they want to become a
13 user; correct?
14     A.   Yes.
15     Q.   How does Airbnb enforce the terms of service on
16 their users and guests?
17          MR. GOLDER:  Object to form.
18 BY MR. GROSS:
19     Q.   Just on their user --
20          MR. GOLDER:  Object to form.
21 BY MR. GROSS:
22     Q.   -- how is it enforced?
23     A.   Again, when you sign up, you accept the terms.
24     Q.   And I understand you accept the terms, but how do
25 you enforce it?

Page 222

1      A.   It is a very broad and complex topic.  It really
2  depends on what -- what the violation, what constitutes
3  the violation, and again, it really -- the violation of
4  the terms of service would go through legal as a team that
5  would have, I guess, an opinion, a call on what is their
6  action to take.
7      Q.   Okay.  Let's look at Page 17 -- Bates 17, Page 4
8  of 27, Section 5.1.
9      A.   Bates what?
10      Q.   Page 4, Section 5.1, it says that "Members can
11  access and view member content in any content that Airbnb
12  itself makes available on or through the Airbnb platform,
13  including proprietary Airbnb content and any content
14  licensed or authorized for use by or through Airbnb from a
15  third party."
16           Do you see that?
17      A.   Yes.
18      Q.   Okay.  What content is Airbnb referring to that
19  it makes, itself?
20           MR. GOLDER:  Object to form.
21           THE WITNESS:  I'm not an expert on this, but I
22      assume it is all the content we produce to provide
23      the structure to the website.
24  BY MR. GROSS:
25      Q.   Anything else?

Page 223

1      A.   The blog posts that you might -- have been used
2  as exhibits.
3      Q.   What about the emails?
4      A.   Emails -- when it comes to, again, the frame.
5      Q.   Okay.
6      A.   Most of the platform is user-generated content.
7      Q.   Look at the terms of policy.  What type of
8  materials or content is prohibited --
9      A.   Are you referring to --
10      Q.   -- on the host profiles?
11      A.   Are you referring to something in the terms of
12  service?
13      Q.   No.  The policy lists the type of content allow
14  and not allowed, but I am asking specifically, what type
15  of material or content is not permitted on hosts'
16  profiles?
17           MR. GOLDER:  Object to form.
18           Go ahead.
19           THE WITNESS:  I don't know the specifics.
20  BY MR. GROSS:
21      Q.   Okay.  If there is prohibited content on a host's
22  profile, or -- first, on the profile -- how is that noted
23  and removed?
24      A.   Without knowing it -- it might be a combination
25  of reported content, meaning there is a user that contacts

Page 224

1  customer service complaining about something that has been
2  spotted on a platform, or there might be automated
3  scaleable technical solutions that allow the trust team to
4  identify its content.
5      Q.   Okay.  Profiles aren't made public; correct?
6      A.   The user profile?
7      Q.   The user profile.
8      A.   That is some public information that you can see
9  as you try to -- if you try to book a listing, you will
10  see the host profile.  There is some information that's
11  visible, but email, address, phone number -- it is only
12  visible once you confirm the booking.
13      Q.   What is visible when you check on -- I am a
14  guest, and I want to look at who my host is.  What is
15  visible from their profile that I might see?
16      A.   You might see the picture, you might see the
17  name, I am not sure if it was a complete name or the name,
18  and a description created by the host, herself.  You can
19  see all of the listings on Airbnb, and you can see the
20  video.
21      Q.   Does -- if information that the host described
22  themselves, if they use something that violates the
23  anti-discrimination policy, other than the guest's noting
24  it and reporting it, how else is that policed?
25      A.   Consistent with my previous answer, it might be

Page 225

1  the trust team using the scaleable solution to identify
2  certain content.
3      Q.   But other than -- so that's an algorithm that
4  looks for the content?
5      A.   Yes.
6      Q.   Or are there individuals who look for the
7  content?
8      A.   It's an algorithm.
9      Q.   So there is no human review of content?
10      A.   I don't think so.
11      Q.   When you say you don't think so, you don't know
12  for sure?
13      A.   I don't know for sure.
14      Q.   Who would know that?
15      A.   The trust team.
16      Q.   The trust team.  As opposed to marketing team?
17      A.   Yes.
18      Q.   So there is a trust team?
19      A.   Yes.
20      Q.   The -- if I'm the host, and I get a request from
21  a guest to rent my dwelling through Airbnb, what
22  information do I get to look at on the guest in order to
23  determine whether I want to do it or not?
24           MR. GOLDER:  Object to form.
25           THE WITNESS:  You will see the guest's profile

Page 226

```
1    description created by the guest, herself.  You will
2    see a series of information that may have been
3    verified.  It is not -- it is not -- you don't see
4    the email.  You don't see the name.  But, you will
5    see the verified email because you -- when you sign
6    up, you get a confirmation email to verify you are
7    the owner of the account, the same with phone,
8    verified phone number, connected through social
9    media, and reviews, and you will have the chance to
10   read the reviews from past hosts that have welcomed
11   this guest.
12 BY MR. GROSS:
13   Q.   What if it is the first-time guest?
14   A.   As host, you can decide whether you host this
15   person or not.  Actually, hosts has the capability of
16   filtering out guests without reviews, if they don't want
17   to take that risk.  What we have learned in the past years
18   is that the best way to create confidence is to enable
19   them to connect.  So guests and hosts usually exchange a
20   conversation asking about the purposes of the trip and
21   what is expected, when are you flying in, are you coming
22   alone?  So these conversations usually naturalize the
23   relationship.
24   Q.   Is there a description that the guests provide of
25   themselves other than what the host provides?
```

Page 227

```
1    A.   Yes.
2    Q.   And if the guest's information in their profile
3    violates the anti-discrimination policy?
4    A.   It is similar to what we have --
5    Q.   It is either?
6    A.   Similar to before.
7    Q.   It is either -- so when you say similar to
8    before, so either the host that reviews, report it --
9    A.   Or any other user.
10   Q.   Why would another user look at a guest?
11   A.   Any other host, potentially.
12   Q.   Okay.  Or, it's some algorithm?
13   A.   Yes.
14   Q.   Okay.  And you said that hosts and guests can
15   communicate prior to booking, but it is through the
16   messaging portion of the platform?
17   A.   Yes.
18   Q.   Okay.  And you said there are pictures of the
19   host, but no pictures of the guests?
20   A.   I'm not sure about the hosts now, but I think the
21   discrimination policy, to avoid bias, has made sure that
22   the guest's profile picture is shown later in the process.
23   Q.   Okay.  So it is shown after the booking?
24   A.   Yes.
25   Q.   Is -- and is it shown immediately after the
```

Page 228

```
1    booking?
2    A.   I think that once it is confirmed, you know, you
3    have access to the profile of the guest coming to your
4    place.
5    Q.   What about the host, if you are the guest?
6    A.   I think you already see the host profile, but in
7    the event it is not, you would get it at the same time but
8    I think you have access to the host profile.
9    Q.   The host picture?
10   A.   Yes.
11   Q.   Because you just said you thought they may have
12   taken it down.
13   A.   I am not sure on the host side.  On the guest
14   side, I am sure, but on the host side, I'm not sure.
15   Q.   Let's say it is taken down right now on the host
16   side, just to be fair about the policy, okay?
17   A.   Okay.
18   Q.   And the host's terms are immediate booking, no
19   cancellation.  That is a possibility.  Is there any -- for
20   instance, the question I am asking is, is there an ability
21   for a guest to cancel a booking even where the host has
22   said there's no cancellation, immediately upon their
23   ability to review the remainder of the host's profile?
24       MR. GOLDER:  Object to form.
25 BY MR. GROSS:
```

Page 229

```
1    Q.   Do you understand what I am asking?
2    A.   No.
3    Q.   So I am going to use an example.  I am the guest.
4    I -- and again, this is -- I am the guest.  I look at the
5    property.  I don't have the ability to -- I know the
6    host's first name, but I don't know any of the other
7    information about the host.
8    A.   Description and reviews.
9    Q.   Description and reviews?
10   A.   And maybe the photo.
11   Q.   And the descriptions is whatever they post about
12   themselves?
13   A.   Yes.
14   Q.   And I decide to book?
15   A.   Yes.
16   Q.   And the host decides to accept.  And the host
17   terms on this host says, "Immediate booking, no
18   cancellation."  Is that a possibility?
19   A.   Instant Booking, it is a possibility.  The
20   cancellation policy can be flexible, which means you
21   empower the guest to cancel at any time without penalty.
22   Q.   Oh, Instant Booking, you can cancel any time?
23   A.   So the guest can cancel any time, or not,
24   depending on how the host defines the cancellation policy.
25   It is not in conflict with Instant Booking.
```

Page 230

1    Q.   No, that is not my question.  So can a host --
2  in -- in terms of the cancellation policy, have it that
3  there is no cancellation for any reason?
4    A.   Yes.  They can say "strict policy."
5    Q.   Strict policy.  Okay.  So I'm the guest?
6    A.   Yes.
7    Q.   I sign up for something that says no cancellation
8  for any reason.  I get the host's profile?
9    A.   Yes.
10   Q.   I see something in there that violates the
11 anti-discrimination policy.  Can I still cancel?
12   A.   This is a hypothetical, but I'm sure you would be
13 able to engage with customer service, report this, and
14 Airbnb will honor the nondiscriminatory policy.
15   Q.   Okay.  Can a guest -- can a host advertise a
16 property on Airbnb without Airbnb acting as broker?
17   A.   Airbnb is not acting as a broker.  Airbnb is
18 acting as a platform that connects guest and host, and as
19 collecting agent.
20   Q.   So unless you are a member of the Airbnb
21 community, or user of the community, you can't list your
22 property?
23   A.   You need to sign up as a user.  You need to
24 accept terms and conditions, because once you have the
25 profile created, you can lease your space and use your

Page 231

1  platform to connect with guests.
2    Q.   Is there any way for hosts and guests to connect
3  with one another prior to booking without doing to through
4  the platform?
5    A.   The intent of the platform is to make sure that
6  all communications are happening within the messaging
7  because it is the best way we can provide security and we
8  can provide coverage when it comes to payments, when it
9  comes to access to customer service, and all of the
10 ancillary services beyond the booking platform.
11        Having said that, guests and hosts can be
12 potentially sophisticated enough to take transaction
13 offline.  This is something we don't want to happen.  If
14 they manage to do so, this is -- in my opinion, becomes a
15 transaction that is not an Airbnb transaction.
16   Q.   Understood.  If a -- in the platform, if a host
17 or guest -- strike that.
18        If the messaging board, if a host or guest
19 includes an email, would that be automatically blocked?
20   A.   Yes.
21   Q.   If the host or guest includes a phone number in
22 the message, is that automatically blocked?
23   A.   If it's before the transaction is compete, yes.
24   Q.   So there's an automatic blockage.
25        Is there something in the algorithm for the

Page 232

1  message board that prohibits that information from being
2  exchanged?
3        MR. GOLDER:  I want to define message board.
4  BY MR. GROSS:
5    Q.   The one he is using, the one on the platform we
6  have been talking about the whole time.  The ability, the
7  ability for hosts and guests to communicate through the
8  platform, to message board.  That is what I asked him.  I
9  asked him before, is this a message board?  Yes.
10   A.   The word "board" I am not sure, but it is a tool
11 that allows for messaging exchange between guests and
12 hosts.
13   Q.   It is instant messaging?
14   A.   Yes.
15   Q.   Can -- prior to a booking, can a host or guest
16 provide a phone number in the instant messaging that is
17 done on the platform?
18   A.   No.
19   Q.   Prior to booking, can a host or guest provide a
20 telephone number through instant messaging on the
21 platform?
22   A.   The spirit of the tool is no.  Is it bypassable?
23 There may be exceptions.  We are trying to prevent that
24 from happening.
25   Q.   But is there an algorithm that is used try to

Page 233

1  block?
2    A.   Yes.
3    Q.   So if someone tried to input it, it won't be
4  posted?
5    A.   It would post "blocked content," blocked.  I
6  don't know the exact terminology, but it will show -- if
7  someone tried to write an email, it will not show because
8  the transaction has not been complete.
9    Q.   On the listing that is completed, using the
10 information that the host inputs, how many -- what
11 percentage of the content that is viewable by the
12 potential guest is created by the host versus what is
13 automatically generated by Airbnb.
14       MR. GOLDER:  Object to form.
15       Go ahead.
16       THE WITNESS:  The only generated content by
17 Airbnb is this tagging that it is an immediate
18 consequence of host behavior.  So if host verifies
19 the phone number because it adds the phone number to
20 the profile, clicks verify the number, you are sent
21 an NSMS with the code, you reply to the NSMS, and you
22 add the code -- I don't remember the actual process
23 -- then it will pop up "verified phone."
24       This is the only tags created by Airbnb as a
25 platform through automatic response to host behavior.

Page 234

1  The -- profile description, the listing description,
2  the pictures, the title, the pricing, the calendar
3  availability -- everything.
4       Q.   The pricing we discussed earlier?
5       A.   Yes, pricing is usually created by host.  If they
6  adopt smart pricing, they will set the parameters, maximum
7  and, minimum, and they would rely on an algorithm to make
8  price recommendations that they will ultimately accept or
9  not.
10      Q.   But what is posted is the recommendation by the
11 algorithm?
12      A.   Unless the host overrides it.
13      Q.   The host has checked off.  They are using smart
14 pricing.
15      A.   Yes.
16      Q.   So the pricing that is on there is the
17 algorithm's price, and then the host does have the
18 opportunity to object?
19      A.   It's the recommendation provided by the
20 algorithm, with input from the host.
21      Q.   Okay.  The host sets minimum and maximum?
22      A.   Yes.
23      Q.   We are talking about smart pricing.  The host has
24 checked off the box, "Use smart pricing for my property."
25           They sent the min, they sent the max.  What the

Page 235

1  guest sees is what the algorithm -- what Airbnb's
2  algorithm says is the price.
3           MR. GOLDER:  Overruled.
4           Go ahead.
5           THE WITNESS:  For the days that they enabled with
6      that smart pricing, yes.
7  BY MR. GROSS:
8       Q.   Okay.  So if it is enabled, that's what they see?
9       A.   Yes.
10      Q.   And it doesn't say suggested price, it says
11 price.
12           MR. GOLDER:  Object to form.
13 BY MR. GROSS:
14      Q.   Correct?
15      A.   I don't know.
16      Q.   Because you used the term "suggested price"
17 before.  I have never seen that on your website.
18      A.   I mean, I know that the host gets it as a
19 recommendation from the smart pricing system.  I actually
20 don't know if the guest gets to see that this is a smart
21 pricing recommendation adopted by the host or that
22 manually defined pricing.
23      Q.   You don't know whether it is one or the other?
24      A.   I don't know.
25      Q.   Because what I have seen is just there is a

Page 236

1  price.
2       Q.   Okay.  So the guest can't tell whether if -- from
3  at least the emails you sent around, the guest can't
4  really tell when the price is smart or manual.
5       A.   I am not sure.
6       Q.   Okay.  Who would know that?
7       A.   The product material.
8       Q.   Does Airbnb allow hosts to choose different
9  templates, or flows, for advertising their property?
10      A.   No, it is a very consistent way to present
11 information, from a framework perspective.
12      Q.   What does that mean?
13      A.   The structure of the organization, it is like the
14 color font or the type of letter, or these type of things.
15      Q.   The only difference is if you have certain
16 information in, that you load in at the beginning, as we
17 went through before, it may add fields for additional
18 content?
19      A.   Yes.  Not only that, there are fields that are
20 not mandatory.  So the description can be longer than
21 others.  You can have more pictures than others.  Captions
22 on the pictures, the actual presence will depend on the
23 content created by a user.
24      Q.   Does Airbnb allow hosts to choose different
25 fields of information that are accessible to the guests,

Page 237

1  for instance, amenities, restrictions, property usage,
2  like smoking, nonsmoking, or no pets?
3           MR. GOLDER:  Object to form.
4           Answer the many questions as best you can.
5  BY MR. GROSS:
6       Q.   I can go through number one.  Does Airbnb allow
7  hosts to choose a different field of information
8  accessible to a guest regarding amenities on their
9  property?
10      A.   Then can select the amenities they offer.
11      Q.   Okay.
12      A.   And they can add any amenities they offer through
13 the text flow and other capabilities.
14      Q.   Okay.  How about restrictions on properties?
15      A.   What do you mean restrictions?
16      Q.   That I can -- even if it is a four-bedroom, there
17 can only be five people using it, or things like that?
18      A.   You can create your house rules.
19      Q.   How about whether or not it is smoking versus
20 nonsmoking?
21      A.   Yes, you can define.  It is your home.  You can
22 define whatever.
23      Q.   And how about pets or no pets?
24      A.   Same.
25      Q.   Let's say I am the guest, and I come in and I

Page 238

1  smoke or I bring a pet with me.  How -- how does Airbnb
2  police the fact that that guest has violated the host's
3  conditions?
4          MR. GOLDER:  Object to form.
5          Go ahead.
6          THE WITNESS:  Airbnb will not police this
7      proactively.  Airbnb will rely on guests and hosts
8      reporting any activity not welcome through reviews
9      and customer support tickets.
10 BY MR. GROSS:
11     Q.  So it is the host's responsibilities to report
12 failure-to-comply conditions, and the same as the guest's?
13     A.  Yes.
14     Q.  So earlier, we talked a little bit about what
15 other cities have zoning ordinances that require inputting
16 registrations into their ads, do you remember?
17     A.  That, yes.
18     Q.  We talked about San Francisco and -- well, ads --
19 so -- strike that.
20         Do you know what other cities have ordinances
21 that require inputting registration into the ad?
22         MR. GOLDER:  Object to form.
23         THE WITNESS:  I know some of them.  I cannot
24     recall totally.
25 BY MR. GROSS:

Page 239

1      Q.  What are the ones that you know for sure?  I know
2  you said San Francisco and I know you said Chicago.  What
3  others?
4      A.  San Francisco, Chicago -- we are talking about
5  registration, whether they have mandatory or
6  discretionary?
7      Q.  Yes.
8      A.  For example, San Antonio, Santa Monica.
9  BY MR. GROSS:
10     Q.  What do you know about those?
11     A.  So I know the basic logic behind it, in San
12 Francisco, Chicago, and Santa Monica, there is a mandatory
13 field with pass-through registration, which is a process
14 to exchange information with the City, have them verify
15 the status of an application to submit information back to
16 us; and there is a clear process for all this, other
17 variables such as a grace period, how long does it take
18 for us to respond, and more specific details in St. Paul,
19 and San Antonio, there is a discretionary field coupled
20 with broad average efforts for us to drive compliance with
21 the host community through emails, workshops, and
22 responsible hosting basis.
23     Q.  So there is now an agreement in place with Santa
24 Monica, also?
25     A.  I am not close to the issue.  I think that there

Page 240

1  is active litigation.
2      Q.  Yes, there is active litigation.  That's why I am
3  asking.  Santa Monica is in the same criteria as San
4  Francisco and Chicago.
5          MR. GOLDER:  Can I just take a quick break -- off
6      the record.
7          (Whereupon, there was a recess, after which the
8      following proceedings were had:)
9          MR. GOLDER:  Just the reason why I -- I asked for
10     a time out was the joint stipulation says 30(b)(6)
11     testimony is limited to a witness on the documents
12     and the agreements that we provided.  We didn't
13     provide Santa Monica.  I want to give you guys some
14     leeway to ask questions, but his knowledge -- and
15     because it is in active litigation, there is a limit,
16     and there may be a privilege implication.  I just
17     want to be clear about that.
18         THE WITNESS:  And, I misspoke when I said that
19     Santa Monica has pass-through registration, that it
20     is a mandatory field.  And, as he pointed out, this
21     is a legal matter, and I am not familiar with all the
22     details.
23 BY MR. GROSS:
24     Q.  When you say, "It is a mandatory field," what
25 does that mean?

Page 241

1      A.  There is a field that I am not familiar with the
2  specifics, but it is consistent with Chicago, that in
3  order for you to complete the flow, you need to insert
4  this information.
5      Q.  You have to insert it, or your ad won't upload?
6          MR. GOLDER:  Object to form.
7  BY MR. GROSS:
8      Q.  Do you understand what I mean by that?
9      A.  Yes.
10     Q.  So if you don't -- so for Santa Monica, if I
11 don't do my -- you are on Page 20 -- whatever it was,
12 wherever it says "Miami Beach" -- just so we are all clear
13 on that -- I put in Santa Monica and a zip code, if I
14 do that right now, there is a mandatory field that appears
15 for a registration number?
16     A.  I don't know.
17     Q.  Well, you just said --
18     A.  I know that the agreement -- not "the agreement,"
19 I know that the Santa Monica, Santa Monica has a mandatory
20 field, and I pointed out before that I am not exactly sure
21 when in the flow it was.
22     Q.  No, I understand that, but what I'm saying is, if
23 you put in the information for Santa Monica, at some point
24 in the flow process, a mandatory field appears where you
25 have to include a number --

Page 242

1    A.   I'm not sure.
2    Q.   You just said --
3    A.   Yes, this is why I said that I misspoke.  I am
4  not familiar with the details.  It is something that right
5  now, it is part of litigation, active, with Santa Monica.
6  I wasn't -- I wasn't aware of anything beyond the
7  mandatory field statement.
8    Q.   Okay.  Then what do you mean by mandatory fields?
9    A.   I recognize that I don't know exactly.  I was
10 speculating.
11   Q.   So --
12   A.   I haven't seen the flow of Santa Monica.  I
13 haven't been in Santa Monica conversations.  I have not
14 been -- produced documents with me to familiarize as
15 30(b)(6) testimony.
16   Q.   Let's mark this as 26.
17   (Exhibit No. 26 was marked for Identification.)
18 BY MR. GROSS:
19   Q.   Let me show you what we are marking as the City
20 of Miami Beach 26, Airbnb 89 and 90 -- just 89, I guess.
21        It is 89.
22   Q.   Okay.
23   Q.   Have you ever seen this document before?
24   A.   No.
25   Q.   Okay.  So you knew nothing about the Boulder

Page 243

1  ordinance that is referred on Exhibit 26?
2    A.   No.
3    Q.   Okay.  Do you see in the second paragraph that
4  says -- under "hosting eligibility," it says, "permit
5  posting requirement?"
6         It is on Page 1, or Page 2.
7    A.   Yes.
8    Q.   Do you see that?
9    A.   Yes.
10   Q.   There is a bold heading that says Permit Posting
11 Requirement.
12   A.   Yes, I am reading.
13   Q.   Okay.  It says you are required to include your
14 short-term license number on your listing.  Do you see
15 that.
16   A.   Yes.
17   Q.   It says you may include your short-term rental
18 license number on your listing by going to the managed
19 listing and calendar location, under Listing Section?
20   A.   Yes.
21   Q.   And then it tells you what to type in, with two
22 acceptable formats.
23   A.   Yes.
24   Q.   Okay.  In Boulder, is there a mandatory -- if you
25 put in Boulder as your city address and a zip code

Page 244

1  associated with Boulder, is there a field that pops up to
2  allow for this?
3         MR. GOLDER:  Object to form.
4         Go ahead.
5         THE WITNESS:  I don't know anything but --
6         MR. GOLDER:  Object to form.
7         Go ahead.
8         THE WITNESS:  I don't know anything but beyond
9    what I'm reading.
10 BY MR. GROSS:
11   Q.   So you know nothing about how Boulder is treated?
12   A.   No.
13   Q.   So is it possible that an ad won't post for a
14 Boulder address unless you include that information?
15   A.   I don't have enough information.
16   Q.   Who would have that?
17   A.   The legal team and the policy team.
18   Q.   Okay.  So I need to talk to somebody from policy
19 to determine how Airbnb deals with Denver --
20   A.   Well --
21   Q.   -- excuse me, with Boulder?
22   A.   Definitely not me.
23   Q.   Okay.  Before I go through these documents with
24 you, I am going to ask you about specific cities.  Okay?
25   A.   Okay.

Page 245

1    Q.   Do you know anything about the eligibility
2  requirements in Pasadena?
3    A.   No.
4    Q.   Okay.  Do you know anything about the eligibility
5  requirements in San Louis Obispo?
6    A.   No.
7    Q.   Do you know about the eligibility requirements in
8  Portland, Oregon?
9    A.   No.
10   Q.   Do you know anything about the eligibility
11 requirements in Honolulu?
12   A.   No.
13   Q.   How about Maui?
14   A.   No.
15   Q.   How about St. Paul?
16   A.   I know that, actually.
17   Q.   Okay.  The cities I just mentioned, who would
18 have that information?
19   A.   Legal and policy teams.
20   Q.   I will represent to you, and I think your counsel
21 would agree, that each of those cities has language that
22 says you are required to include some sort of license
23 number with an example, similar to what we dealt with for
24 Boulder.  I don't want to take you all through them if we
25 don't have to.

Page 246

1          MR. GOLDER:  If you are representing it, we will
2     accept that representation.
3  BY MR. GROSS:
4     Q.   Do you know what Airbnb means when it says, "The
5  City requires" and "you may include" -- is that a
6  mandatory field that is created?
7     A.   I don't know.  I would need more context.
8     Q.   Okay.  So I asked you about Boulder, and you
9  don't know whether a field is created based on the Boulder
10 ordinance?
11    A.   Based on this text, I don't know for sure.
12    Q.   Where would I find in the website whether more
13 was required?  Would I have to start the flow?
14    A.   Yes.  That is the option, potentially.
15    Q.   Could I determine that without being a user from
16 Boulder?
17    A.   I think you can still create a listing in any
18 location you want.  You can initiate the process of
19 creating a listing in any place you want, regardless of
20 your user profile.
21    Q.   Okay.  But you need to be a user before you can
22 initiate a listing?
23    A.   Yes.
24    Q.   So I can create a profile.  We have already
25 established you didn't know whether or not my profile is

Page 247

1  verified before I go in and do a listing or not --
2          MR. GOLDER:  Object as to form.
3  BY MR. GROSS:
4     Q.   You said you think so, but you don't know for
5  sure?
6     A.   Yes.
7     Q.   I have to give my ID as part of the profile, not
8  the listing.  We have established that, correct?
9     A.   Yes.
10    Q.   So you don't know whether or not I am accepted or
11 not -- initially -- or not.  But when I create the
12 profile, I have got my listing and I put in one of these
13 cities.  I can -- unless I -- that is the only way I could
14 figure out whether or not it requires me to include that
15 information in my flow?
16    A.   I don't think of it that way.  I mean, you could
17 look at Responsible Hosting and maybe there is more
18 content on the specifics.
19    Q.   Where -- okay.  So I -- is that in the terms?
20    A.   No.  The Responsible Hosting, I think, are pages
21 linked as you create the profile, for you to get familiar
22 with local regulations and laws.
23    Q.   No, I understand the local regulations.  This is
24 from "Responsible Hosting."  Would we agree that
25 Exhibit 26 is from your website?

Page 248

1     A.   Now that I look at it, yes.
2     Q.   You have it in front of you.  Exhibit 26 is from
3  the website?
4     A.   Yes.  It is from 26.
5     Q.   From the website?
6     A.   Yes.
7     Q.   And this is part of the responsible hosting;
8  correct?  It says "help -- help home training help"?
9     A.   Yes.
10    Q.   So here.  I go on this, it tells me what I have
11 to do, but it doesn't tell me how I do that on the site,
12 other than I may include it by listing it, going to the
13 managed listing.  So does this -- policy would be the
14 people to talk to about how this -- "this" being the
15 permit posting requirement -- is managed; correct?
16    A.   Or legal, yes.
17         MR. GOLDER:  Object to form.
18 BY MR. GROSS:
19    Q.   And that would be for all of the other cities
20 that I mentioned?
21    A.   Yes.
22    Q.   Okay.  And I just want to make it clear, do you
23 know anything specifically about the Santa Monica
24 ordinance, other than it is in litigation?
25    A.   No.

Page 249

1     Q.   Okay.  Who would have that information?
2     A.   The legal and policy teams.
3     Q.   Why do you know about St. Paul?
4     A.   Because that has been part of the preparation for
5  this deposition.
6     Q.   That is the only reason?
7     A.   Yes.
8     Q.   Not as part of your -- preparation -- not as part
9  of your job duties as the regional director?
10    A.   I have not been involved personally with that
11 case.
12    Q.   So this is based on preparation.  It is not based
13 on your personal knowledge?
14    A.   In this particular instance?
15    Q.   On St. Paul?
16    A.   Yes.
17    Q.   Let's look at what we are going to mark as
18 Exhibit 27 to your deposition.
19         (Exhibit No. 27 was marked for Identification.)
20    Q.   This is Exhibit -- City of Miami Beach
21 Exhibit 27, Airbnb 1346 to 1355.
22         Yeah, okay.  Can you identify this?
23    A.   Yes.
24    Q.   What is it?
25    A.   So it is a collection of documents.  The first

Page 250

1 one is in Responsible Hosting for sample, and then there
2 is an email sent a community member from St. Paul
3 encouraging a registration or compliance.  Then there is a
4 document that -- it seems like an invitation to a workshop
5 where city staff and other folks might provide context,
6 and again encourages compliance, and then, at the end, a
7 couple of snapshots of the user space flow.
8     Q.   There are specifics as to the flow.  So where it
9 says "add permit number" --
10    A.   Yes.
11    Q.   -- and then text, "text listing" --
12    A.   Yes.
13    Q.   So on the first page, which is one of two, for
14 1346 under "Short-Term Rental Ordinance," it says, "St.
15 Paul short-term rental or licensing ordinance and the
16 accompanying short-term rental ordinance" -- "zoning
17 ordinance" -- excuse me -- "went into effect on December
18 2, 2017."
19         Do you see that?
20    A.   Yes.
21    Q.   Do you know what the difference between the two
22 ordinances are?
23    A.   No.
24    Q.   Do you know what the requirements under the
25 ordinances are?

Page 251

1     A.   No.
2     Q.   It says, "You can include in your registration
3 listing the following format," and it is there.
4         And then it gives you the ability to register.
5     A.   I see that.
6     Q.   And then it talks about sales tax.
7         And then the -- does this mention anywhere what
8 will happen if you don't include your registration number?
9     A.   I'm not sure, but I haven't seen it in these
10 documents.
11    Q.   Okay.  Does it -- and if you have already had --
12 let me ask this two ways:  I am an existing user, and I
13 live in St. Paul.  And I get -- I am assuming I get an
14 email.
15    A.   Yes.
16    Q.   I get the second part of this package.
17         "You're saying if you host your space for less
18 than 30 days, a new law" -- "Hi, Ashley," it says that on
19 the document, this page, 1348.
20         I am a prior user before the date of the
21 ordinance.  I didn't have the information, I wasn't
22 required to have it.  There was nothing other than be --
23 let me rephrase that.  Prior to December 2nd of 2017, if I
24 lived in St. Paul, the only notification I got about
25 compliance with local ordinances was with the basic

Page 252

1 language we saw with regard to the basic flow earlier?
2     A.   At sign-up -- so you would accept terms and
3 conditions, and you would get exposed to this messaging at
4 the end of the List Your Space, wherever.
5     Q.   But just in general, not the specifics?
6     A.   And the link to responsible hosting, yeah.
7     Q.   So prior to 2017, no link?
8     A.   If there was no regulation before that.
9     Q.   Prior to December 17, 2017, I am just --
10         MR. GOLDER:  Object to form.
11         He may not know.
12 BY MR. GROSS:
13    Q.   So my ad is up, and I have been listing my
14 property for what -- let's say a 2010 user.  Because I
15 have been listing for almost seven years, at that point,
16 how was I notified?
17    A.   I think you would get this email.
18    Q.   Okay.  "This," being the second, the second
19 document in the package?
20    A.   Yes.  And you might get a notification in your
21 host dashboard.
22    Q.   And you are told you should list this?
23    A.   Yes.
24    Q.   Okay.
25    A.   You will also get an invitation, likely, to a

Page 253

1 workshop.
2     Q.   If I don't list it because I don't go and change
3 my field, I don't even go back to my ad, for whatever
4 reason, does Airbnb do anything at St. Paul to police
5 whether or not people are updating their ads?
6         MR. GOLDER:  Object as to the form.
7         THE WITNESS:  As per the agreement that we have
8         with St. Paul, I think that responsible hosting,
9         email blasts, shared workshops, and end-product
10        modifications is the extent of our efforts to drive
11        compliance.
12 BY MR. GROSS:
13    Q.   Is this a written agreement?
14    A.   I don't know.
15    Q.   So how do you know there is an agreement?
16    A.   When I use the word "agreement," I refer to an
17 understanding of what is Airbnb's position to comport this
18 compliance.
19    Q.   What is Airbnb's position based upon?
20    A.   It is very complex, I guess -- very complex, and
21 a high number of variables are accounted for.
22    Q.   No, no.  You are saying there is an understanding.
23 Is there an understanding in between Airbnb and the City
24 of St. Paul about compliance with this ordinance?
25    A.   Yes.

Page 254

```
1     Q.   Okay.  Is that in writing?
2     A.   I don't know.
3     Q.   Okay.  Who would know that?
4     A.   The legal and policy teams.
5     Q.   If someone doesn't comply with the ordinance now
6  that Airbnb has -- strike that.
7          So I have the old ad.  I get the notification.  I
8  do nothing.  My ad is just sitting there.  Is it pulled
9  down because there is no license number in the ad, itself?
10         MR. GOLDER:  Object to form.
11         Go ahead.
12         THE WITNESS:  The enforcement is on the City.
13 BY MR. GROSS:
14    Q.   If the City notifies Airbnb that there is an ad
15 without a license number, what does Airbnb do, at that
16 point?
17         MR. GOLDER:  Object to form.
18         THE WITNESS:  There is a significant number of
19    variables that could be accounted for in the
20    decision.  I cannot --
21 BY MR. GROSS:
22    Q.   Do you know?
23    A.   I don't know specifically.
24    Q.   Okay.
25    A.   It really depends on the case.
```

Page 255

```
1     Q.   It is a very simple question.  You just said it
2  is up to the City to enforce whether or not the ads have
3  numbers in them.
4          The City goes on the website, goes to St. Paul,
5  looks at all of the ads, sees the ones that don't have the
6  numbers.  Do you understand where I am?
7     A.   Yes.
8     Q.   It reports that directly to Airbnb.  Does Airbnb
9  take down those ads?
10    A.   Again, it is a very complex decision.
11    Q.   Do you know whether or not Airbnb removes ads
12 when it is notified by the City of St. Paul that the ads
13 are not in compliance with the local ordinance?
14         MR. GOLDER:  Object to form.
15         THE WITNESS:  It really depends on the case, and
16    is usually driven by legal conversation.
17 BY MR. GROSS:
18    Q.   Do you know whether or not that takes place?  If
19 not, it's not the case.  I am asking more specific
20 knowledge whether it's -- individually, or as a 30(b)(6)
21 -- do you have, as you sit here today, do you know what
22 Airbnb does if it is notified by the City of St. Paul that
23 ads, in the city of St. Paul, don't have the numbers.
24         MR. GOLDER:  Object as to form.
25         THE WITNESS:  Specific to St. Paul, I don't know.
```

Page 256

```
1  BY MR. GROSS:
2     Q.   Okay.  Who would know that?
3     A.   The legal team and the policy team.
4     Q.   Okay.  Do you know if Airbnb does anything to
5  monitor ads in St. Paul that don't -- as to whether or not
6  they have the numbers in them?
7          MR. GOLDER:  Object to form.
8          THE WITNESS:  I don't.
9  BY MR. GROSS:
10    Q.   Now, I am a user now.  Post December of '17 --
11 and I live in St. Paul -- and I go in and fill out, I get
12 this.  I am told I have to have the number, and I have to
13 have it in my ad.  And you have already said that content
14 can be blocked in an ad based on certain numbers; correct?
15    A.   Yes.
16    Q.   Certain things like a phone number, or whatever.
17    A.   Yes.
18    Q.   Do you know whether Airbnb uses similar
19 technology to police the ads that are posted in St. Paul
20 to determine whether or not they have the license numbers?
21         MR. GOLDER:  Object to form.
22         THE WITNESS:  Do you refer in the format, or in
23    the actual number?
24 BY MR. GROSS:
25    Q.   The format.
```

Page 257

```
1     A.   The format, I don't know.  The actual number,
2  without the process with the City, we can't do that.
3     Q.   Why can't you do that?
4     A.   Because we don't have the capacity to check
5  whether these numbers are valid or not.  Verification
6  cannot happen unless we have access, we have a process
7  with the City.
8     Q.   You have a format.
9     A.   Yes.
10    Q.   Okay.  It is four digits by one -- seven digits,
11 right?
12    A.   Yes.
13    Q.   If someone doesn't post that information 4-7, 4
14 digits - 7 digits on their listing, right or wrong, does
15 the ad automatically post?
16    A.   I don't know.
17    Q.   Who would know that?
18    A.   Legal might know.
19    Q.   Okay.  That's fine.  And we will agree that is
20 information that is supposed to go in the ad; correct?
21         It says here, "Your ad must have your
22 registration number."  Correct?
23         MR. GOLDER:  Answer the question, and then I want
24    to clarify.
25         THE WITNESS:  What line are you reading?
```

Page 258

1 BY MR. GROSS:
2     Q.   It says, "You can include your registration
3 number on your listing following the following format."
4     A.   Yes.
5     Q.   So the ordinance requires the registration number
6 to be in the listing.  That's why the language on your
7 website reads that way; correct?
8          MR. GOLDER:  Object to form.
9          Go ahead.
10         THE WITNESS:  What I read here is you cannot, you
11 must.  But --
12 BY MR. GROSS:
13    Q.   I understand that, but the ordinance requires it
14 to be in the listing.  That is why you are saying it
15 should go in the listing, you should do it this way;
16 correct?
17         MR. GOLDER:  Object to form.
18         THE WITNESS:  I don't have the ordinance in front
19 of me.
20 BY MR. GROSS:
21    Q.   Okay.
22         MR. GOLDER:  Can we go off the record a moment?
23         (Whereupon, there was a discussion off the
24    record, after which the following proceedings were
25    had:)

Page 259

1          THE WITNESS:  Okay.  Just for that
2     clarification -- and you might have asked this in the
3     past -- if this is a discretionary field.  So if you
4     don't populate the field, you can still go live with
5     that.  So if there is no content, you go live.  If
6     the content is wrong, I am not sure whether you go
7     live or not.  I am sure if there is any control in
8     the format, but since it is a discretionary field, I
9     assume you still can go live.
10 BY MR. GROSS:
11    Q.   You assume?
12    A.   Yes.  I don't know for sure, but what I know is
13 it is a discretionary field.  And, what I know is if there
14 is no content, you go live.
15    Q.   You are absolutely sure that if the number is not
16 there, it goes live, no matter what?
17    A.   Yes.  Regarding wrong format.  I am not sure if
18 there is any messaging informing you that the format was
19 wrong.  I am not sure about that.
20    Q.   But you are sure that the ad goes live if the
21 information is not contained?
22    A.   Yes.  You can add the permit.  If you have a
23 permit to host, you can add that here.
24    Q.   I understand that.
25    A.   So the language is clear that if you don't have

Page 260

1 it, or you don't want to have it, you can go to the next
2 step and make the ad live.
3     Q.   That is your interpretation of it, the language?
4     A.   Yes.
5     Q.   Is that the company's position, that you don't
6 have to add it, and the ad is going to go live?
7     A.   Yes.
8     Q.   Okay.  But you also said earlier that there is an
9 algorithm that monitors the ad for certain information;
10 correct?
11    A.   Yes --
12    Q.   Okay.
13    A.   -- phones and emails.
14    Q.   Can the same algorithm be used to determine
15 missing information from an ad?
16         MR. GOLDER:  Object as to form.
17         THE WITNESS:  I am not a technical person on that
18 front, so I don't know.
19 BY MR. GROSS:
20    Q.   Who would know that?
21    A.   The product management team.
22         MR. GOLDER:  Off the record.
23         (Whereupon, there was a discussion off the
24    record, after which the following proceedings were
25    had:)

Page 261

1 BY MR. GROSS:
2     Q.   I will ask one last question here.  If you don't
3 include the field, information into the field, will it
4 upload?
5     A.   Yes.
6     Q.   The algorithm can't determine whether or not the
7 information is missing?
8     A.   I am not sure of the technical possibility of
9 doing that, but as I pointed out, this information could
10 be somewhere else in the document, such as the
11 description.  So not having anything in this particular
12 field doesn't necessarily mean anything.
13    Q.   Okay.  The ad includes a bunch of information
14 from a bunch of fields.  It is not just a description,
15 correct?
16    A.   Correct.
17    Q.   So if information is missing that is required, is
18 there -- would the algorithm be able to pick that up and
19 stop the ad from posting?
20         MR. GOLDER:  Object to form.
21 BY MR. GROSS:
22    Q.   You can answer.
23    A.   Regarding this particular field, I don't know.
24 If you don't ad your email, the ad won't complete.
25    Q.   Okay.  So -- but the email doesn't show up in the

Page 262

1  ad?

2     A.   No, but it is part of the profile creation.

3     Q.   But it doesn't show up in the ad.  It only

4  becomes -- the e-mail only becomes accessible by the guest

5  after they book?

6     A.   Agreed, but regardless of visibility, if you

7  don't have an address, for instance, you cannot complete

8  the profile or the listing.

9     Q.   So you believe that an ad will upload without the

10  permit number filled in?

11    A.   In the case of St. Paul, yes.

12    Q.   And that's based on what?

13         Have you gone -- let me ask you this:  Have you

14  gone onto the site -- are you a user of the site?

15    A.   Yes.

16    Q.   Have you gone onto the site and determined

17  whether or not you can upload an ad in St. Paul without a

18  number?

19         MR. GOLDER:  Object to form.

20         But go ahead.

21         THE WITNESS:  I have not.

22  BY MR. GROSS:

23    Q.   So how do you know for sure that it will upload?

24    A.   As part of this preparation, that I have been

25  aware of the fact that we have a discretionary field, and

Page 263

1  as part of the flow in St. Paul, and the fact that

2  "discretionary" means, to my understanding, that you can

3  complete the List Your Space flow without adding

4  information in that field.

5     Q.   And your understand is based on information other

6  people have told you?

7     A.   Yes.

8     Q.   And are these other people other than legal?

9     A.   This was discussed as part of preparation for

10  this, and it was part of the legal communication.

11    Q.   So only as part of your preparation yesterday?

12    A.   Yes.

13    Q.   Okay.

14    A.   Yesterday -- not yesterday, but in the past.

15    Q.   Well, you said you spoke to legal yesterday.  You

16  prepared yesterday?

17    A.   Yes, and then a call two weeks ago.

18    Q.   And this is information directly from legal, not

19  from -- was the information from other sources, other than

20  legal?

21         I mean, I want to try to find out.  If you guys

22         are telling him it can't be done, and he is saying --

23         but I can't ask him who told him that -- it is -- you

24         know, if you prep him that way, that's okay.

25         THE WITNESS:  On this particular topic, I didn't

Page 264

1     discuss with anyone beyond the team.

2  BY MR. GROSS:

3     Q.   That's fine.  And I don't want to know what they

4  told you, that your understanding is based on -- based on

5  information -- I don't want to know what that specific

6  information is.  That's fine.

7          Okay.  Let's talk about -- let's show you what we

8  are going to mark as Exhibit 28.

9          (Exhibit No. 28 was marked for Identification.)

10  BY MR. GROSS:

11    Q.   This is City of Miami Beach 28, Airbnb 1422 to

12  1448.

13         Have you ever seen this document before?

14    A.   Yes.

15    Q.   What is it?

16    A.   It is the settlement agreement with the San

17  Francisco Office of Certain Vendors, city of San

18  Francisco.

19    Q.   Okay.  Okay.  And does part of this agreement

20  require the posting of certain licensing information in

21  ads?

22    A.   It has a mandatory field in the List Your Space

23  flow.

24    Q.   Does that field show up in the ad, or is it just

25  required in the -- so you go through the flow?

Page 265

1     A.   Yes.

2     Q.   We have already established that not everything

3  in the flow goes into the ad, correct?

4     A.   Yes.

5     Q.   In San Francisco, does that information go into

6  the ad?

7     A.   I don't think so.

8     Q.   Okay.  It is just in the flow?

9     A.   Yes.

10    Q.   And in the field to the flow, based on this

11  agreement?

12    A.   Yes.

13    Q.   Okay.  Does San Francisco's ordinance require

14  this information?

15    A.   Yes.  And as I said before, this -- this field is

16  then coupled with the past registration solution, or

17  processed with the City.

18    Q.   I understand that.  People can sign up, and it is

19  your understanding -- have you read this agreement fully?

20    A.   No.

21    Q.   And -- okay.  Do you know -- where it says, for

22  instance, that "There is no enforcement where a

23  registration is pending --

24    A.   I can try to find it.

25    Q.   Have you read that in here, or are you looking at

Page 266

1  it now for the first time?
2        MR. GOLDER:  Object to form.
3        But go ahead.
4        THE WITNESS:  I have not physically read the
5  full --
6  BY MR. GROSS:
7        Q.   I am not asking you to look for it then.  So it
8  is your understanding from a third party that this
9  agreement says that while registration is pending, an ad
10  can go live?
11       A.   Yes.  While there is pending status, the ad can
12  remain live and have activity on Airbnb.
13       Q.   But that is your understanding.  You don't know
14  if the agreement says that or not?
15       A.   I have not read the agreement.
16       Q.   Did you participate in the drafting of the
17  agreement?
18       A.   No.
19       Q.   Do you know who did, besides legal?
20       A.   I don't know.
21       Q.   Okay.  Is there a person that specifically
22  oversees Airbnbs in San Francisco?
23       A.   San Francisco is where we are headquartered, so
24  there are many teams involved in activity happening in the
25  city.  This particular deal was a very high-profile deal.

Page 267

1  It was a nine-month -- I think, so there was a bunch of
2  people involved.  It was a nine-month negotiation.
3        Q.   And it is your understanding that an ad will not
4  upload without the input of the registration number or the
5  input of some information saying a registration number has
6  been applied for?
7        A.   Yes.
8        Q.   Okay.  Can you take a look at 107A.  It's on Page
9  3 of 15, or 1424.  Section 107A.
10       Do you see that?
11       A.   Yes.
12       Q.   There, the last line says, "Only the registration
13  number and pending status will be displayed publicly on
14  listings."
15       A.   I wasn't aware of that.
16       Q.   Okay.  So that was not something you were
17  informed when you were told about the agreement?
18       A.   No.
19       Q.   So is it fair to say that unless you were told
20  something about this agreement, you have no knowledge of
21  its specific terms?
22       A.   I have been briefed on the generalities.  I don't
23  know the depth.
24       Q.   Do you know how the agreement is enforced?
25       A.   What I know is that once you -- if you have a

Page 268

1  registration number added to the profile, or you apply for
2  one through the past registration product, then the City
3  would get, from Airbnb once a month, a CSB file or Excel
4  files with a series of information identifying the
5  listing, the host, and the registration number, whether it
6  is -- the actual one or the pending status one, and then
7  the City, once a week, comes back to Airbnb with the
8  status of such.
9        In the event that there is a listing that is not
10  eligible, Airbnb has three business days to just take it
11  down, and whatever appeal there is, is directly handled
12  between the City and the actual host.
13       Q.   Did you say ineligible --
14       A.   Ineligible.
15       Q.   What does that mean?
16       A.   The fact that the application is expired or it
17  has been approved.
18       Q.   What about if someone fills in the field with a
19  false number?
20       A.   The City would go back and say, "This number is
21  false."
22       Q.   Okay.  So it is possible to fill in the mandatory
23  field with a false number, and that ad will immediately
24  upload, and then later that month, according to what you
25  just told me, there is an Excel spreadsheet that is sent

Page 269

1  to the City, for the City to verify?
2        A.   Yes.  And by the time the City comes back, if
3  they have identified that this number was wrong, we will
4  need to take it down within three days, and then the host,
5  if it is an honest mistake, could just engage with the
6  office or apply for a new one, whatever is the actual
7  case.
8        Q.   Okay.  So is that what you mean by the -- so what
9  are the issues in the lawsuit -- are you aware of the
10  lawsuit, this lawsuit where you have given a declaration?
11       A.   Yes.
12       Q.   There is -- I think it is even a statement in
13  your declaration -- "I think it is the position of the
14  City that the current ordinance requires the City to
15  verify the numbers that are to be posted."
16       Do you understand that?
17       MR. GOLDER:  Object to form.
18       Do you mean the position of the City?
19  BY MR. GROSS:
20       Q.   Excuse me.  It is the position of Airbnb that the
21  decision requires Airbnb to verify the information that is
22  posted by the hosts.  Do you understand that?
23       A.   My understanding -- and again, as per input from
24  the legal team.  I am not a lawyer -- is that the
25  ordinance imposes obligations to the platform, in this

Page 270

1  case, Airbnb, to disclose the City-issued registration
2  number.  There is no way that we can verify whether it is
3  City-issued or not through our process established with
4  the City.  That is why we believe that if we need to
5  verify the City-issued -- confirm it is City-issued,
6  because if there are onerous fines that are part the
7  ordinance, then we might really need to verify it.  And
8  this is why without the process, we don't believe it is
9  good.
10     Q.   So if Airbnb -- if the City of Miami Beach agreed
11  to a similar process that is going on in San Francisco,
12  Airbnb would be okay with that?
13         MR. GOLDER:  Object as to form.
14         THE WITNESS:  That would be hypothetical.
15         Again, it is a complex matter.  Every city is
16      different.  There would be different teams involved,
17      and something I cannot say.
18  BY MR. GROSS:
19     Q.   Is there any language in the ordinance that
20  specifically requires Airbnb to verify the information, or
21  is it your understanding, because it is a City issue, that
22  that requires verification?
23         MR. GOLDER:  Object as to form.
24         Asked and answered.
25         THE WITNESS:  Without all the specificities of

Page 271

1      the case, I base my opinion on the "City-issued"
2      statement.
3  BY MR. GROSS:
4     Q.   Where is there a City-Issued statement?
5     A.   No, the City-issued wording, I mean.
6     Q.   So you are basing it on the fact that the
7  ordinance says City-Issued number, that that requires --
8  Airbnb's position is because the ordinance says,
9  "City-Issued number," that requires verification by
10  Airbnb?
11         MR. GOLDER:  Object to form.
12         THE WITNESS:  I think there are other
13      communications between the City of Miami that come
14      from this position, but I -- again, I only have been
15      briefed on the ordinance as per the interpretation of
16      Airbnb and the legal team.
17  BY MR. GROSS:
18     Q.   Well, no, one of the things we are asking is
19  about that, it is because you mentioned in your
20  declaration.  So I want to know what other communications
21  you have seen between Airbnb and the City that verify that
22  position in your declaration.  Have you seen anything
23  where the City says you have to specifically verify this
24  info?
25     A.   I don't recall the specific communications.

Page 272

1  Again, I have been -- I really rely on legal opinion when
2  it comes to interpreting the ordinance.  I am not a
3  lawyer.
4     Q.   Okay.  I will take you through that in about a
5  minute or so.
6         So let's mark as the next exhibit City of Miami
7  Beach 29.  It is Airbnb 1510 to 1516.
8         (Exhibit No. 29 was marked for Identification.)
9  BY MR. GROSS:
10     Q.   Do you recognize this screenshot from the
11  website? "This" being number 29.
12     A.   It seems this is the registration flow for
13  Chicago.
14     Q.   Okay.  Did Airbnb add a field requiring
15  registration numbers based upon what is in this flow?
16     A.   Yes.
17     Q.   Okay.  Do you know about the specifics in
18  Chicago --
19     A.   I know --
20     Q.   -- in terms of the ordinance?
21         MR. GOLDER:  Object to form.
22  BY MR. GROSS:
23     Q.   Do you know -- have you reviewed the ordinance
24  for Chicago in preparation for your deposition today?
25     A.   I have a high level of understanding of what we

Page 273

1  are committed to, and how are we defining the process.
2     Q.   That is not my question.  Do you know what the
3  ordinance says?  Have you read it?
4     A.   No.
5     Q.   So you don't know what it requires?
6     A.   It requires registration.
7     Q.   Okay.  According to the high level of knowledge
8  that you have?
9     A.   Yes.
10     Q.   And that was based on what?
11     A.   Conversation, dealing with preparation.
12     Q.   Before your preparation, did you have any
13  knowledge of what was required by the Chicago ordinance?
14     A.   I wasn't involved in the process.
15     Q.   Before your preparation, did you have any
16  knowledge of the fix that Airbnb worked out with Chicago
17  with regard to the ordinance?
18         MR. GOLDER:  Object to form.
19  BY MR. GROSS:
20     Q.   Do you know what I mean by "fix?"
21     A.   The product solution.
22     Q.   Yes.
23     A.   Yes.  I know it was a mandatory field with PTR.
24     Q.   Okay.  And how did you know that before your
25  deposition prep?

Page 274

1     A.   Because when you talk about cities, you are
2  referring to others where we have done something.
3     Q.   Okay.
4     A.   So it is part of the conversation.  You talk
5  about one city, I say, in Chicago, we did that.  I have
6  heard that, without getting into details.
7     Q.   Okay.  In Chicago, do you know whether or not the
8  license number is in the ad, or just in the profile?
9     A.   I don't know.
10     Q.   Okay.  In Chicago now, there is a dropdown --
11  there's a mandatory field that pops up if you put in the
12  name of the city and zip code.  Is that how it is based?
13     A.   I think that is the way it works.
14     Q.   Do you know for sure if that is the way it works?
15     A.   I can read the flow.
16     Q.   I can read the flow, too, but is it based on
17  putting in "Chicago" or is it based upon putting in a
18  certain zip code?
19     A.   I don't know.
20     Q.   Okay.  Do you know whether Chicago has areas that
21  you cannot do Airbnb in?
22     A.   I do not know -- I don't know.
23     Q.   When you were dealing with Latin America, were
24  there certain cities where Airbnb was allowed in some
25  areas and not others?

Page 275

1     A.   No.
2     Q.   So it was either you -- there was no local
3  ordinances about, you know, residential neighborhoods, no
4  Airbnb, and things likes that?
5     A.   As an emerging region, the type of conversations,
6  I am not as advanced when it comes to specific regulation
7  terms.
8     Q.   Are you aware now in your role as regional
9  director for North America that there are municipalities
10  that don't allow Airbnb in certain parts of their
11  community?
12     A.   Yes.
13     Q.   So an Airbnb abides by that?  I know they are
14  using geofencing in Miami Beach.
15     A.   Yes.
16     Q.   Other than the geofencing in Miami Beach, how
17  else does Airbnb comply with Florida?
18          MR. GOLDER:  Object to form.
19          THE WITNESS:  I think Miami Beach is the first
20     time in the United States that we have geofencing at
21     the neighborhood level, or zip code level.
22  BY MR. GROSS:
23     Q.   In San Francisco, which is what we just went
24  through with you there, are there portions of the city of
25  San Francisco that Airbnb cannot be done because it is a

Page 276

1  certain zoned neighborhood?
2     A.   I don't know.
3     Q.   Let's talk about Chicago.  Do you know whether or
4  not there are portions of Chicago where Airbnb is not
5  allowed because of certain neighborhoods?
6     A.   I don't know.
7     Q.   Okay.  So you don't know what -- do you know what
8  the trigger is for the mandatory field?  And by that, is
9  it the name of the city, or a specific zip code?
10     A.   I don't know.  It can be both.
11     Q.   Or it could be just one of them?
12     A.   Yes.
13     Q.   Do you know how the geofencing is working on
14  Miami Beach?
15          Do you understand the mechanism behind it?
16     A.   I know that for certain zip codes and residential
17  areas in Miami Beach, the activity is not allowed.
18     Q.   Is it based on zip code?
19     A.   Zip code.
20     Q.   So you -- so you -- there is a way to use zip
21  codes to at least determine from an overall municipality
22  the areas where Airbnb would be allowed, subject to other
23  zoning requirements, whether it be a license number or
24  not?
25     A.   I don't think that for Miami Beach we have a

Page 277

1  scaleable solution that we could roll to other
2  jurisdictions.  It would a significant undertaking from a
3  product perspective.
4     Q.   But on Miami Beach, it is, because it is a
5  smaller jurisdiction?
6     A.   We are complying with it since December 1, and we
7  are definitely still complying with it.
8     Q.   You are complying with geofencing?
9     A.   Yes.  I don't think we have built a scaleable
10  Airbnb solution.
11     Q.   Do you know what is done in Surfside?
12     A.   No.
13     Q.   You would agree with me it is a very small
14  community?
15     A.   Yes.
16     Q.   Or Bal Harbour, which is an even smaller
17  community?
18     A.   Yes.
19     Q.   Do you know how that is policed?
20     A.   No.
21     Q.   Okay.  Who would know that?
22     A.   The product team.
23     Q.   Okay.  Do you know if there is a written
24  agreement with the City of Chicago similar to what was
25  done with San Francisco?

Page 278

1    A.   I don't know.
2    Q.   Do you know -- will an ad in Chicago now upload
3  if it doesn't have a registration, if there is not a
4  registration number in the profile?
5    A.   It is a mandatory field.  You will need to apply,
6  and before you get confirmation from the City, you will
7  still be live.  Whether you have a pending registration
8  number or not, I am not sure.
9    Q.   And is the enforcement mechanism similar, that
10  once a month a report it is sent to Chicago, and they then
11  verify, and Airbnb then immediately has a certain number
12  of days or hours to take the ad down, once it is informed
13  of an illegality?
14    A.   That process that relies on exchanging
15  information between the City and Airbnb -- I am not
16  familiar with the details.
17    Q.   So you have not reviewed that agreement?
18    A.   No.
19    Q.   Were you told about that process as part of your
20  prep?
21    A.   No, not specifically.
22    MR. GROSS:  So let's take a break.  This is when
23  you wanted to take the break, right?
24    MR. GOLDER:  I thought you did.
25    MR. GROSS:  Let's take a five-minute break.

Page 279

1         (Whereupon, at 4:44, there was a recess, after
2    which the following proceedings were had at 4:54
3    p.m.)
4    MR. GROSS:  Let's mark Exhibit 30.
5         I have one more question before we go to the next
6    exhibit.
7         (Whereupon, there was a discussion off the
8    record, after which the following proceedings were
9    had:)
10 BY MR. GROSS:
11    Q.   So we have talked about the fact that Airbnb is
12  now complying with the City of San Francisco ordinance and
13  the City of Chicago ordinance; correcting?
14    A.   The community, yes, it is compliant.
15    Q.   The Airbnb -- when you say, "the community," what
16  do you mean?
17    A.   That we provide a process for the host to become
18  compliant.
19    Q.   Okay.
20    A.   Or, let's say that again.  We provide a process
21  for the City and Airbnb to exchange information and make
22  sure there's a way to check compliance.
23    Q.   So they do that right now.  Why won't they do
24  that with the City of Miami Beach's ordinance?
25    MR. GOLDER:  Object to form.

Page 280

1  BY MR. GROSS:
2    Q.   You can answer.
3    A.   Every city is different.  Again, San Francisco
4  was a nine-month negotiation with a bunch of variables
5  accounted for, some of them legal, and I would be
6  speculating to decide whether this is applicable to Miami
7  Beach.
8         Again, I think the Airbnb can, has, and will show
9  goodwill in terms of finding a viable solution with the
10  City of Miami Beach.
11    Q.   That really didn't answer my question.  I said --
12  my question was why can't it comply with the City of Miami
13  Beach's ordinances if it is already complying with similar
14  ordinances in Chicago and San Francisco?
15    MR. GOLDER:  Object to form.
16    THE WITNESS:  I want to raise that, the
17  similarities that you point out, I see significant
18  gaps in terms of the -- immediacy of posting, the
19  fact that you click the button and you go live, not
20  having this in Miami Beach, as per my understanding
21  of the ordinance, because we would need to verify the
22  registration number.  This would change the manner of
23  the way we structure the product, and the value
24  proposition that we have with our existing community.
25  So this, plus some other considerations make this not

Page 281

1  a comparable case.
2    MR. GROSS:  So let's take a look at what we are
3    going to mark as Exhibit 30.
4    (Exhibit No. 30 was marked for Identification.)
5  BY MR. GROSS:
6    Q.   This is the current ordinance.  Have you reviewed
7  this?
8    A.   I have not seen it.  I have seen excerpts from
9  it, as part of the declaration process.
10    Q.   But you have not seen the ordinance, itself?
11    A.   As a whole, no.
12    Q.   Have you ever read the whole ordinance?
13    A.   No.
14    Q.   And what is your understanding of what the
15  ordinance requires Airbnb to do?
16    MR. GOLDER:  Object to form.
17    Go ahead.
18    THE WITNESS:  I am not a lawyer, but my
19  understanding is that Airbnb would need to disclose
20  two things; one, is messaging in a clear spot in the
21  website to make sure that potential hosts are aware
22  of their obligations, and second, display the
23  City-issued registration numbers.
24  BY MR. GROSS:
25    Q.   So that would be the City-issued business tax

Page 282

1   receipt number and the City-issued resort tax registration
2   certificate number?
3       A.   Yes.
4       Q.   The first thing, posting something on the
5   website --
6       A.   Yes.
7       Q.   -- doesn't Airbnb already do that, though, for
8   all those cities we just went through like Boulder and the
9   like?  Is there something on the website that says, "You
10  must comply and do this"?
11      A.   We are currently doing that as per our
12  interpretation of the ordinance before the amendment, in
13  terms of geofencing.
14      Q.   No, no.  You are not -- listen to my question.
15           You said there were two things that it was
16  required to do; one is post the notice in a conspicuous
17  page on its website advising short-term residents that
18  they must comply?
19      A.   Right, yes.
20      Q.   Doesn't Airbnb already do that with regard to
21  numerous municipalities such as, for instance, Boulder?
22  Because we went through the specific page for Boulder.
23      A.   Yes.
24      Q.   And it -- it says that, prominently on the
25  website, "You must do this;" correct?

Page 283

1       A.   Yes.
2       Q.   And we said the same thing for St. Paul.  Those
3   are the two we absolutely went through that weren't on the
4   website?
5       A.   Yes.
6       Q.   So Airbnb does that already?
7       A.   To other municipalities, yes.
8       Q.   So there is no reason it can't do that, just the
9   posting to the hosts that they must have this information
10  on their website; correct?
11      A.   We have already the terms of service and this
12  language that we discussed before that encourages hosts to
13  familiarize with the local laws.  Whether we add to that,
14  it is flexible.
15           MR. GOLDER:  Let's go off the record.
16           (Whereupon, there was a discussion off the
17  record, after which the following proceedings were
18  had:)
19           MR. GOLDER:  Back on the record.
20           THE WITNESS:  To answer the question, we already
21  have.
22  BY MR. GROSS:
23      Q.   That's what I thought.  You already complied with
24  one.  It has nothing to do with geofencing.
25           So let's go to the second page, to 102387.

Page 284

1   "Platform responsibilities regarding legally permissible
2   transient rental and occupancy, short-term, of residential
3   property."
4            Do you see that?
5       A.   Yes.
6       Q.   And under A, which we have talked about, No. 1 is
7   posting the information, the notice --
8       A.   Yes.
9       Q.   -- which Airbnb does?
10      A.   Yes.
11      Q.   Correct.  Number two is "Must display the
12  property owner's City-Issued business tax receipt number
13  and resort tax registration certificate number for each
14  listing that appears on the platform."
15           Do you see that?
16      A.   Yes.
17      Q.   Now, currently, Airbnb does that in Chicago
18  and in San Francisco; either it says the number, itself,
19  or it says "application pending;" correct?
20           MR. GOLDER:  Object to form.
21  BY MR. GROSS:
22      Q.   That is what --
23      A.   So to break it down, I am not sure he was a clear
24  about Chicago.
25      Q.   Okay.  San Francisco -- it is your understanding

Page 285

1   that it says either the number or certificate pending, or
2   status pending in the ad?
3       A.   Yes.
4       Q.   And my understanding from your testimony earlier
5   was it is the same in Chicago?
6       A.   I'm not sure about the pending status.
7       Q.   So it may just be the number?
8       A.   Yes.
9       Q.   So there may not be this carveout for pending?
10      A.   I think you are allowed to keep -- I don't know
11  if you need to disclose the pending status number.
12      Q.   And you don't know because you haven't read the
13  ordinance.  That is what you understand from your
14  preparation?
15      A.   Yes.  But I want to note that in these two
16  instances, this field is coupled with the process that
17  works for the City to get information from Airbnb, verify,
18  provide an answer, and proceed with whatever action needs
19  to be taken.
20      Q.   Where, in Section 2, does it say that Airbnb must
21  verify the host numbers?
22           MR. GOLDER:  Objection as to form.
23           THE WITNESS:  I am not a lawyer.  But my
24  understanding is the fact that it is mentioned,
25  "City-issued business tax," the fact that in the next

Page 286

1    section, B, there is a very significant high fees,
2    high penalties for -- for us to, as a platform, to
3    potentially violate this.  And the fact that there is
4    no process provided on how to verify the information.
5  BY MR. GROSS:
6    Q.   Okay.  But you will agree with me that there is
7  nothing in the ordinance that requires verification.  It
8  is -- it is Airbnb's understanding or position that
9  because it is -- it says City-issued, that means it has to
10 verify?
11   A.   I would rely on legal's advice when it comes to
12 the interpretation of the ordinance.  This is my
13 understanding, that as it reads, Airbnb is expected to
14 verify, to make sure it is City-issued, if it wants to
15 avoid fines.
16   Q.   Was Airbnb ever told that directly by the City?
17        MR. GOLDER:  Object as to form.
18        Answer, if you know this.
19        THE WITNESS:  I don't know.
20 BY MR. GROSS:
21   Q.   Okay.  Who at Airbnb would know that?
22   A.   The legal team that has been involved in the
23 communications with the City.
24   Q.   But is there anybody who is not on the legal team
25 from Airbnb who would know whether or not the City has

Page 287

1  ever told Airbnb that it must verify those numbers?
2    A.   I don't know.
3    Q.   Okay.  Were you ever told that anyone at Airbnb,
4  other than legal, was told that by the City?
5    A.   I'm aware of other communications.  I am not
6  aware if they relate to it.
7    Q.   What other communications are you aware?
8    A.   As are ongoing with the City.
9    Q.   As part of your prep, were you shown any
10 documents whereby the City specifically required
11 verification of those numbers?
12   A.   No.
13   Q.   Okay.  Have you -- as -- just ever, have you ever
14 seen a document that -- from the City that requires
15 verification of those numbers?
16        MR. GOLDER:  Object as to form.
17        THE WITNESS:  No.  My opinion is based on my
18        understanding as I read these relevant excerpts from
19        the ordinance, and legal advice I have got through
20        preparation.
21 BY MR. GROSS:
22   Q.   And we have already said that -- I didn't ask you
23 about San Antonio.  Does San Antonio have an ordinance
24 that requires the posting of registration numbers?
25   A.   I think it is San Antonio's discretionary field,

Page 288

1  again, coupled with workshops, emails, and other types.
2    Q.   When you say you "think," what is that based on?
3    A.   Again, based on -- sorry.
4    Q.   Did you see any documentation whereby San Diego
5  says it is a discretionary field versus otherwise?
6    A.   San Diego or San Antonio?
7    Q.   San Antonio, excuse me.
8    A.   Again, it has been part of the preparation.
9    Q.   So you saw documentation, you said, as part of
10 your preparation, or you were told this as part of your
11 preparation?
12   A.   I have seen documents -- I am trying to --
13        MR. GOLDER:  Do you have documents to present?
14        MR. GROSS:  No, that is the point.  I have not
15        seen documents that have the same similarities as St.
16        Paul.
17        MR. GOLDER:  Okay.
18        MR. GROSS:  That -- I saw a tweet, and I have
19        seen -- I got some --
20        Let's go off the record.
21        (Whereupon, there was a discussion off the
22        record, after which the following proceedings were
23        had:)
24        MR. GROSS:  Back on the record.
25 BY MR. GROSS:

Page 289

1    Q.   Under your interpretation, meaning Airbnb's
2  interpretation, if it includes fields for hosts to list
3  the information required so that it can be uploaded, and
4  the hosts don't provide accurate information, is it
5  Airbnb's position that it is liable under the ordinance?
6        MR. GOLDER:  Object to form.
7        THE WITNESS:  I'm not a lawyer.  I don't know.
8  BY MR. GROSS:
9    Q.   You don't know.  Okay.  Let me show you what we
10 are marking --
11   A.   Can I say something?
12        I am not a lawyer.  But again, when I read the
13 City-issued, and there are fines if you violate one and
14 two, I imagine that if the City confirms that any number
15 posted is not City-issued, we could be considered liable.
16   Q.   But that's based on what you have been told?
17   A.   My interpretation of what I read plus what I have
18 been told.
19   Q.   So is it your interpretation when it says -- if
20 it didn't have the word "city," if it just said "business
21 tax receipt number and resort tax registration certificate
22 number," then you wouldn't have to -- that Airbnb wouldn't
23 have to verify?
24        MR. GOLDER:  Object as to form.
25        MR. GROSS:  I am asking him -- he just said, "my

Page 290

1    understanding."
2    BY MR. GROSS:
3        Q.   So let's take out the word "City-issued."
4             Does that mean there is no verification?
5        MR. GOLDER:  Object to form.
6        THE WITNESS:  I would say this is a hypothetical.
7    I would still need to rely on legal input.
8    BY MR. GROSS:
9        Q.   Okay.  So -- okay.  So because it says
10   "City-issued," it is your belief and the company's belief
11   that it is liable for penalties?
12       MR. GOLDER:  Object as to form.
13       THE WITNESS:  It is my understanding.
14   BY MR. GROSS:
15       Q.   Okay.  If the City -- if -- if the City's
16   understanding of the ordinance is that not having to
17   verify addresses means that Airbnb does not have to
18   determine whether the BTR or resort tax numbers are valid
19   for the listing, does Airbnb have a problem with the
20   ordinance at that point in time?
21       MR. GOLDER:  Object to form.
22       THE WITNESS:  That is a hypothetical.  It is a
23   complex decision that accounts for multiple
24   variables.  I am not in a position to have an
25   opinion.

Page 291

1    BY MR. GROSS:
2        Q.   Okay.  If the City gives a letter to Airbnb that
3    says, "You don't have to verify those numbers once they
4    are posted on the website and put into an ad," is it
5    Airbnb -- does Airbnb still have a problem with the
6    ordinance?
7        MR. GOLDER:  Object to form.
8        THE WITNESS:  Again, this would need to be, this
9    is a decision with legal.  I am not an expert on law
10   or the specific ordinance.  It needs to be a
11   discussion with legal.
12   BY MR. GROSS:
13       Q.   So you don't have an answer to that question?
14       A.   No.
15       Q.   Let's take a look at what we are going to mark as
16   Exhibit 31.
17       (Exhibit No. 31 was marked for Identification.)
18   BY MR. GROSS:
19       Q.   Have you ever seen -- have you ever seen
20   Exhibit 31 before?
21       A.   I have definitely -- I don't recall it before, so
22   no.
23       Q.   So this is the listing that we -- this is City of
24   Miami Beach 31, Airbnb 776 through 777.  Do you see that?
25       A.   Yes.

Page 292

1        Q.   Okay.  Do you know when this -- you said earlier
2    that Airbnb was in compliance with part one of the
3    ordinance because they post now on the website that you
4    have to do these certain things.
5        A.   Yes.
6        Q.   Okay.  You would agree this is a posting from
7    Airbnb's website --
8        A.   Yes.
9        Q.   -- in Exhibit 31?
10       A.   Yes.
11       Q.   And this is what I will represent to you is
12   produced by your counsel.  Okay?
13       A.   Yes.
14       Q.   Where on this does it satisfy part -- "this"
15   being Exhibit 31 -- A-1 of Section 102407 of the
16   ordinance, the description that you have to have in your
17   ad --
18       MR. GOLDER:  I am going to object as to form.
19   BY MR. GROSS:
20       Q.   If I am missing something, just please let me
21   know.
22            Chad, I will even let you tell him where it is,
23   because I can't find it.
24       MR. GOLDER:  I am just going to let him answer --
25   if you can.

Page 293

1    BY MR. GROSS:
2        Q.   Under Taxes.  I got it.  Okay.  Where does it say
3    on this, post the notice -- okay.  That's fine.
4             Is the compliance in section -- on the second
5    page, under Taxes?
6        A.   Yes.
7        Q.   Okay.  Fine.  Have you ever seen the amended
8    complaint in this case?
9        A.   Sorry?
10       Q.   The amended complaint by Airbnb in this case?
11       A.   No.
12       Q.   Let's mark this as the next exhibit, 32.
13       (Exhibit No. 32 was marked for Identification.)
14   BY MR. GROSS:
15       Q.   Can you look at paragraph 44 of the amended
16   complaint?
17            Do you see that it says" Notably, the amended
18   ordinance does not contain a good faith exception for
19   reliance on a host's potentially false number."
20            Do you see that?
21       A.   Yes.
22       Q.   Have you ever seen the amended complaint before
23   today?
24       A.   No.
25       Q.   Did you see it in connection with the declaration

Page 294

1  you did in support of the motion for temporary restraining
2  order?
3      A.   I might have seen excerpts from it without fully
4  realizing it was part of this.
5      Q.   Did you ever see the motion for temporary
6  injunction that was filed in connection with your
7  declaration?
8      A.   I might.
9      Q.   So if you take the ordinance out again, this is
10 the statement from the complaint.  "The amended does not
11 contain a good faith exception."
12          If that's true, if you take a look at section
13 C3B, which is on Page 4 of the ordinance -- do you see
14 that?
15     A.   Yes.
16     Q.   That says, "Hosting platform will not be held in
17 violation of this section in an event of a property
18 owner's providing of a false address that falls within the
19 zoning district that allows short-term rentals."
20          Do you see that?
21     A.   Yes.
22     Q.   So can you tell me how the statement in the
23 complaint that the amended ordinance does not contain a
24 good faith exception for reliance on a potentially false
25 number, how that is not cured by Section 3, C3B?

Page 295

1          MR. GOLDER:  I object as to form.
2          You can answer.
3          THE WITNESS:  The way I read it, the ordinance
4      refers to a false address --
5  BY MR. GROSS:
6      Q.   Um-hmm.
7      A.   -- as a wrong address for the building or home.
8  When it comes to our amendment complaint, it refers to
9  false numbers.  So I don't see them referring to the same
10 topic.
11     Q.   Okay.  Can you tell me how the ordinance, as
12 currently drafted, violates the CDA?
13         MR. GOLDER:  Object as to form.
14         THE WITNESS:  I am not an expert on CDA.
15 BY MR. GROSS:
16     Q.   You realize you stated that in your declaration?
17     A.   I cannot go into specifics.  I am aware that
18 platform liability is something that might be relevant
19 today when it comes to content posted.  I do not know
20 anything beyond that.
21     Q.   Can you tell me how the ordinance violates the
22 First Amendment in the U.S. Constitution?
23         MR. GOLDER:  Object to form.
24         THE WITNESS:  I am not aware.
25 BY MR. GROSS:

Page 296

1      Q.   Can you tell me how the ordinance violates
2  Article 1, Section 1 of the Florida Constitution?
3          MR. GOLDER:  Object to form.
4          THE WITNESS:  I am not a lawyer.
5  BY MR. GROSS:
6      Q.   So you don't have the answer to that?
7      A.   No.
8      Q.   Do you know what an irreparable harm is?
9          MR. GOLDER:  Object as to form.
10         THE WITNESS:  Yes, at a high level.
11 BY MR. GROSS:
12     Q.   What irreparable harm has Airbnb suffered as a
13 result of the Miami Beach ordinance?
14         MR. GOLDER:  Object to form.
15         THE WITNESS:  In the event that we were compliant
16     with the ordinance, as it is written, Airbnb would
17     need to change the logic of the product, potentially
18     preventing hosts from immediately uploading listings.
19     This would provide an inconsistency in terms of the
20     expectations from users and, based on my experience
21     in the last few years, changing product, that changes
22     the way people interact with the platform, and
23     usually comes with a real cost.
24 BY MR. GROSS:
25     Q.   So what is the cost?

Page 297

1      A.   The cost is if people potentially stop using
2  Airbnb because they don't understand the changes, they
3  don't have enough context, and they don't really accept
4  that Airbnb imposes on them a change that has not been
5  adequately reviewed.
6      Q.   What would those guests do, instead?
7      A.   The host?
8          MR. GOLDER:  Object to form.
9  BY MR. GROSS:
10     Q.   What would the host do instead?
11         MR. GOLDER:  Object to form.
12         THE WITNESS:  Stop hosting, or list otherwise, in
13     other places.
14 BY MR. GROSS:
15     Q.   But the other places would also be bound by this
16 ordinance, correct?
17         MR. GOLDER:  Object to form.
18         THE WITNESS:  I don't know if they would be
19     compliant.  I mean --
20 BY MR. GROSS:
21     Q.   They would be bound by it.  I didn't ask about
22 compliance.  I asked whether they would be bound by it.
23         MR. GOLDER:  Object to form.
24         THE WITNESS:  As I understand the ordinance, yes,
25     they apply to all of the platforms.

Page 298

BY MR. GROSS:

2    Q.   Now, in the motion, it says that goodwill is "The
3    loss of goodwill is the irreparable harm that is going to
4    be suffered."

5         How is that quantified?

6         MR. GOLDER:  Object to form.

7         And -- yes.  I will leave it there for now.

8         THE WITNESS:  Anything regarding quantification
9    was part of the process to produce the declaration
10   with legal, and I believe it was protected.  It was
11   in discussion with -- partnership with legal.

12        MR. GROSS:  Off the record.

13        (Whereupon, there was a discussion off the
14        record, after which the following proceedings were
15        had:)

16   BY MR. GROSS:

17   Q.   I am just asking, how do you quantify the loss of
18   goodwill?

19        Do you know -- do you know what goodwill is?

20   A.   Yes, sir.

21   Q.   And you list the loss of goodwill as irreparable
22   harm in the motion.

23   A.   Yes.

24   Q.   And how does that --

25        MR. GOLDER:  Object to form.  He doesn't list

Page 299

1    anything.

2         MR. GROSS:  Airbnb.  He is Airbnb.  He is
3    Airbnb's witness, and he also gave a declaration in
4    support of the motion.  So I am asking.

5    BY MR. GROSS:

6    Q.   Airbnb lists a loss of goodwill as the
7    irreparable harm it suffers, in the motion.  How is that
8    quantified?

9         MR. GOLDER:  Object to Form.

10        THE WITNESS:  Loss of goodwill is very difficult
11        to quantify, if it can be quantified.

12   BY MR. GROSS:

13   Q.   Are you saying that you are losing goodwill of
14   the people who rent the illegal, without adequately,
15   properly complying with Miami Beach --

16        MR. GOLDER:  Object to form.

17        THE WITNESS:  I think that we would lose goodwill
18        with the general host population, regardless of the
19        compliance.

20   BY MR. GROSS:

21   Q.   So it is -- the ordinance only affects Miami
22   Beach; correct?

23   A.   Yes.

24        MR. GOLDER:  Form.

25   BY MR. GROSS:

Page 300

1    Q.   The ordinance in question only affects Miami
2    Beach; correct?

3         MR. GOLDER:  Object to form.

4         MR. GROSS:  What is wrong with the form?  The
5         word "affect"?

6         MR. GOLDER:  The hosts in Miami Beach.  There are
7         users and guests who could be affected, and whose
8         customer goodwill outside of Miami Beach could be
9         affected.  So let's be very clear about our terms.

10   BY MR. GROSS:

11   Q.   The ordinance only affects Airbnb users who
12   either post listings or use listings on Miami Beach;
13   correct?

14   A.   Yes.

15   Q.   Okay.  And the ordinance does not apply to any
16   other listing anywhere else in the country; correct?

17   A.   Yes.

18   Q.   And I think there is a statement, either in the
19   complaint, amended complaint or the motion that says that
20   there are approximately 4000 users of Airbnb services,
21   hosts, on Miami Beach.  Does that sound like a correct
22   number?

23   A.   4,500.

24   Q.   Okay.

25   A.   In January 2019.

Page 301

1    Q.   So 4,500?

2    A.   Yes.

3    Q.   So other than the loss of use by those 4,500 --
4    the loss of use by those 4500 -- I guess hosts, is that
5    correct?

6         When you say the user -- the 4,500 number, is
7    that just the hosts, or is that the users and the hosts?

8    A.   That is hosts.

9    Q.   So other than the loss of those 4,500 hosts, if
10   they don't comply with the statute, with the ordinance,
11   what other harm is Airbnb suffering?

12        MR. GOLDER:  Object to form.

13        THE WITNESS:  This is only the static number.
14        It's a snapshot from January.  With an ordinance that
15        doesn't allow Airbnb to immediately -- or host to
16        immediately post listings, this is a growing number.
17        As any host, potential host is going to try to sign
18        up, they will see that "I cannot list my space
19        because there is no immediate upload."

20        This is a real mismatch with expectations of our
21        product, community.

22   BY MR. GROSS:

23   Q.   Only on Miami Beach; correct?

24        MR. GOLDER:  Object to form.

25        Go ahead.

Page 302

1        THE WITNESS:  By extension, it might impact other
2    people trying to use the product.
3    BY MR. GROSS:
4        Q.  If they live in New York and want to upload to
5    New York, how does the Miami Beach ordinance affect them,
6    the hosts?
7        MR. GOLDER:  Form.
8        THE WITNESS:  They may be aware.  I am not saying
9    that they would see a flow impacting them, but they
10   hear about Miami Beach.
11   BY MR. GROSS:
12       Q.  So they hear about Miami Beach, but if they still
13   go onto the website and they can upload, and upload
14   immediately, how is that going to affect them?
15       We would agree the ordinance only affects Miami
16   Beach; correct?
17       A.  When it comes to hosts that try to list, yes.
18       Q.  And guests that want to use only Miami Beach?
19       MR. GOLDER:  Form.
20   BY MR. GROSS:
21       Q.  A guest can go and use Airbnb anywhere else in
22   the country using -- under the terms and conditions as
23   modified by whatever agreements.  That has nothing to do
24   with Miami Beach; correct?
25       A.  My opinion is that in this case, it is very

Page 303

1    difficult to contain.
2        Q.  Why is it difficult to contain?
3        A.  Because again, people connect, people speak.  For
4    the experiences listing Airbnb, you are aware, you travel,
5    you have an experience that you had in Airbnb as a guest
6    or a host, but then this might discontinue your usage of
7    the platform in the future elsewhere.
8        Q.  Do you have any empirical data that shows that if
9    you can't use it in Miami Beach, but you can use it
10   everywhere else in the country, that people are not going
11   to continue to use Airbnb?
12       A.  I don't have --
13       MR. GOLDER:  Object as to form.
14       THE WITNESS:  I don't have specific data on that,
15   but I know guests and hosts, when they have a bad
16   experience on our platform, they tend to penalize the
17   patron beyond the City where they had the issue.
18   BY MR. GROSS:
19       Q.  How do you know that?
20       A.  I don't have a specific data.  It is just a
21   general understanding that I built in the past seven
22   years.
23       Q.  Who did you learn that from?
24       A.  I don't recall exactly the source.
25       Q.  Have you ever interviewed hosts about when they

Page 304

1    can't post because of an ordinance, that they are not
2    going to post again --
3        Let me rephrase that.
4        Have you ever interviewed any guests who couldn't
5    use Airbnb in one municipality but had the ability to use
6    it everywhere else, that they wouldn't use it because of
7    one instance where it is not available?
8        A.  I have not interviewed anybody on that particular
9    topic.  There might be data that understands conversion
10   issues when someone doesn't have the first good
11   experience.
12       Q.  Have you reviewed the data that says that?
13       A.  I have not reviewed it personally.
14       Q.  So what is your opinion based on?
15       A.  A general understanding of the platform, after
16   seven years.
17       Q.  What is your general understanding of the
18   platform after seven years?
19       MR. GOLDER:  Object to form.
20   BY MR. GROSS:
21       Q.  If you haven't reviewed any data, what are you
22   basing it on?
23       MR. GOLDER:  Object to form.
24       THE WITNESS:  It is very difficult to recall
25   conversations, presentations.

Page 305

1    BY MR. GROSS:
2        Q.  Has this situation ever arisen before?
3        MR. GOLDER:  Object to form.
4        THE WITNESS:  Bad first experiences where hosts
5    cannot list or guests cannot find a place, yes.
6    BY MR. GROSS:
7        Q.  Okay.
8        A.  It is more generic than your specific case.
9        Q.  Okay.  And if a guest can't find place in one
10   jurisdiction, do you have empirical data that says they
11   will never use Airbnb to find another jurisdiction?
12       MR. GOLDER:  Object to form.
13       THE WITNESS:  I cannot confirm that they won't.
14   There is data.  I can recall data suggesting that the
15   conversion goes down.  If you don't have a -- so
16   conversion meaning if you don't convert into booking
17   the first time around, you may not try the platform
18   in the future because it didn't work for you.
19       So the importance of the first transaction is
20   very relevant.
21   BY MR. GROSS:
22       Q.  Okay.  And that data -- where would that data be
23   located?
24       A.  I assume that there is going to be data science
25   team having this data.

Page 306

1    Q.   But do you know when you saw it?
2    A.   In the past, I don't.
3    Q.   You said it is your understanding that once you
4    load in your profile, there is no downtime between loading
5    and background information and posting.  There is not even
6    a window, for instance, of 24 hours to do the background
7    check.  It is immediate.
8         MR. GOLDER:  Object as to form.
9         THE WITNESS:  To the best of my knowledge -- and
10        we discussed this before, that this is my
11        understanding -- the background check might be happen
12        in part of the legal life.
13   BY MR. GROSS:
14   Q.   But what is that belief based on?  Is there a
15   document?
16   A.   In my experience as host, when I listed my
17   listing, I didn't have to wait.
18   Q.   How many times did you act as a host, not a
19   guest?
20        MR. GOLDER:  I will object.  Do you mean how many
21        times has he listed, like booked his property?
22        Mr. Gross.  No.  So let me go about it this way.
23   BY MR. GROSS:
24   Q.   You say you have been a host in the past.
25   A.   Yes.

Page 307

1    Q.   Are you currently a host?
2    A.   Yes.  Actually, my calendar is blocked.  I am not
3    welcoming activity, for personal reasons.
4    Q.   I understand that.  So are you a host -- when you
5    were a host in the past, was it your primary residence or
6    secondary property?
7    A.   Primary residence.
8    Q.   Okay.  And the first time you were a host, where
9    were you located?
10   A.   Edgewater.
11   Q.   So you were living in Miami already?
12   A.   Yes.
13   Q.   And it is your recollection that there was no
14   downtime between when you originally posted and when your
15   ad went live immediately?
16   A.   Yes.
17   Q.   And it is your understanding that always happens?
18   A.   Yes.
19   Q.   Okay.  Let's take look at your declaration again.
20   This is Exhibit 5.
21        Let's look at -- can we agree that there is no
22   exhibit attached to your declaration whereby Airbnb is
23   informed by the City of Miami that it is required to
24   verify the City business tax receipt number and City
25   resort tax certification number?

Page 308

1    A.   Yes.
2    Q.   Okay.  Let's look at paragraph 6.
3         I see no communication.  I agree with him.  I
4    just want to make sure there is nothing there.
5    A.   Can I read?
6    Q.   Yes.
7    A.   I agree.
8    Q.   Okay.  And if I ask you which of these paragraphs
9    in your declaration you edited, your answer is going to be
10   that is a privileged communication?
11   A.   Yes.
12   Q.   So let's look at paragraph number six.
13        Your declaration states that "Airbnb is not a
14   party to the direct agreements between guests and hosts
15   for the booking of rentals offered by these hosts."
16        Do you see that?
17   A.   Yes.
18   Q.   What did you mean by that?
19        MR. GOLDER:  Object to form.
20        Go ahead.
21        THE WITNESS:  This might be some better question
22        for a lawyer, but my understanding is for terms of
23        service, the term Airbnb is a platform that
24        facilitates a contraction between guest and host, and
25        it is not direct party, between the party.

Page 309

1    BY MR. GROSS:
2    Q.   But you understand this declaration is you, under
3    oath, swearing to the veracity of the statements, and that
4    you have direct knowledge of the statements contained in
5    here.  Do you understand that?
6    A.   Yes, I understand that.
7    Q.   So I am asking what you meant by that --
8    A.   I meant that --
9    Q.   -- by the fact that there is not a direct --
10        MR. GOLDER:  Object to form.
11        What he meant is in the declaration.
12   BY MR. GROSS:
13   Q.   It says -- I am asking what that statement means.
14   A.   So my statement, again, if I can read it again,
15   but it is that the direct agreement happens between guest
16   and host, and Airbnb is a platform that facilitates the
17   transaction.
18   Q.   Okay.  In paragraph 7, your declaration states,
19   "Airbnb provides the equivalent of a blank text box for a
20   listing description."
21        Is that correct?
22   A.   Yes.
23   Q.   And that you have a mandatory text box that is
24   put into the flow?
25   A.   Yes.  You need to provide the description of your

Page 310

1   space.  And, as part of the description, you could
2   potentially add any registration number that represents
3   your listing.
4       Q.   Okay.  And we have already established that
5   Airbnb could include a mandatory field or box for a
6   registration number, if that was an agreement or
7   partnership that Airbnb reached with a municipality?
8           MR. GOLDER:  Object to form.
9           Go ahead.
10          THE WITNESS:  We have done it in other cities.  I
11      want to make sure it is clear that the undertaking of
12      adjusting the flow, it's not easy from a product and
13      resourcing perspective, and it is always part, as you
14      pointed out, of a broader conversation.
15  BY MR. GROSS:
16      Q.   Why isn't it easy -- I don't understand what that
17  means.  It is just dropping a box.
18      A.   Any exception to a flow in a platform that
19  operates globally, it is not easy.  So it -- again, I am
20  not a technical person, but I am aware of how difficult it
21  is use to a road map, a localization of a product.  And
22  again, representing Latin America, when I pitch for
23  localization of a product because there is some
24  functionality that might not be relevant in Brazil, it is
25  very complex to secure resourcing because it is very

Page 311

1   expensive for the company to deviate from the standard
2   product.
3       Q.   What is the expense to the company of dropping a
4   box that hosts can fill in, whether it is discretionary or
5   mandatory, if a zip code appears?
6       A.   So you need to have the codes, you need to --
7       Q.   You already have the code; correct?
8           MR. GOLDER:  Objection, form.
9   BY MR. GROSS:
10      Q.   Airbnb, we already established, has the code to
11  do this, correct?  It's done in Chicago, they do it in San
12  Francisco --
13          MR. GOLDER:  Object to form.
14  BY MR. GROSS:
15      Q.   -- correct?
16      A.   I am not a technical person.  I don't know if the
17  code can be really put.  I just know a deviation from the
18  product usually comes with complaints from the product and
19  each team as an expensive endeavor when it comes to
20  technical resourcing and maintaining the product in the
21  long run.
22      Q.   Now, you said it is your understanding.  What is
23  the understanding based on?
24          MR. GOLDER:  Objection to form.
25  BY MR. GROSS:

Page 312

1       Q.   Have you had direct discussions with those teams
2   about the higher costs or the like, of complaints?
3       A.   Specific to Latin America?
4       Q.   No, specific to the United States.
5       A.   Specific to any product changes.  It's a general
6   conversation on product changes deviating from the
7   standard product.  It comes with a real cost.  And if --
8   if it is something that will still create loss of goodwill
9   on the user, the business case, it is very -- the
10  situation is very complex for everyone.
11      Q.   Okay.
12      A.   It is irreparable damage.
13      Q.   How is it irreparable damage?  I don't
14  understand.  Explain how it is irreparable damage.
15          MR. GOLDER:  Object as to form.
16          THE WITNESS:  It is an online platform based on
17      trust.  The fact that you change the product and you
18      cannot honor the value proposition that you can -- as
19      a host, you can immediately book your posting, would
20      create restrictions on the user base, and my
21      understanding is based on my experience with Airbnb.
22          And if you ask for empirical data, I don't have
23      it.  It's that we would frustrate the community.
24          I can share an example.  Airbnb was only homes,
25      was only accommodations.  When we launched

Page 313

1       Experiences as a second service where you can, or a
2       product where you can book time and experiences with
3       hosts, your local hosts to just go to a concert, play
4       football, whatever, we changed the launching of
5       Experience.
6           If you go to aibrbnb.com, you would see Homes and
7       Experience.  People didn't understand it.  They
8       didn't understand why we were presenting a different
9       offering.  New users would rebound from the website
10      in a much more aggressive way than before, and the
11      fight-back from the users was very bad.  So this
12      change created a lot of frustration and loss of
13      conversion, that it's very difficult to bounce from.
14  BY MR. GROSS:
15      Q.   So you're equating adding a field in an existing
16  platform to a completely new platform for Experience.  You
17  are saying they are the same?
18          MR. GOLDER:  Object as to form.
19          THE WITNESS:  I -- again, I don't have the
20      information to compare this to.  I am just saying
21      that adding the field plus not allowing for real time
22      listing --
23  BY MR. GROSS:
24      Q.   If the ordinance allowed for real time listing?
25      A.   That is a hypothetical.

Page 314

1    Q.   No, no. If the ordinance allowed -- in Chicago,
2  does it allow for real time listing?
3         MR. GOLDER:  Objection to form.
4  BY MR. GROSS:
5    Q.   Is there any change in the experience in Chicago
6  now that allows for real time listing as long as you put
7  in the number?
8    A.   I don't know.
9    Q.   Is there any data that shows that less people are
10 using the Airbnb, less hosts -- because it has nothing to
11 do with your guests, are we agreed?
12        MR. GOLDER:  Object as to form.
13        MR. GROSS:  Right.
14 BY MR. GROSS:
15   Q.   In Chicago -- I know, you don't understand
16 Chicago.  In San Francisco --
17   A.   Yes.
18   Q.   -- the process now is the hosts put in their
19 information, whether it be pending or the number they
20 have, and the ads immediately go up; correct?
21   A.   Yes.
22   Q.   Okay.  And the guests, they have no part of that;
23 correct?  They just see the ads immediately; correct?
24   A.   They might have impact on the amount of offering,
25 if the flow changes, how many hosts go live.

Page 315

1    Q.   Has there been an impact on the amount of
2  offerings in San Francisco since this went into effect?
3    A.   I don't have the specific numbers, but I think it
4  is not neutral.
5    Q.   But do you know for a fact that it is not
6  neutral?
7    A.   I don't know the numbers exactly.
8    Q.   Do you know for a fact that it is not neutral in
9  Chicago?
10   A.   I don't know.
11   Q.   So you have no specific data that you can point
12 to that there has been any effect with regard to adding a
13 field where the ad is immediately uploaded?
14   A.   I know it not neutral.  I don't have the specific
15 data.  And again --
16   Q.   How do you know it is not neutral?
17        MR. GOLDER:  Object to form.
18        Go ahead.
19        MR. GROSS:  I am using his terms.
20 BY MR. GROSS:
21   Q.   How do you know it is not neutral?
22   A.   Because I might have been in conversations where
23 this was discussed.  I don't recall the specifics, and I
24 don't recall who the counter party is, but I know that it
25 is not neutral.

Page 316

1    Q.   Is there a report that you have seen, in your
2  role, internal report that you seen in your role that
3  shows that since the implementation of the compromise in
4  San Francisco --
5        Can we call it that?
6        MR. GOLDER:  Object as to form.
7        Go ahead.
8  BY MR. GROSS:
9    Q.   Well, what would you use?  How would you like to
10 describe it?
11        MR. GOLDER:  Settlement agreement and mutual
12   release.
13 BY MR. GROSS:
14   Q.   Since the implementation of the settlement
15 agreement and mutual release in San Francisco, have you
16 seen a report that shows a drop-off in the use of Airbnb
17 in San Francisco?
18        MR. GOLDER:  Objection to form.
19        Go ahead.
20        THE WITNESS:  I don't recall.
21 BY MR. GROSS:
22   Q.   How long has that been in effect, the settlement
23 agreement and mutual release?
24        You have it there.
25   A.   May 2017.

Page 317

1    Q.   Okay.  So you don't recall in -- over the last,
2  less than two years, seeing a report showing a drop-off in
3  the use of Airbnb in San Francisco?
4        MR. GOLDER:  Object to form.
5        Asked and answered.
6        THE WITNESS:  I don't recall having seen it.
7  BY MR. GROSS:
8    Q.   Okay.  Do you recall -- let me ask this a
9  different way.
10        Do you recall seeing -- strike that.
11        Do you get reports showing Airbnb usage in the
12 territory that you oversee, specifically the United
13 States?
14   A.   I have access to the high level numbers.  I
15 usually don't get into city specifics.
16   Q.   When you say you have access to high level
17 numbers, what does that mean?
18   A.   Country-level numbers.
19   Q.   Country-level numbers?
20   A.   Yes.
21   Q.   So you don't know -- and again, let's be clear.
22 You have only been in your role for North America, which
23 would include the United States, since August.
24   A.   Yes.
25   Q.   So you have no recollection, since August, six

Page 318

1  months, of seeing a report showing a decrease in usage in
2  San Francisco, because of the implementation of the
3  settlement agreement, and mutual release?
4      MR. GOLDER:  Object to form.
5      THE WITNESS:  This was produced the year before,
6  in May 2017.
7  BY MR. GROSS:
8    Q.  Right.
9    A.  I -- again, I don't think it is a relevant
10 conversation between August and now, because it was an
11 agreement -- settlement agreement that happened before my
12 time.
13   Q.  But you are saying that you -- you have knowledge
14 of a drop-off?
15   A.  Yes.
16   Q.  I am asking you what it is based on?
17     MR. GOLDER:  Objection to form, asked and
18 answered.  He said this already.
19     MR. GROSS:  No, he hasn't.
20     THE WITNESS:  I have said that I don't recall the
21 context.  It is something that I have heard.  I don't
22 have the specific report.  I don't have a specific
23 email thread.  I just know that I heard that San
24 Francisco is not neutral after these changes were
25 implemented in 2017.

Page 319

1  BY MR. GROSS:
2    Q.  But you don't know from whom, and you don't know
3  how?
4    A.  I don't recall.
5    Q.  Not that -- you have no recollection of who told
6  you that?
7    A.  I don't recall.  I don't have --
8    Q.  That is a yes-or-no question.
9    A.  No.
10   Q.  I am asking a question, you have no recollection
11 of who told you there was a drop-off?
12   A.  No.
13   Q.  Okay.  And you have no recollection of seeing a
14 specific document evidencing a drop-off?
15   A.  Yes, I don't know.
16   Q.  And for Chicago, when did that go into effect?
17   A.  I don't have the settlement agreement, so I
18 don't.  I do not know.
19   Q.  And do you have a recollection of a drop-off in
20 the use of Airbnb in Chicago since the settlement in
21 Chicago was implemented?
22   A.  I don't recall anything specific to Chicago.
23   Q.  So the only thing you know is you have
24 recollection of some change in San Francisco, but you
25 don't know when, and you don't know who told you that?

Page 320

1      MR. GOLDER:  Objection, form.
2      THE WITNESS:  I agree.  Beyond that, I believe on
3  my intuition as a person that has been in the Airbnb
4  business since 2012, and has lived through various
5  changes in product, that changing something, to the
6  eyes of hosts and guests, has an impact.
7      And in this particular case, changing the flow of
8  Listing Your Space with mandatory field, with
9  realtime uploading or not, this will have an impact
10 that will -- it will be potentially irreparable.
11 BY MR. GROSS:
12   Q.  Let's take out the real time.  If real time is
13 not affected -- and I understand that that's your belief.
14 We don't agree, but if there is no -- we are just talking
15 about adding a mandatory field -- which is already there,
16 or even a discretionary field, in the municipalities where
17 a discretionary field has been added, has there been any
18 drop-off in use?
19     MR. GOLDER:  Object as to form.
20     MR. GROSS:  I will go through every single one.
21     MR. GOLDER:  No, no.  That's not where I am at.
22 You started with one question and moved to another.
23 So just to be clear.
24 BY MR. GROSS:
25   Q.  In the municipalities where a discretionary field

Page 321

1  has been added to the flow -- and we went through at least
2  ten of them -- has there been any drop-off in Airbnb use?
3      MR. GOLDER:  Objection to form.
4      THE WITNESS:  I don't know.
5  BY MR. GROSS:
6    Q.  Okay.  So just so we are clear and I can finish
7  up, what we're relying on, the change in experience that
8  is that the one that you prominently mentioned, is adding
9  Experiences as a separate platform, a separate function on
10 the platform to hosting?
11     MR. GOLDER:  Objection to form.
12     That is a mischaracterization of his testimony.
13     THE WITNESS:  I can refer to more examples, but
14 this is the one I referred to.  The fact that adding
15 Experiences created a frustration and
16 misunderstanding of the product, and dropped
17 conversion --
18 BY MR. GROSS:
19   Q.  What I'm --
20   A.  It was not maybe the most relevant example.
21   Q.  So give me a relevant example.
22   A.  So changing -- because of the anti-discriminatory
23 policy, removing the guest profile, the guest picture
24 created friction on the host side.  It changed that.  It
25 changes the way they were experiencing the product, and it

Page 322

1 created a friction.
2       Changing of the payment method, or changing the
3 field that you required to submit your payment method --
4 all these change in the flow usually come with abrasion
5 and frustration on the guest and host side.
6    Q.   How much of a drop-off in use of Airbnb was there
7 when you removed the guest picture from the flow, from the
8 process?
9       MR. GOLDER:  Objection to form.
10      THE WITNESS:  I don't have numbers.
11 BY MR. GROSS:
12   Q.   Was there any change?
13   A.   I think that it was.  I don't know the numbers.
14 Again, it is based on conversations that I don't recall,
15 specifically, where product changes have conversions.
16   Q.   The anti-discrimination issue though, that was a
17 decision and change that Airbnb did on its own.  It wasn't
18 mandated to do that, was it?
19   A.   It was a decision that we took.
20   Q.   And the pricing that you just used, that was a
21 decision that Airbnb made on its own, to change the
22 methodology of -- not pricing, of payment.
23   A.   Yes.
24   Q.   I don't want to mix pricing with payment.  The
25 methodology for obtaining payment, that was a decision

Page 323

1 Airbnb made on its own.  It had nothing to do with a third
2 party, correct?
3    A.   In some cases, it might be compliance-related.
4 In this case, I don't know.
5    Q.   Do you know of a payment compliance issue in the
6 United States?
7    A.   No.
8    Q.   I understand foreign countries.  They've got
9 their own issues on currency.
10   A.   I am not aware of any occasion in the United
11 States.
12   Q.   Okay.  So you have given me currency payment and
13 that -- let me do it this way.
14      Are you aware of the circumstance where a third
15 party or independent party action changed the flow and
16 caused a decrease in the use of Airbnb?
17      MR. GOLDER:  Object as to form.
18      THE WITNESS:  Can you define third party in this
19 instance?
20 BY MR. GROSS:
21   Q.   Okay.  A municipality required something, or --
22 other than what you told me, where you have no specific
23 data, and I am trying to understand how the flow works,
24 where there would come up -- because the experiences you
25 have described are all decisions that Airbnb made, sort of

Page 324

1 like adding New Coke replacing -- and I am dating myself
2 now -- but it is sort of like replacing Coke Classic with
3 New Coke.  The company made the decision and the consumer
4 went crazy.
5       The examples you have given me, the experience,
6 the payment platform, the anti-discrimination policy,
7 those were all decisions that the company made?
8    A.   I agree.
9    Q.   Can you give me an example of a drop-off or a
10 frustration -- I am trying to use your term -- a customer
11 reaction that was based upon a change mandated by somebody
12 other than Airbnb --
13      MR. GOLDER:  Objection as to form.
14 BY MR. GROSS:
15   Q.   -- an entity or person?
16   A.   Without any recollection of a specific data on
17 any specific case, I think that in every city, San
18 Francisco, Chicago, we have a mandatory field, or we have
19 a PTR, the change in the flow creates frustration on the
20 host side, and it -- it burns goodwill.  Whether we are
21 willing to do it or not really depends on the broader
22 conversations with the City, and again, how lawful we
23 believe the regulation is, but I don't the data on me, I
24 don't have the data in my head that shows the --
25 specifically what is the impact and drop-off for any of

Page 325

1 these changes.
2    Q.   So -- okay.  In paragraph 27 of your
3 declaration --
4       Okay.  Let me go to paragraph 23 first.
5       Paragraph 23, starting at the bottom, on Page 7,
6       It says "For third-party listings that do not
7 display those numbers" -- and this is regarding the
8 ordinance -- "Airbnb must either remove the listing or
9 alter the listing to obtain the registration numbers from
10 the third-party host or some other host, and then add a
11 registration number in a mandatory field."
12      Okay.  Do you see that?
13   A.   Yes.
14   Q.   Where does it say that in the ordinance?
15      MR. GOLDER:  Objection as to the form.
16      THE WITNESS:  Can you point me to the actual
17 text?  Beginning in 23?
18 BY MR. GROSS:
19   Q.   No, there is a -- it is there.
20   A.   So again, based on my understanding of the
21 ordinance, the fact that we need to verify that they are
22 City-issued requires that we need to remove the listings,
23 or -- or obtain the listings from the third-party host in
24 the event that they are not in, so the City --
25      Let me read it again.

Page 326

```
 1          So regarding the platform obligations, in the
 2   event that Airbnb is liable of making sure that the
 3   registration numbers are City-issued, we suggest for us to
 4   avoid the fines and be compliant as to platform, that we
 5   need to take down the listings or engage with the host to
 6   make sure the listing host is providing -- the City-issued
 7   number is provided, and validate with the City that this
 8   is the right number.
 9      Q.   I understand the first part.  Where does it say
10   in the ordinance that you have to validate with the City?
11          MR. GOLDER:  Object to form.  We did that.
12          THE WITNESS:  Yes, it is the same answer as
13      before, the that it is City-issued, and fines.
14   BY MR. GROSS:
15      Q.   So it is your understanding, the language
16   "City-issued" requires you to verify it?
17          MR. GOLDER:  Objection to form.
18          THE WITNESS:  Yes.  With legal input, that helps
19      me with my opinion.
20   BY MR. GROSS:
21      Q.   Okay.  Can I ask you it this way:  Is it Airbnb's
22   position that the term "City-issued" requires Airbnb to
23   verify the accuracy of those numbers?
24          MR. GOLDER:  Objection to form.
25          THE WITNESS:  "City-issued," plus the fines, plus
```

Page 327

```
 1      lack of process.  Yes.
 2   BY MR. GROSS:
 3      Q.   Okay.  And it is your belief, just so I'm clear,
 4   that the safe harbor provision only applies to false
 5   addresses, not false numbers?
 6      A.   Safe --
 7          MR. GOLDER:  Objection to form.
 8          THE WITNESS:  Safe harbor as a good faith clause,
 9      yes.
10   BY MR. GROSS:
11      Q.   So if the good faith clause said "number" as well
12   as "address," you would -- the Airbnb would be satisfied
13   that they did not have liability under the ordinance for
14   information posted by hosts?
15          MR. GOLDER:  Object to form.
16          THE WITNESS:  That is a hypothetical, and I
17      would --
18   BY MR. GROSS:
19      Q.   It is not a hypothetical.  I am asking the
20   question.  If it -- you know, you are taking this
21   position, so I am asking you what would Airbnb's position
22   be if it also included the words "certificate number"?
23          MR. GOLDER:  Objection to form.  That is a
24      hypothetical.
25          MR. GROSS:  It is not a hypothetical.
```

Page 328

```
 1   BY MR. GROSS:
 2      Q.   Give me one minute, and I think I'm done.
 3          (Whereupon, there was a recess, after which the
 4      following proceedings were had:)
 5          MR. GROSS:  That's all the questions I have,
 6      Mr. Mallol.
 7          I believe your counsel has no questions for you,
 8      at this point.
 9          MR. GOLDER:  That's correct.
10          MR. GROSS:  So the reporter will transcribe your
11      deposition.  You have the ability to review it.  We
12      are going to immediately order it expedited because
13      we are on a very expedited deposition schedule.
14          (Discussion off the record.)
15          THE WITNESS:  I will read.
16                       ------
17          (The deposition was concluded at 6:05 p.m.)
18      (Reading and signing of the deposition was not waived
19   by the witness and all parties.)
20
21                   CERTIFICATE OF OATH
22
23   STATE OF FLORIDA
24   COUNTY OF MIAMI-DADE
25
```

Page 329

```
 1      I, SHARON VELAZCO, Registered Professional
 2   Reporter, Notary Public, State of Florida, certify that
 3   JORDI TORRES MALLOL personally appeared before me on the
 4   20th day of March, 2019, and was duly sworn.
 5      Signed this 22nd day of March, 2019.
 6
 7
 8      _____
 9      SHARON VELAZCO, RPR
        Notary Public, State of Florida
        Commission No.: GG 231691
10      Commission Expires: August 19, 2022
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 330

```
1                    CERTIFICATE OF REPORTER
2
3   STATE OF FLORIDA
4   COUNTY OF MIAMI-DADE
5
6         I, SHARON VELAZCO, Registered Professional
7   Reporter, certify that I was authorized to and did
8   stenographically report the deposition of JORDI TORRES
9   MALLOL; that a review of the transcript was requested; and
10  that the transcript is a true record of my stenographic
11  notes.
12        I further certify that I am not a relative,
13  employee, attorney, or counsel of any of the parties, nor
14  am I a relative or employee of any of the parties'
15  attorneys or counsel connected with the action, nor am I
16  financially interested in the action.
17
18        Dated this 22nd day of March, 2019.
19
20
           SHARON VELAZCO, RPR
21         Registered Professional Reporter
22
23
24
25
```

## Page 331

```
1
2                WITNESS NOTIFICATION LETTER
3   March 22, 2019
4
    JORDI TORRES MALLOL
5   c/o:CHAD GOLDER, ESQUIRE
    MUNGER TOLLES & OLSON
6   1155 F Street, NW
    Washington, D.C. 20004
7   T: (202) 220-1103
    Chad.Golder@mto.com
8   Jonathan.blavin@mto.com
9
10  In Re:   Airbnb, Inc. Vs. City of Miami Beach
             Deposition of Jordi Torres Mallol
11           Taken on March 20, 2019
             U.S. Legal Support Job No. 1895012
12
13      The transcript of the above proceeding is now
    available for your review.
14
        Please call to schedule an appointment between the
15  hours of 9:00 a.m. and 4:00 p.m., Monday through Friday,
    at a U.S. Legal Support office located nearest you.
16
        Please complete your review within a reasonable
17  amount of time.
18
19      Very truly yours,
20
21      SHARON VELAZCO, RPR
        Registered Professional Reporter
22      U.S. Legal Support, Inc.
        One SE Third Avenue, Suite 1250
23      Miami, Florida 33131
        (305) 373-8404
24
        CC: Via Transcript
25
```

## Page 332

```
1                      ERRATA SHEET
2   DO NOT WRITE ON THE TRANSCRIPT-ENTER CHANGES ON THIS PAGE
3     In Re:   Airbnb, Inc. Vs. City of Miami Beach
               Deposition of Jordi Torres Mallol
4              Taken on March 20, 2019
               U.S. Legal Support Job No. 1895012
5
6
7   Page No.  Line No.   Change              Reason
8   _____
    _____
9   _____
    _____
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19  _____
20  _____
21  _____
22  _____
23  Under penalties of perjury, I declare that I have read the
    foregoing document and that the facts stated in it are
24  true and correct.
25                                  _____
```

**$**

**$1**   33:12
**$100**   204:2
**$109**   204:6

**0**

**0781**   99:22

**1**

**1**   7:1,23,25
  17:25 18:4
  243:6 277:6
  284:6 296:2
**10**   81:3,4,6
**10,000**   131:8
**100**   52:20
  89:12 160:8
  204:9 209:19
**102387**   283:25
  292:15
**107A**   267:8,9
**109**   204:2
**11**   82:5,8
**11:15**   64:10
**11:26**   64:11
**12**   85:21,22,
  25 99:21
  102:13 204:13
**12-month**   11:7
**120**   104:17
**129**   188:18
**13**   98:13,14,
  16 99:22,23,
  25 102:16
  214:23 215:2
**1346**   249:21
  250:14
**1348**   251:19
**1355**   249:21
**14**   102:16,17
  103:5 104:14,
  24 214:25

215:2
**1422**   264:11
**1424**   267:9
**1448**   264:12
**15**   106:12,13
  107:5,6 267:9
**150**   127:20
  130:19
**1510**   272:7
**1516**   272:7
**16**   83:7
  107:23,24
  108:1 216:20
**1610**   108:1
**1611**   108:2
**1612**   81:7
**1614**   81:7
**1628**   82:9
**1634**   85:24
**1636**   85:24
**1683**   82:9
**17**   115:1,2,3
  222:7 252:9
  256:10
**18**   163:9,11,
  13
**19**   16:13
  165:17,18,21
  167:11 216:18
  220:14
**192**   126:25
**1983**   6:24
**1:08**   150:1
**1:48**   150:2
**1st**   137:21

**2**

**2**   7:1,23 8:1
  182:10 184:12
  243:6 250:18
  285:20
**20**   26:10
  168:9,10,12
  169:10
  216:14,15

241:11
**20045**   16:13
**2006**   10:1
**2007**   10:1
**2008**   80:21
  216:22
**2010**   252:14
**2012**   10:15
  320:4
**2013**   10:25
  12:20
**2015**   218:11,
  14
**2016**   12:16,21
  28:10 167:1
  216:19 217:2
**2017**   250:18
  251:23 252:7,
  9 316:25
  318:6,25
**2018**   184:5
**2019**   215:16,
  18,19 300:25
**21**   174:25
  175:1,3,14
  178:20
  215:16,19
**22**   115:4
  181:20,21
  182:22 183:8
**23**   183:21,22
  325:4,5,17
**24**   29:14
  61:14 69:1
  185:22,23,25
  186:7,16
  187:6 190:3,
  6,8,15,18
  197:5,11
  202:23,24
  204:8 205:6
  208:8 209:15
  217:20 306:6
**24-hours**
  203:15 206:25
**25**   214:19,22,
  23 217:11

220:13
**2565**   115:4
**2566**   115:4
**2599**   102:19
**25th**   6:19
**26**   242:16,17,
  20 243:1
  247:25 248:2,
  4
**2600**   102:19
**27**   6:24
  220:20 222:8
  249:18,19,21
  325:2
**27th**   215:17
**28**   264:8,9,11
**29**   272:7,8,11
**2nd**   251:23

**3**

**3**   7:1,23 8:2
  58:4 176:13
  221:1,9 267:9
  294:25
**30**   104:17
  251:18 279:4
  281:3,4
**30(b)(6)**   8:10
  9:12,15
  157:10,14,24
  194:23 240:10
  242:15 255:20
**305-842-7929**
  6:22
**31**   291:16,17,
  20,24 292:9,
  15
**32**   293:12,13
**33137**   6:19
**34**   193:5,12
**3:11**   214:16
**3:24**   214:18

**4**

4   7:1,23 8:3
177:18 222:7,
10 257:13
294:13
4,500   300:23
301:1,3,6,9
4-7   257:13
40   214:24
215:2
4000   300:20
423   183:25
426   183:25
44   293:15
45   210:1
4500   301:4
486   107:5
488   107:5
4:44   279:1
4:54   279:2

**5**

5   16:7,8,17
58:4 176:13
307:20
5,000   131:10
5.1   222:8,10
50,000   126:25
53   102:7
55   103:21
104:16,19
56   104:20

**6**

6   37:3 39:18
41:2 308:2
665   6:19

**7**

7   41:15,16
44:18 257:14

309:18 325:5
747   35:17
747-748   36:5
754   163:9
755   163:9
761-762   41:18
776   291:24
777   291:24
780   100:2
781   100:1,3
784   100:1
793   51:10
795   51:10

**8**

8   51:7,8 52:7
57:5,23 167:1
184:4
800   57:12
802   58:5
804   57:13
818   185:25
188:7
821   198:15
824   191:24
828   188:8
829   187:24
188:17,24
189:16
830   189:21
831   191:18
834   192:3,21
194:11
84   194:3
865   195:10,24
197:15
869   185:25
189:21
89   242:20,21

**9**

9   57:12,15
90   242:20

901   6:19
910   165:21
913   165:21
926   175:4
930   175:4
932   181:23
934   181:23
939   168:13
944   168:13
97   204:9

**A**

A-1   292:15
abides   275:13
ability   12:2
65:25 82:24
202:18 205:9
228:20,23
229:5 232:6,7
251:4 304:5
able   68:2
106:18 230:13
261:18
about   6:6
7:11 8:16
18:15 20:7
22:14 24:20
28:2 29:19
30:4 31:17
32:7 33:6
34:16 41:25
42:7,25 45:8
49:22 50:10
51:2,5 53:25
54:18 57:25
58:9,14 59:18
64:21 66:18
70:20 71:1
72:18 76:5
78:22 79:1
80:2,3,17
81:10 83:7
84:20 85:16
87:5,8 88:9
89:16 90:2
93:24 98:7,17
99:8,20

100:16 103:16
108:20
109:13,14
111:18 115:16
117:17 121:9,
18,25 128:12
129:13,14
133:22 136:10
139:17 140:1,
15,16 141:11,
25 142:20
143:23 144:23
145:23 151:9
152:18,21
153:22 157:21
160:6 162:17
164:2 165:2
169:24
173:12,23
176:5 179:21
180:17 187:15
190:5 191:24
192:21 193:4,
8 194:22
201:8 212:16,
18,19 220:5
223:3 224:1
226:20 227:20
228:5,16
229:7,11
232:6 234:23
237:14,19,23
238:14,18
239:4,10
240:17 242:25
244:11,24
245:1,4,7,10,
13,15 246:8
248:14,23
249:3 251:6,
24 253:24
259:19 264:7
267:17,20
268:18 271:19
272:4,17
274:1,5 275:3
276:3 278:19
279:11 284:6,
24 285:6

287:23 297:21
300:9 302:10,
12 303:25
306:22 312:2
320:15
**above**  6:3
130:17
**above-recorded**
207:15
**abrasion**
322:4
**absolutely**
135:1 259:15
283:3
**absorbed**
116:2
**accept**  82:17
83:5 96:5
97:8,9 106:25
152:5 155:9
161:18 170:14
198:12,22
199:3,4
202:23 205:2,
3,6,7 208:8,9
215:10 217:9
218:1,2,3
219:5,7
220:17,19
221:23,24
229:16 230:24
234:8 246:2
252:2 297:3
**acceptable**
243:22
**acceptance**
206:15
**accepted**
84:3,12
106:21 204:6
207:20,22
208:11 213:8
218:7 219:17
247:10
**accepting**
83:3 206:16
**accepts**  152:3

**access**  29:14
30:6 50:19
70:8,9 149:15
152:9 158:12,
23,25 159:19,
21 161:21
166:14 208:18
222:11 228:3,
8 231:9 257:6
317:14,16
**accessible**
236:25 237:8
262:4
**accident**  30:9
33:23
**accidentally**
38:5
**accommodate**
191:13
**accommodating**
165:8
**accommodation**
81:1 82:21
164:4
**accommodations**
122:23 162:4
312:25
**accompanying**
250:16
**according**
268:24 273:7
**account**  63:2
111:25 122:16
127:5 167:5
170:13,14
186:5,23
226:7
**accounted**
148:6 182:5,8
253:21 254:19
280:5
**accounting**
70:7 204:16
**accounts**
62:3,4 173:4
290:23
**accuracy**  89:1
326:23

**accurate**
89:21 289:4
**accurately**
89:10
**acquiring**
78:17
**across**  12:7
31:14,16
104:3 162:22
**act**  120:13
306:18
**acting**
230:16,17,18
**action**  54:11
65:22 66:4
90:5 109:19
139:1 169:18
171:15 172:8,
19 209:9
222:6 285:18
323:15
**actions**  121:4
139:2 171:25
**activated**
137:21
**active**  136:7
144:18 174:4
240:1,2,15
242:5
**actively**
97:21
**activities**
79:2
**activity**
80:14 97:19
103:25 118:20
133:9 136:17,
18 138:22
155:7 200:20
238:8 266:12,
24 276:17
307:3
**acts**  69:9
**actual**  44:4,
8,11 59:6
62:1 153:20
162:1 167:21
196:7 204:17

233:22 236:22
256:23 257:1
268:6,12
269:6 325:16
**actually**
10:18 13:11
22:3 25:19
26:17 30:14
40:22 44:2
59:3 72:8
76:8,18 78:9
79:17 85:8
101:21 114:19
129:13 155:22
163:15 165:12
170:3 180:9
217:13 226:15
235:19 245:16
307:2
**ad**  52:18
55:18 56:9
62:17 66:8
86:15 87:24
91:2,6 96:17
97:12 132:3
138:21 143:15
144:22 145:2,
18,21 146:14
152:16 153:7,
11 185:14
191:6 197:4
199:13,17,21,
24 201:8
202:6 219:16
238:21 241:5
244:13 252:13
253:3 254:7,
8,9,14
256:13,14
257:15,20,21
259:20 260:2,
6,9,15
261:13,19,24
262:1,3,9,17
264:24 265:3,
6 266:9,11
267:3 268:23
274:8 278:2,
12 285:2

291:4 292:17
307:15 315:13
**adapt** 97:10
**add** 49:19
114:1 144:1
146:4,5,7
159:6,7
187:24,25
188:1 189:4
233:22 236:17
237:12 250:9
259:22,23
260:6 272:14
283:13 310:2
325:10
**added** 56:13
113:12,23
268:1 320:17
321:1
**adding** 14:24
263:3 313:15,
21 315:12
320:15 321:8,
14 324:1
**addition**
57:22 113:3,4
**additional**
9:15 21:4
39:19 185:2
236:17
**address** 6:18
189:11 193:11
194:7 196:13,
17,18 201:14,
19 224:11
243:25 244:14
262:7 294:18
295:4,7
327:12
**addressed**
115:8
**addresses**
290:17 327:5
**adds** 116:6
233:19
**adequately**
297:5 299:14

**adjust** 100:22
127:5 147:11
**adjusting**
310:12
**adjustments**
174:6
**administered**
175:25
**adopt** 234:6
**adopted**
235:21
**ads** 87:1 88:2
89:20 90:18
139:14,24
140:25 141:5
142:3 144:7
172:16 219:8
220:2 238:16,
18 253:5
255:2,5,9,11,
12,23 256:5,
19 264:21
314:20,23
**advanced**
275:6
**advances**
133:4
**advertise**
73:2,3 92:9,
13 230:15
**advertisement**
137:14
**advertisements**
109:6
**advertising**
85:12 90:4
91:7 236:9
**advice** 286:11
287:19
**advised**
181:15
**advising**
282:17
**affect** 12:2
300:5 302:5,
14
**affected**
300:7,9

320:13
**affects**
299:21 300:1,
11 302:15
**affiliate**
69:15
**affirm** 6:5
**after** 10:18,
19 20:20
24:13 34:5,17
42:4 61:14
62:16 63:1
64:10 69:1
76:6 84:5
98:20 99:5
107:2 116:8,
12,14,16,22,
23 117:1,13
118:20 119:25
123:6 140:10,
23 141:3
144:22 160:1
174:11 187:3
188:5 192:17
196:12 199:18
202:5 203:5,
9,15 204:8,24
205:9,10,17
214:17 215:19
217:1 227:23,
25 240:7
258:24 260:24
262:5 279:1,8
283:17 288:22
298:14
304:15,18
318:24
**again** 12:11
14:21 19:17
23:2,10,14,15
27:9 40:6
43:7,15 45:17
50:4 51:24
52:23 53:17,
21 57:1 68:24
72:25 74:20
75:3 76:17,20
82:22 85:24
86:18 97:7

98:1,2 100:21
104:9,23
105:16,20
116:4 119:6
122:5 125:1
126:24 127:12
129:10 130:2
132:12,16
133:7 135:17
136:19 139:20
143:24 146:25
149:6 150:17
160:8 169:21
171:8 172:10
173:11 179:23
181:17 192:11
196:5 200:24
201:6 203:9
205:16 206:19
207:1,6 209:8
218:15,21
221:23 222:3
223:4 229:4
250:6 255:10
269:23 270:15
271:14 272:1
279:20 280:3,
8 288:1,3,8
289:12 291:8
294:9 303:3
304:2 307:19
309:14
310:19,22
313:19 315:15
317:21 318:9
322:14 324:22
325:20,25
**against**
153:17 163:19
**agency** 67:6,8
**agent** 68:22,
23 69:9,12
163:3 230:19
**aggressive**
198:1 313:10
**ago** 11:15
105:24 114:12
141:23 142:1
165:3 211:19

263:17
**agree** 12:11
30:17 41:6
44:21,24 49:4
52:1 82:24,25
92:8 102:10
115:18
117:16,18
118:5,19
119:4 120:2
127:18 129:16
131:12 133:8
148:11
150:17,24
151:6 176:25
177:21 178:3
179:3,13
195:23 196:1,
20 197:15,25
198:6,18
215:17 218:11
220:13 221:12
245:21 247:24
257:19 277:13
286:6 292:6
302:15 307:21
308:3,7
320:2,14
324:8
**agreed** 9:13
116:12 140:21
142:13 159:3
210:14 220:2
262:6 270:10
314:11
**agreeing**
151:11
**agreement**
8:12 33:16
40:22 70:24
129:25 133:2
136:6,8,9
141:3 144:10,
14 153:18,15
154:10,11,19
155:15 164:1
173:2,13,15,
20 174:4
175:11 178:6,

9 192:25
196:4,6
198:11 204:22
205:12 213:20
239:23 241:18
253:7,13,15,
16 264:16,19
265:11,19
266:9,14,15,
17 267:17,20,
24 277:24
278:17 309:15
310:6 316:11,
15,23 318:3,
11 319:17
**agreements**
43:16 71:2
126:1 213:18
220:25 240:12
302:23 308:14
**ahead** 63:5
99:11 105:23
118:11 119:12
127:23 130:14
132:5 134:23
137:17 146:20
153:13 157:19
171:22 174:1
178:24
190:11,22
195:9 197:8
206:12 213:4
219:18 223:18
233:15 235:4
238:5 244:4,7
254:11 258:9
262:20 266:3
281:17 301:25
308:20 310:9
315:18 316:7,
19
**aibrbnb.com**
313:6
**AIRB-MB** 35:14
**airbandb.com/
guarantee**
36:22
**Airbnb** 8:9,17
9:8,11 10:15,

22 11:22
12:17,25
13:17 14:9
16:12 17:2
21:2,12,22
23:18 24:16
25:1 27:1
28:18,24
29:4,11 30:12
32:18,23 33:7
34:14,19,21
35:5,6,14
36:2,5 38:9,
18,19 40:18,
19,24 41:3,9,
12,18 44:6,
19,25 45:3,5,
19,22 46:5,6,
13,24 47:17,
22,24 48:2,19
49:14,20,23
51:10 52:1,2,
19 53:4,13,25
54:8,24 55:3,
9,17,25 56:15
57:8,12,20,21
59:16,21
60:11 61:24
62:2,4,7,19
63:2 64:16
66:4,20,24
67:14 68:22
69:2,4,7,8,
10,14,15,20,
22,23 70:5,17
71:6 72:7,9,
13 73:2,10,
13,25 74:1,3,
13,16 75:2,5,
7,10,15,16,
18,21,24,25
76:23 77:11,
14,15 80:10,
23,24 81:6,
18,20 82:3,8
85:24 87:17
88:15 90:3,4,
14,17 91:7
92:9,13,20

93:16,21
95:3,5,8,16
98:19 99:8,21
100:11,12,17
102:19,25
107:5 108:1
109:1 111:12,
15 112:1,13
113:9 114:17
115:3,9
116:1,2,21
117:9,13,15,
20,24 118:2,
19 120:10
122:25
123:12,25
124:13,25
125:15 126:5,
9,22 127:17,
18 128:3,17
129:3,17
130:10 131:4
132:25
136:12,16,23
137:6,9,25
138:3,10,25
139:2,8
142:11 144:16
146:16 147:5,
17,24 149:12
150:6,9,10
151:24
152:14,21
153:2,6,10,18
154:6 156:3
157:10,12
158:2,6,8,11,
22 159:9,14
160:18 161:2,
12,23 162:5,
20,23 163:1,9
164:1,12,17
165:13,14,21
167:14,16,22
168:13 169:6,
13 170:3,21
171:19 172:3,
4,22,25
173:4,6,9,14,

15,23 174:8,
13 175:3,5,20
176:11,14
178:10 179:7,
15 180:23
181:6,23
182:5,7,14,
21,23 183:5,
10,24 184:4,
12,24 185:25
190:9 191:6
196:23 198:17
199:23 200:8,
13,18 202:6,
9,10 203:4,7
204:7,13
205:18,23,24
206:2,6,19
207:8 209:9
211:2,7,23,25
212:6,13,21,
24 213:12,21
214:2,3,23
216:20 221:15
222:11,12,13,
14,18 224:19
225:21
230:14,16,17,
20 231:15
233:13,17,24
236:8,24
237:6 238:1,
6,7 242:20
244:19 246:4
249:21 253:4,
23 254:6,14,
15 255:8,11,
22 256:4,18
264:11 266:12
268:3,7,10
269:20,21
270:1,10,12,
20 271:10,16,
21 272:7,14
273:16
274:21,24
275:4,10,13,
17,25 276:4,
22 277:10

278:11,15
279:11,15,21
280:8 281:15,
19 282:7,20
283:6 284:9,
17 285:17,20
286:13,16,21,
25 287:1,3
289:22
290:17,19
291:2,5,24
292:2 293:10
296:12,16
297:2,4
299:2,6
300:11,20
301:11,15
302:21 303:4,
5,11 304:5
305:11 307:22
308:13,23
309:16,19
310:5,7
311:10
312:21,24
314:10 316:16
317:3,11
319:20 320:3
321:2 322:6,
17,21 323:1,
16,25 324:12
325:8 326:2,
22 327:12
**Airbnb's**
48:20 118:3
143:4 157:21
210:7 235:1
253:17,19
271:8 286:8
289:1,5 292:7
299:3 326:21
327:21
**Airbnb-created**
167:12,18
210:15
**Airbnb-
through-third**
210:19

**airbnb.es**
88:6
**airbnb.es.**
88:5
**Airbnbs**
196:21 266:22
**airbns's**
143:4
**alert** 97:17
146:16 178:21
**alerted**
147:17
**algorithm**
60:23 61:2
74:9 85:15
86:9 88:13
96:4,16,22
109:22 110:15
111:6,25
112:1,4
225:3,8
227:12 231:25
232:25 234:7,
11,20 235:1,2
260:9,14
261:6,18
**algorithm's**
234:17
**algorithmic**
85:1 110:3
**algorithms**
74:2
**all** 8:14
15:20 18:9,14
21:9,18
26:11,12 32:3
34:17 37:17,
20 39:13 50:1
54:4 59:9,15
71:13 79:13,
16 83:12
86:18 88:20
91:6 94:11
100:7 117:16
124:11 125:3
128:1,25
129:19 130:4
132:17 141:14

144:23 149:20
153:1 171:3,
7,8 174:9
176:4 177:12
185:13 186:4
192:25 193:8
197:3 199:1
201:8 220:24
221:5 222:22
224:19 231:6,
9 239:16
240:21 241:12
245:24 248:19
255:5 270:25
282:8 297:25
322:4 323:25
324:7
**alliance**
121:17
**allow** 30:13
120:12 133:9
137:10,18
138:7 142:13
149:9 152:16
164:23 203:4
223:13 224:3
236:8,24
237:6 244:2
275:10 301:15
314:2
**allowed**
65:15,21
66:19 97:10
137:15 148:22
170:8 173:3
196:22,23
197:19 208:22
223:14 274:24
276:5,17,22
285:10 313:24
314:1
**allowing**
142:7 313:21
**allows** 76:23
95:15 127:12
138:17 155:7
161:13 163:3,
20 206:14
232:11 294:19

l

314:6
**almost** 94:11
127:19 252:15
**alone** 226:22
**along** 48:23
65:6 164:21
**already** 45:6
87:4 104:23
113:4 120:15
136:4 178:12
192:25 193:7
228:6 246:24
251:11 256:13
265:2 280:13
282:7,20
283:6,11,20,
23 287:22
307:11 310:4
311:7,10
318:18 320:15
**also** 7:10
10:4 30:7
37:11 55:22
83:4 100:18
107:15 121:6
125:10 127:6
136:20 140:4
152:7 153:17
155:10 162:19
167:23,25
169:22 181:1
198:20,22
207:12 212:13
221:3 239:24
252:25 260:8
297:15 299:3
327:22
**alter** 325:9
**alternative**
34:24 82:21
84:19 162:4
**altitude** 80:4
**always** 22:4,
7,11,23 23:20
48:4 55:15
60:7,13,18
62:13 75:23
82:24 83:5

95:7 97:10
108:24 125:19
135:18 171:8
202:18
206:22,25
217:23 307:17
310:13
**am** 9:2 12:5,
8,10,11 15:13
16:4 17:20
18:15,17,18,
21 19:13
20:5,7 22:19
24:2 25:13
27:10 28:8,21
32:11,17,18,
24 33:3,9,10
35:18 36:1
40:20 42:2,19
44:12 45:17
50:4 51:2,4,
5,18 53:1,8,
13 54:18 56:7
57:11 59:10
62:23,24 63:9
65:1,5 66:13
68:11,13
72:23 74:4,12
75:17 76:7,18
79:18 81:1
82:2 84:16
87:20 91:4,21
97:19,24 98:1
99:22 100:1
104:18 109:10
111:17 119:21
120:25 121:23
122:4,8,10,
12,13,16
123:23 124:8,
9,21,24 125:1
129:7,13,14,
19 130:3
132:10,11,17
133:18 134:3,
4,19,20,24
135:1,3,6,23,
24 136:5,9
140:1,5

141:21 144:23
151:7,8,10,20
153:1 155:4
158:13 160:8
161:16,17
165:24 166:6,
22,25 176:2
177:6 179:20
187:10 188:7
189:9,16
192:7,12
194:12,17,22
195:4,17
196:24 197:22
198:13,15
199:10,25
200:3,7,8,9,
10,16 203:9
204:1 209:14,
18 210:4
213:23 219:12
220:23 221:4
223:14
224:13,17
228:13,14,20
229:1,3,4
232:10 236:5
237:25 239:25
240:2,21
241:1,20
242:3 243:12
244:24 247:10
251:12,13,20
252:9 255:6,
19 256:10,12
259:6,7,17,19
260:17 261:8
266:7 269:24
272:2 275:6
278:8,15
281:18 284:23
285:23 287:5
288:12
289:12,25
290:24 291:9
292:18,20,24
295:14,17,24
296:4 298:17
299:4 302:8

307:2 309:7,
13 310:19,20
311:16 313:20
315:19 318:16
319:10 320:21
323:10,23
324:1,10
327:19,21
**amazing**
116:25
**amended**
132:19 293:7,
10,15,17,22
294:10,23
300:19
**amendment**
282:12 295:8,
22
**amenities**
195:2 237:1,
8,10,12
**America**
11:23,24
12:5,6,15,16,
20 13:4,12,25
15:20,23
22:1,2 25:21,
24 26:22
27:2,15,24
28:1 32:24
33:3 44:3
48:13,17
54:18 150:20,
21 151:22
156:10,19
169:2 181:9
213:24 274:23
275:9 310:22
312:3 317:22
**amongst**
141:10
**amount** 45:19
61:15,16
72:22 106:7
116:9 131:1
203:25 314:24
315:1

analyzes
  111:15
ancillary
  35:2 70:10
  231:10
and  6:2,7,11
  7:1,8,23
  8:11,15,18
  9:5,13,23
  10:4,12,14,
  15,19,21
  11:1,7,9,15
  12:5,7,10,11,
  20,21,25
  13:13,16
  14:2,13,15,25
  15:9,11,23
  16:4,8,11
  17:2,3,5,16
  18:19 19:12
  20:10,14
  21:10,20
  22:1,15 23:9,
  10 24:5,8
  25:21 26:3
  27:9,21 28:8,
  9,13,23 29:7,
  18,21 30:1,4,
  7,11,13,15,
  16,20,22
  31:10,12,17
  32:2,3,7
  33:4,5,9,16,
  23,25 34:2,
  14,18,20,25
  35:7,9,11,14
  36:2,5,17,19
  37:1,5,12,16
  38:9,14,21
  39:18 40:8
  41:6,11,22
  42:4,17,21
  43:12 44:15,
  21,24 45:2,8
  46:10 47:17,
  21 48:13,15
  49:7,10,11,
  12,13,19
  50:13,19,22

  51:5,10 54:9,
  14 55:5 56:5,
  24 57:4,22,24
  58:9,19 60:1,
  20 61:4,13,25
  62:11,17
  64:23 65:21
  66:2,8,15,17,
  21,25 67:7,
  17,24 68:1,
  11,22,25 69:8
  70:9,10,12,21
  71:7 72:5,22,
  24 73:7,20,
  22,23 74:2,7,
  13,15,16,20,
  23,25 75:22
  77:3,7,8,11,
  15,17 78:7,10
  79:15,23
  80:2,4,7,11,
  25 81:18,20,
  22 82:2,3,20,
  23 83:4,15,
  17,23 85:9,14
  86:6,13,20
  87:2,7,12,15,
  16 88:7,11,13
  89:15 90:11
  91:6,17,19
  92:3,5,21,22
  93:13,22
  95:10,16,18,
  19 96:4,6,9,
  13,17,24
  97:12 98:2,20
  99:6 100:17,
  18,19 101:4,
  11,15 102:4,
  19 103:3,11,
  13 104:4,8,
  11,23 105:17
  106:17,22,23
  107:1,15,17,
  18,19 109:1,
  12,17,23
  110:2,4,5,9,
  12,20 111:21
  112:7,22,23,

  24 113:1,2,5,
  7,21,22,24,25
  114:2,3,10,
  15,22 115:9
  116:7,9,17,
  19,20,24
  119:1,2,4,14
  120:4,7,12,14
  121:4,6
  122:13,16,24
  123:3,15,17
  124:3,9,11,16
  125:1,22
  126:13 127:11
  128:3,20,24
  130:12,20
  131:12 133:1,
  2,14 134:23
  135:14,17
  136:20
  137:19,20
  138:16,22,24,
  25 139:2,5,25
  140:1,4,13,23
  141:14,21
  142:15,19
  143:2,5,6
  144:2,4,16
  145:11,14
  146:4,7,9,25
  147:2,11,24
  149:6,16
  150:1,15,21
  151:2,3,12,
  15,22 152:1,
  10,12,16
  153:2,5,8,13,
  16 155:1,2,7,
  8,20 156:2,5,
  6,7,9,19,25
  157:9 158:16,
  19 159:7,9,
  12,23,25
  160:4,7,11
  161:7,21,25
  163:1,9,17,
  20,22,23,24,
  25 164:13,14
  165:7 166:2,

  9,17 167:5,8,
  15,19 168:3,
  13,22,24
  169:2,14,15,
  16,18,19,22,
  23 170:3,12,
  15,16,17,20
  171:3,7,10,
  14,16,19
  172:15,16,19
  173:13,14,23
  174:3,4,18
  175:11 176:1,
  7,25 177:5,13
  178:3,10,12,
  15,17 179:3,
  6,12,15,17,
  23,25 180:1,
  22,25 181:9,
  15 182:8,9,
  11,14 183:11,
  16,18 184:4,
  16 185:19
  186:6,7,9,22,
  23 187:12,18,
  20,23,24
  188:15,19,21
  189:17,20,25
  190:20
  191:10,13,17,
  21 192:25
  193:8,19,21
  194:6,25
  195:1,4,11
  196:6,7,8,14,
  15,18 197:2,
  25 198:5,12,
  13,14,22,23
  199:25 200:3,
  19,20,25
  201:7,11,14,
  16 202:1,18,
  25 203:7
  204:1,5,7,11,
  13,14,19,22,
  25 205:5,12,
  14,15,25
  206:4,6,15,
  17,19 207:2,

25 208:2,9,
11,17,24,25
209:2,9,16,21
210:2,15,19
211:3,5,7,8,
13,15,22,24
212:15,16,24
213:8 214:2,
22 215:12,23
216:13,18
217:4,8,22,25
218:2,13,14,
20 219:4,5
220:19,25
221:16,24
222:1,3,11,13
223:14,23
224:14,18,19,
24 225:20
226:9,19,20
227:2,14,18,
25 228:18
229:4,8,9,10,
11,14,16
230:13,18,24,
25 231:2,7,9,
11 232:7,11
233:21 234:7,
17,21 235:10
237:12,13,23,
25 238:7,9,
12,18 239:2,
12,16,18,19,
21 240:4,12,
14,16,18,20,
21 241:13,20
242:20
243:19,21,25
244:17
245:19,20
246:5,8
247:1,12,17,
22 248:7,19,
22 249:2
250:1,5,6,11,
15 251:3,4,6,
7,11,12,13
252:2,3,6,13,
20,22 253:2,

9,20,23 254:4
255:15 256:3,
11,12,13
257:19,23
259:2,13
260:2,6,13
261:18
262:12,16,25
263:1,5,8,10,
17,18,22
264:3,19
265:10,15,18,
21 266:12
267:3,13
268:5,6,11,
12,20,23,24
269:2,4,23
270:7,17,24
271:16,21
273:1,10,24
274:12,25
275:4 276:8,
16 277:6
278:6,9,10,
11,15 279:12,
21 280:5,8,
14,19,23
281:14,22
282:1,8,10,24
283:2,11
284:2,6,13,18
285:4,12,18
286:3 287:19,
22 288:1,18
289:3,13,21
290:10 291:4
292:11
296:20,22
297:3 298:7,
10,21,24
299:3 300:7,
15,18 301:7
302:4,13,18,
21,22 303:15
305:9,22
306:5,9
307:8,13,14,
17,24 308:8,
14,24 309:3,

16,23 310:1,
4,12,13,21
311:18,20
312:7,17,20,
22 313:2,6,
10,12 314:20,
22 315:15,23
316:11,15,23
317:5,21
318:3,10,17
319:2,13,16,
19,25 320:4,
6,7,13,22
321:1,6,15,
16,25 322:5,
17,20 323:12,
15,23 324:1,
3,20,22,25
325:7,10
326:4,7,13
327:3,16
**announce**
184:23
**announcing**
185:6
**another** 34:23
61:25 76:11,
13 91:2
101:18 117:3
171:10 227:10
231:3 305:11
320:22
**answer** 7:9,11
9:8 17:8,21
18:2,22 19:25
20:25 21:17
22:21 23:23
25:12 36:21
38:24 40:17
49:8 53:17,
21,23 54:3
65:3 67:25
68:6 91:19,
20,23 92:1
96:1 105:11,
21,22 118:25
119:7 120:25
123:9 124:1,9
133:17,23

149:7 151:3
153:13 157:16
207:13 224:25
237:4 257:23
261:22 280:2,
11 283:20
285:18 286:18
291:13 292:24
295:2 296:6
308:9 326:12
**answered**
17:22 53:16
81:24 120:14,
15 121:7
130:13 133:14
270:24 317:5
318:18
**anti-
discrimination**
206:18
216:10,15
217:6,10
218:10 224:23
227:3 230:11
322:16 324:6
**anti-
discriminatory**
209:10 321:22
**antibias**
167:8
**antidiscrimina
tion** 165:14
166:1,18
167:5 168:20
169:11 170:8,
22 171:20
**Antonio**
239:8,19
287:23 288:6,
7
**Antonio's**
287:25
**any** 7:7,14,16
10:2,3 11:20
12:1 17:4
19:11,19 21:4
23:14,17
24:7,24 25:5
27:6,23 32:10

33:20 34:2,5,
18,22 39:10
45:7,19,22
46:3,6,17,19,
23 47:10,17
50:8,10 51:22
57:9 62:12
63:18 64:24
65:7,14 73:13
80:24 83:19
86:20 89:5
90:4 91:13
92:13 94:23
97:7 100:11
108:17 111:5
117:8,25
118:17 119:14
133:10,12
134:6,7 139:8
141:17 145:16
146:1 150:6
155:15 162:5
168:5 169:16
182:13,21
183:5 185:2
195:6 197:11,
18 201:9
203:2 207:6
208:12 209:4
212:12 220:1,
5 222:11,13
227:9,11
228:19 229:6,
21,22,23
230:3,8 231:2
237:12 238:8
246:17,19
259:7,18
270:19
273:12,15
287:9 288:4
289:14 300:15
301:17 303:8
304:4,21
310:2,18
312:5 314:5,9
315:12 320:17
321:2 322:12
323:10

324:16,17,25
**anybody**  71:16
77:21 89:1
286:24 304:8
**anybody's**
29:24
**anyone**  21:12,
22 22:4 23:17
24:16,25
26:21 50:13
71:12 72:9
89:4,8,16
93:10 137:6
159:4 219:23,
25 264:1
287:3
**anything**  18:7
43:2,18,19
52:4 66:18
94:13 108:23
118:5 140:13
146:9 149:12
151:11 160:18
161:2 174:19
178:20 179:19
187:20 195:22
197:23 199:2
207:18 213:11
222:25 242:6
244:5,8
245:1,4,10
248:23 253:4
256:4 261:11,
12 271:22
295:20 298:8
299:1 319:22
**anyway**  100:8
145:2 146:14
**anywhere**
195:22 251:7
300:16 302:21
**apart**  30:1
77:8
**apartment**
6:19 158:12,
14 160:20
161:20 191:18
193:14 200:10

**apartments**
48:20 80:25
159:19
**apologize**
98:19
**app**  13:18
29:8 159:24,
25 199:7
**appeal**  268:11
**appears**
241:14,24
284:14 311:5
**appetite**
211:13
**applicable**
177:4 280:6
**application**
39:15 138:19,
24 144:4
184:13 239:15
268:16 284:19
**applied**  57:2
267:6
**applies**
215:19 327:4
**apply**  34:13
54:16,19,21
112:20 138:17
144:2 182:3
215:18 217:25
268:1 269:6
278:5 297:25
300:15
**approach**
169:3
**approaches**
108:9
**approval**
14:16 15:12,
13,15 16:4
**approve**
206:22 218:1
**approved**
15:14 182:9
206:10 268:17
**approves**
204:19,21
208:15

**approximately**
300:20
**are**  6:6,25
7:1,12,14,22
8:8,9,15,16
9:1,10 11:25
12:24 13:18
16:7,10
18:11,12 19:4
20:4 21:19
23:10,13,20
24:23 25:3,
15,17 26:7,9,
11,24 27:1,
12,18,19,23
28:17,23 29:4
30:4,8,9,21
31:18 32:12,
21 33:2,4,7,
12,18 34:23
35:14,20 36:4
37:6 39:10
40:3,6,20,21
41:11 42:17,
21,25 43:3,22
45:6 46:7,10
47:3,21 48:5,
19 49:19
50:19 51:7
53:8,24
54:14,15
55:21 56:3,
15,16,18,25
58:10 59:1,9,
16 60:2,3
61:4,11 62:4,
5,6,17,18
63:9 65:14,21
66:5,7,18
67:3 68:4,6
70:17,18
71:9,12,19,22
72:15,18 73:4
74:5,8,10,21,
23 75:5,11,
14,15,16 77:9
78:1,18,20,23
80:17,20 81:2
82:7 83:2,21,

Case 1:19-cv-20045-RNS   Document 44-2 Entered on FLSD Docket 03/26/2019   Page 95 of
March 20, 2019
T.D. v. Mylan, et al.
200
11

24 84:21
85:21 86:23
87:8,10,19
88:5,6,21
89:17 90:3,18
92:4 93:18
94:3,10,14,
16,22,23
97:2,10,22
98:12,25 99:2
101:6,8
104:17 105:1,
2,9,18 106:2,
4,5,11 107:4,
22 109:1,3,
13,14 110:1,
2,25 111:20,
23 112:18,20,
24 113:8,23
114:15,25
117:5,8,16
118:20
119:17,19
121:2,5,24
123:9,16,20,
25 124:17
125:20,25
126:24 127:9
128:1 129:11,
16 130:4,9,
15,19 131:22,
25 132:18,24
133:1,10
134:17,18
136:7,17
137:9,15
138:4,6
141:17,22,24
142:2,6,12
146:1 147:18,
20,21,22,23,
24 148:10,22
149:1,19,20,
22,24 150:6,7
152:2,18,20,
23 153:3,16,
21 154:24
155:1,8
160:4,11,13,

14,15 161:6,
16 163:4,8
164:10,19,20
165:8,16
168:8 170:2,
6,7,8 171:13
172:4,6,16
173:3,17,18
174:2,11,24
175:24
176:14,20
177:3 178:13,
17,21 179:10,
21 180:22
181:2,12,15,
19 182:9
183:20
184:17,22
185:13,21
186:12 187:25
188:8 190:6,8
191:22
192:21,25
193:8 194:5
195:24
196:20,21,22
198:25 199:1
200:5,25
201:2 203:6,
11 205:19,22
206:5,15,16,
24 208:22
209:2,4,16,18
210:5,12,17,
18 211:23
213:7,11
214:21 215:12
216:6,8,14
217:20 218:8,
17 219:8
220:2,14
221:2,3
223:9,11
225:6 226:6,
21 227:18
228:5,18
230:20 231:6
232:23 233:20
234:13,23

236:19,25
239:1,4
241:11,12
242:19 243:13
245:22 246:1
247:20 249:17
250:8,22,25
252:22 253:5,
21,22 255:13
256:19 257:5,
25 258:14
259:15,20
262:14 263:8,
22 264:8
265:25
266:23,24
269:9,15
270:6 271:6,
12,18 273:1
274:1 275:8,
9,13,24 276:4
277:6,7,8
281:2,21
282:11,14
283:3 285:10
287:7,8
289:10,13
290:18 291:4,
15 299:13
300:6,20
303:4,10
304:1,21
307:1,4
313:17 314:9,
11 318:13
320:14 321:6
323:14,25
324:20
325:21,24
326:3 327:20
**area** 64:13
134:21 137:14
147:19,22
157:22 213:1
**areas** 137:10
138:7 142:12
148:21 196:21
274:20,25
276:17,22

**aren't** 120:13
224:5
**arise** 7:14
**arisen** 305:2
**arm** 101:16
**around** 26:10
77:7 89:14
138:1 218:10
236:3 305:17
**arrangement**
48:12
**arrangements**
34:18
**Article** 296:2
**artwork** 37:5
**as** 6:12 8:20
9:12 10:13
13:3,23 15:22
16:6,7 19:2,
10,23,24
21:15 22:1
23:7,25 25:7
29:20 32:10
34:4,25 35:19
37:22,23
38:1,7,18
39:2,6,20
40:15 41:5,15
43:8 46:8,16
47:20 48:11,
21 49:11,21
50:24 51:7
53:10,15,19
56:2,13,17
57:11 59:10
60:9 62:24
63:2,4 66:20
68:4,6,10
69:1,8,9
70:10,11
71:24 72:21
73:3 74:7
75:24 76:2
77:14 79:15,
21 80:22 81:3
82:7 83:14
84:17,20
85:21 87:13

88:1,23 89:15
92:11,20
93:18 94:2
96:7 98:13,17
99:10,16,20
100:20 102:15
106:12,25
107:4,21,23
108:9,19,20
109:5,18
110:17 111:17
112:2 113:5
115:1 116:2,
24 117:3,23
118:8,10,23
119:2,3 121:6
122:8,19,25
123:2 124:24
125:10,13,18
126:23 127:11
129:9 130:2,
12 131:15
132:7,25
136:15,24
137:11,16,18
138:5,9
141:20 146:24
147:1,7,25
150:3,9,20
151:13,21
152:15 153:1,
12,14 154:2,
16 155:9,24
157:9,11,23
158:6,7
159:5,14
160:9,21,22
161:4 162:7
163:9 164:5
165:17 167:17
168:9 169:1
170:17
171:21,25
172:23 173:25
174:24
176:11,16
178:10,23
180:24 181:2,
8,19 182:16

183:6,21
184:13,14
185:6,21
186:6,16
188:25 189:8
190:9,10,16
191:18,19
192:9 194:4,
23 195:8
197:7 198:5
199:6 200:7
202:21 203:8,
24 204:1
205:3 207:15
208:23,24
209:25 210:6
211:14 213:20
214:4,21
216:6,7
218:13 219:18
221:11 222:4
223:2 224:9
225:16 226:14
230:16,17,18,
23 233:24
235:18 236:16
237:4 238:12
239:17 240:3,
20 242:14,16,
19 243:25
247:2,7,21
249:8,9,17
250:8 253:6,7
255:20,21,24
256:5 260:16
261:9,10
262:24 263:1,
9,11 264:8
265:15 269:23
270:13,23
271:15 272:6
275:5,6,8
278:19 280:20
281:3,9,11
282:11,21
285:22 286:2,
13,17 287:8,
9,13,16,18
288:9,10,15

289:24 290:12
291:15 292:18
293:12 295:1,
7,11,13
296:9,12,16
297:24 298:21
299:6 301:17
302:22 303:5,
13 306:8,16,
18 310:1,13
311:19
312:15,18
313:1,18
314:6,12
316:6 320:3,
19 321:9
323:17 324:13
325:15 326:4,
12 327:8,11,
12

**Ashley** 251:18

**ask** 7:6,7
11:25 16:8
17:13,16
18:18 19:11,
17 23:14 32:3
34:8 41:19
46:19 50:24
51:10 53:5,9,
10,24 60:6
65:13 72:12
76:20 78:22
79:8 83:7
94:21 96:9
98:2,16
100:16
105:15,20
106:1 119:6
127:8,9
132:12 135:8,
14 140:1,5
142:10 150:8,
18,19 151:10,
13,14,19,20
157:9 161:24
171:8 190:5,
18 191:24
214:22 215:17
216:9 240:14

244:24 251:12
261:2 262:13
263:23 287:22
297:21 308:8
312:22 317:8
326:21

**asked** 17:13
24:2 54:5
57:4 83:21,24
98:18 120:14
121:6 124:4
127:9 130:12
133:14 135:12
142:2,11,19,
20 150:18,19
151:12 181:3
203:5 212:25
232:8,9 240:9
246:8 259:2
270:24 297:22
317:5 318:17

**asking** 17:12
18:15,17
19:13 20:6,7
51:4,5 53:8,
13 57:25
91:21 94:15
98:1 123:23
124:21,24
134:25 136:5
144:23 151:7
194:17,22
197:22 200:17
218:23 219:13
220:11 223:14
226:20 228:20
229:1 240:3
255:19 266:7
271:18 289:25
298:17 299:4
309:7,13
318:16 319:10
327:19,21

**asks** 57:21
103:8 219:4

**aspect** 24:7
25:5

**aspects** 23:17
162:6

assert 119:10
Asset 52:14
assist 164:17
 206:3
associated
 22:16 42:17
 244:1
assume 39:25
 44:13 56:18
 57:25 94:2
 174:17 179:9
 183:18 194:9
 197:6 215:14
 222:22 259:9,
 11 305:24
assuming
 68:13 76:7
 136:9 251:13
assumption
 43:9 76:9
at 6:3 7:7,
 13,16,19 8:17
 10:4,5,13,17
 11:9,22 12:21
 16:8,10 17:2
 21:1,22 22:1,
 12 23:18
 24:16 29:24
 31:22 32:10
 35:10,16,17,
 23 38:18
 39:24 41:4
 42:2,13 43:11
 44:6 47:3
 50:13 51:23
 53:4 54:24
 55:7 58:4
 61:6,10,13,
 17,24 64:10,
 11 65:14,16
 66:21,25 67:6
 68:23,24
 71:20,21 73:7
 74:25 75:14
 77:6 78:1
 83:19 85:1,5
 86:18 87:14
 88:2,13,25
 90:14 94:6,8

98:20 105:3,
 5,7,10 106:14
 107:12 108:10
 109:11
 110:17,21,22,
 25 112:12
 117:21 118:8,
 16 119:17
 122:17,24
 124:21 127:3
 128:2 132:18
 133:18 135:2,
 3,6,7 140:2
 147:13 148:12
 149:20 150:1,
 2,5,6 151:1,9
 156:3 157:25
 160:4,5,16
 161:20 162:13
 163:13 164:4
 166:11 167:16
 168:19,22
 169:20 173:7
 175:23 176:4,
 21 177:18
 180:25 182:15
 183:17 184:3
 196:5 197:4
 198:15 200:25
 202:11,19
 203:7 204:4,
 18 206:18
 207:17 208:2,
 3,12,17
 210:11
 214:16,17
 217:13 219:14
 221:1 222:7
 223:7 224:14
 225:22 227:10
 228:7 229:4,
 21 236:3,16
 241:23 247:17
 248:1 249:17
 250:6 252:2,
 3,15 253:4
 254:15 255:5
 265:25 267:8
 275:20 276:21

279:1,2 281:2
 286:21 287:3
 290:20 291:15
 293:15 294:12
 296:10
 307:19,21
 308:2,12
 320:21 321:1
 325:5
attached
 307:22
attempt 7:8
 150:22
attend 9:18
 10:2
attest 119:4
attorney
 17:16 91:24
 221:9
attract 79:2
 92:9,13 93:17
 100:12
attractive
 100:25
audio 92:19
August 12:15
 28:11,12
 156:12,16,20,
 23 157:4,6
 317:23,25
 318:10
authorities
 172:13
authorized
 222:14
automated
 73:22 74:3
 79:25 80:11,
 18 81:21,22
 82:1 88:17
 95:19,21,22
 201:21 209:8
 211:24 224:2
automatic
 60:24 61:1
 62:7 79:13,16
 80:8 85:9
 88:24 90:3

99:8 113:22
 170:24 231:24
 233:25
automatically
 49:10,12 60:3
 74:24 84:3
 87:21 88:14
 91:16 92:5,6
 101:7 104:22
 112:3 116:9
 188:25 193:24
 196:15 202:24
 206:9,10
 218:4,6
 231:19,22
 233:13 257:15
automation
 73:25 74:1,7
availability
 82:23 109:15
 234:3
available
 56:24 76:14,
 15,17,18
 83:12 84:16
 95:19 112:1
 120:3 206:20
 222:12 304:7
average 62:6
 98:25 110:22,
 25 204:2
 239:20
avoid 227:21
 286:15 326:4
aware 9:1,2,
 10 32:11,15,
 18 37:9 39:3
 42:19 45:18
 49:24 59:17
 65:1 66:5,7
 71:17,19
 72:23 79:18
 82:2 97:22,24
 104:18 112:8
 122:4,13
 128:17
 132:17,21
 142:6 166:22
 176:19 177:24

192:12
200:16,22,25
242:6 262:25
267:15 269:9
275:8 281:21
287:5,6,7
295:17,24
302:8 303:4
310:20
323:10,14
**awareness**
112:9 143:4
145:14
**away** 94:16

---

**B**

**back** 10:20,21
20:11,22
48:11 54:10
64:17 65:22
75:23 98:2
110:8 113:14
119:8 124:3
132:13 138:23
141:21 142:4
162:2 173:6
186:8 192:20
207:13 239:15
253:3 268:7,
20 269:2
283:19 288:24
**background**
10:10 49:14,
21,23 50:17
52:9,19
53:14,25
54:6,9,12
55:3,9 56:25
57:8,23 58:9,
21 59:11
60:14,17,20
63:1 65:16,
17,21,23
66:1,2,9,11
67:23 306:5,
6,11
**bad** 76:8
162:13 303:15

305:4 313:11
**badger** 24:1
**Bal** 177:5,14
178:14,17,22
277:16
**Banco** 213:25
**bank** 61:12
173:4 182:11,
14 213:25
**banks** 173:1,3
**banned** 58:24
59:1,8,25
**banners** 93:4
**banning** 59:23
**Barcelona**
9:21 12:21
48:11,14,15
87:20 88:2
**barometric**
60:2
**base** 63:20
67:25 104:11
213:20 271:1
312:20
**based** 26:5,7
39:10,13
46:14 48:4
54:9 60:24
62:11,12,13
63:16,18
66:14 72:16,
21 73:23
78:18 85:14
89:13 91:9
95:17 96:17
98:6 101:2
104:14 109:23
112:9,22
114:13 138:25
150:14 156:2,
22 188:25
189:25 191:3
196:15 201:21
206:7 221:9
246:9,11
249:12 253:19
256:14 262:12
263:5 264:4

265:10 272:15
273:10
274:12,16,17
276:18 287:17
288:2,3
289:16 296:20
304:14 306:14
311:23
312:16,21
318:16 322:14
324:11 325:20
**basic** 7:13
239:11 251:25
252:1
**basically**
156:15
**basing** 271:6
304:22
**basis** 17:21
239:22
**Bates** 187:24
222:7,9
**Beach** 16:12,
14,23 36:6
57:12 76:14,
15,17,19
78:8,12,14,23
82:8 85:25
99:21 107:5
108:1 115:3
132:6,8,18
137:20 144:21
148:21,22
163:9 165:21
168:12 175:3,
6 176:25
177:5,7
178:14,17,22
179:22 180:4,
10,12 181:20
185:25 187:8,
25 188:16,20,
22,25 189:6,
11,16,17,18,
19,23 190:2
192:1,9
194:4,10
214:23 241:12
242:20 249:20

264:11 270:10
272:7 275:14,
16,19 276:14,
17,25 277:4
280:7,10,20
291:24 296:13
299:15,22
300:2,6,8,12,
21 301:23
302:5,10,12,
16,18,24
303:9
**Beach's**
279:24 280:13
**bears** 41:18
**because** 18:17
22:8,20 23:3,
20,22 24:9
32:13 33:4,10
35:6 42:3
44:17 50:23
53:22 65:11,
15 66:18
68:4,14 69:23
72:3 74:10,21
76:7 78:10
80:2 82:16
84:6,13,15
85:3 86:13
88:5,6 91:21
97:24 101:17
102:6 104:12
105:22 109:10
111:17,23
113:18 114:23
116:6,19
119:6 123:9
125:4 128:24
129:4 131:13
132:10,22
134:2 139:15,
17 140:16,21
142:4 148:8
151:7 152:2
153:16 155:1,
19 160:8
166:8,25
167:20 169:21
171:5,24

180:18 184:22
186:10 189:23
194:3 195:22
200:7 202:2
207:17 210:2
219:16 220:2
226:5 228:11
230:24 231:7
233:7,19
235:16,25
240:15 249:4
252:14 253:2
254:9 257:4
270:6,21
271:8,19
274:1 275:25
276:5 277:4
280:21 282:22
285:12 286:9
290:9 292:3,
23 297:2
301:19 303:3
304:1,6
305:18
310:23,25
314:10 315:22
318:2,10
321:22 323:24

**become** 132:25
187:16 200:22
221:12 279:17

**becomes** 97:4
231:14 262:4

**been** 6:11 7:3
9:2 10:8
12:14 22:23
28:9 48:4,11
51:6 74:17
75:5 80:3,5,
10 81:16
84:3,14 86:17
87:5 101:9
102:15 113:11
118:17 123:10
133:12,15,20
134:6 135:25
136:4 139:17
140:25 141:4
142:15,16

156:6,9 157:2
163:19 164:13
166:20,23
167:3 174:12
185:6 191:24
192:8 195:5
208:20 212:14
213:6 214:1
216:20,24
217:22,23
223:1 224:1
226:2 232:6
233:8 242:13,
14 249:4,10
252:13,15
262:24 267:6,
22 268:17
271:14 272:1
286:22 288:8
289:16,18
297:4 306:24
315:1,12,22
316:22 317:22
320:3,17
321:1,2

**before** 6:1
7:4,9,11 8:5
11:9,25 12:21
13:2 16:19
19:12 31:12
34:8 36:7
37:9 41:19,20
43:7 44:8
48:13 49:15
51:12 52:18
55:18 57:17
62:1 64:13
65:24 66:12
67:22 72:22
81:8,24 82:9
84:18 86:2
88:20 98:16
100:9 102:20
106:14 107:8
110:5 116:2,
15 129:6
131:24 132:3
144:8 150:4
153:14

164:12,16
170:8 172:8
173:16 183:24
186:1 187:17
188:11 195:10
196:13 198:17
199:3,4 202:4
205:6,25
206:23 207:7
208:2,20
209:15 211:7
215:17 220:14
227:6,8
231:23 232:9
235:17 236:17
241:20 242:23
244:23 246:21
247:1 251:20
252:8 264:13
265:15
273:12,15,24
278:6 279:5
282:12 283:12
291:20,21
293:22 305:2
306:10 313:10
318:5,11
326:13

**beginning**
112:12 194:4
204:18 207:13
236:16 325:17

**behalf** 9:11
32:22

**behave** 170:17

**behavior**
73:18 85:14
91:1 104:2
170:18 207:9
233:18,25

**behaviors**
170:12

**behind** 74:21
88:17 110:3
123:18 239:11
276:15

**being** 7:3
8:17 21:21
62:25 114:15

120:10 123:25
132:21 138:20
232:1 246:15
248:14 252:18
272:11 292:15

**belief** 290:10
306:14 320:13
327:3

**believe** 20:4
31:21 35:11
38:8 53:16
55:7 65:20
74:8 94:21
109:17 119:13
132:9,22
152:4 154:13
155:6 180:3
194:2 200:5,
6,12 262:9
270:4,8
298:10 320:2
324:23

**believed**
211:11

**believes** 74:9

**belong** 191:22

**belongings**
191:20

**belongs** 122:8

**below** 62:5,6
207:6

**beneficiaries**
30:9

**benefit** 44:3
67:17 182:21
211:14

**besides**
140:13 146:9
266:19

**best** 38:24
72:12 78:22
121:20 215:13
226:18 231:7
237:4 306:9

**better** 36:13
100:23 109:2
147:19 161:7
182:11,14

308:21
**between** 12:20
14:2 30:17
33:16 45:7
80:25 85:11
110:16 163:17
178:10 182:13
184:16 204:22
215:22 232:11
250:21 253:23
268:12
271:13,21
278:15 306:4
307:14
308:14,24,25
309:15 318:10
**beyond** 50:12
65:2 80:8
109:11 112:12
130:21 132:24
181:3 207:8
219:6 231:10
242:6 244:8
264:1 295:20
303:17 320:2
**bias** 227:21
**biases** 169:22
**big** 63:22,25
72:3,4 89:15
116:20
**birth** 6:23
**bit** 13:21
33:6 56:8
69:24 90:2
105:13,23
119:22 134:1
189:9 238:14
**blank** 309:19
**blasts** 253:9
**BLAVIN** 24:10
141:13 157:25
**block** 100:17
233:1
**blockage**
231:24
**blocked**
163:19 202:2
231:19,22

233:5 256:14
307:2
**blocking**
201:21 202:1
**blog** 166:3,4,
9,17 167:11,
17,23,25
168:3,5 169:5
184:2 185:4
216:18 218:11
223:1
**blogspot@**
**airbnb.com.**
166:12
**board** 202:14
231:18 232:1,
3,8,9,10
**bold** 243:10
**bona** 49:15
**book** 76:7
77:4 81:14
82:3,15 83:9
84:4,7,9,21,
24 85:3,8,11
86:15,16,22,
24 87:3 97:5
99:6 108:11,
13,18 148:19
167:7 176:11,
14 202:20
203:18 209:22
224:9 229:14
262:5 312:19
313:2
**booked** 93:20
94:15 101:9
106:19,20
107:2 108:18
205:10 212:20
306:21
**booking** 30:20
34:25 61:7,
17,23,25
68:25 70:15
72:22 74:10
77:9 83:2,8
84:12 85:4,6
87:20 90:6

98:21 99:8
106:17 107:1
108:11
116:12,22
117:2,13
149:9,10,12
160:1 161:22
162:17 174:14
176:21
202:20,23,25
203:11 204:4,
24 205:19
206:9,13,14
207:5,11,16,
19,22 208:2
209:1 224:12
227:15,23
228:1,18,21
229:17,19,22,
25 231:3,10
232:15,19
305:16 308:15
**booking's**
110:19
**Booking-**
**enabled**
206:24 207:1
**booking.com**
75:18
**bookings** 83:3
95:3,6
200:21,22
208:8
**books** 76:8
**Boston** 26:6
99:6,9
**both** 70:12
75:18,20
86:25 190:18
210:14,17,18
276:10
**bottom** 35:16
166:11 184:3
325:5
**Boulder**
242:25
243:24,25
244:1,11,14,

21 245:24
246:8,9,16
282:8,21,22
**bounce** 313:13
**bound** 217:6
218:4,6
297:15,21,22
**boundaries**
95:17
**box** 96:10
234:24
309:19,23
310:5,17
311:4
**boxes** 218:14
**brand** 81:21
92:20 121:16
217:19
**Brazil** 14:4,6
15:9 25:20
310:24
**break** 7:16
24:8,10,11
64:6,8 97:13,
14 119:16
134:15,16,18,
20 135:9
150:4 182:15
210:11 214:15
240:5 278:22,
23,25 284:23
**breakfast**
77:6 152:25
**breaking** 42:3
163:18
**breaks** 33:14
**Brickell**
46:25 47:3
**briefed**
157:2,4
267:22 271:15
**bring** 11:20
18:13 157:23
213:13 238:1
**brings** 42:4
**broad** 104:11
153:19 182:17
222:1 239:20

**broader**
153:23 310:14
324:21
**broker**
230:16,17
**brought** 32:13
47:15
**Bryan** 167:15
**BTR** 290:18
**build** 14:22
16:3 22:22
80:19
**building** 28:8
158:14,16
159:5 160:5,
6,20,25
161:10,13,20
295:7
**buildings**
46:7,11
158:12 161:6,
7
**builds** 15:11
16:1
**built** 21:1
28:7 71:18
190:1 277:9
303:21
**bulletin**
202:14
**bunch** 74:4
101:2 109:16
190:5 261:13,
14 267:1
280:4
**burns** 38:5
324:20
**business**
10:5,18,24,25
11:2 12:12
15:9 22:16
30:14 56:1
77:19,22,25
78:11 116:3
121:13
122:20,22,23
126:14 139:4
153:18 191:23

205:23 214:11
268:10 281:25
284:12 285:25
289:20 307:24
312:9 320:4
**businesses**
162:23
**but** 6:7 7:19
10:20 13:15
14:21 17:17
22:3 27:16
28:21 30:11,
24 31:4,21
32:5,13 33:1,
11 39:25
42:24 45:11
48:8,18 50:6
51:20 52:15,
25 53:8 54:5,
24 55:9 57:4
59:5,7 61:11,
15 62:18,24
65:20 67:21
68:16 69:4,7
71:9 72:12
73:10,25
74:21 75:1,7
76:6,11,13,16
79:9 81:10
83:3,20 84:2,
14 85:19
86:25 87:5
89:6,11,25
91:2 92:18
94:21 95:12,
20,22 97:10
100:17 101:1
102:1,8
103:6,16
104:19
105:18,23
108:22 109:6,
9,10 110:6
112:9 115:22,
25 116:11
119:12 121:19
122:7 126:4
127:6,17
128:2,16,22

129:13,19,24,
25 135:2
137:17 140:5,
15,20,25
144:1,7 145:8
146:8 147:17
148:19 150:6,
12,17 151:13
153:7,17
155:10
156:13,17
157:4,16,19
161:2,8
162:24 164:3
165:23 166:14
169:6 171:4,
22,25 172:21,
23 173:3,7,15
175:8,23
177:2,17,21
178:14 179:13
180:11,14
181:1 183:15
184:6,9
186:12 187:7
189:5 190:11,
22 192:3
193:4 195:9,
14 196:10,24
197:18 199:11
200:5 201:2
202:16 204:18
205:12,14
207:12 209:8
210:4 212:12
213:24 214:8,
25 217:7,19
219:18
221:10,24
222:21 223:14
224:11 225:3
226:4 227:15,
19,20 228:6,
7,14 229:6
230:12
232:10,25
233:6 234:10
240:14 241:2,
22 244:5,8

246:21 247:4,
11 248:11
251:9 252:5
258:11,13
259:8,12,20
260:8 261:9,
25 262:2,3,6,
20 263:14,23
266:3,13
271:14 274:16
277:4 281:10,
18 285:15,23
286:6,24
289:12,16
297:15 302:9,
12 303:6,9,15
304:5 306:1,
14 308:22
309:2,15
310:20 315:3,
5,24 318:13
319:2,24
320:14 321:13
324:2,23
**button** 187:22
280:19
**buy** 211:5
213:1
**by** 6:14 8:4,
12,17,24 9:7,
8,17 10:21
13:22 14:10
16:18 17:23
18:3,24 19:18
20:9,23
21:16,19
22:12,25
23:12 24:4,19
25:10 30:8
31:7 34:8
37:17,25
38:16 40:3,
16,19,24,25
41:3,9,12,17
42:12 43:10
44:24 45:3
46:12,18
47:5,14 48:24
49:2,3 51:9,

17 52:19
53:20 56:21
57:8,16
59:13,16,21
60:11,22 61:1
63:11 64:12
68:8,15 72:6
73:10,25
74:1,3,23,24
75:1,5 76:4
80:10 81:5,18
82:6,13
85:15,23
92:12 95:8,25
96:21 98:15,
24 99:13,18,
24 101:2,15
102:18,24
105:14,25
106:16 107:7,
25 109:21
110:1 111:10,
14 112:3
113:3,8 115:5
118:1,14,24
120:1,18
121:14
122:10,21
123:19,21,24,
25 124:7,20
125:14 126:3
127:7,16,24
128:18 129:12
130:7 131:3,
19 132:15
133:5,16
134:5,10
135:13 136:12
137:3,24
138:12,20
140:12 141:16
142:5 146:22
147:4,15
148:3,18
149:1,5,18
151:18 152:4,
22 154:4,7,18
155:8 158:5
159:8 160:13,

14 161:1,11,
16 162:15
163:12,23
164:8,15
165:19
167:15,16
168:11 169:14
171:16 172:2,
22 173:3
174:7,13
175:2,25
179:2,7,15
180:18 181:5,
14,15,22
182:8,18,20,
23 183:23
184:4,17,19
185:24
186:15,18,23
187:5 190:4,
13,24 191:25
192:19 194:5
195:12,18
197:10 202:24
204:6,7
206:6,21
207:14,21
209:1,7,8,14,
22 210:5,13,
23 211:6,23,
25 212:7,14
213:10 214:20
215:1 217:6,
18 218:4,6
219:22 220:7,
18 221:7,10,
18,21 222:14,
24 223:20
224:18 226:1,
12 228:25
232:4 233:11,
12,13,16,24
234:5,10,19
235:7,13,21
236:23 237:5
238:10,25
239:9 240:23
241:7,8
242:8,18

243:18 244:10
246:3 247:3
248:12,18
252:12 253:12
254:13,21
255:12,16,17,
22 256:1,9,24
257:10 258:1,
12,20 259:10
260:19 261:1,
21 262:4,22
264:2,10
266:6 269:2,
8,19,22
270:18 271:3,
9,17 272:9,22
273:13,19,20
275:13,22
276:8 279:10
280:1 281:5,
24 283:22
284:21 286:5,
16,20 287:4,
21 288:25
289:8 290:2,
8,14 291:1,
12,18 292:12,
19 293:1,10,
14 294:25
295:5,15,25
296:5,11,24
297:9,14,15,
20,21,22
298:1,16
299:5,12,20,
25 300:10
301:3,4,22
302:1,3,11,
20,23 303:18
304:20 305:1,
6,21 306:13,
23 307:23
308:15,18
309:1,7,9,12
310:15 311:9,
14,25 313:14,
23 314:4,14
315:20 316:8,
13,21 317:7

318:7 319:1
320:11,24
321:5,18
322:11 323:20
324:11,14
325:18
326:14,20
327:2,10,14,
18

**By-laws**
160:25

**bylaws** 160:25

**bypassable**
232:22

---

**C**

**C3b** 294:13,25

**calendar**
109:14 234:2
243:19 307:2

**California**
192:7

**call** 11:15
16:14 35:25
64:23 69:11
158:11 159:1,
12,13 161:12,
16,17 162:9
222:5 263:17
316:5

**call-out**
198:1

**called** 9:2
95:14 101:20
161:5

**calling**
158:24

**calls** 159:1
162:16

**calm** 135:10

**came** 18:18
44:2 56:4

**camera** 210:24

**campaign**
114:13

**can** 6:15

7:10,12,19
11:6 13:21
15:7 17:15
19:14,23
20:22,25
21:17 22:6
24:22 25:12
26:1 30:15,
16,17,20
31:23 34:11,
21 35:10
36:12,21
40:17 42:9
49:10,11,13
50:25 53:10,
17,18,21 54:2
56:10,12
59:10 64:6,17
65:11 67:22
70:21 73:7,20
74:9 77:14
80:15 82:17
83:1,3,13,16,
19 84:2,7,11
86:20 87:3
90:25 91:20
93:3 95:14,22
96:1,5 97:3,
6,7,19 100:25
101:3 104:4
105:21
106:22,23
107:2 108:17
112:20 118:5,
25 119:23
121:12 125:21
126:16
127:14,15
131:12 132:25
133:17 134:22
135:9,24
138:14,22
141:13 143:1
147:10
148:16,25
150:24
151:12,19
152:17 153:5,
22 154:11

157:16 159:6,
7,24 162:9,
10,11,12
163:5 164:1
166:14
171:14,17,18
174:6 180:1
182:3,15
183:9,11,15
185:16,20
186:25 189:2,
4 191:10,13,
18,19 192:13
194:6 195:2,
23 199:13
201:8 202:15
203:2 204:24
205:11,15,16
206:6,8
207:3,6,13,
17,25 208:1,
3,11,25
209:2,6,15,
16,18,23
210:23 211:3
214:15 220:13
222:10 224:8,
18,19 226:14
227:14
229:20,22,23
230:1,4,11,
15,25 231:7,
8,11 232:15,
19 236:20,21
237:4,6,10,
12,16,17,18,
21 240:5
246:17,18,21,
24 247:13
249:22 251:2
256:14 258:2,
22 259:4,9,
22,23 260:1,
14 261:22
262:17 263:2
265:18,24
266:10,11
267:8 270:2
274:15,16

276:10 280:2,
8 289:3,11
292:25 293:15
294:22 295:2,
11,21 296:1
299:11
302:13,21
303:9 305:14
307:21 308:5
309:14 311:4,
17 312:18,19,
24 313:1,2
315:11 316:5
321:6,13
323:18 324:9
325:16 326:21
**can't** 23:23
30:11 31:4
66:10 79:1
97:24 115:21
120:25
140:15,17
161:21 199:17
230:21 236:2,
3 257:2,3
261:6 263:22,
23 280:12
283:8 292:23
303:9 304:1
305:9
**Canada** 27:22
28:3
**cancel** 84:2,
13,17 85:5
106:21,22
107:2 108:24
202:22 203:2
205:15,16
207:3,4,6,17
208:3,9,12
209:15,16,19
210:1 228:21
229:21,22,23
230:11
**cancellation**
162:12 163:4
164:13 207:23
209:13
228:19,22

229:18,20,24
230:2,3,7
**cancellations**
163:1,5
164:10
**cancelling**
207:20
**cancels** 34:16
164:4,11
209:11,12
**cannot** 56:11
89:11 119:14
144:16 146:5
154:3 158:25
187:20 219:25
238:23 254:20
257:6 258:10
262:7 270:17
274:21 275:25
295:17 301:18
305:5,13
312:18
**capabilities**
90:12 205:1
237:13
**capability**
221:4 226:15
**capacity**
151:23 257:4
**capitals**
124:11
**captions**
113:6 236:21
**care** 76:16
**Caribbean**
25:21 26:17,
18,19
**carried** 176:3
**carve** 20:14
178:14
**carve-outs**
37:7
**carveout**
285:9
**case** 15:9,11,
13,17,19,22
16:3,12,15,23
17:3 25:5

29:24 30:8
66:13 85:6
94:17 101:17
112:2 132:18
143:12
152:13,14
160:9 163:4,6
171:24
172:12,20,24
174:3 177:18
183:2 188:23
200:14 206:6,
7 207:2,19
249:11 254:25
255:15,19
262:11 269:7
270:1 271:1
281:1 293:8,
10 302:25
305:8 312:9
320:7 323:4
324:17
**cases**  14:22
15:7 16:1,4
65:1 127:2
130:21 159:22
172:13 192:12
203:10 323:3
**cash**  37:5
**Catalan**  87:21
**categories**
35:22
**cause**  6:3
**caused**  34:22
37:17 323:16
**CDA**  295:12,14
**celebrating**
116:24
**center**  64:2
66:16,23 68:4
163:17,20
164:7
**central**
14:10,19
**certain**  50:23
62:5,6 73:19
83:3,15 89:7,
9,25 106:7

120:4 122:4
131:13,22
137:22 140:25
148:9,21
149:1 164:16
170:11,12
196:20 201:22
225:2 236:15
256:14,16
260:9 264:17,
20 274:18,24
275:10 276:1,
5,16 278:11
292:4
**certificate**
282:2 284:13
285:1 289:21
327:22
**certification**
307:25
**cetera**  75:13
194:9
**Chad**  20:4
24:3 42:11
134:3,19
135:6,11
141:22 292:22
**Chad's**  158:4
**chance**  14:22
20:24 56:6
86:19 90:15
108:24 206:1
226:9
**chances**  85:3
125:20
**change**  10:12
83:19 86:20
97:3,17,22
106:18 110:7
114:1 194:7
211:17 253:2
280:22 296:17
297:4 312:17
313:12 314:5
319:24 321:7
322:4,12,17,
21 324:11,19
**changed**  31:2,

18 103:21
104:6,16
105:13,22
106:7 116:5
169:18 211:16
313:4 321:24
323:15
**changes**  72:20
97:11 98:6
109:3 127:3
186:24 296:21
297:2 312:5,6
314:25 318:24
320:5 321:25
322:15 325:1
**changing**
55:22 87:4
106:20 127:4
194:5 296:21
320:5,7
321:22 322:2
**channel**  92:20
**channels**
73:21 90:8,15
92:6,17,23
145:13 171:17
**characters**
201:22
**charge**  14:12
34:2 43:15,16
44:13 45:17
46:2 52:24
53:2 63:8
78:16 115:23
116:18 121:2
168:3 181:12
183:1
**charged**  10:8
33:18 72:15,
18 112:14
114:15
**chat**  171:18
**check**  49:14
52:9,10,19
53:14,25
54:6,9 55:10,
17 58:21
59:11 60:8,

14,17,20 63:2
65:17,22
66:1,2 67:23
89:1,9 114:7
224:13 257:4
279:22 306:7,
11
**check-in**
30:22 34:21
61:14,24 62:1
68:24 69:1
72:22 160:4
164:12,15
203:15 204:8
**checked**
234:13,24
**checking**
34:23 89:3
97:21 98:8
**checks**  49:21,
24 50:17
52:10 54:12
55:3 57:1,8,
24 58:9 96:10
**Chemical**  9:23
**Chesky**  167:15
**Chicago**
143:23,24
145:3 146:7,
10 196:6
239:2,4,12
240:4 241:2
272:13,18,24
273:13,16
274:5,7,10,
17,20 276:3,4
277:24 278:2,
10 279:13
280:14
284:17,24
285:5 311:11
314:1,5,15,16
315:9 319:16,
20,21,22
324:18
**choose**  50:25
67:6 83:5
113:5 191:18
202:20 236:8,

24 237:7
chooses 96:2
chosen 210:5
circulated
141:10
circumstance
323:14
circumstances
164:22 165:6
cities 55:22,
25 71:2,3,5,
12,13,22
80:20 123:12,
15 124:13,16
128:3 132:25
135:25 136:20
146:3 158:3
175:9 196:6
238:15,20
244:24
245:17,21
247:13 248:19
274:1,24
282:8 310:10
Citizens
182:11,14
city 7:22
16:7,12,14
36:5 56:5
57:12 71:19
77:7 80:18
81:6 82:8
85:24 91:5
99:21 107:4
108:1 115:3
126:1 135:17
138:11,21,23
139:1,8,20
140:22,24
142:21 143:6
144:1,3,5,14,
15,20 145:4,6
147:3 152:12
153:20,24
155:8,10,18,
19 156:5
163:9 165:20
168:12 174:4
175:3 179:22

181:20 185:25
193:17 194:6
214:23 239:14
242:19 243:25
246:5 249:20
250:5 253:23
254:12,14
255:2,4,12,
22,23 257:2,7
264:11,17
265:17 266:25
268:2,7,12,20
269:1,2,14,18
270:4,10,15,
21 271:13,21,
23 272:6
274:5,12
275:24 276:9
277:24 278:6,
15 279:12,13,
21,24 280:3,
10,12 285:17
286:16,23,25
287:4,8,10,14
289:14,20
290:15 291:2,
23 303:17
307:23,24
317:15
324:17,22
325:24 326:7,
10
City's 290:15
City-issued
270:1,3,5
271:1,4,5,7,9
281:23,25
282:1 284:12
285:25 286:9,
14 289:13,15
290:3,10
325:22 326:3,
6,13,16,22,25
civ 16:13
claim 42:4
clarification
35:19 259:2
clarify 13:21
19:23 24:22

140:7 141:19
146:3 150:22
152:17 164:6
257:24
clarity 147:1
classes 10:3
Classic 324:2
clause 327:8,
11
clear 21:4
33:7 35:8
53:24 60:10
105:19 111:10
125:9 147:13,
16 156:9
163:22 164:3
181:7 183:16
185:20 239:16
240:17 241:12
248:22 259:25
281:20 284:23
300:9 310:11
317:21 320:23
321:6 327:3
click 43:11
204:5 220:12
280:19
clicked 39:23
clicks 233:20
client 17:20
18:6,21 123:8
close 200:14
239:25
co-founder
167:15
coaching 20:5
code 112:12
128:21 129:1
159:24,25
160:3 192:7
193:21 194:6
196:18
233:21,22
241:13 243:25
274:12,18
275:21 276:9,
18,19 311:5,
7,10,17

codes 276:16,
21 311:6
coexist 34:11
Coke 324:1,2,
3
collect
70:21,25
126:13 127:13
130:23
173:14,24
175:5,8,20,22
176:15 180:22
collected
68:23 71:23
126:20 176:21
179:10 203:13
204:3,6
collectibles
37:5
collecting
68:23 69:9,12
126:22 127:10
173:10,14
230:19
collection
123:15 124:16
155:12,14
178:10 179:6,
15 180:14,16,
17 181:10
204:18 249:25
collections
71:11
collective
17:22
collectively
72:1
collects
61:24 71:6
176:18
college 9:18
10:11,24
12:23
color 236:14
com 201:23
combination
223:24

combined
  176:4
come  45:9
  64:17 66:1,22
  68:3 84:16
  111:6 112:24
  136:11 155:2
  162:1 170:24
  237:25 271:13
  322:4 323:24
comes  12:12
  14:11,25
  32:12 33:11
  34:5 65:22
  66:9 68:13
  73:21 79:22
  80:4 83:14
  88:15,22
  101:11 104:9
  110:3 121:10
  132:8 135:17,
  19 148:5
  174:5 207:2
  223:4 231:8,9
  268:7 269:2
  272:2 275:6
  286:11 295:8,
  19 296:23
  302:17
  311:18,19
  312:7
comfortable
  83:13 97:3
  153:24 206:16
coming
  100:21,22
  132:19 152:11
  160:11,14,15
  226:21 228:3
comment  79:1
  119:14 194:2
commitment
  167:6,7
  170:16 198:17
committed
  273:1
committing
  153:21

common  133:7
communicate
  30:13,22
  208:18 227:15
  232:7
communicating
  208:20
communication
  17:19 93:21
  97:5,16 99:7
  124:23 140:17
  165:24
  174:11,13
  214:2 218:16
  219:4 263:10
  308:3,10
communications
  87:14 99:8
  106:23 140:2
  174:2 185:3
  209:4 213:9,
  12,19 231:6
  271:13,20,25
  286:23 287:5,
  7
community
  35:8,12 38:21
  49:13 55:8
  57:2 62:14
  63:15 66:16,
  17,20,23
  67:18 68:1,4
  86:5 101:18
  103:7 143:3
  155:7 167:5
  169:17,24
  170:5,15
  198:17
  208:23,24
  219:4 230:21
  239:21 250:2
  275:11
  277:14,17
  279:14,15
  280:24 301:21
  312:23
companies
  39:8 104:3
  121:16

213:19,21
company
  10:13,17,21
  11:10 12:25
  33:2,4,19
  45:14 47:6
  69:4,5,8,13
  71:20,21
  135:19 153:25
  191:23 206:7
  219:23 311:1,
  3 324:3,7
company's
  260:5 290:10
comparable
  281:1
comparables
  95:18
compare
  313:20
compensate
  33:25 34:22
  38:15
compensated
  84:18
compensation
  30:10 34:19
compete
  231:23
complaining
  64:21 66:18
  224:1
complaint
  68:4,14
  172:21 293:8,
  10,16,22
  294:10,23
  295:8 300:19
complaints
  311:18 312:2
complementary
  154:1
complemented
  180:1
complete  10:6
  19:6 61:8
  72:2 90:6
  91:5 99:7

138:18 146:5
  181:2 194:7
  196:17
  199:15,20
  206:23 224:17
  233:8 241:3
  261:24 262:7
  263:3
completed
  65:24 66:11
  67:23 160:1
  199:18 233:9
completely
  206:19 313:16
complex  79:18
  122:15 130:16
  131:1 211:15
  222:1 253:20
  255:10 270:15
  290:23 310:25
  312:10
compliance
  121:25 123:13
  124:14 143:5
  145:15 147:1
  157:21 158:3
  161:3 173:9
  239:20 250:3,
  6 251:25
  253:11,18,24
  255:13 279:22
  292:3 293:4
  297:22 299:19
  323:5
compliance-
related  323:3
compliant
  137:20
  147:14,17
  279:14,18
  296:15 297:19
  326:4
complied  66:3
  169:14 283:23
complies
  125:16 126:6
comply  120:7
  123:1 147:12

150:11 151:24
152:5 157:12
158:1,9 254:5
275:17 280:12
282:10,18
301:10
**complying**
117:14,20
120:11 277:6,
7,8 279:12
280:13 299:15
**component**
130:18 215:25
**comport**
253:17
**comprehensive**
92:17 180:1
197:9
**compromise**
316:3
**concerning**
181:10
**concert** 77:2,
7 313:3
**conclusion**
66:22
**conditions**
42:16,21
198:1,12,14
230:24 238:3,
12 252:3
302:22
**condo** 160:24
**conduct** 53:14
**confer** 7:17
**confidence**
226:18
**confidential**
21:20 135:23
**configuration**
73:22
**confirm** 30:20
66:10 97:24
108:12 123:4
173:9 201:15
209:1 212:25
224:12 270:5
305:13

**confirmation**
61:13,25
169:21 172:19
202:5,16
208:14 226:6
278:6
**confirmed**
84:13 178:12
186:16 202:21
205:13 209:23
228:2
**confirming**
85:4
**confirms**
289:14
**conflict**
163:17 229:25
**confused**
86:13
**confusion**
162:11
**Congratulation
s** 28:15
**connect**
183:18 208:23
226:19 231:1,
2 303:3
**connected**
226:8
**connecting**
109:12 184:14
**connection**
16:22 18:25
19:19 20:12
21:5 47:24
92:5 182:22
187:20 293:25
294:6
**connects**
159:4 230:18
**conscious**
136:17
**consensus**
15:4,5
**consequence**
233:18
**consequences**
203:8

**considerations**
132:10 280:25
**considered**
289:15
**consistency**
209:10
**consistent**
13:14 82:22
123:16 124:17
154:13 188:3,
23 198:2
210:4 224:25
236:10 241:2
**conspicuous**
282:16
**constitutes**
222:2
**Constitution**
295:22 296:2
**consultant**
10:13
**consumer**
324:3
**contact**
161:21,22
162:2 171:17
208:25
**contacted**
159:8
**contacts**
64:20 223:25
**contain**
293:18
294:11,23
303:1,2
**contained**
35:22 44:18
259:21 309:4
**content** 13:6
14:8,16 17:5
18:10 22:14
40:9,14,18,
19,21,23,25
41:7,8 44:22,
23,24 45:2
49:16 52:1,5,
7 57:10 79:24
88:15,19,22,

23 90:13,16
92:20 109:2,
6,15 113:7
122:5 167:12,
13,14,18,19,
21,22,23,25
169:22,23
202:2 210:15
211:24 212:1,
6,12,13,22
214:7 222:11,
13,18,22
223:6,8,13,
15,21,25
224:4 225:2,
4,7,9 233:5,
11,16 236:18,
23 247:18
256:13 259:5,
6,14 295:19
**contents**
21:13 32:12
88:21 100:18
**context** 68:11
177:6 246:7
250:5 297:3
318:21
**contextual**
95:8 100:18
**continually**
169:6
**continue**
116:21 117:8
118:21 188:21
191:16 303:11
**continues**
120:12 151:8
**contract**
12:19 155:15
210:25
**contracted**
211:7
**contraction**
308:24
**control** 49:6
52:14 87:6
95:15 97:19
200:1 259:7

controlled
14:10 95:8
controls 96:3
103:25 107:19
110:4 206:15
convention
176:7
conversation
22:8,10
122:12,14
133:19 226:20
255:16 273:11
274:4 310:14
312:6 318:10
conversations
32:12 80:3,6,
7 122:5 123:9
132:24 134:7
136:7 139:17
140:16 150:6,
7 226:22
242:13 275:5
304:25 315:22
322:14 324:22
conversion
85:2 104:12
304:9 305:15,
16 313:13
321:17
conversions
322:15
convert 74:9
305:16
convicted
62:18
cookie 90:21
91:9
cookies
90:17,24 91:2
92:4,7
COOPERATED
124:13
cooperating
123:12
cooperation
174:5
coordinated
38:22

coordinating
38:22
coordination
14:13
copy 16:11
copy/paste
104:8
core 30:14
109:12
145:11,12
208:21
corporate
55:11
corporation
72:4
correct 16:11
34:25 37:21
39:16 53:9
57:5 68:17
75:9 86:15
96:11 102:5
103:11 104:24
110:10,13
115:19 120:5
128:18 170:19
175:16 177:22
179:4,16
180:19 181:16
182:10 186:20
192:8,23
216:11,16
217:19 220:15
221:13 224:5
235:14 247:8
248:8,15
256:14
257:20,22
258:7,16
260:10
261:15,16
265:3 282:25
283:10
284:11,19
297:16 299:22
300:2,13,16,
21 301:5,23
302:16,24
309:21 311:7,
11,15 314:20,

23 323:2
correcting
279:13
correctly
166:25 187:10
corridors
121:11
cost 115:16
116:2 147:5,
12,24 296:23,
25 297:1
312:7
cost-neutral
114:19 115:25
costs 35:2
116:7 312:2
could 15:14
32:4 45:11
66:11 71:21
78:5 84:17,18
86:25 89:19,
23 93:2
100:22 121:20
165:3,11
172:21 185:6
201:23 246:15
247:13,16
254:19 261:9
269:5 276:11
277:1 289:15
300:7,8
310:1,5
couldn't
304:4
counsel 7:12,
17 8:12 9:7
11:14 20:25
21:7,23 23:16
24:16,17,25
35:21 150:16,
18 186:16
187:6 191:25
196:9 245:20
292:12
counter
315:24
counties
175:24

countries
43:24 44:3,5
65:12 80:20
126:25 323:8
country 13:7,
8,10 25:19,
20,21 27:21
28:3 32:25
43:22 49:21
56:25 80:17
87:19 93:14
138:1,2 165:1
300:16 302:22
303:10
Country-level
317:18,19
County 175:20
176:1,13,15
177:1
couple 10:14
46:11 47:15
138:14 156:18
211:19 214:2
250:7
coupled
138:16 239:19
265:16 285:16
288:1
coupon 206:4
214:3
course 18:12
54:10 110:6
157:18
court 6:5
18:14 124:7,
20 132:15
134:24 207:14
cover 15:20
37:5,17,20,24
47:18 100:2,7
215:3
coverage 30:8
36:25 37:7
38:2 44:1,4,5
46:24 72:4
211:3 231:8
covered 33:12
40:3 42:20

43:1,4,12,24
**covering**
13:18 93:12
**covers** 36:20
**coworking**
47:4,6
**crazy** 324:4
**create** 49:10,
17 68:2 87:13
88:23 90:18
137:19 145:14
159:6 164:18
186:4,6
188:6,9
190:19 226:18
237:18
246:17,24
247:11,21
312:8,20
**created**
40:24,25
44:23,24
73:25 74:1,3,
5 75:1,5
104:24 105:9
142:3,16
169:22 191:8
210:23
211:23,25
224:18 226:1
230:25
233:12,24
234:5 236:23
246:6,9
313:12
321:15,24
322:1
**creates** 40:19
324:19
**creating**
49:7,8 186:17
194:19 246:19
**creation** 52:5
262:2
**crime** 10:8
62:18,25
**criteria**
109:24 110:1,

2 148:23
149:1 240:3
**cross-sell**
75:9,12
**CS** 171:17
**CSB** 268:3
**cured** 294:25
**currency**
323:9,12
**current** 13:14
28:6,9 169:10
269:14 281:6
**currently**
114:15 175:5
282:11 284:17
295:12 307:1
**customer**
14:24 29:14
30:6 38:20,25
39:1,6 64:20
70:11 159:18
161:15,23
162:5,9,16,
17,19,22
163:3,6
164:17 169:16
170:4,25
171:12,14
172:10 224:1
230:13 231:9
238:9 300:8
324:10
**customers**
162:9

---

**D**

**damage** 37:1,
17,21 42:19
312:12,13,14
**dashboard**
97:18 114:4,8
252:21
**data** 50:19
56:24 101:11
105:5,7 112:1
303:8,14,20
304:9,12,21

305:10,14,22,
24,25 312:22
314:9 315:11,
15 323:23
324:16,23,24
**database**
54:8,17
103:24 104:8,
21
**databases**
50:19 101:14
**date** 6:23
11:2 34:21
82:22 184:6
211:18 216:16
251:20
**dates** 74:14
104:17 164:16
**dating** 324:1
**day** 204:5
208:1
**days** 29:14
61:25 103:21
104:16 139:5
165:4 205:20
206:2 210:1
235:5 251:18
268:10 269:4
278:12
**deactivate**
62:2,4 64:16
118:16,20
**deal** 18:23
266:25
**dealing**
156:19 273:11
274:23
**deals** 115:12
157:20 244:19
**dealt** 38:17
245:23
**December**
137:21 250:17
251:23 252:9
256:10 277:6
**decide** 49:20
83:1 109:19
113:5 151:12

206:25 209:23
226:14 229:14
280:6
**decides**
229:16
**decision**
34:21 82:17
87:4 136:22
159:11 206:6
207:1 208:13
219:20,21,24
254:20 255:10
269:21 290:23
291:9 322:17,
19,21,25
324:3
**decisionmaking**
12:9 135:18
148:7
**decisions**
12:10 323:25
324:7
**declaration**
9:3 16:11,21,
25 18:7 19:1,
7,20 20:13,15
21:5,8,9,13,
18 22:15
23:17 24:7,
15,18,21,24
269:10,13
271:20,22
281:9 293:25
294:7 295:16
298:9 299:3
307:19,22
308:9,13
309:2,11,18
325:3
**decline**
202:23 203:1
**declined**
202:24
**decoration**
47:15
**decrease**
318:1 323:16

deduction
203:25
deep 32:3,13
38:11
deeper 39:25
define 107:21
159:21 205:8
232:3 237:21,
22 323:18
defined
235:22
defines
229:24
defining
153:20 161:7
273:1
definitely
44:16 53:6
72:1 75:5
81:21 91:14
97:18 101:24
103:17 166:16
167:6 189:2
244:22 277:7
291:21
definition
56:19
degree 9:24
10:23 11:6
delayed
164:20
delete 114:1
151:1
delivered
61:17 105:3
106:6
demand 95:17
121:10
Denver 244:19
department
104:24 141:10
175:23
depend 236:22
depending
34:20 51:16
59:3,7,23
61:23 139:1
163:6 205:1

229:24
depends 31:16
58:23 116:20
171:24 209:13
222:2 254:25
255:15 324:21
depiction
169:10
deployed
165:6
depo 151:16
depose 71:21
deposed 7:4
9:2 21:22
deposit
163:19
deposition
6:1 7:2,14,23
8:17 9:1
11:12 107:16
134:19,23
168:24 249:5,
18 272:24
273:25
depth 267:23
derived 105:2
106:5
derives
104:12
describe
125:22 191:11
316:10
described
96:7 134:8
183:7 224:21
323:25
describes
41:22 59:5
125:23
description
122:7 123:11
166:17 224:18
226:1,24
229:8,9 234:1
236:20
261:11,14
292:16
309:20,25

310:1
descriptions
87:16 229:11
designing
79:23
desk 160:10
detail 40:5
details 36:23
47:15 92:8
110:19 239:18
240:22 242:4
274:6 278:16
determination
59:25 60:19
84:23 219:12,
16
determine
176:2 208:1
225:23 244:19
246:15 256:20
260:14 261:6
276:21 290:18
determined
262:16
develop
123:16 124:16
development
15:1 176:6,7
214:11
develops
113:20
deviate 311:1
deviating
312:6
deviation
311:17
did 9:18,22,
25 10:2,3,6,
23 11:1,9,12,
16,18,20
12:17 13:13
14:8,16 15:2
16:25 17:4,7,
24 18:4,15,
16,17,25
19:9,12,19,22
20:3,12 21:3,
4,7,21 23:16,

22 24:5,7,15,
24 25:5 28:5
43:18 48:13
51:22 52:4
55:14 66:21,
25 67:25
69:10 98:3,18
100:8,11
107:12 139:23
140:2 143:9
155:2 168:22
200:22 211:17
266:16,19
268:13 272:14
273:12,15,24
274:5 278:24
288:4 293:25
294:1,5
303:23 306:18
308:18 319:16
322:17 326:11
327:13
didn't 11:21
17:13 46:19
82:12 85:6
86:9 106:24
113:18 119:7
127:8,9
150:18,19
197:22 216:10
218:2 240:12
246:25 251:21
263:25 280:11
287:22 289:20
297:21 305:18
306:17 313:7,
8
Diego 288:4,6
difference
14:2 80:25
85:11 215:22
236:15 250:21
differences
45:7,9
different
15:6,10 17:17
26:12,14 30:3
58:3 61:11
65:12 67:2

75:21 77:10
87:10 102:2
122:6 127:20
129:11
139:20,21
142:10 153:15
158:2,7 163:4
177:19 187:14
188:1 196:8
210:5 217:17
236:8,24
237:7 270:16
280:3 313:8
317:9

**differentiated**
167:20 177:20

**differentiation**
194:2

**differently**
93:13

**difficult**
92:2 171:23
299:10 303:1,
2 304:24
310:20 313:13

**digested** 67:3

**digesting**
67:16

**digits**
257:10,14

**diligent**
169:8 172:23

**dimensions**
101:2 109:16

**direct** 6:13
27:12,14
73:11,13
92:24 93:6
181:8 183:12
188:17 208:18
212:24,25
213:12
308:14,25
309:4,9,15
312:1

**directed**
149:20 174:9
187:13

**direction**
161:14

**directly**
80:10 93:16
121:23,24
122:2 133:11,
21 134:11
135:1 136:4
149:23 159:4,
13 187:19
208:18 211:7
255:8 263:18
268:11 286:16

**director**
11:23 13:3,23
15:23 22:1
150:20 151:22
169:1 181:9
249:9 275:9

**disable** 83:4
97:4

**disabled**
172:17 219:8,
16

**disabling**
86:22

**disagree**
118:5 150:13,
25

**disagreement**
150:23

**disclose**
127:15 270:1
281:19 285:11

**disclosed**
199:20 202:3

**discontinue**
303:6

**discover**
30:16

**discoverable**
101:1

**discovery**
75:20

**discretion**
210:6,7,9

**discretionary**
143:12,13

145:11 153:23
239:6,19
259:3,8,13
262:25 263:2
287:25 288:5
311:4 320:16,
17,25

**discrimination**
215:24 216:1
227:21

**discriminatory**
198:2,3
200:19

**discuss** 21:8,
21 23:17,22
24:5,7,8,15,
24 25:5
162:16 264:1

**discussed**
21:13 22:4
45:6 55:11
84:18 121:20
209:11 234:4
263:9 283:12
306:10 315:23

**discussing**
81:16

**discussion**
7:24 19:16
20:19 22:14
24:12 36:4
48:25 64:9
119:24 123:5
139:23 140:3,
9 141:15
150:12,14
151:17 153:24
162:20 187:2
192:16 258:23
260:23 279:7
283:16 288:21
291:11
298:11,13

**discussions**
21:18 23:15
121:25 133:7,
10,13 151:9
312:1

**Disney** 214:8

**display** 93:3
281:22 284:11
325:7

**displayed**
90:18 267:13

**dispute**
132:22

**disputing**
132:7

**distribution**
90:8 92:6

**district**
294:19

**divulge**
140:17

**do** 6:5,8 7:7,
8 11:12 13:16
15:5,25 16:25
26:12 27:6
30:18 31:7
32:9,22 33:18
34:8 35:15
37:14,18
40:2,25
42:13,16
43:18,19,22,
25 46:1,13,23
47:5,10,17
48:6,22,24
49:3,14 50:8,
10,16 51:15,
22 52:4,10
53:25 54:5,12
55:3,9 57:4,
23,24,25
58:6,16 59:2,
9,13,15,20
61:1 63:12
64:24 65:7,14
68:19 69:5,25
70:23 71:3
72:15 73:3,
10,13,16 75:3
77:24 78:12
79:20 80:1
81:12,22
86:4,9 89:6,8
90:11,21,23

91:2 92:16
93:18 94:3,5,
14 95:12
98:10,25
99:2,6,14
102:22 104:19
105:1,8,17
106:2,4
107:18 108:3,
7,15 111:5,10
113:5,6
114:22 115:6,
15,16,18,21,
23 116:22
117:3,5,9,18
118:5,8
119:16,18
120:19 121:22
122:3,10
126:10 133:6
135:25 137:10
138:7 139:13,
16 140:20,25
141:3 144:7
147:6,22
148:8 151:13,
23 154:7,22
155:3 157:10
158:6 159:14,
19 160:18
161:2 162:24
163:10 165:7,
21 167:1,3
168:17 169:13
170:6,13,20
171:1,7,20
173:21 175:8,
14 176:8,16
177:7,14,17,
25 178:6,9,17
180:3 181:23
184:24 185:2,
9 186:3
187:7,16,20
188:5,11,15
189:9 192:4
197:15,20
199:6,23
200:25 201:20

202:8 203:4
205:18,23
207:4,10
213:1,5 214:5
215:4,8,19,22
216:23 217:1
218:6,11,14,
15,20,21,23
219:7 220:1
221:24 222:16
225:22,23
229:1 231:14
237:15
238:16,20
239:10 241:8,
11,14 242:8
243:3,8,14
245:1,4,7,10
246:4 247:1
248:11,22
249:3 250:19,
21,24 253:4,
15 254:8,15,
22 255:6,11,
18,21 256:4,
18,22 257:2,3
258:15 262:23
265:21 266:19
267:10,24
269:16,18,22
272:10,17,23
273:2,20
274:7,14,20,
21,22 276:3,
7,13,15
277:11,19,23
278:2 279:16,
23 281:15
282:7,10,16,
20,25 283:8,
24 284:4,15,
17 288:13
291:24 292:1,
4 293:17,20
294:13,20
295:19 296:8
297:6,10
298:17,19
302:23 303:8,

19 305:10
306:1,6,20
308:16 309:5
311:11 314:11
315:5,8,16,21
317:8,10,11
319:18,19
322:18 323:1,
5,13 324:21
325:6,12

**document**
16:19 17:2,24
21:1 22:23
23:9,19 35:15
36:1,6,7,10
41:18,20
51:12,14,19,
23 57:17
81:7,12 82:9
86:1,3 100:8,
15 102:13,16,
20 107:8
110:17 163:10
165:22 179:4,
14,19,21
181:24 183:24
186:10 189:21
190:6 192:8
195:23 198:8
214:22 215:4
220:25 221:2
242:23 250:4
251:19 252:19
261:10 264:13
287:14 306:15
319:14

**documentation**
71:14 125:23
183:5 288:4,9

**documented**
72:2

**documents**
6:25 7:22
8:5,11 11:18,
20 18:25
19:4,9,11,19,
22,24 20:3,6,
7,10,12 21:4
35:14,20

82:10 88:20
124:12 240:11
242:14 244:23
249:25 251:10
287:10
288:12,13,15

**does** 12:4
23:1,6 29:11
30:12 32:15
33:7 34:14
35:5,6 36:19
45:5,13,19,22
46:5,6 47:24
48:19 51:5
53:13 55:3,
10,17 56:9,15
57:7,20 58:10
62:2,19 63:2
69:2 70:5
73:2,10,13,16
75:11,25
76:6,25 77:3,
15 78:15
80:18 82:13,
24 88:14 89:1
90:3,4,17
91:6 92:9,13
93:16 95:3,5
96:6,9 98:19
110:15,22,25
111:24,25
114:17 116:21
117:1 118:19
125:15 126:5
128:3 131:4
135:14
136:12,23
137:9,11,25
138:3 139:2
143:4,15
144:5 145:21
146:16 151:6
158:2,11,22
160:18 161:2
162:5,16,19
163:1,15
165:14 166:20
167:23,25
169:7,13

170:21 172:25
173:6,9,16,23
175:5,20
178:3,14
179:21 180:14
182:21 183:5
189:2,15
191:7 193:23
195:14,21
199:23 200:13
202:5,10
204:13 205:9,
18,23 208:14
212:24 213:21
221:15 224:21
234:17 236:8,
12,24 237:6
238:1 239:17
240:25 248:13
251:7,11
253:4 254:15
255:8,22
256:4 257:14
264:19,24
265:5,13
268:15 275:17
283:6 284:9,
17 285:20
287:23 290:4,
17,19 291:5
292:14 293:2,
18 294:10,23
298:24
300:15,21
302:5 314:2
317:17 325:14
326:9
**doesn't** 12:9
37:4,12,20,24
49:14 53:22,
23 55:9 56:9
60:1 76:7
80:8 84:13
86:16 91:25
115:15 116:1
117:24 127:17
129:3 130:9
136:11,18
152:14,21

153:7,10,11
155:2 159:1
180:16 181:6,
9 186:23
188:24 192:8
216:16 219:7
235:10 248:11
254:5 257:13
261:12,25
262:3 278:3
282:7,20
298:25 301:15
304:10
**doing** 8:8
12:22 35:18
50:17 54:6
116:3 149:12
231:3 261:9
282:11
**dollars** 36:25
38:2
**domain**
166:13,14
**don't** 9:11
10:21 17:8
18:20 19:10
20:4,5,10,11
22:3,20 26:23
31:19,21
32:13 37:10
39:17,22,24,
25 40:6,10
42:7 43:2,13
44:4,8,10,11,
14,16 45:11,
15,25 46:2,4,
17 47:1,20
48:1,10,12
50:2,4,15
51:20 52:16,
20,23 53:2,11
54:3,16,19,
23,25 55:1,23
57:1,9 58:13,
15,18 59:6,21
60:15,21 61:5
62:3 63:6
65:20,23
67:4,5,11

68:16 69:7
70:19 71:4,
12,17 72:2,8
75:3 76:1,3,
16 77:18
78:7,9,13
79:7 81:11
86:16 89:4,6,
11,15,22,24,
25 90:6,20
91:5,18,19,
20,23,24
92:1,8,17
93:7,25 94:7,
13,18,20,25
95:12 97:8
98:9,11,23
99:6,12,17
100:3,15
101:21 102:1,
3 103:6
104:23 105:5,
7,11,18,20
106:9 108:23
110:24 111:4
114:6,12
115:17
116:11,15
117:4,6,10
118:4,12,15
119:21 120:21
122:2 126:11,
13,19 129:24
131:5,9,20,
22,25 132:12
134:1,15
135:2,4
136:25 137:5,
8 138:7,18
139:12 140:19
141:6,8,12
142:13,15
146:14 148:6
149:7 151:6
152:13
154:17,21
155:15 160:8
164:6,18

165:5,23
166:23 167:9,
24 168:1
170:10 172:6
174:15,22
175:7,16,19,
25 176:19,20,
22 177:6
178:11,13,25
180:5,6
182:17,19,24
183:13,15
184:1,6,21
185:5,11,12
186:13 189:2
194:24 195:22
196:3,10,13
197:13 199:8,
11 201:6,16
202:15,22
205:7 207:18
208:3 211:18,
19,21 213:5,
14 214:9
216:1,3,12,25
217:3,21
218:3,4,22,25
219:6,9,14,19
220:5,19
223:19
225:10,11,13
226:3,4,16
229:5,6
231:13 233:6,
22 235:15,20,
23,24 241:10,
11,16 242:9
244:5,8,15
245:24,25
246:7,9,11
247:4,10,16
251:8 253:2,
3,14 254:2,23
255:5,23,25
256:5,8
257:1,4,16
258:18 259:4,
12,25 260:1,
5,18 261:2,

23,24 262:7
264:3,5 265:7
266:13,20
267:22 270:8
271:25 273:5
274:9,19,22
275:10 276:2,
6,7,10,25
277:9 278:1
285:10,12
286:19 287:2
289:4,7,9
291:3,13,21
295:9 296:6
297:2,3,18
301:10
303:12,14,20,
24 305:15,16
306:2 310:16
311:16
312:13,22
313:19 314:8,
15 315:3,7,
10,14,23,24
316:20 317:1,
6,15,21
318:9,20,21,
22 319:2,4,7,
15,17,18,22,
25 320:14
321:4 322:10,
13,14,24
323:4 324:23,
24

done   7:3
52:19 54:14,
15 58:10,12,
16 60:22
74:23,24
89:10 90:23
91:15 93:6,13
101:6,15
112:3,16
114:2,10
147:21,24
232:17 263:22
274:2 275:25
277:11,25
310:10 311:11

doorman
158:16 160:7

doorman-
accessed
160:6

dot   201:23
212:15

down   7:10
38:5 61:10
113:14 135:10
139:4,5,8,14,
24 141:1
200:24 207:11
220:2 228:12,
15 254:9
255:9 268:11
269:4 278:12
284:23 305:15
326:5

downstream
194:3

downtime
306:4 307:14

draft   17:4,7,
18 104:5

drafted
18:19,20
41:3,9 103:14
295:12

drafting
101:10 266:16

drafts   19:24
20:8,14

drive   239:20
253:10

driven   255:16

drop-off
316:16 317:2
318:14
319:11,14,19
320:18 321:2
322:6 324:9,
25

dropdown
274:10

dropped
321:16

dropping
310:17 311:3

dual   9:24

Dublin   63:21,
23 64:4

due   191:21

duly   6:11

during   98:3
110:6

duties   169:1
249:9

dwelling   38:6
62:9 187:13
190:21 193:7
225:21

dynamic   72:20

---

**E**

E-M-E-R-T-E-N
26:2

e-mail   262:4

each   30:16,
17,23 35:25
49:21 55:7
70:15 72:16
93:13 138:24
144:4 208:18
219:3,5
245:21 284:13
311:19

earlier   20:14
36:24 41:25
42:5 54:14
90:2 103:13
112:13 114:10
119:22 131:14
142:11 159:5
162:21 164:3
186:5 211:22
212:17,19
234:4 238:14
252:1 260:8
285:4 292:1

ease   36:1
206:14

easier   29:9
59:11 134:14

easy   61:21
111:20
310:12,16,19

Economics
10:16

Edgewater
111:19 307:10

edit   18:4
97:3 189:2

edited   17:5
18:10 308:9

edits   18:10,
15,16

educate
169:24

effect   216:11
218:11 250:17
315:2,12
316:22 319:16

effectively
28:14

effort   14:13
15:4 17:22
23:8 108:14
143:2 152:11
181:17

efforts
92:23,24
123:14 124:15
239:20 253:10

either   13:17
29:7 40:4
68:9 163:20
187:19 221:11
227:5,7,8
275:2 284:18
285:1 300:12,
18 325:8

element
79:13,21,22
87:23 91:13
92:7 101:7,10
103:14 104:9

eligibility
243:4 245:1,
4,7,10

eligible
112:18 268:10

**else** 21:7,12
23:18 34:18
44:6 47:13
53:4 78:20
80:12 93:2
174:19 197:23
207:18 219:23
222:25 224:24
261:10 275:17
300:16 302:21
303:10 304:6
**elsewhere**
303:7
**email** 49:18
73:20 74:16
79:15,17,24
80:8,16
81:13,15,21,
23 82:1,21
84:20,24 85:9
86:19,20,23
87:2,4 97:15,
20,25 101:10,
13,25 102:4,
11,13,22,24
103:19 104:4,
13,14 108:3,
4,7,22,23
114:3,7
115:15 116:7,
16,23 117:1
171:18 199:14
201:11,19
202:5,9,10,
13,15,16
208:15 209:2
211:25 212:2,
9,10 217:8
224:11 226:4,
5,6 231:19
233:7 250:2
251:14 252:17
253:9 261:24,
25 318:23
**emails** 75:22,
25 76:5,10
79:12,18,24
81:9 82:3
83:25 86:5

87:10 90:7
93:16,22
94:3,5,14,22,
23 98:19
100:19 103:7
108:5 109:7,9
117:5,7 143:3
145:14 185:6,
9 211:22
212:16,18,19,
25 213:6,8
214:8 217:25
223:3,4 236:3
239:21 260:13
288:1
**emerging**
275:5
**Emerten** 25:25
27:15
**empirical**
303:8 305:10
312:22
**employed**
12:24
**employee**
111:12,15,24
**employees**
27:1 28:5
131:4 167:7
170:3
**empower**
229:21
**empowered**
208:23
**enable** 83:2,
21,23 95:14
96:2 97:1
167:7 226:18
**enabled** 84:4
93:21 137:21
235:5,8
**enabling**
86:22 108:20
**encourage**
116:21 117:7
145:15 160:23
171:4 172:1
179:18 207:10

**encouraged**
30:21
**encourages**
120:7 250:6
283:12
**encouraging**
116:25 118:21
120:13 143:5
250:3
**end** 11:6
35:17 167:16
196:14 250:6
252:4
**end-product**
253:9
**endeavor**
55:24 311:19
**enforce**
153:17
221:15,25
255:2
**enforced**
221:22 267:24
**enforcement**
147:2 172:13
254:12 265:22
278:9
**engage** 32:18
97:5 106:23
121:21 122:2,
3 139:6
161:23
162:14,19
171:14 208:25
209:2 211:4
230:13 269:5
326:5
**engaged**
132:24
**engagement**
171:16
**engaging**
170:4
**engineering**
9:23 11:8
14:15
**English** 86:7
87:8

**enjoy** 92:22
**enough** 38:14
56:23 92:3,8
116:7 119:1
209:23 231:12
244:15 297:3
**entail** 12:4
13:13
**entered**
218:10
**entire** 31:14
188:19 191:12
**entirety**
200:18
**entities**
12:24
**entity** 324:15
**entrenching**
151:4
**equals** 65:17
**equating**
313:15
**equilibrium**
121:10
**equipment**
47:10,11,19
**equivalent**
309:19
**establish**
190:9
**established**
104:23 180:18
193:1 211:22
246:25 247:8
265:2 270:3
310:4 311:10
**etcetera**
117:18
**even** 56:12
84:3,5 107:2
125:17 126:4
127:10 143:20
144:8,20,24
145:9 147:10
153:8 165:12
196:21 200:16
206:4 208:11
209:15 228:21

237:16 253:3
269:12 277:16
292:22 306:5
320:16
**event** 159:9
163:25 228:7
268:9 294:17
296:15 325:24
326:2
**eventually**
38:13 84:14
109:13 113:2
138:23 147:10
186:6 217:23
**ever** 7:3 8:5
10:8 16:19
36:7 38:17
41:19,20 48:2
51:11 57:17
62:2 67:21
81:7 86:1
89:16 94:14
102:20 107:8
114:5 133:12
183:24 186:1
212:24
218:15,21,25
242:23 264:13
281:12 286:16
287:1,3,13
291:19 293:7,
22 294:5
303:25 304:4
305:2
**every** 36:13
58:12,14,17,
19 83:14
91:22 95:19
97:11 127:19
129:10 146:12
152:2 153:15
154:5 155:13,
17 170:3
206:20 208:25
210:22 211:2
270:15 280:3
320:20 324:17
**everybody**
72:3

**everyone** 60:3
80:14 104:16
312:10
**everything**
27:25 34:18
37:24 57:7
157:6 191:3
203:22 234:3
265:2
**everywhere**
303:10 304:6
**evidence**
114:13
**evidencing**
319:14
**evident**
220:24
**evolution**
55:13
**exact** 119:9
124:10 131:5
196:12 233:6
**exactly** 51:20
141:6 172:18
194:24 241:20
242:9 303:24
315:7
**EXAMINATION**
6:13
**examined** 6:11
**example** 15:8
42:3 62:24
144:19,20
153:4,9 165:9
192:3,6,9,11
194:5 200:8
204:1 209:5
220:6 229:3
239:8 245:23
312:24
321:20,21
324:9
**examples**
42:25 94:6,8
138:14
141:18,19,22
321:13 324:5

**Excel** 268:3,
25
**except** 14:6
47:15 212:9
**exception**
293:18
294:11,24
310:18
**exceptions**
33:1 232:23
**excerpts**
281:8 287:18
294:3
**exchange**
144:3 163:25
226:19 232:11
239:14 279:21
**exchanged**
232:2
**exchanging**
278:14
**exclusions**
42:17,22
**excuse** 33:9
83:8 99:25
102:16 110:12
115:4 131:24
183:6 244:21
250:17 269:20
288:7
**execution**
12:11
**exemption**
130:25
**exhibit** 7:25
8:1,2,3,16,19
16:6,7,8,17
37:3 39:18
41:2,15,16
44:18 51:7,8
52:7 57:5,7,
12,15,23
81:3,4,6
82:5,8 85:22
98:13,14
99:21,23
102:16,17
103:5 104:14,

24 106:12,13
107:6,23,24
110:18 115:1,
2 163:11,13
165:18 167:11
168:9,10,12
169:10 173:8
174:25 175:1,
14 178:20
181:20,21
182:22 183:8,
21,22 185:22,
23 186:7,9,16
187:6 190:3,
6,8,16,17,18
197:5,11
214:19,22
216:14,15
217:11,20
220:13 242:17
243:1 247:25
248:2 249:18,
19,20,21
264:8,9
272:6,8
279:4,6
281:3,4
291:16,17,20
292:9,15
293:12,13
307:20,22
**exhibits** 7:1,
23 8:18
216:14 223:2
**existence**
163:16 216:21
**existing**
101:18 138:24
182:4 217:19
251:12 280:24
313:15
**expect** 28:3
68:3 170:17
**expectation**
163:22 170:16
**expectations**
30:22 296:20
301:20

expected
 165:11,12
 216:7 226:21
 286:13
Expedia 111:1
expense 311:3
expensive
 206:5 211:15
 311:1,19
experience
 17:2 21:1
 62:13 66:15
 77:5 78:3
 87:5 101:3
 150:15 156:3
 162:13 164:18
 296:20 303:5,
 16 304:11
 306:16 312:21
 313:5,7,16
 314:5 321:7
 324:5
experienced
 160:9
experiences
 14:24 76:10,
 12,13,16,22
 77:13,20
 78:10 162:20
 303:4 305:4
 313:1,2
 321:9,15
 323:24
experiencing
 321:25
expert 132:11
 222:21 291:9
 295:14
expired
 268:16
expires
 159:25
explain 22:6,
 13,17 57:7
 312:14
explains
 57:23 107:18

explanation
 36:19 39:25
 57:20 182:2
explored
 121:11
exposed 73:20
 74:8,12
 179:25 252:3
extension
 302:1
extent 253:10
extenuating
 164:22 165:5
external
 19:24 20:3,
 10,11 90:8
eyes 320:6

_____

F

face 33:2,3
 220:24
Facebook
 90:10 91:3,5
facilitate
 136:14
facilitated
 209:2
facilitates
 308:24 309:16
facility 48:2
fact 17:17
 21:21 68:16
 85:2 86:10
 114:20 119:8
 153:5 190:1
 238:2 262:25
 263:1 268:16
 271:6 279:11
 280:19
 285:24,25
 286:3 309:9
 312:17 315:5,
 8 321:14
 325:21
factor 62:12
factors 79:15

110:21
fails 58:21
failure-to-
comply 238:12
fair 12:23
 36:14 44:15
 69:22 142:16
 169:10 194:9
 228:16 267:19
fairly 104:3
 140:21
faith 170:16
 293:18
 294:11,24
 327:8,11
falls 294:18
false 268:19,
 21,23 293:19
 294:18,24
 295:4,9
 327:4,5
familiar
 28:17,23 29:4
 42:11 43:3
 149:16 165:24
 200:3 213:23
 240:21 241:1
 242:4 247:21
 278:16
familiarize
 160:24 181:3
 195:13,24
 197:16 242:14
 283:13
Fannie 184:16
far 47:20
 60:9
February
 184:4
federal
 123:16 124:17
fee 70:5,6,12
 72:16,17 73:1
 77:15,17,18
 114:17 116:12
 153:23
 203:18,19,20,
 23,24 204:10

205:9,10,15
feedback
 14:14 66:15
 67:18
feedbacks
 66:17
feel 55:8
 83:13 119:1,2
 153:24 196:8
 206:16 207:3
fees 70:17
 71:22 72:15
 176:18 203:8,
 11 286:1
festival
 111:23
few 11:15,17
 29:18 51:20
 61:25 63:24
 107:11 156:3
 165:3 168:21,
 22 296:21
fides 49:15
field 56:13
 131:13 138:15
 143:1,7
 144:16,25
 145:10,11,22
 153:2,4 154:6
 155:21 193:2,
 23 194:12,17
 237:7 239:13,
 19 240:20,24
 241:1,14,20,
 24 242:7
 244:1 246:6,9
 253:3 259:3,
 8,13 261:3,
 12,23 262:25
 263:4 264:22,
 24 265:10,15
 268:18,23
 272:14 273:23
 274:11 276:8
 278:5 285:16
 287:25 288:5
 310:5 313:15,
 21 315:13
 320:8,15,16,

17,25 322:3
324:18 325:11
**fields** 148:11
236:17,19,25
242:8 261:14
289:2
**Fifth** 111:17
**fight-back**
313:11
**figure** 141:24
163:23 247:14
**file** 268:3
**filed** 16:12,
23 294:6
**files** 268:4
**fill** 256:11
268:22 311:4
**filled** 145:22
155:22 189:16
262:10
**filling**
145:24
**fills** 268:18
**filter** 50:24
**filtered**
209:4
**filtering**
226:16
**final** 15:2
18:7 201:14
**finance**
183:2,3
**financial**
182:21
**financing**
183:6
**find** 31:25
32:4 34:23
75:17 78:5
82:20 88:8
133:1,4
148:16
170:20,21
185:16 246:12
263:21 265:24
292:23 305:5,
9,11

**finding** 84:19
133:7 280:9
**finds** 138:10
**fine** 17:24
18:13 22:19
24:9 62:18
64:7 65:10
83:2 119:22
125:8,12
199:9 257:19
264:3,6
293:3,7
**fines** 270:6
286:15 289:13
326:4,13,25
**finish** 7:9
99:4 141:9
148:25
195:10,23
321:6
**finished** 11:2
**fire** 33:14
**firm** 18:16
**first** 6:11
37:4 42:3,14
83:18 86:18
96:20 97:1
130:15 138:2
142:20 184:22
187:17 190:14
198:4,7
205:16 208:5
215:20 223:22
229:6 249:25
250:13 266:1
275:19 282:4
295:22 304:10
305:4,17,19
307:8 325:4
326:9
**first-time**
214:3 226:13
**firsthand**
156:24
**five** 24:3
25:16 86:21
205:20 206:2
237:17

**five-minute**
278:25
**five-page**
179:14
**fix** 111:13
273:16,20
**flag** 137:9,11
201:23,24
**flagged**
209:6,7,8
**flags** 142:11
170:24
**flat** 72:16,17
**flexible**
209:15,21
229:20 283:14
**flights**
119:20 164:20
**flooding**
165:9
**Florida** 6:3
175:23 179:7,
15 275:17
296:2
**flow** 78:25
79:1 119:3
125:21 126:2
127:12 143:7
152:8 174:6
181:2 186:2,
3,5,7,12,18,
22 187:7,17,
19 188:1,4,
22,23 189:18,
21,22 190:2
191:1,4,10,25
194:1,3,6,11,
13,15,16
195:5,21
196:2,3,8,11
197:14,20
217:13,19
218:14,15,20
219:1 237:13
241:3,21,24
242:12 246:13
247:15 250:7,
8 252:1

263:1,3
264:23,25
265:3,8,10
272:12,15
274:15,16
302:9 309:24
310:12,18
314:25 320:7
321:1 322:4,7
323:15,23
324:19
**flows** 196:5
236:9
**fluid** 32:14
127:3
**flying** 226:21
**focus** 101:8
**focused**
26:17,18 28:4
77:19,21,24
**focusing**
100:1
**folks** 250:5
**follow** 185:20
216:5
**follow-up**
65:13 79:8
87:7 88:1
91:22 98:17
135:14
174:11,13
**followed**
149:1
**following**
20:20 24:14
58:7 64:10
119:25 123:6,
11 140:10
176:11,15
187:3 192:17
214:17 240:8
251:3 258:3,
24 260:24
279:2,8
283:17 288:22
298:14
**follows** 6:12
189:8

font  236:14
football
 313:4
footprint
 116:4
for  6:2,15
 7:25 8:1,2,3,
 25 10:12,14
 11:4,12,23
 12:8,15,19
 13:18,23
 14:6,24 15:7,
 12 16:17,22
 22:22 24:25
 25:20,22,23
 27:10,20,21,
 23,25 28:3
 29:13,17
 30:24 31:5,8,
 13 32:7,17
 33:18 34:1,2,
 22,24 35:18
 36:1 37:1
 38:15,23 39:3
 40:19 41:16
 42:9 46:1,2,
 5,14 47:15
 50:17,19,22,
 24 51:8,23
 54:2,6,23
 55:8 56:6
 57:15,21
 58:12,14,16,
 19,25 59:1,4,
 6,11 60:13
 61:16 62:7,23
 63:20 64:22
 66:25 67:3,17
 68:2,16,19
 69:24 70:5,7,
 15 71:18
 73:18,24
 74:13,14,17
 75:6,17,21
 77:6,7,17
 78:17 79:8,20
 81:4,22 82:5
 84:8 85:2,7,
 8,22 86:15

88:5,10 89:1,
 6,9,11,25
 91:3,4,6,11
 92:7,21 95:3,
 5,10 96:13
 97:12 98:14
 99:23 100:19
 101:4 102:17
 103:25 106:7,
 13 107:6,16,
 24 108:8
 109:2,18
 110:22 111:22
 112:20
 114:11,17,20
 115:2 116:7,
 8,11,14,18
 120:21 122:16
 124:15 125:6
 127:4,5,12,19
 128:4,21,23
 129:5 132:20
 133:4,7,8,9
 134:15,18
 136:13,18,21
 137:18
 138:15,17
 139:7 140:25
 141:13 143:13
 144:1,2,3,10,
 20,25 147:1,
 2,9,12,19
 148:6,7,20
 149:7 150:20
 151:22 153:2,
 4 154:9 156:3
 159:9 161:8,
 13 162:9
 163:3,11,20,
 23,24 164:23
 165:1,4,6,9,
 18,23 167:5
 168:10,24
 170:16 171:8
 173:4,13
 174:6,22
 175:1,5,8,20,
 22 178:4,21
 179:9 180:11,

22 181:8,9,
 18,21 182:4,
 5,8 183:3,10,
 15,22 184:17
 185:13,23
 186:4,17,25
 188:1,8,19
 189:21 190:3,
 25 191:1,20,
 25 192:13
 193:2 194:15,
 16 196:3,5,7,
 23 198:13
 200:1,7
 201:17 202:8
 203:1 204:1,6
 205:5,18,21,
 23 206:9,10,
 16 208:12
 209:5 211:12,
 16,25 212:9,
 19 214:3,8,19
 217:13 221:5
 222:14 225:4,
 6,12,13
 228:19,21
 230:3,7,8
 231:2,25
 232:7,11
 234:24 235:5
 236:9,17
 237:1 239:1,
 8,16,18,20
 240:9 241:3,
 10,15,23
 242:17 244:2,
 13 245:23
 246:11 247:4,
 21 248:19
 249:4,19
 250:1,13
 251:17
 252:14,15
 253:3,21
 254:19 259:1,
 12 260:9
 262:7,23
 263:9 264:9
 265:21 266:1,

7 267:6 268:1
 269:1,6
 272:8,12,24
 274:14 275:9
 276:8,16,25
 279:17,21
 280:5 281:4
 282:7,21,22
 283:2 284:13
 285:9,17
 286:2 289:2
 290:11,19,23
 291:17
 293:13,18
 294:1,5,24
 295:7 298:7
 303:3 305:18
 306:6 307:3
 308:15,22
 309:19 310:5,
 22 311:1
 312:10,22
 313:16,21,24
 314:2,6
 315:5,8
 317:22 319:16
 322:25 324:25
 325:6 326:3
 327:13
foreign  52:14
 323:8
forget  111:18
 145:23 180:17
form  13:19
 19:10 21:15
 22:18 23:7,
 10,25 25:7
 37:22 38:7
 40:15 43:8
 46:8,16 48:21
 53:15,19,22
 56:17 63:4
 68:7,10 71:24
 76:2 92:11
 95:24 98:22
 99:10,16
 105:12 109:5
 111:9 117:23
 118:10,23

121:6 122:19
123:2 125:10,
13,18 126:23
127:11,22
129:9 130:2,
5,6,12 131:15
132:4 136:15,
24 137:11,16
138:5,9
141:20
146:19,24
147:7,25
148:15,24
149:3,14
152:17 153:12
154:16 160:21
161:4 162:7
164:5 171:21
173:25 178:23
180:24 181:11
182:16 184:18
189:9 190:10,
22 195:8
197:7 206:11
210:21 213:3
217:15 219:18
220:4,16,22
221:6,17,20
222:20 223:17
225:24 228:24
233:14 235:12
237:3 238:4,
22 241:6
244:3,6 247:2
248:17 252:10
253:6 254:10,
17 255:14,24
256:7,21
258:8,17
260:16 261:20
262:19 266:2
269:17
270:13,23
271:11 272:21
273:18 275:18
279:25 280:15
281:16 284:20
285:22 286:17
287:16 289:6,

24 290:5,12,
21 291:7
292:18 295:1,
13,23 296:3,
9,14 297:8,
11,17,23
298:6,25
299:9,16,24
300:3,4
301:12,24
302:7,19
303:13
304:19,23
305:3,12
306:8 308:19
309:10 310:8
311:8,13,24
312:15 313:18
314:3,12
315:17 316:6,
18 317:4
318:4,17
320:1,19
321:3,11
322:9 323:17
324:13 325:15
326:11,17,24
327:7,15,23
**formal** 154:11
155:15
**formalized**
155:13
**formalizing**
154:19
**format** 153:9
251:3 256:22,
25 257:1,8
258:3 259:4,
8,17,18
**formats**
243:22
**forth** 8:18
9:9
**forum** 66:23
67:22
**forums** 66:25
67:4,5,16
**forward** 35:25

154:12 204:20
**found** 62:25
140:23 141:6
197:4
**founders** 33:5
**four** 6:25
7:21 8:9
25:19 35:22
188:19 257:10
**four-bedroom**
237:16
**frame** 96:3
161:25 223:4
**frames** 59:6
**framework**
40:19 79:23
103:19 155:5
156:23 167:22
206:7 211:25
212:13,14
236:11
**franchise**
176:7
**Francisco**
33:4 39:14
63:25 64:2
138:15,21
139:9,21,24
141:17 142:21
144:14 146:7,
9 188:1
192:3,6,7,10,
23 193:1,23
194:10,11,15,
16 196:6
238:18 239:2,
4,12 240:4
264:17,18
265:5 266:22,
23 270:11
275:23,25
277:25 279:12
280:3,14
284:18,25
311:12 314:16
315:2 316:4,
15,17 317:3
318:2,24

319:24 324:18
**Francisco's**
265:13
**free** 31:13
112:14 114:11
115:23 125:20
127:13 211:8
**free-targeting**
90:12
**frequently**
32:3
**friction**
321:24 322:1
**Friday** 97:14
**Friendly**
161:5
**from** 10:11,23
12:23 14:11,
12 15:2,6,10
19:25 21:10
22:10 25:19
30:1 35:14,21
36:15 38:21
39:1 44:4
45:20,23 47:3
48:14,15
53:24 57:5
58:25 61:12,
15 66:15,17
67:2,18 70:12
71:16,23
72:9,13 74:16
77:8,15 78:23
82:16 87:19,
20 88:6 93:10
99:8 102:5,
10,23,25
104:7,12,15,
21 105:2
106:3,5 110:4
115:9,10,22
130:22,23
131:1 137:22
138:23 139:1
140:16,17
141:5 148:8
150:16 152:12
156:5,23,24
157:6 158:7

163:3,19
166:2,3,9,17
168:15 174:18
177:20 178:20
179:4 180:22
182:21 197:12
200:21
202:10,15
203:13,25
204:16 205:20
211:5,13
212:10 214:12
222:14 224:15
225:20 226:10
232:1,24
234:20 235:19
236:2,11
244:18 246:15
247:24,25
248:2,4,5
250:2 260:15
261:14,19
263:18,19
266:8 268:3
269:23 271:14
272:10 276:21
277:2 278:6
281:8 285:4,
13,17 286:25
287:14,18
292:6 294:3,
10 296:18,20
301:14 303:23
310:12 311:1,
17,18 312:6
313:9,11,13
319:2 322:7
325:9,23

**front** 90:5
125:4 160:10
216:14 248:2
258:18 260:18
**frustrate**
312:23
**frustration**
313:12 321:15
322:5 324:10,
19

**full** 6:15
34:20 36:19
43:3 71:4,15
72:23 79:18
164:24 186:12
266:5
**fully** 71:13
73:22 79:24
164:14 205:25
210:4 265:19
294:3
**function** 74:3
321:9
**functional**
27:9 133:18
135:16
**functionalitie
s** 109:11
**functionality**
83:4,12 87:18
95:14 96:2
133:23 206:13
310:24
**functions**
12:7 15:7,11
16:1 122:6
139:20
**furniture**
47:14
**further** 37:16
107:1 140:5
**future** 125:6
303:7 305:18

---

**G**

---

**gaps** 14:25
280:18
**gave** 83:7
158:7 299:3
**general** 13:15
28:22 33:1
51:24 54:2
61:19,20,22
63:9 68:25
70:16 89:4
92:18 100:20,
24 107:14,15

109:15 112:9
121:9,13
122:9 126:7
156:1,2 162:8
168:23,25
188:4,8,23
203:14 252:5
299:18 303:21
304:15,17
312:5
**generalities**
152:20 267:22
**generalize**
154:3 171:23
**generally**
32:11,15,18
68:24 101:4
112:8 117:24
126:11,17
202:16
**generate**
109:2
**generated**
106:2,4
233:13,16
**generic** 78:25
81:19 104:13
153:1 187:7
189:22,23
190:25 191:1,
3,25 192:11
194:11 196:3
197:4 305:8
**genesis** 182:7
**geofencing**
137:22,25
138:4 275:14,
16,20 276:13
277:8 282:13
283:24
**geographic**
12:5 72:4
211:3
**geography**
78:13
**get** 10:23
11:1 24:5
36:22 56:8

66:15 67:2
73:20 74:16
76:10 78:13
83:25 85:7
90:13,24
93:22,23 99:7
100:12 108:13
113:11,19
114:17 117:1,
3 132:10
135:19
138:22,23
147:10 149:16
158:12,22
159:19 165:3
168:23 173:24
179:1 182:21
183:17 187:17
188:21 201:14
202:5,10,16
204:9 211:4,
13,15 212:9,
10 217:8
225:20,22
226:6 228:7
230:8 247:21
251:13,16
252:3,17,20,
25 254:7
256:11 268:3
278:6 285:17
317:11,15
**gets** 46:13
59:25 113:22,
24 151:3
202:18 219:4
235:18,20
**getting** 13:2
93:21 111:22
117:15
158:20,22
210:12 213:8
274:6
**give** 6:6 7:13
12:2 22:19
25:18 36:19
151:14 157:23
205:25 240:13
247:7 321:21

324:9

**given** 98:7,10
161:21 206:15
269:10 323:12
324:5

**gives** 85:3
103:11 153:8
161:14 251:4
291:2

**giving** 85:11

**global** 78:1
80:22 82:4
116:4 160:25
208:23,24

**globally** 44:1
80:13 83:13
85:18 209:1
310:19

**go** 10:20,21
17:24 19:14
20:17,18,22
30:24 32:2,3,
13 38:11
53:11 63:5
67:5 74:13
77:2,6,7 78:5
79:12 80:8,18
91:4,5 98:2,
16 99:5,11,15
105:15,18,23
108:20 112:17
113:5,10
116:17 118:11
119:2,12,23
120:23 123:3
127:23 128:1
130:14 132:5
134:14,20,22,
23 136:19
137:17 141:13
146:20 153:13
157:19 160:10
161:24 163:18
170:7 171:22
172:18 173:23
174:1,6,9
178:24 186:25
187:12,19
188:8 190:11,

22 191:10
192:13 195:9
197:8 202:24
205:11 206:12
213:4 219:18
222:4 223:18
233:15 235:4
237:6 238:5
244:4,7,23
247:1 248:10
253:2,3
254:11 256:11
257:20 258:9,
15,22 259:4,
5,6,9,14
260:1,6
262:20 264:25
265:5 266:3,
10 268:20
279:5 280:19
281:17
283:15,25
288:20 295:17
301:25
302:13,21
306:22 308:20
310:9 313:3,6
314:20,25
315:18 316:7,
19 319:16
320:20 325:4

**goal** 55:11

**goes** 38:20
60:5 66:12
79:15 128:22
129:6,7 143:3
145:8,18
148:19 200:24
204:20,22
255:4 259:16,
20 265:3
305:15

**going** 6:25
7:1,6 14:23
15:10 16:7
18:18 23:23
29:8 35:25
42:2 51:7
56:8 57:11

58:6 59:10
62:17 73:18
75:17 81:2
85:21 88:3
91:21 98:12
101:8 106:11,
25 107:22
109:13,14
111:15,22
112:20,21,23
114:25 119:8,
10 124:8,9
125:1,4 126:8
128:1 132:10
134:3,16,18,
20 135:9,11
140:1,5
141:21 151:20
155:21 157:23
163:8 165:9,
16 168:8
183:20 185:21
187:25 189:9
191:3 200:23
207:8 209:18
212:4 214:21
220:23 221:4
229:3 243:18
244:24 248:12
249:17 260:6
264:8 270:11
281:3 291:15
292:18,24
298:3 301:17
302:14 303:10
304:2 305:24
308:9

**GOLDER** 8:20
9:11 13:19,21
17:8,20 18:1,
5,12,21
19:10,14,23
20:17,22
21:15 22:18
23:7,25 24:11
25:7,9 37:22
38:7 40:15
42:6,9 43:8
46:8,16

48:21,24
51:15 53:15,
18 56:17,21
63:4 64:6,8
68:7,10 71:24
76:2 92:11
95:24 98:22
99:10,16
105:12,20
109:5 111:8
117:23
118:10,23
119:10,16,21
120:14 121:6
122:19 123:2,
8,22 124:8
125:1,10,13,
18 126:23
127:11,22
129:9 130:2,
6,12 131:15
132:4,12,16
133:14,25
134:15,17
135:2,4,7
136:15,24
137:11,16
138:5,9 140:7
141:19,23
146:19,24
147:7,25
148:15,24
149:3,14
150:3,22
151:1 152:17,
20 153:12
154:16
157:14,18
160:21 161:4
162:7 164:5
171:21 173:25
178:23 180:24
181:11 182:16
184:18
186:14,25
190:10,22
192:13 195:8,
16 197:7
206:11

210:11,21
213:3 214:25
217:15 219:18
220:4,16,22
221:17,20
222:20 223:17
225:24 228:24
232:3 233:14
235:3,12
237:3 238:4,
22 240:5,9
241:6 244:3,6
246:1 247:2
248:17 252:10
253:6 254:10,
17 255:14,24
256:7,21
257:23 258:8,
17,22 260:16,
22 261:20
262:19 266:2
269:17
270:13,23
271:11 272:21
273:18 275:18
278:24 279:25
280:15 281:16
283:15,19
284:20 285:22
286:17 287:16
288:13,17
289:6,24
290:5,12,21
291:7 292:18,
24 295:1,13,
23 296:3,9,14
297:8,11,17,
23 298:6,25
299:9,16,24
300:3,6
301:12,24
302:7,19
303:13
304:19,23
305:3,12
306:8,20
308:19 309:10
310:8 311:8,
13,24 312:15

313:18 314:3,
12 315:17
316:6,11,18
317:4 318:4,
17 320:1,19,
21 321:3,11
322:9 323:17
324:13 325:15
326:11,17,24
327:7,15,23
**gone** 93:24
98:20 128:24
170:5 262:13,
14,16
**good** 86:9
149:24 155:7
170:16 270:9
293:18
294:11,24
304:10 327:8,
11
**goodwill**
280:9 298:2,
3,18,19,21
299:6,10,13,
17 300:8
312:8 324:20
**Google** 87:22
89:3 90:10
**got** 51:4
79:12 82:15
99:25 100:2
124:4 127:20,
25 128:2
166:8,9 214:7
247:12 251:24
287:19 288:19
293:2 323:8
**gotten** 193:7
220:20
**grace** 239:17
**grade** 130:17
**graduate**
9:22,25
**graduated**
10:10
**graduation**
12:23

**great** 211:12
**Gross** 6:14
8:4,24 9:16,
17 13:20,22
16:18 17:10,
23 18:3,10,
13,23,24
19:12,15,17,
18 20:2,9,18,
23 21:16
22:19,25
23:12 24:2,4,
15,19 25:8,10
37:25 38:16
40:16 41:17
42:8,10,11,12
43:10 46:12,
18 48:22,25
49:2 51:9,17
53:17,20
56:20 57:16
63:11 64:7,12
68:8,15 72:6
76:4 81:5
82:6 85:23
92:12 95:25
98:15,24
99:13,18,24
102:18
105:14,24,25
106:14,16
107:7,25
109:8,21
111:12,14
115:3,5
118:1,14,24
119:15,19
120:1,18
121:14 122:21
123:10,19,23,
24 124:3,18,
21 125:3,8,
12,14 126:3
127:7,16,24
129:12 130:3,
7 131:3,19
132:13 133:5,
15,16 134:3,
5,10,16,19

135:3,6,11,13
137:3,13,24
138:6,12
140:8,12
141:16,21
142:1,5
146:22 147:4,
15 148:3,18,
25 149:5,18,
24 150:13,24
151:6,18
152:19,22
154:4,18
157:17,20
158:4,5
161:1,11
162:15 163:12
164:8 165:16,
19 168:11
172:2 174:7
175:2 179:2
181:5,14,22
182:20 183:23
184:19 185:24
186:15 187:5
190:4,13,24
192:15,19
195:12,17,18
197:10 206:21
207:21
210:12,13
211:6 212:7
213:10
214:15,20
215:1 217:18
219:22 220:7,
18 221:7,18,
21 222:24
223:20 226:12
228:25 232:4
235:7,13
237:5 238:10,
25 239:9
240:23 241:7
242:18 244:10
246:3 247:3
248:18 252:12
253:12
254:13,21

255:17 256:1,
9,24 258:1,
12,20 259:10
260:19 261:1,
21 262:22
264:2,10
266:6 269:19
270:18 271:3,
17 272:9,22
273:19 275:22
278:22,25
279:4,10
280:1 281:2,
5,24 283:22
284:21 286:5,
20 287:21
288:14,18,24,
25 289:8,25
290:2,8,14
291:1,12,18
292:19 293:1,
14 295:5,15,
25 296:5,11,
24 297:9,14,
20 298:1,12,
16 299:2,5,
12,20,25
300:4,10
301:22 302:3,
11,20 303:18
304:20 305:1,
6,21 306:13,
22,23 309:1,
12 310:15
311:9,14,25
313:14,23
314:4,13,14
315:19,20
316:8,13,21
317:7 318:7,
19 319:1
320:11,20,24
321:5,18
322:11 323:20
324:14 325:18
326:14,20
327:2,10,18,
25

ground  133:7
groundwork
  130:3
group  150:14
growing
  301:16
grown  80:21
grows  85:8
growth  80:21
guarantee
  29:20 30:2
  33:12 35:9
  36:20,25
  37:4,12,20
  38:1,10
  39:15,21
  40:3,8,11,23
  45:7
guaranteed
  29:16
guarantees
  36:13
guess  13:24
  29:3 42:2
  91:19 177:11
  206:7 222:5
  242:20 253:20
  301:4
guest  33:23
  34:17,19
  37:18 38:5
  42:3 49:12
  57:2 58:14,19
  59:18 61:6,
  12,16 62:5,8
  64:20 70:6,12
  73:18,23
  74:12 75:25
  76:6,8 77:4
  82:25 83:14
  84:8,17
  85:12,13
  87:11,19
  91:3,4 94:12
  96:20,21 97:9
  98:20 106:23
  110:9 131:23
  148:16,19,21

149:9 158:19,
22,25 159:8,
14,25 160:3,
9,13,14,19
161:19,22,24
162:2,16
163:5,23
164:4,11,12,
14 167:18,25
169:15,19
170:21 171:19
172:3,11
200:12 202:11
203:16,19,20
204:2,3,9,14,
22,25 205:2,
11,15,18,23
206:8,17
207:18 208:3,
14,17,24
209:5,12,22
212:10,11,20
214:4 221:11
224:14
225:21,22
226:1,11,13
227:10 228:3,
5,13,21
229:3,4,21,23
230:5,15,18
231:17,18,21
232:15,19
233:12 235:1,
20 236:2,3
237:8,25
238:2 262:4
302:21 303:5
305:9 306:19
308:24 309:15
321:23 322:5,
7
guest's
  164:18 209:11
  224:23 225:25
  227:2,22
  238:12
guest-  167:12
guests  28:18,
  19,20 29:5

30:5,13,15
31:17,18 32:7
34:14 35:10
39:15 50:25
51:3,4 54:20,
22 56:15
59:20 68:19
72:19 73:7,14
77:12,14
79:16 85:2
87:12,15
90:4,6,18
92:21 93:19
94:15 97:4
100:12,25
101:2 108:12
109:12 114:14
129:6 146:16
147:18 148:14
149:22 158:12
159:19,22
162:5,19
163:17 165:8
169:14 171:1,
7,13 176:10,
14 188:19
191:13,20
195:2 201:8
203:13 204:11
208:24 211:13
212:4,17
213:1,7,11,13
221:16
226:16,19,24
227:14,19
231:1,2,11
232:7,11
236:25 238:7
297:6 300:7
302:18 303:15
304:4 305:5
308:14
314:11,22
320:6
guests'  35:7
  85:14
guidance
  185:19

**guidelines**
187:17
**guilty** 62:25
**guys** 240:13
263:21

---

**H**

**had** 10:4
11:15 14:18
17:21 20:21,
24 22:10
24:14 48:11
64:11 119:25
123:7 140:11
162:2 165:2
168:5 184:24
187:4 192:18
214:17 218:3
240:8 251:11
258:25 260:25
279:2,9
283:18 288:23
298:15 303:5,
17 304:5
312:1 323:1
**half** 149:25
**hand** 132:18
156:25 160:12
**handed** 7:21
35:16 102:4
160:4 175:14
**handle** 48:13
196:24
**handled**
164:10 268:11
**handles** 38:21
39:5,8
**handpicked**
74:22
**hands** 163:25
**happen** 7:20
35:11 64:17
76:7 84:15
112:24 161:8
169:18 174:6
195:21 231:13
251:8 257:6

306:11
**happened**
58:24 64:25
65:8 66:5
139:15,16
140:20 167:6,
8 204:19
218:2 318:11
**happening**
33:13 88:25
120:20,24
156:4 200:21
231:6 232:24
266:24
**happens** 34:1
38:5 52:20
58:22 59:20
62:24 66:3
74:7,25 84:15
87:2,6 117:21
161:19 164:2,
3,19 193:3
194:1 203:5,
14,24 204:18
207:7 208:7
209:12 217:7
307:17 309:15
**harbor** 327:4,
8
**Harbour**
177:5,14
178:14,17,22
277:16
**harm** 296:8,12
298:3,22
299:7 301:11
**has** 18:6
22:23 25:14
30:24 34:6,17
39:15 47:17
48:10 51:6
65:23 66:11
72:2 73:23
75:5 80:5,21
82:1 84:3
86:19 87:4
90:14 93:15,
20 96:4,24
100:17 102:15

103:17,21
104:6,16
105:22 108:24
113:9,24
117:2 120:2
122:16 123:10
124:13
125:19,20
133:15 136:4,
13,16 139:8,
15,16 141:4
142:15,16
144:16,17
147:21 153:15
158:14,16,19
159:3 163:19
164:13 166:20
167:3,6,8
172:3 177:19
186:16 187:6
192:6,8,9
194:25 195:5
196:2,9
199:17 202:11
209:22 212:11
216:20 221:9
224:1 226:15
227:21 228:21
233:8 234:13,
23 238:2
240:19 241:19
245:21 249:4
254:6 264:22
267:5 268:10,
17 274:20
278:11 280:8
283:24 286:9,
22,25 288:8
296:12 297:4
302:23 305:2
306:21 311:10
314:10 315:1,
12 316:22
320:3,4,6,17
321:1,2
**hasn't** 101:8
318:19
**hate** 184:15

**have** 7:3,19,
21 8:5,6 9:2,
14 10:8 11:7
12:14,24
14:14,16,18,
22,23 15:2,9
16:6,19 20:24
22:14 27:6,16
28:5,9 29:18,
20,22 30:18
31:2,17,23
32:5,19 33:5,
15 34:12 36:7
38:17 40:5
41:14,19
43:18,19
44:5,6 46:5,
10 47:10,12
48:2,4 50:8,
10,14 51:1,4,
11,14,18,22
52:4 53:21,23
54:10 55:6,23
57:17 58:24
63:1,7 65:7
66:17 67:21
68:9,12,14,21
69:7,8 70:6,
8,9,24 71:2,
5,9,11,18
72:24 73:17
74:5,11,17,18
76:13 79:8
80:3,8,10,13,
15 81:7,9,16
82:9,24
83:15,25
84:5,14 85:17
86:1,3,17,25
87:7,12 88:7,
11,16,18
89:14,15,16
90:12,14 91:7
92:5,18
93:20,21,24
94:6,11,12,
15,20 95:8
98:18,20
99:20 100:3,

8,10,11,24
102:8,20
103:3,5,6,24
104:19,23
106:7 107:8,
10,14 108:4,5
112:19 113:4,
11 114:7,23
115:7,12
117:3 118:4,
7,17 119:4,8
120:22
121:11,16
122:12,13
126:24 127:20
128:24
129:19,20,24
130:20 131:4
133:3,12,20
134:6 135:2,
25 136:6,9,25
137:4,6,21
138:15,18
139:4,17,23
140:2,18,25
141:2 142:1
143:25 144:4,
16,24 145:3,
4,12 146:17
147:13,16
148:10
151:10,23
152:12 155:20
156:4,6,9
157:2 158:6
160:7,9 161:5
163:13 164:22
165:6,11,14,
23 166:23
167:5,9
168:5,18
169:18,22,25
170:5,11,12
172:19 173:2,
13 174:12
175:14,16,19,
22 178:12
179:12 180:18
183:24 185:6,

19 186:1,2
187:16 189:4
191:11,24
192:9,11
193:7 194:15,
16,25 195:6
196:3,14,21
199:25
202:22,23
204:25 205:5,
9,21 206:10,
22,25 207:2,4
208:8,11,18,
20 209:11
210:14 211:3
212:14,20,24
213:6,7,8,18,
21,23,24
214:1,5,7,25
215:15 216:24
217:22,23
218:7,15,16,
21,25 219:17
220:2,8,19,20
221:11 222:5
223:1 226:2,
9,10,17 227:4
228:3,8,11
229:5 230:2,
24 232:6
234:17
235:17,25
236:15,21
238:15,20
239:5,14
241:5,25
242:13,23
244:15,16
245:18,25
246:13,24
247:7,8,12
248:2,10
249:1,10
251:11,21,22
252:13,15
253:7 254:7
255:2,5,21,23
256:6,12,13,
20 257:4,6,8,

21 258:18
259:2,22,25
260:1,6
262:7,13,16,
21,24,25
263:6 264:13
265:2,19,25
266:4,12,15
267:20,22,25
269:3,10
271:14,21,22,
23 272:1,23,
25 273:3,8,
12,15 274:2,5
275:20 276:25
277:9 278:3,
7,17 279:5,11
280:24 281:6,
8,10,12
283:9,11,21
284:6 287:13,
19,22,23
288:12,13,14,
15,18 289:16,
17,20,22,23
290:17,19,24
291:3,5,13,
19,21 292:4,
16 293:7,22
294:3 296:6
297:3 303:5,
8,12,14,15,
20,25 304:4,
8,10,12,13
305:10,15
306:17,24
309:4,23
310:4,10
311:6,7
312:1,22
313:19
314:20,22,24
315:3,11,14,
22 316:1,15,
24 317:14,16,
22,25 318:13,
20,21,22
319:5,7,10,
13,17,19,23

320:9 322:10,
15 323:12,22,
25 324:5,18,
24 326:10
327:13
**haven't** 67:24
162:3 242:12,
13 251:9
285:12 304:21
**having** 6:11
39:22 62:14
84:16 147:1
152:4 231:11
261:11 280:20
290:16 305:25
317:6
**he** 7:12 9:12
17:12,13,14,
15,18,21
18:6,10,15,
17,18,19
19:11,12 20:6
26:5 53:16,22
91:25 105:21
107:2 123:10,
22 124:22
136:4 140:6
141:22 150:16
151:8 157:14,
17 204:8
205:11 221:4
232:5 240:20
252:11 263:22
284:23 289:25
298:25 299:2,
3 306:21
309:11
318:18,19
**he's** 26:3
**head** 27:20
155:1 324:24
**heading**
243:10
**headquartered**
33:4 266:23
**heads** 141:10
**health** 12:8,
12 121:9

healthy 155:6
hear 143:4
302:10,12
heard 66:18
157:25 274:6
318:21,23
held 294:16
help 101:3
158:12 162:5
172:25 206:3,
8 248:8
helped 84:19
helping 36:11
helps 100:12
326:18
her 113:25
158:25 191:6
199:14 202:6
here 39:22
54:9 59:5
68:6 83:11
84:21 87:7
104:8 108:17
115:17 150:9
151:2,23
152:20 157:10
158:6 161:17
166:11 177:6
187:24
194:12,13,23
198:10 199:2
216:6 248:10
255:21 257:21
258:10 259:23
261:2 265:25
309:5
herself
224:18 226:1
Hi 251:18
hidden 201:9,
10
high 32:19
33:5 36:21
53:10 67:2
71:11 95:9
111:22 253:21
272:25 273:7
286:1,2

296:10
317:14,16
high-level
54:7 80:7
high-profile
266:25
high-quality
114:14
higher 312:2
highlighting
92:21
him 17:13,16
18:2,18
19:11,13
22:19 24:8
42:7 113:25
123:23 125:1
135:2,3,6,12
142:2 150:8,
18,19 157:23
158:25 232:8,
9 263:22,23,
24 289:25
292:22,24
308:3
hire 27:16,
18,19,20,23
his 18:10,15
19:25 42:3
124:21,24
136:5 141:21
150:8,12,13,
15,19,20
191:6 199:14
202:5 207:13
208:15 209:12
240:14 306:21
315:19 321:12
history
110:19,20
hold 12:17
home 29:17,21
84:16 202:11,
19 208:13
212:21 237:21
248:8 295:7
homeowners
37:13

homes 35:9
48:20 55:7
56:16 76:11
77:19 80:23,
24,25 122:23
172:25 181:8
182:23 184:17
312:24 313:6
honest 269:5
honestly
131:16 135:24
136:10
Honolulu
153:4,22
245:11
honor 205:24
230:14 312:18
honoring
171:13
hope 86:12
hopefully
38:14
hospitality
116:25 191:23
host 29:1,16,
20,22,23 30:2
33:11,22
34:2,5,12,16
35:7,9 36:13,
20,24,25
37:4,11,20,21
38:1,9 39:15,
20 40:3,8,11,
22,23,24
41:1,22 42:17
43:19 45:7,8
49:11,15
50:25 56:1,7,
8 58:12,17,21
59:16 60:10
61:13 62:18,
25 64:20
65:15 68:2,25
70:7,13 73:4,
7 75:18,20
77:5,8,9
82:16,24
84:8,13,25

85:12 86:19,
21 87:3
94:12,15
95:8,19,20,
22,23 96:2,3,
10,24 97:1,2,
6,7,16,18,21
98:7,10
101:8,18
103:7 106:18
107:21 108:24
109:18 110:4,
12 112:17
113:5,9,10,
11,14,19,24
114:3,8,18
116:6,24
117:2,3,7,14,
16,20 118:21
120:11,12,13
123:14
124:13,14
125:19 126:5
127:15 128:23
130:10,23
132:1,20
136:21 137:9,
14 139:6
142:12 145:21
147:2,14,17,
21 148:11
149:2,19
152:3 153:3,
11 157:12
158:14,19,25
159:1,3,12,
13,21,22,24
160:10,13,14,
15,16 161:9,
13,14,16,21,
23 162:2
163:5,17,23
164:3,11,13
167:19,23
169:15,19
170:3 172:11
173:16,21
174:8,14
178:21 179:1,

18,20 180:18,
21 182:8
183:9 186:18
187:16 188:8
191:6,7,22
197:12
199:13,24
201:11,19
202:5,10,18,
21 203:23,24
204:1,6,8,10,
15,19,21,22,
25 205:1,3,8,
9,14,15
206:10,20
208:15,24
209:1,5,11,
14,21 210:5
211:2,14
221:11 223:10
224:10,14,18,
21 225:20
226:14,25
227:8,11,19
228:5,6,8,9,
13,14,15,21
229:7,16,17,
24 230:1,15,
18 231:16,18,
21 232:15,19
233:10,12,18,
25 234:5,12,
13,17,20,21,
23 235:18,21
239:21 251:17
252:21 259:23
268:5,12
269:4 279:17
285:21 297:7,
10 299:18
301:15,17
303:6 306:16,
18,24 307:1,
4,5,8 308:24
309:16 312:19
321:24 322:5
324:20
325:10,23
326:5,6

host's  38:6
52:18 62:8,17
113:21 118:9
152:15,24
154:6 159:10
160:19 180:19
202:11,14
210:6 223:21
228:18,23
229:6 230:8
238:2,11
293:19
host-created
167:13 210:23
hosting  117:8
118:22 136:17
137:1 143:3,6
149:16,19
152:9 160:23
174:3,12
179:25 180:9,
11 239:22
243:4 247:17,
20,24 248:7
250:1 252:6
253:8 294:16
297:12 321:10
hosts  28:18,
19,24 29:11,
13 30:13,15
31:2,8 32:1
33:8,18,21
36:12 40:20
46:15 48:19
50:23 51:2,5
54:1 55:4
56:6 59:22
68:19 72:15
77:13 79:2
83:12 87:6,
12,15 88:23
92:9,14,21
93:17 94:10
100:12,21
101:3 108:12
109:3,4,13
116:21 117:7
120:3,7
122:25 125:15

137:18 143:1
149:20 150:10
151:24 152:4
158:8 161:3
167:8 169:14
170:6,7
171:1,7,13
172:15,25
173:24 182:3,
23 184:17
185:2 206:14,
22 208:18,23
211:12,23
212:3,5,18
226:10,15,19
227:14,20
231:2,11
232:7,12
236:8,24
237:7 238:7
269:22 281:21
283:9,12
289:2,4
296:18 300:6,
21 301:4,7,8,
9 302:6,17
303:15,25
305:4 308:14,
15 311:4
313:3 314:10,
18,25 320:6
327:14
hosts'  73:2,
14 75:15
158:11 223:15
hotel  110:23
210:1,2
hotel's  210:9
hotel.com
111:3
hour  149:25
hours  11:17
23:23 29:14
61:14 69:1
162:1 202:23,
24 204:8
205:6 208:8
209:15 278:12
306:6

house  237:18
how  11:16
12:14 18:8,18
23:19 25:15
26:9 27:4
28:2 30:4
31:17 32:7,9
34:18 48:22
51:14,18
53:13 54:12
55:10 57:20,
24,25 58:1,14
59:18 62:19
63:2,14,22,25
68:19 69:25
72:18 74:12
75:25 76:5
78:22 80:1
81:22 89:3
90:11 91:15
92:9,16 94:3
98:7,19,25
99:2,5,7
100:11,12,20
103:23 104:19
107:18,19
111:25 112:7,
8,16 113:19
114:2,12,22
115:21 116:20
117:1,5
121:18 122:13
128:2,3,11
131:4,17
138:3 139:11,
13,16 140:20,
25 141:3,6
142:8 143:23
144:17 151:9
154:22 156:1
159:19 162:11
163:1 166:22
169:9,18,19
170:20,21
173:6,9,23
180:21 183:17
186:5 187:12
190:8,19,20
191:13 192:6

196:24
200:13,22
201:20 207:4
211:15
216:20,23
217:5 218:6
221:15,22,24
223:22 224:24
229:24 233:10
237:14,19,23
238:1 239:17
244:11,19
245:13,15
248:11,14
252:16 253:15
262:23 267:24
273:1,24
274:12 275:16
276:13 277:19
286:4 294:22,
25 295:11,21
296:1 298:5,
17,24 299:7
302:5,14
303:19
306:18,20
310:20
312:13,14
314:25
315:16,21
316:9,22
319:3 322:6
323:23 324:22

**huge** 147:24
**human** 79:13,
21,22 80:19
85:10 87:23
91:13 92:7
101:7,10
103:13 104:9
110:3 111:5,
10,24 112:5,
10 225:9
**humans** 110:1
**hundred**
54:16,19,22
55:10 57:2
60:15 63:24

**hurt** 29:24
**hypothetical**
180:25 185:8
195:16,17
217:7 230:12
270:14 290:6,
22 313:25
327:16,19,24,
25

---

**I**

**I'LL** 7:19
**I'M** 7:6 8:22
9:5 17:12
20:16 29:21
34:7 35:25
39:3 43:17
49:24 57:9
59:17 62:20,
22 65:25
71:18 75:4
77:19 78:10
79:9 89:11,13
90:25 92:2
101:17 106:25
112:8 119:8,
10 156:9
159:16 175:18
181:7 186:11
189:5 212:3
215:25 218:23
222:21 225:20
227:20 228:14
230:5,12
241:22 242:1
244:9 251:9
285:6 287:5
289:7 321:19
327:3
**ID** 49:19
50:23 56:2
57:21 58:1
101:1 132:2
146:13 247:7
**identification**
7:25 8:1,2,3
16:17 41:16
51:8 57:15

81:4 82:5
85:22 98:14
99:23 102:17
106:13 107:6,
24 115:2
163:11 165:18
168:10 175:1
181:21 183:22
185:23 190:3
201:10 214:19
242:17 249:19
264:9 272:8
281:4 291:17
293:13
**identified**
269:3
**identify**
213:25 224:4
225:1 249:22
**identifying**
121:12,15
268:4
**if** 7:7,12,14,
16,17 8:12
10:21 13:24
14:21 15:8
17:11,12,13,
14,15,16
19:11 20:16
22:3,10,13
23:23 24:8
30:9 31:23
32:5,18 33:9,
12 34:10,16,
22 35:10
38:4,5,13
41:19 42:13
43:11 44:11
46:3,13,19,23
47:17 49:6
51:10 52:20
53:11,18
54:3,19 55:9
56:7,8,12
57:1,9 58:21
59:5 60:6
62:5,24 63:6,
9 64:7,17,20
65:23 66:2

71:18 73:17
75:3,20 76:8,
16 78:5,25
79:1 82:14
83:23 84:3,8,
15 85:5 86:17
87:20 88:2,9
89:8 90:6,23
91:19,24
92:1,7 93:24
94:15,18,21
97:2,8,20
98:3,6,10,18
99:14 101:1
102:1 105:11,
17 106:17,21
108:10 109:10
112:18
116:11,15,17
117:13,20
118:19 120:10
125:17 126:4,
13,22 127:14
128:16,20
130:5 133:1,
23 134:13,22
135:23 138:18
139:2 143:15,
20 145:2,8
146:13 147:17
148:20 150:8
151:14 152:13
153:11 155:13
158:25 159:12
160:6,16
161:13,15,16,
17 162:2,3,16
163:9 164:2,
3,11,15,19,20
165:12 166:6,
23,25 167:3,9
169:6 170:11,
13,17,21
171:19 172:3,
6,10,15
173:13,15,18
174:12 175:23
176:2,4
177:18,23

178:6,9
179:13 180:8,
16,21 183:16,
17 184:20
185:2,9
187:7,12,24,
25 188:15
189:2 191:16
193:14,23
194:11 196:5,
13 197:22
199:6 201:19,
22,23 202:15,
20,22,24
204:1,19,21
205:1,2,14,
16,24 206:1,
4,24,25
207:6,7,9,25
208:5,11
209:3,5,11,
12,15,19,25
214:22
215:16,18
216:4 217:1,
4,21 218:2,3,
6,9,13,25
219:7,8,12,
16,19 220:13
221:1,12
223:21 224:9,
17,21,22
225:20
226:13,16
227:2 228:5
231:13,16,18,
21,23 233:3,
6,18 234:5
235:8,20
236:2,15
237:16
241:10,13,22
243:24 245:24
246:1 251:8,
11,17,23
252:8 253:2
254:5,14
255:18,22
256:4 257:13

259:3,5,7,13,
15,17,20,22,
25 261:2,17,
24 262:6
263:21,24
266:14 267:25
268:18 269:2,
5 270:4,6,10
274:11,14
277:23 278:3
280:13 285:11
286:14,18
287:6 289:2,
13,14,19,20
290:15 291:2
292:20,25
294:9,12
297:1,18
299:11 301:9
302:4,12
303:8 304:21
305:9,15,16
308:8 309:14
310:6 311:5,
16 312:7,8,22
313:6,24
314:1,25
320:12,14
327:11,20,22

**illegal**
136:14,18
137:1 299:14
**illegality**
118:8 278:13
**illegally**
120:13
**imagine**
289:14
**immediacy**
280:18
**immediate**
66:1 209:17
210:2 228:18
229:17 233:17
301:19 306:7
**immediately**
66:8,19 68:3
80:18 136:11
144:7 172:4,

6,16 189:15
203:11,14,20,
23 227:25
228:22 268:23
278:11 296:18
301:15,16
302:14 307:15
312:19
314:20,23
315:13
**impact** 14:23
302:1 314:24
315:1 320:6,9
324:25
**impacting**
104:10 302:9
**implementation**
316:3,14
318:2
**implemented**
318:25 319:21
**implication**
240:16
**importance**
305:19
**important**
55:5
**imposes**
269:25 297:4
**improve** 55:15
101:5 103:9
211:12
**IMPROVED**
124:15
**in** 6:2,3 7:21
8:18 9:3,9,13
10:15 11:6
12:10,14,21
13:16,23
14:8,12 15:9,
17,22,25
16:3,4,12,21,
23 17:5 18:7,
25 19:3,19
20:12 21:4,
10,12,25
22:8,23 23:5
25:13,20,21

26:9,21,22,24
27:1 28:5,8,
9,21 29:13,24
30:7,8 31:2,
18 32:9,24,25
33:1,3,4,13,
24,25 34:11,
23 35:21,22
36:11,12,25
37:3,11,16
38:1,10,11,
18,25 39:10
42:24 43:15,
16,18,23
44:3,13,15,17
45:13,17
46:10 47:3,
17,24 48:2,4,
11,17,25
49:20,21,24
50:1,13,14
51:20 52:7,9,
23 53:2 55:8,
21 56:5,7,8,
10,15,24
57:2,22
58:10,12,24
61:19,20,21,
22 63:8,18,
23,25 65:9,
12,17 67:2,
16,21 68:3,
14,21,25
70:16,21
71:2,6 72:9,
10 74:11
75:18,20,22
76:14,17,18
77:21 78:16,
18,23 79:3
80:3,17,20
81:25 85:10
86:6,7,10,14,
23 87:9,10,
14,15,16,18,
23 88:2,3,9,
10,16 89:4,5
90:3,5 91:4,
7,17 92:13

93:11,13
95:18,20
96:16,21
97:5,18 98:21
99:6,9,14
100:2,12
101:7,9,17,24
103:21 104:1,
6,16 105:9
106:6,23
107:11,12,15,
19 108:22,23
109:3 110:7,
16,23 111:16,
24 112:2
113:3 114:12,
23 117:21,25
118:9,16,17,
21 119:3,8
121:2,4,19
123:11 124:11
125:4,17,21,
25 126:1,2,5,
7,8,25 127:2,
14 128:21,25
129:3,7,11,20
130:8,10,24
131:12,13,16
132:6,18,19,
24 133:2,10,
12,13,21
134:7,21
135:22 136:2,
3,7,18,19
137:10,14,20,
25 138:2,3,6,
14 139:8,17,
21,24 142:12
143:2,11,12,
21,23,24
144:10,15,21,
24 145:3,8,
16,18,22,24
146:1,3
147:19,22
148:9,21
149:8,10,13
150:20,22
151:21,22

152:7,11,19,
20,23 153:2,
5,10,18
154:3,5,6,10,
22 155:10,17,
22 156:4,10
158:14,20,22,
23 159:4,5,9,
22,23 160:4,
19,20 161:3,
6,13,15,19
162:14 163:3,
25 164:17
165:2,3,8,10
168:3,6,18,
21,22,24
169:16,20
170:11,23
172:13,14,18
173:7,12,15,
20 174:2,3
175:9,11,16,
19 176:14,25
177:5 178:6,
9,12 179:1,7,
15,19,20
181:1,4,12
182:14,22
183:1,2,7
184:24 185:4
186:12
188:16,22
189:11,16,17
191:18,23
192:8,25
193:1,2,14,
15,17,19,21,
23,24 194:1,
2,3,13 195:1,
5,6,19,21,22
196:1,10,16,
22 197:4,5,11
198:4,7,10
199:2,13,17,
24 200:2,11,
14 201:19
202:13,25
203:14 205:18
206:2 207:2,

4,18,19,22
209:4,9,25
212:1 213:1,
24 214:1,6
215:20 216:2,
4,9,14,20
218:13 220:11
221:10 222:11
223:11 225:22
226:17,21
227:2,22
228:6 229:25
230:2,10
231:14,16,21,
25 232:16
236:16 237:25
239:11,18,23
240:3,15
241:2,13,21,
23,24 242:13
243:3,21,24,
25 245:2,5,7,
11 246:12,17,
19 247:1,12,
15,19 248:2,
24 249:14
250:1 251:2,
9,13,24
252:5,19,20
253:23 254:1,
9,19 255:3,
13,23 256:5,
6,11,13,14,
19,22 257:20
258:6,14,15,
18 259:2,7
261:10,11,25
262:3,10,11,
17 263:1,4,14
264:20,22,24,
25 265:3,5,8,
10,25 266:16,
22,24 268:9,
18,22 269:9,
12,25 270:11,
19 271:19,22
272:4,15,17,
20,24 273:14
274:5,7,8,10,

11,17,21,24
275:8,10,14,
16,20,23
276:17 277:11
278:2,4
280:9,14,18,
20 281:20
282:12,16
284:17,18
285:2,5,15,
20,25 286:7,
22 290:20,24
292:2,9,16
293:4,8,10,25
294:1,6,16,
17,22 295:16,
22 296:15,19,
21 297:12
298:2,11,22
299:3,7
300:1,6,16,
18,25 302:4,
21,25 303:5,
7,9,10,21
304:5 305:9,
18 306:2,4,
12,16,24
307:5,11
308:9 309:4,
11,18 310:10,
18,24 311:4,
11,20 313:10,
15 314:1,5,7,
15,16,18
315:2,8,22
316:1,2,3,15,
16,17,22
317:1,2,3,11,
22 318:1,6,25
319:19,20,24
320:3,5,7,16,
18,25 321:2,7
322:4,6
323:3,4,5,10,
16,18 324:17,
19,24 325:2,
11,14,17,23,
24 326:1,10

in-house
24:16,25
Inc 69:8,22
incentive
136:14,16
incident 65:7
incidents
40:2
include
123:15 130:10
146:13 153:1,
3,5,11
167:23,25
181:10 184:12
241:25
243:13,17
244:14 245:22
246:5 247:14
248:12 251:2,
8 258:2 261:3
310:5 317:23
included
125:17 128:21
143:21 145:17
153:6 177:8,
14 178:14,18
197:4 327:22
includes
84:24 153:2
154:6 195:23
201:19
231:19,21
261:13 289:2
including
123:13 124:14
129:1 170:15
196:18 200:10
222:13
income 183:18
184:13
incoming
38:21 83:5,25
inconsistency
296:19
inconveniences
206:5
increase
123:12 124:13

158:3 205:10,
14
increased
15:19
independent
323:15
indication
195:6
indirectly
122:3 134:9
135:15,21
136:2,5
individual
15:15 60:22
74:24 115:8
188:5 199:1
219:3,5
individualized
200:2
individually
8:10,25 19:9
49:10 101:14
134:6 255:20
individuals
105:3 106:6
225:6
ineligible
268:13,14
influence
14:25
info 197:19
271:24
inform 164:12
information
39:19 41:2,4
44:7,18,21
49:18 50:8,
18,24 51:1
54:8,10 56:6,
9,12,24 59:4,
5,7,24 60:7,
11,16 61:8
68:12 71:10,
15 72:1,24
95:9 100:19
104:5,7,21
105:2 106:3,5
109:18 111:6

119:2 120:3
125:16,20,22
126:4,12,14,
19 127:6,14,
15,21 128:1,
4,12,17,25
129:5,17
130:10,23
131:12,18,24
132:1 136:21,
25 137:4,7
138:23,25
143:11,15,20
144:3 147:11
148:2,8,17
149:17 150:16
152:10 153:3,
5,6,11 154:2
155:11,25
160:23 166:8,
9 179:24
191:7 196:8,
9,16 197:3,11
200:11 201:8,
9,11,17 202:3
213:7 220:8
224:8,10,21
225:22 226:2
227:2 229:7
232:1 233:10
236:11,16,25
237:7 239:14,
15 241:4,23
244:14,15
245:18 247:15
249:1 251:21
257:13,20
259:21 260:9,
15 261:3,7,9,
13,17 263:4,
5,18,19
264:5,6,20
265:5,14
267:5 268:4
269:21 270:20
278:15 279:21
283:9 284:7
285:17 286:4
289:3,4 306:5

313:20 314:19
327:14
informed 53:6
267:17 278:12
307:23
informing
173:12 217:8
218:16 259:18
inhouse 22:11
initial 17:7,
18 56:2 62:16
63:1 76:6
152:15,19
182:15
initially
48:15 49:15
52:18 60:11
83:20 99:5
247:11
initiate
187:23
246:18,22
initiated
184:15
initiative
183:7 184:16,
23,25 185:3
initiatives
154:2
injunction
294:6
input 14:11,
12 110:1,3
111:5,11
112:5,10
113:9 129:6
131:12 132:1
138:15 145:2
150:13 152:15
155:21,22
191:7 201:8
233:3 234:20
267:4,5
269:23 290:7
326:18
inputs 113:9
233:10

inputted
  201:9
inputting
  154:9 155:24
  197:12
  238:15,21
insert  151:2
  241:3,5
inside  21:22
  23:16 160:3
instance  15:7
  31:5 32:17
  34:22 58:12
  62:23 64:15,
  16,24 65:15
  75:17,23
  97:12 110:22
  120:23 148:20
  155:18 188:19
  196:23 200:7
  206:2 212:19
  214:8 220:11
  228:20 237:1
  249:14 262:7
  265:22 282:21
  304:7 306:6
  323:19
instances
  16:3 49:19,
  20,24,25 50:1
  56:5,10,11
  61:23 70:22,
  23 75:12
  121:20 141:4
  142:2,6 153:4
  164:25 220:1
  285:16
instant  83:2,
  8,9 84:4,9,
  21,24 85:3,8,
  11 86:16,22,
  24 87:3
  106:17
  108:11,13,18
  161:22 167:7
  202:20,23,25
  203:18 206:9,
  13,24 207:1,
  5,11,18,22

229:19,22,25
232:13,16,20
instant-booked
  84:6
instantly
  84:7
instead
  297:6,10
instruct  18:2
  123:8 124:8
  125:1
instructed
  21:19 22:12
  161:16
instructing
  17:20 18:21
instruction
  21:10 22:4,20
  23:3
instructions
  7:13 146:12
  162:3 185:13
  190:7,8,19,20
instrument
  204:7
instruments
  68:21
insurance
  29:19,21,24,
  25 30:1 33:6,
  7,11,18,20
  34:5,6,14
  35:5,6 37:12,
  13,17 39:2,5,
  8 41:23 42:18
  43:19 45:8,
  13,20,21,22,
  23 46:5,14,
  15,24 47:17,
  24 183:1,2
intense
  166:23
intent  231:5
intention  9:5
intentional
  42:19
interact
  30:21 296:22

interaction
  27:6,8 80:15
interacts
  107:20
Intercoastal
  111:21
interface
  135:16
interfere
  203:6
intern  12:21
internal
  139:22,23
  141:7,9 156:5
  163:2 316:2
internally
  32:4
Internet
  104:3
interpretation
  260:3 271:15
  282:12 286:12
  289:1,2,17,19
interpretation
s  49:4 221:5
interpreting
  272:2
interviewed
  303:25 304:4,
  8
into  53:11
  56:8 63:2
  74:9 78:13
  85:17 87:21
  98:16 111:5,
  25 112:10
  117:15 129:7
  132:10 150:13
  151:4 152:15
  155:21 186:23
  187:19 188:21
  189:18 190:1
  216:11
  238:16,21
  250:17 261:3
  265:3,5 274:6
  291:4 295:17
  305:16 309:24

315:2 317:15
319:16
introduce
  143:1
intuition
  320:3
invitation
  250:4 252:25
involve  164:1
involved  16:2
  23:20 26:22
  33:17 39:2
  40:6 44:2
  65:2 89:19
  118:17
  121:23,24
  127:20
  133:10,12,21
  134:6 135:21,
  25 136:1,2,5
  156:10 158:22
  172:10,14
  249:10 266:24
  267:2 270:16
  273:14 286:22
involvement
  85:10 158:24
  168:5 184:24
involving
  27:2 150:7
irreparable
  296:8,12
  298:3,21
  299:7 312:12,
  13,14 320:10
is  6:18,21,23
  7:18 8:16 9:6
  10:10,20
  11:7,22 12:1,
  23 13:3,14,
  15,20 14:1,5,
  10,21,23
  15:8,10,17,
  22,25 16:11,
  15,21 17:9,
  10,11,14,15,
  17,18 18:7,9,
  13 19:2,8

20:16 21:3
22:15,16,23
23:2,5,8,13,
21,22 24:3,9
25:8,23 26:5,
21,22 27:8,
15,25 29:7,9,
21,22,23,24
30:1,3,6,7,8,
9,14,15 31:5
32:5,14
33:11,12,14,
19,20,22,23,
25 34:2,4,6,
10,18,20,25
36:5,10,11,
14,17,21
37:21 38:13,
20,22 39:3,5,
7,8,16,19,20,
24,25 40:8,
13,14,23
41:3,7,8,9,
22,25 42:10,
23,24 43:8,9,
11,17,23
44:1,6,11,12,
14,15,16,17,
18,21,23,24
45:2 46:3,23
47:14 48:8,
24,25 49:5,8
50:1,5,6,7,
16,17,23
51:5,10 52:1,
11,13,15,18,
25 53:2,14,24
54:7,24 55:1,
5,7,13,18,22
56:1 57:1,10,
12,19,20,22,
24,25 58:3,4,
12 59:3,11
60:2,7,13,16,
22 61:6,12,
15,16,17
62:6,13,14,
15,16,18,21,
25 63:6,8,14,

16,18,20,22,
25 64:2,4,15
65:1,3 66:1,
2,3,7,10,13,
14,16,19,23
67:5,8,9,10,
14,19,22,23
68:13,17,22,
23,25 69:4,5,
10,13,15,16,
19,22,24
70:2,4,7,9,12
71:20 72:3,4,
5,7,9,16,17,
20 73:17,19,
22 74:23,24
75:1,7,18,20
76:8,10,12,
16,18,22,23
77:8,10,11,
13,17,19,21,
24,25 78:3,7,
10,16,23,25
79:4,6,9,13,
16,17,21,24
80:4,11,12,
15,18,22,23,
24 81:6,12,
15,18,19,21
82:8,11,13,16
83:11,12,17
84:6,16,23
85:1,6,10,14,
24 86:1,6,10,
14,15,21
87:5,7,23,24
88:2,3,9,13,
17,18,24
89:4,7,8,10,
13,19,23
90:21,23
91:6,9,13,15,
16 92:1,2,6,
18 93:6,10,13
94:17 95:7,9,
10,20,21,23
96:4,6,7,10,
17,21 97:14,
16,19,20,21

98:1,7,10
99:19,21,22
100:1,21,22,
24 101:2,7,
10,13,18,24
102:4,5,13,
19,22,24
103:13,20,23
104:3,9,10
105:11,17
106:17,18,19,
20,21,22
107:2,5,17,18
108:1,7,8,17,
18,22,23
109:12,17
110:4,7
111:5,15,16,
17,19,21,22,
23,24 112:2,
3,5,10,14,16,
21,23 113:7,
17,25 114:2,
3,5,7 115:3,
8,9,10,18,22,
23,25 116:5,
9,10,14,15,
18,19,20,23
117:14,15,20
118:2,7
119:1,13
120:11,16,20,
21,24 121:8,
13,20 122:5,
7,14,15,18
123:10,12,22
124:10,23,24
125:4,17
126:1,4,8,9,
19,22 127:3,
4,13,19
128:12,17,21,
22 129:4,5,
17,21,24
130:1,8,18,
19,21 131:1,
6,8,10,13,23
132:1,7,9
133:2,8,22

134:19
135:11,23
136:5,7,19
137:6,14,19
138:20,25
139:2,5
140:4,18
141:2,14
142:16 143:1,
2,7,12,13,15,
20,24 144:1,
3,10,12,15,
18,19,20,21,
23 145:2,3,8,
11,12,16,17,
22,23 146:2,
25 147:2,14,
16,19,22
148:5,11,21
149:8,12
150:4,8,14,
16,21 151:11
152:2,5,7,9,
10,11,13
153:4,8,19,
20,23,25
154:1,5,10,
11,12,13,15,
19,22 155:5,
6,19,21,22,23
156:1,2,18,22
157:1,6,14,17
158:1,2,7,19
159:7,10,21,
23 160:1,2,6,
9,11,14,16,
19,22 161:8,
13,15,17,20,
21 162:8,13,
20 163:2,9,
17,22,23,25
164:7,11,15,
16,20 165:12,
13,20,21,25
166:1,2,3,4,
6,16,17
167:11,12,14,
15,21,22
168:12,13,15

169:3,9,10,
14,19,25
170:10,11,18,
21 171:4,5,9,
12,16,19,23
172:10,18,19,
22,24 173:1,
13,15,16,20,
21 174:4,13,
18,21 175:3
176:1,3,4,5,
10,25 177:3,
4,7,14,17,21,
23 178:5,6,9,
20 179:4,14,
17,19,23
180:3,4,9,11,
19,21 181:16,
17,23 182:1,
2,5,8,13,17
183:3,7,12,16
184:2,9,10,14
185:4,8,15,
19,25 186:5,
7,10,16,17,
20,22 187:6,
7,19,21,22,25
188:3,17,23
189:4,5,8,11,
20,21,22,23,
24,25 190:1,
18 191:3,8,
11,12,13,20,
25 192:3,12
193:4,8,12,14
194:3,4,11,
20,21 195:1,6
196:1,6,7,23
197:4,11,12,
18,19,23
198:1,2,7,10,
11,13,18,20,
21 199:2,5,6,
10,15,18,21
200:2,12,14
201:9,10,21
202:1,2,3,6,
9,13,24,25
203:9,12,13,

18,20,23
204:2,5,9,17,
21 205:3,8,
10,12,16,24
206:1,5,6,9,
13,17,19,23,
25 207:6,8,9,
12,19,20,22,
25 208:5,13,
17,21,22
209:21,23,25
210:1,2,3,6,
14 211:24,25
212:1,3,5,12,
13,14,15,20
213:5,18
214:2,12,23
215:2,6,10
216:6,13,18
217:7,8,10,
11,19,24
218:9,11,19
219:2,6,13,
15,16,21,24
220:24 221:4,
8,22 222:1,5,
18,22 223:6,
8,15,21,22,25
224:8,10,11,
13,14,24
225:9,18
226:3,13,18,
21,24 227:4,
5,7,15,22,23,
25 228:2,7,
15,19,20
229:4,11,18,
19,25 230:1,
3,12,17
231:2,5,7,13,
14,15,22,23,
25 232:5,8,9,
10,13,16,22,
25 233:9,11,
12,17,24
234:5,10,16
235:1,2,8,20,
23,25 236:4,
10,13,15

237:16,19,21
238:11
239:12,13,16,
19,23 240:1,
2,3,11,15,20,
21,24 241:1,
2,14,22
242:3,4,5,21
243:1,6,10,24
244:1,11,13
246:5,6,9,14,
25 247:13,17,
19,23,25
248:2,4,7,15,
24 249:6,12,
20,24,25
250:1,2,3,13
251:3 252:13
253:10,13,15,
17,19,20,22,
23 254:1,8,9,
12,14,18
255:1,2,10,
12,16,22
257:10,19,20
258:10,14
259:3,5,6,7,
8,12,13,14,
15,18,21,25
260:3,5,6,8
261:7,14,17
262:2 263:5,
18,22,23
264:4,6,11,
15,16,24
265:8,15,18,
22,23 266:8,
9,11,13,21,23
267:3,19,24,
25 268:6,9,
11,16,20,22,
25 269:5,6,8,
12,13,20,21,
24 270:2,4,5,
8,11,15,19,21
271:4,8,18,19
272:7,12,15
273:2 274:4,
8,10,12,13,

14,16,17
275:19,23,25
276:4,8,13,
17,18,20
277:4,11,13,
16,19,23
278:3,5,9,10,
12,22 279:11,
14 280:3,6,13
281:6,14,19,
20 282:9,16
283:8,14
284:6,11,22,
25 285:5,13,
16,24 286:1,
3,6,8,9,12,
13,14,24
287:17,25
288:2,5,14
289:4,5,15,19
290:4,6,10,
11,13,16,22
291:4,9,23
292:6,11,22
293:4 294:9,
13,25 295:18
296:8,16,25
297:1 298:2,
3,5,19 299:2,
7,10,21
300:4,18
301:4,6,7,8,
11,13,16,17,
19,20 302:14,
25 303:2,20
304:7,14,17,
24 305:8,14,
19,24 306:3,
4,5,7,10,14
307:2,13,17,
20,21,22,23
308:4,9,10,
13,22,23,25
309:2,9,11,
15,16,21,23
310:11,13,17,
19,21,23,24,
25 311:3,4,22
312:8,9,10,

12,13,14,16,
21 313:25
314:5,9,18
315:4,5,8,13,
16,21,24,25
316:1 318:9,
16,21,24
319:8,23
320:12,14,15
321:8,12,14
322:14 324:2,
23,25 325:7,
19 326:2,6,7,
8,12,13,15,21
327:3,16,19,
23,25
**isn't** 37:12
55:1 56:12
126:5 129:5
310:16
**issue** 17:17
22:17 58:18
63:10 65:16
67:22 142:7
150:14
157:20,24
160:19 162:10
163:21 239:25
270:21 303:17
322:16 323:5
**issued** 8:9
139:3,9
**issues** 24:23,
24 164:19
269:9 304:10
323:9
**it** 7:8,9,10,
19 9:5,24
10:18 11:5,7
12:9,12,23
13:3,11,14
14:5,11,13,
21,23,25
15:4,6,10,11
16:8,11,14
17:4,7,9,10,
11,12,13,14,
18,22 18:8
19:2,3,17,25

20:16 22:4,7,
8,11,12,16
23:2,3,8,16
24:3,8 29:7,
21 30:3,6,14
31:6,13,16
32:5,11,14
33:11,19,22,
23,25 34:5,6,
10 35:8,11
36:14,16,17
37:4,8,11,16,
23,24 38:1,
14,22 39:1,
23,25 42:11,
25 43:15,16,
23 44:2,16,
17,23 45:13,
18,20,21,23
46:2,3,14,15
48:8,10,22
49:12,13
50:1,4,6,7
51:10 52:9,
13,16,20
53:17,24
54:10 55:7,13
56:10,11,12
57:1,12,19,
20,23,24
58:3,10,16,
18,23 59:4,5
60:2,7,10,13,
22,24 61:13,
17,20,24
62:11,12,13,
24 63:14,21
64:4,5,17
65:1,10
66:10,11,23
67:9,17,19
68:13,14,25
69:5,10,11,
16,19,22,23
72:4,5,16,20
73:16,17,21
74:21,23,24,
25 75:5,7
76:18,23

77:10 78:5,9,
10,25 79:9,
12,13,22
80:2,4,8,11,
19,21,22
81:6,13,18,
19,21 82:1
83:12,19,23
84:2,21,23
85:3,14
86:13,16,18,
25 87:1,5
88:3,9,15,17,
22 91:5,15,
16,24 92:2,16
93:1,2,3,15
95:9,10 96:9
97:1,2,3,4,10
98:2 99:6,7,
19,21,22
100:4,16
101:11,13,17,
18,22 102:6,
8,10,19,24
104:5,8,9,10,
11,12 105:22,
24 106:1,19,
20,21 107:2,
5,10,12,17,
18,19,20
108:10,19,20,
21 109:17
110:3,4
111:16,17,19,
22 112:10,14,
20 113:7,18,
22,25 114:3,
7,13 115:3,8,
9,22,23,25
116:1,2,5,8,
12,14,17,18,
19,20,22
118:16 119:1,
13 120:7,16,
20,21 121:8,
9,13,20
122:5,7,8,15,
16 124:24
125:17 126:1,

6,8,19,22
127:3,8,9,10,
13,17,19
128:2,3,21,22
129:4,5,7,21
130:1,19
131:1,6,8,10,
13,17 132:2,
8,13 133:15,
22 134:13,22
135:17,19,23
136:5,7,10,
11,13 137:1,
19 138:2,18
139:5,13,15
140:16,20,21,
22 142:10
143:12,13,18,
24 144:12,17,
18,23 145:2,
3,8,9,11,18,
23 146:3,5,25
147:5,8,13,16
148:5 150:5
151:6,13,14,
15,19 152:2,
7,16 153:7,8,
23 154:5,11
155:6,9,10,
18,19,21
156:1,16,18,
22 157:1,6
158:1 159:1,
10,21 160:6,
22 162:8,10,
11,12,24
163:5,16,23
164:14,16
165:12,21,23
166:1,3,4,6,
11,13,15,22,
24,25 167:1,
3,8,10,14,16,
20 168:13,17,
18,22 169:3,
7,15 170:10,
15 171:4,5,8,
9,18,23,24
172:16,18,22

173:1,11
174:5 175:15
176:3,4,5,10,
13 177:3,19,
23,24 178:3,
5,14 179:6,21
180:9,14,16,
18,21 181:17
182:1,2,15
183:11,16,19
184:9,10,22
185:4,6,19,25
186:5,7,8,11,
12,23 187:7
188:16 189:2,
3,4,6,15,20
190:16,18
191:11,12,13,
19,20 192:6,
8,9,23 193:3,
4 194:1,4,20,
21,24 195:1,4
196:12,13,15,
17 197:6,15,
22,24 198:2,
12,21 199:6,
7,10,15,17,
19,21 200:2,
12,14,24
201:5,9,23,24
202:1,2,3,13,
24 203:18,24
204:2,5,20,24
205:2,3,8,16,
17,24 206:1,
6,17,19,23,25
207:6,7,19,
20,22 208:5,
7,13,21,22
209:7,13,21,
25 210:1,2
211:8,10,12,
15,18,20
212:1,5,14
215:2,6,10,
15,24 216:4,
5,6,13,16
218:7,8,15,21
219:13,15

220:10
221:22,25
222:1,3,10,
19,22 223:4,
24 224:11,17,
24,25 225:23
226:3,13
227:4,5,7,8,
15,23,25
228:2,7,12,15
229:19,25
230:2 231:7,8
232:10,13,22
233:3,5,6,7,
17,19,23
234:12 235:8,
10,18,23
236:10,13,17
237:16,17,19,
21 238:11
239:11,17
240:15,19,24
241:2,5,11,
12,21 242:4,
5,21 243:4,6,
13,17,21
244:13 246:1,
4 247:14,16
248:1,2,4,8,
10,11,12,22,
24 249:12,24,
25 250:4,8,14
251:2,3,4,6,
9,11,18,22
253:2,20
254:8,25
255:1,8,10,
12,15,22
256:13
257:10,21
258:2,13,14,
15 259:8,13,
16 260:1,3,6
261:3,14
262:2,3,23
263:10,22,23
264:15,16,22,
24 265:8,18,
21,24 266:1,7

267:1,2,3,19
268:5,10,16,
22 269:4,5,
12,13,20
270:2,5,7,8,
15,21 271:6,
19 272:2,7,12
273:3,5,6,23
274:4,12,13,
14,16,17
275:2,6,25
276:9,10,11,
15,18,23
277:2,4,6,7,
13 278:3,5,
10,12 279:14
280:12,13
281:8,9
282:15,24
283:8,14,24
284:18,19,23,
25 285:1,5,7,
20,24 286:7,
8,9,11,13,14
287:1,6,25
288:5,8
289:2,3,4,5,
19,20 290:9,
10,11,13,22
291:4,10,21
292:14,22,23
293:2,17,25
294:3,4
295:3,8,19
296:16
297:21,22
298:2,7,10
299:7,11,21
302:1,17,25
303:2,9,20
304:6,7,13,
22,24 305:8,
18 306:1,3,7,
22 307:5,13,
17,23 308:25
309:13,14,15
310:10,11,13,
16,17,19,20,
24,25 311:4,

11,19,22
312:7,8,9,12,
13,14,16,23
313:7 314:2,
10,19 315:3,
5,8,14,16,21,
24 316:5,10,
24 317:6
318:9,10,16,
21 320:10
321:20,24,25
322:13,14,17,
18,19 323:1,
3,13 324:2,
20,21 325:6,
14,19,25
326:9,12,13,
15,16,21
327:3,19,20,
22,25

**it's** 11:8
17:2 29:14
41:18 47:6
49:12 53:10
69:19 75:3
76:13,15,16
79:1 81:22
95:18,19,22
97:18 101:14
102:1 114:19
120:19 126:8
138:16 145:9
148:20 155:13
159:25 165:5
166:7,14
170:23 176:2
191:18 194:9
197:9 199:19
203:19 207:1
208:9 209:7,8
210:4 212:13
225:8 227:12
231:23 234:19
255:19,20
267:8 301:14
310:12 311:11
312:5,23
313:13

**its** 30:12
44:22 45:20,
21,23 46:5,6,
7,14,15 62:3
76:6 122:25
127:18 130:10
150:10 151:24
157:12 158:8
159:14 169:6,
7,14 173:24
204:13 224:4
267:21 282:17
322:17,21
323:1
**itself** 95:13
98:8 108:22
126:6 149:10,
12 159:2
201:20
222:12,19
254:9 281:10
284:18

---

### J

**January** 6:24
215:16,19
220:14 300:25
301:14
**jewelry** 37:6
**job** 12:4
25:22 86:9
122:7 169:1,3
249:9
**join** 198:17
199:3,4
**joined** 10:15,
22 28:7
**joint** 9:13
240:10
**Jonathan**
25:25
**Jordi** 6:10,17
**judge** 125:5
**jumping** 173:6
**jurisdiction**
195:19 277:5
305:10,11

**jurisdictions**
55:21 56:3,7
277:2
**just** 7:6 14:5
16:4,14
17:12,13
18:17 20:5
21:3 23:23
29:8 30:22
32:4 33:7
35:25 36:2
43:8 44:12
47:11 51:4,18
53:22,24
54:18 55:11
59:15 61:17,
21 62:23
65:13 66:23
74:24 75:14
81:1,16 84:24
88:1,14 92:1
93:3 94:18
97:3 104:10
105:19,21
110:7 111:8,
17 113:11
114:7 115:12
116:2 125:8,
13 126:9
127:9 129:7,
21 132:13
134:8 135:4
140:4,6
141:19,24
142:8 145:14,
18,24 147:17,
22 149:12
150:22 151:2
152:4 154:11
155:22 156:9
158:7 159:13,
23,24 164:6
165:10 167:18
169:23 170:14
173:7 176:2,5
179:13 180:17
181:7 184:10,
13 186:16
187:12,18

188:7,13
189:5 190:5
193:4 196:13
200:7 202:1,
13 204:20
207:25 208:3
209:16 212:25
219:13 220:23
221:9,19
228:11,16
235:25 240:5,
9,16 241:12,
17 242:2,20
245:17 248:22
252:5,9 254:8
255:1 259:1
261:14 264:24
265:8 268:10,
25 269:5
274:8 275:23
276:11 282:8
283:8 285:7
287:13
289:20,25
292:20,24
298:17 301:7
303:20 308:4
310:17 311:17
313:3,20
314:23 318:23
320:14,23
321:6 322:20
327:3

---

### K

**keep** 23:5
79:7 90:5
91:21 116:25
285:10
**keeps** 127:4
204:7
**key** 153:20
160:3,4,12
**kicked** 38:10
**kicks** 33:25
**kind** 29:11
50:14 56:18

116:24 160:2
173:2
**kinds** 28:17
29:4 117:17
**knew** 242:25
**know** 7:15,17
8:8 18:19
20:11 34:11
39:24 40:1,2,
7 42:13,16
43:2,13,14,
22,25 44:8,
10,11,14,16
45:11,15,16
46:1,2,13,23
47:1,2,17,20
48:1,10,12
50:2,3,4,16
52:10,16,20,
22,23 53:2,11
54:4,5,7,12,
19,21,23,25
55:1 57:1
58:13,15,16,
18 59:6,9,15,
20 60:21 61:5
63:6 64:24
65:14,20,23
68:16 69:7,25
70:3 71:3,4,
7,8,11,14,16,
21 72:2,8,25
73:4,10 75:3
76:1,3 77:24
78:7 79:20
80:1,2,3
81:12,22
82:14 84:6
85:2,5 86:16
89:6,8,11,25
90:14,20,21,
23 91:11,19,
20,23,24
92:1,3,8,17
93:7,8,25
94:1,3,5,7,
14,18,19,20,
25 96:10
98:9,10,11,

23,25 99:2,
12,14,17
100:15 101:3,
7,21 102:1,3,
22 104:1,24
105:1,8,11,17
106:2,4,9
108:7 110:7,
24 111:4,5,22
112:7 114:20,
22 115:15,21
116:6,10,11,
14,15 117:4,
5,10,11,17
118:13,15
128:2,5,6,11,
14,25 129:4,
13,25 131:5,
20,22,25
137:5,8
139:12,13,15,
16 140:15,18,
19,20,25
141:2,3
148:7,8
149:7,9 153:9
154:17,21,22
155:4,5,16
159:17 160:8,
10 165:10
166:8,22,23
167:3,4,9,24
168:1,2 172:6
174:15,16,23
176:19,20,22,
23 177:6,7,
10,14,17,25
178:6,9,11,
13,17,25
180:5,6,21
182:17,19,24,
25 183:15
184:20,21,24
185:2,5,9,11,
12 187:12
189:2,4,8
193:7 194:14,
17,22,24
196:10,12,13

197:1,13
199:8,11
200:11 201:6,
16,20 202:8,
15 207:9
210:1 211:18,
19 213:5,14,
15,18 214:5,
7,9,10 215:22
216:1,3,10,
12,13,23,25
217:1,3,5,21,
24 218:3,5,
22,25 219:2,
6,7,9,10,19,
20,23 220:1,5
223:19
225:11,13,14
228:2 229:5,6
233:6 235:15,
18,20,23,24
236:6 238:20,
23 239:1,2,
10,11 241:16,
18,19 242:9
244:5,8,11
245:1,4,7,10,
16 246:4,7,9,
11,25 247:4,
10 248:23
249:3 250:21,
24 252:11
253:14,15
254:2,3,22,23
255:11,18,21,
25 256:2,4,18
257:1,16,17,
18 259:12,13
260:18,20
261:23 262:23
263:24 264:3,
5 265:21
266:13,19,20
267:23,24,25
271:20
272:17,19,23
273:2,5,20,
23,24 274:7,
9,14,19,20,22

275:3,13
276:2,3,6,7,
10,13,16
277:11,19,21,
23 278:1,2
285:10,12
286:18,19,21,
25 287:2
289:7,9
292:1,21
295:19 296:8
297:18 298:19
303:15,19
306:1 311:16,
17 314:8,15
315:5,7,8,10,
14,16,21,24
317:21 318:23
319:2,15,18,
23,25 321:4
322:13 323:4,
5 327:20

**knowing** 68:1
223:24

**knowledge**
50:10,14 65:7
71:5 72:3
100:11 150:15
215:13 240:14
249:13 255:20
267:20 273:7,
13,16 306:9
309:4 318:13

**knows** 25:13
71:13 72:1
129:17

---

## L

**lack** 109:2
147:19 327:1

**language**
87:10,12,14,
17,18,24
88:8,11 196:2
198:2 199:4
200:1 209:6
245:21 252:1
258:6 259:25

260:3 270:19
283:12 326:15

**languages**
85:16,17
86:10 87:17

**lapsed** 213:6,
11

**laptop** 29:8

**laptops**
47:12,18

**large** 6:3
80:20

**largest** 64:2

**last** 8:19
12:15 26:1
31:3,18 58:6
84:21 106:14
124:3,18
150:4 164:4
168:19 184:7,
9 211:20
214:1 261:2
267:12 296:21
317:1

**later** 17:15
18:23 61:18
66:1,9 86:21
151:12 193:3
194:1 208:12
227:22 268:24

**latest** 154:13

**Latin** 11:23
12:6,15,19
13:3,11,25
14:1,2,6,21
15:20,23 22:1
32:24 44:3
48:13,14,17
150:21 151:22
169:2 181:9
213:24 274:23
310:22 312:3

**laughing**
42:10

**launched** 35:9
312:25

**launching**
80:17,22

313:4
**law** 18:16
  123:17 124:17
  172:13 251:18
  291:9
**lawful** 132:9
  154:14 155:10
  324:22
**lawfully**
  146:17 147:20
**lawfulness**
  55:17
**laws** 123:13
  124:14 125:17
  195:11,24
  196:14 247:22
  283:13
**lawsuit**
  269:9,10
**lawyer** 22:15
  221:4 269:24
  272:3 281:18
  285:23 289:7,
  12 296:4
  308:22
**lawyers** 150:7
**laying** 130:3
**layout** 79:23
**lead** 110:18
  200:11
**leader** 12:5
**learn** 108:19,
  20 120:10
  198:18 303:23
**learned** 118:7
  140:16 157:6
  226:17
**learning**
  118:20
**learns**
  117:13,20
  118:3 120:10
  150:16 171:19
  172:3
**lease** 46:25
  48:8 230:25
**leases** 46:10

47:22
**least** 22:12
  61:10 75:15
  128:2 157:25
  197:4 219:14
  236:3 276:21
  321:1
**leave** 10:20
  28:13 119:21,
  22 156:13
  160:2 298:7
**leaving** 25:22
**leeway** 240:14
**left** 91:9
  173:21
**legal** 11:14
  12:7 17:1,6
  19:3 21:10,
  11,14,19
  22:5,9,11,24
  23:3,6,9,15
  24:16 39:2
  56:24 71:7
  126:10 128:7,
  9,14 132:9
  135:18 137:1
  139:25 140:4,
  13 150:7
  156:8 174:21,
  22 177:13
  181:18 197:2
  219:11,12,14,
  15 220:9
  222:4 240:21
  244:17 245:19
  248:16 249:2
  254:4 255:16
  256:3 257:18
  263:8,10,15,
  18,20 266:19
  269:24 271:16
  272:1 280:5
  286:22,24
  287:4,19
  290:7 291:9,
  11 298:10,11
  306:12 326:18
**legal's**
  286:11

**legality**
  49:21 118:5
**legally** 284:1
**lender**
  183:11,18
  184:14
**lenders**
  182:9,22
  183:6 184:17
**length** 72:21
**less** 97:13
  104:17 108:14
  251:17 314:9,
  10 317:2
**let** 7:9,14,
  16,17 8:8
  16:6 23:14
  35:13 41:14
  44:10 45:21
  50:10 51:6
  57:11 59:5
  60:6,10
  76:17,20 81:2
  82:7 83:7
  85:21 87:25
  96:9 98:1,12,
  16 99:4
  102:15 106:11
  107:4,22
  110:8 114:25
  119:6 141:9
  142:8,10
  146:3 155:4
  157:9 163:8
  165:16 168:8
  174:24 181:19
  183:20 185:21
  186:8 187:15
  190:5,18
  191:24 207:9
  214:21 216:9
  217:13 242:19
  251:12,23
  262:13 289:9
  292:20,22,24
  304:3 306:22
  317:8 323:13
  325:4,25

**let's** 13:24
  17:24 20:18
  24:1,10,11
  33:13,23
  61:20 62:16
  64:8,21 70:24
  77:2,5 91:3
  99:5,20 110:6
  111:10,16,19
  113:14 123:3
  129:21 135:8
  141:24 148:20
  149:24 151:1
  179:20 193:4
  194:8 203:18,
  25 205:20
  218:13 222:7
  228:15 237:25
  242:16 249:17
  252:14 264:7
  272:6 276:3
  278:22,25
  279:4,20
  281:2 283:15,
  25 288:20
  290:3 291:15
  293:12 300:9
  307:19,21
  308:2,12
  317:21 320:12
**lets** 108:12
**letter** 167:15
  236:14 291:2
**letting**
  116:10 160:10
**level** 27:8
  32:19 36:21
  67:3 71:11
  80:4 127:3
  272:25 273:7
  275:21 296:10
  317:14,16
**liability**
  33:22 37:6
  295:18 327:13
**liable** 289:5,
  15 290:11
  326:2

**license** 56:1
132:2 138:18
139:2,7 144:2
243:14,18
245:22 254:9,
15 256:20
274:8 276:23
**licensed**
222:14
**licenses**
139:9 141:4
**licensing**
152:25 250:15
264:20
**life** 306:12
**light** 130:19
**like** 7:13
11:5,7 23:8
35:2,3 37:1,
24 42:4 48:3,
8 63:14 64:4
74:2,19 80:23
81:13 90:9
91:3 96:18
102:6,10
104:5 106:24
111:1,12
120:5 126:14
134:22 138:15
145:13 150:8
158:17 160:20
161:24 164:19
165:9 166:13
169:17 174:11
184:9 186:12
189:23 197:13
207:18 208:1,
3,22 212:21
213:1 236:13
237:2,17
250:4 256:16
282:8,9
300:21 306:21
312:2 316:9
324:1,2
**likely** 88:7
252:25
**likes** 275:4

**limit** 65:10
96:3 200:12
207:25 240:15
**limitations**
42:16,21
43:22
**limited**
240:11
**line** 30:21
257:25 267:12
**lines** 164:21
**link** 36:22
39:22,24 57:9
166:16
198:13,18,20,
21 252:6,7
**linked** 40:21
163:18 164:7
166:6 247:21
**links** 9:3
41:4 43:12
198:25 199:1,
3
**list** 31:23,25
42:23,24
43:3,9,11,24
44:4 52:10,
11,15,16,17
66:19 68:3
71:3,4 72:23
92:17 93:22
119:3 125:21
135:25 152:8
170:14 177:8,
15 178:3
181:2 185:16
187:22 188:4
189:13,17
204:1 212:21
218:20 230:21
252:4,22
253:2 263:3
264:22 289:2
297:12
298:21,25
301:18 302:17
305:5
**listed** 54:9

75:23 78:23
111:1 130:9
178:5 182:22
192:9 306:16,
21
**listen**
134:13,25
135:12 282:14
**listing** 49:7,
11 72:16
74:14 78:25
82:11 84:9
85:7 87:16
88:25 89:5
103:9 104:6,
16 110:19
112:2,23
118:9 125:17,
22 126:5,8,10
127:12
128:21,22
130:24 137:13
146:5 152:24
162:13 170:14
178:13 186:6
188:11,15
195:19 203:19
210:23 217:13
224:9 233:9
234:1 243:14,
18,19 246:17,
19,22 247:1,
8,12 248:12,
13 250:11
251:3 252:13,
15 257:14
258:3,6,14,15
262:8 268:5,9
284:14 290:19
291:23 300:16
303:4 306:17
309:20 310:3
313:22,24
314:2,6 320:8
325:8,9 326:6
**listing-of-
space** 78:25
**listings** 74:8
75:16 84:21,

24,25 86:17
87:3,6 89:12,
14 136:13,23
137:22
176:11,14
211:14 224:19
267:14 296:18
300:12 301:16
325:6,22,23
326:5
**lists** 40:22
127:18 213:2
223:13 299:6
**litigation**
240:1,2,15
242:5 248:24
**little** 13:21
19:25 33:6
64:8 69:24
90:2 105:13,
22 119:22
134:1 189:9
193:11 238:14
**live** 129:1
137:23 138:22
191:21 251:13
256:11 259:4,
5,7,9,14,16,
20 260:2,6
266:10,12
278:7 280:19
302:4 307:15
314:25
**lived** 187:7
251:24 320:4
**living** 307:11
**load** 236:16
306:4
**loading** 306:4
**Loans** 182:11,
13
**local** 14:12
77:4,5 112:21
117:14,17,18,
21 119:5
120:8,11
121:21 122:1
123:1 125:16

127:19 128:12
146:18 149:11
150:11 151:25
152:6,23
153:16
157:12,21
158:9 195:11,
24 196:14
211:4 247:22,
23 251:25
255:13 275:2
283:13 313:3
**locale-**
**specific**
93:15
**localization**
14:11 310:21,
23
**localize**
130:22
**locals** 76:24,
25
**located** 44:15
46:7 72:7
93:10 137:10
138:6 142:12
161:20 176:14
191:14 193:9
305:23 307:9
**location**
73:21 82:22
112:19,22
116:20 187:24
243:19 246:18
**locations**
78:2
**lock** 159:23
160:2
**locking** 210:3
**lodging** 210:3
**lodgings**
111:23
**logic** 72:25
77:18 85:1,8
95:7,17 110:3
203:9 239:11
296:17

**logics** 210:5
**logistics**
61:11
**London** 10:5,
16,18,23,25
11:2
**long** 12:14
53:10 54:12
83:14 93:18
99:2,5,7
119:2 136:19
216:20 239:17
311:21 314:6
316:22
**longer** 236:20
**look** 16:8
31:22 32:5
42:13 58:4
66:21,25
73:7,18 74:14
91:4 100:23
105:3,5,7,9
106:14,24
107:12 108:10
109:11
110:22,25
149:20 166:11
168:22 173:7
175:23 176:4
177:18 183:17
196:5 217:13
221:1 222:7
223:7 224:14
225:6,22
227:10 229:4
247:17 248:1
249:17 266:7
267:8 281:2
291:15 293:15
294:12
307:19,21
308:2,12
**looked** 42:2
90:14 94:6,8
98:20 163:13
168:19 207:17
**looking** 16:10
51:23 74:17
85:7 88:2,5,

6,10 110:17
148:12 184:3
198:15 265:25
**looks** 67:6
85:1 88:13
89:9 102:10
104:5 133:18
184:9 195:5
225:4 255:5
**loop** 14:14
**lose** 299:17
**losing** 299:13
**loss** 298:3,
17,21 299:6,
10 301:3,4,9
312:8 313:12
**lost** 37:17
132:11
**lot** 133:24
134:14 313:12
**Louis** 245:5
**love** 102:25
**low** 95:10
100:12,21
108:9
**lower** 134:1
135:4,8
**lunch** 134:15,
18 144:22
149:24 150:1
**lunchtime**
119:17

---

**M**

**made** 34:17
65:1 70:18
83:12 147:13,
16 172:21
203:12 224:5
227:21 322:21
323:1,25
324:3,7
**Madrid** 10:13
**Mae** 184:16
**magistrate**
24:6

**mailing** 213:1
**main** 8:15,16
32:20,24
61:12 63:20
70:9
**mainly** 102:6
170:23
**maintaining**
311:20
**make** 29:8
45:19,22
55:12 60:10
61:10,20
63:15 64:23
79:10 82:20
89:9,20 92:2
101:1 109:17
111:19 113:18
116:1 133:3
134:13
136:12,23
164:17
169:13,24
173:8 200:19
206:6 231:5
234:7 248:22
260:2 279:21
280:25 281:21
286:14 308:4
310:11 326:6
**makes** 59:25
60:19 74:2
84:23 104:11
203:16
219:12,15
222:12,19
**making** 46:3
173:4 182:4
326:2
**Mallol** 6:10,
17,18 9:18
20:25 51:11
64:13 120:2
**manage** 85:6
161:9 191:23
231:14
**managed** 162:2
243:18

248:13,15

**management**
13:15 260:21

**manager**  12:19
13:6,7,8
25:19,20,21,
23 26:4,5
27:21 28:3
32:10

**managers**
26:17,18
27:11,12,20
32:25

**mandated**
322:18 324:11

**mandatory**
144:16 145:9
193:2 236:20
239:5,12
240:20,24
241:14,19,24
242:7,8
243:24 246:6
264:22 268:22
273:23 274:11
276:8 278:5
309:23 310:5
311:5 320:8,
15 324:18
325:11

**manner**  92:13
280:22

**manual**  80:15
236:4

**manually**
235:22

**many**  25:15
26:9 27:4
40:6 75:25
76:5 85:17
94:3 98:19,25
114:12 117:5
128:2 130:20
131:4 132:24
139:11 191:13
216:23 233:10
237:4 266:24
306:18,20

314:25

**map** 310:21

**March**  215:17
220:20

**mark**  7:1 16:7
41:15 51:7
57:11 81:2
85:21 98:12
106:11 107:22
114:25 163:8
165:17 168:8
183:20 185:21
214:21 242:16
249:17 264:8
272:6 279:4
281:3 291:15
293:12

**marked**  7:22,
25 8:1,2,3
16:6,17 35:14
41:16 51:6,8
57:15 81:4
82:5 85:22
98:14 99:20,
23 102:15,17
106:13 107:6,
24 115:2
125:6 163:11
165:18 168:10
175:1 181:21
183:22 185:23
190:3 214:19
242:17 249:19
264:9 272:8
281:4 291:17
293:13

**market**  12:8
26:17,18
78:17 93:1
121:9

**marketability**
110:18

**marketing**
12:7 73:11,13
75:22 80:7,11
81:25 91:12
92:18,25
93:6,9,10,13
94:2 95:1,2

101:15,23
102:1 105:3,9
106:6 115:10
117:8,12
168:3 174:18
213:16,17
214:12 225:16

**marketing's**
121:12

**marketplace**
171:6

**marking**  7:22
82:7 107:4
174:24 181:19
242:19 289:10

**married**  25:3

**mass**  165:2

**master**  11:5

**master's**  10:4

**matched**  35:12
112:21

**material**
199:24 223:15
236:7

**materialize**
204:17

**materials**
223:8

**maternity**
156:13

**matter**  8:13
12:1 32:6
68:12 139:21
141:14 143:18
145:9 146:25
165:7 240:21
259:16 270:15

**matters**  8:18,
19 24:20 27:2
181:18

**Maui**  245:13

**max**  234:25

**maximize**
136:16

**maximizing**
136:12

**maximum**  95:16
110:5,9,13
234:6,21

**may**  8:6 34:12
37:21 39:2
63:21,22
71:13 81:9
97:9,13 98:18
101:22 128:22
130:17 136:10
140:7 146:17
147:20 162:14
169:5,21
204:16 207:10
212:24 218:8
226:2 228:11
232:23 236:17
240:16 243:17
246:5 248:12
252:11 285:7,
9 302:8
305:17 316:25
318:6

**maybe**  74:16
104:17 170:24
229:10 247:17
321:20

**MBA**  10:5,14,
19 11:1,4
12:22

**Mckinsey**
10:13,17,19,
21 11:9 12:25

**me**  7:7,9 16:6
22:23 23:14
25:18 26:15,
23 32:13 33:9
35:13 41:6,14
44:10 45:21
48:22 50:7,10
51:6 53:10
57:11 59:5
60:6,10 67:3
69:24 76:17,
20 79:8 80:5
81:2 82:7
83:7,8 85:21
86:13 87:25
91:22 94:21

96:9 98:2,12,
16 99:4,25
102:15,16
106:11 107:4,
22 110:8,12
114:25 115:4
118:19 119:6,
17 120:21,23
129:16 131:24
135:7 140:16
141:9 142:8,
10 146:3
151:14 155:4
157:9 160:11
163:8 165:16
168:8 174:24
178:3 181:19
183:7,20
185:21 186:8
187:15 189:15
190:5,18
191:24 193:24
194:21
197:20,21
214:21 216:9
217:13 238:1
242:14,19
244:21,22
247:14
248:10,11
250:17
251:12,23
258:19 262:13
268:25 269:20
277:13 286:6
288:7 289:9
292:20 294:22
295:11,21
296:1 304:3
306:22 317:8
321:21
323:12,13,22
324:5,9,23
325:4,16,25
326:19

**mean** 12:9
15:5 17:11
22:17 23:1,6
29:16 31:7

32:16 34:8
40:25 44:13
47:5,20 48:6,
24 49:3,6
53:1,22 59:2,
13 61:1,8
62:23 63:13
69:6 70:23
73:3,10 75:11
76:25 77:3
82:13 86:4
92:24 93:19
94:11 100:17
101:24 108:24
109:9 111:10
122:10 133:6
135:15,24
136:10 137:12
140:18 154:7
155:4 157:22
162:9 165:13
167:14 173:17
179:11 182:18
186:3,11,23
190:15 199:8
213:23 215:9,
24 216:19
219:14 235:18
236:12 237:15
240:25 241:8
242:8 247:16
261:12 263:21
268:15 269:8,
18 271:5
273:20 279:16
290:4 297:19
306:20 308:18
317:17

**meaning** 32:19
34:5 70:8
81:1 86:8
103:25 112:18
210:24 211:11
223:25 289:1
305:16

**means** 12:6,9
20:11 22:6,
13,21 43:25
83:2 91:23

106:20,22
136:9 143:25
150:5 155:9,
10 229:20
246:4 263:2
286:9 290:17
309:13 310:17

**meant** 109:6
309:7,8,11

**Mechanical**
9:23

**mechanics**
71:18

**mechanism**
70:1 159:22
189:8 196:2
276:15 278:9

**media** 92:19
226:9

**mediate** 163:3

**medication**
12:1

**meet** 59:21
62:3 83:15

**meetings**
156:6

**member** 219:3,
5 222:11
230:20 250:2

**members** 25:15
222:10

**memo** 141:7,9

**memorandum**
155:14

**mention**
108:17
180:14,16
197:11,19
251:7

**mentioned**
110:4 153:22
159:5 164:23
206:2 245:17
248:20 271:19
285:24 321:8

**mentioning**
130:19

**merchandises**
75:22

**merged** 217:23

**message** 30:16
103:1,16
202:10 231:22
232:1,3,8,9

**messages**
212:17

**messaging**
30:18,20
114:3 208:21,
25 227:16
231:6,18
232:11,13,16,
20 252:3
259:18 281:20

**method** 15:8
322:2,3

**methodology**
322:22,25

**Mexican**
213:25

**Mexico** 25:19
213:25

**Miami** 6:20
7:23 16:7,12,
14,23 26:8,9,
21,24 27:1
31:4 36:5
39:11 44:15,
17 48:10,16
50:14 57:12
63:18 72:10
76:14,15,17,
18 77:21
78:8,12,14,
18,23 81:6
82:8 85:25
93:11 99:21
107:5 108:1
115:3 132:6,
8,18 137:20
144:21
148:20,22
163:9 165:21
168:12 175:3,
6 176:25

177:5,7
178:14,17,22
179:22 180:4,
9,12 181:20
185:25 187:8,
25 188:16,20,
22,25 189:6,
11,16,17,18,
19,23 190:2
191:25 192:9
194:4,10
214:23 241:12
242:20 249:20
264:11 270:10
271:13 272:6
275:14,16,19
276:14,17,25
277:4 279:24
280:6,10,12,
20 291:24
296:13
299:15,21
300:1,6,8,12,
21 301:23
302:5,10,12,
15,18,24
303:9 307:11,
23

**Miami-dade**
175:20,25
176:1,13,15
177:1,20
178:13

**might**  16:3
29:18 31:5,21
33:1 34:23
36:22 39:7
42:19 43:16
45:17 46:10
49:4,20 53:1,
6 54:10,25
56:6,25
58:18,23,24
59:4,8,22
60:24 61:22
62:4 64:5
65:22 66:1
68:12 71:2,
18,25 74:18

76:10 78:9,16
79:2,4,7,22
86:8,17,18
89:3 90:8
92:22 93:1,22
94:6,12 95:8
97:22 100:18,
19 101:18
103:6 104:18
107:1,20
109:9,10,16
110:20 129:10
130:20 131:11
132:22
135:16,19
148:6 149:10,
13,15,16
156:6 168:3
170:12,24
171:25 172:7,
13 173:2,11
174:22 192:11
197:24 200:25
201:4,5 203:7
205:5,17
209:7,9,14
211:18 213:8,
18,23,24
215:24 223:1,
24 224:2,15,
16,25 250:5
252:20 257:18
259:22 270:7
294:3,8
295:18 302:1
303:6 304:9
306:11 308:21
310:24 314:24
315:22 323:3
**million**  33:12
36:25 38:2
**millions**  55:6
80:13 89:14
129:15
**min**  234:25
**mind**  7:21
45:10 50:24
86:14 136:11
181:6

**minimum**  95:16
110:5,9,12
234:7,21
**minus**  204:9
**minute**  7:11
8:6 164:4
173:7 272:5
**minutes**  86:21
141:23 142:1
**mischaracteriz
ation**  321:12
**mismatch**
301:20
**missed**  29:18
**missing**  15:9
260:15 261:7,
17 292:20
**Missouri**
165:10
**misspoke**
240:18 242:3
**mistake**  86:8
269:5
**misunderstandi
ng**  150:5
321:16
**misunderstood**
148:1
**MIT**  10:4
11:4,5
**mix**  322:24
**MJ**  143:4
**model**  116:5
**modification**
204:25 205:3
**modifications**
205:6 253:10
**modified**
204:24 302:23
**modifies**
205:1
**moment**  258:22
**Monday**  97:12
**money**  45:19,
22 46:3 61:12
68:23 116:1
136:12,23

163:24 203:13
204:7
**Monica**  239:8,
12,24 240:3,
13,19 241:10,
13,19,23
242:5,12,13
248:23
**monitor**  90:25
199:23 256:5
**monitors**
260:9
**month**  209:20
268:3,24
278:10
**monthly**  48:7
**months**  101:9
140:24 208:1
318:1
**more**  13:15
27:19 36:22
39:20 50:23
51:15 54:3
55:13 57:10
59:8 63:15
64:1 85:3
92:8,22 95:10
100:20,24,25
101:3 104:11,
12,13,17
106:1 108:9
109:17 121:9
126:25 147:6
149:25 180:1
198:18 206:5
236:21 239:18
246:7,12
247:17 255:19
279:5 305:8
313:10 321:13
**morning**  125:4
159:5
**mortgage**
182:3,12,14
183:6,7
**mortgages**
173:3 182:4

**most** 46:9
88:7 188:2
205:22 215:12
223:6 321:20
**mother** 84:16
**motion** 16:22
294:1,5
298:2,22
299:4,7
300:19
**move** 48:23
64:13 65:5
79:10 150:23
151:15 189:18
**moved** 48:10,
15 320:22
**Mr** 6:14,18
8:4,20,24
9:11,16,17,18
13:19,20,21,
22 16:18
17:8,10,20,23
18:1,3,5,10,
12,13,21,23,
24 19:10,12,
14,15,17,18,
23 20:2,9,17,
18,22,23,25
21:15,16
22:18,19,25
23:7,12,25
24:2,4,10,11,
15,19 25:7,8,
9,10 27:15
37:22,25
38:7,16
40:15,16
41:17 42:6,8,
9,10,11,12
43:8,10 46:8,
12,16,18
48:21,22,24,
25 49:2 51:9,
11,15,17
53:15,17,18,
20 56:17,20,
21 57:16
63:4,11 64:6,
7,8,12,13

68:7,8,10,15
71:24 72:6
76:2,4 81:5
82:6 85:23
92:11,12
95:24,25
98:15,22,24
99:10,13,16,
18,24 102:18
105:12,14,20,
24,25 106:14,
16 107:7,25
109:5,8,21
111:8,12,14
115:3,5
117:23 118:1,
10,14,23,24
119:10,15,16,
19,21 120:1,
2,14,18
121:6,14
122:19,21
123:2,8,10,
19,22,23,24
124:3,8,18,21
125:1,3,8,10,
12,13,14,18
126:3,23
127:7,11,16,
22,24 129:9,
12 130:2,3,6,
7,12 131:3,
15,19 132:4,
12,13,16
133:5,14,15,
16,25 134:3,
5,10,15,16,
17,19 135:2,
3,4,6,7,11,13
136:15,24
137:3,11,13,
16,24 138:5,
6,9,12 140:7,
8,12 141:13,
16,19,21,23
142:1,5
146:19,22,24
147:4,7,15,25
148:3,15,18,

24,25 149:3,
5,14,18,24
150:3,13,22,
24 151:1,6,18
152:17,19,20,
22 153:12
154:4,16,18
157:14,17,18,
20,25 158:4,5
160:21 161:1,
4,11 162:7,15
163:12 164:5,
8 165:16,19
168:11 171:21
172:2 173:25
174:7 175:2
178:23 179:2
180:24 181:5,
11,14,22
182:16,20
183:23
184:18,19
185:24
186:14,15,25
187:5 190:4,
10,13,22,24
192:13,15,19
195:8,12,16,
17,18 197:7,
10 206:11,21
207:21
210:11,12,13,
21 211:6
212:7 213:3,
10 214:15,20,
25 215:1
217:15,18
219:18,22
220:4,7,16,
18,22 221:7,
17,18,20,21
222:20,24
223:17,20
225:24 226:12
228:24,25
232:3,4
233:14 235:3,
7,12,13
237:3,5

238:4,10,22,
25 239:9
240:5,9,23
241:6,7
242:18 244:3,
6,10 246:1,3
247:2,3
248:17,18
252:10,12
253:6,12
254:10,13,17,
21 255:14,17,
24 256:1,7,9,
21,24 257:23
258:1,8,12,
17,20,22
259:10
260:16,19,22
261:1,20,21
262:19,22
264:2,10
266:2,6
269:17,19
270:13,18,23
271:3,11,17
272:9,21,22
273:18,19
275:18,22
278:22,24,25
279:4,10,25
280:1,15
281:2,5,16,24
283:15,19,22
284:20,21
285:22 286:5,
17,20 287:16,
21 288:13,14,
17,18,24,25
289:6,8,24,25
290:2,5,8,12,
14,21 291:1,
7,12,18
292:18,19,24
293:1,14
295:1,5,13,
15,23,25
296:3,5,9,11,
14,24 297:8,
9,11,14,17,

20,23 298:1,
6,12,16,25
299:2,5,9,12,
16,20,24,25
300:3,4,6,10
301:12,22,24
302:3,7,11,
19,20 303:13,
18 304:19,20,
23 305:1,3,6,
12,21 306:8,
13,20,22,23
308:19 309:1,
10,12 310:8,
15 311:8,9,
13,14,24,25
312:15
313:14,18,23
314:3,4,12,
13,14 315:17,
19,20 316:6,
8,11,13,18,21
317:4,7
318:4,7,17,19
319:1 320:1,
11,19,20,21,
24 321:3,5,
11,18 322:9,
11 323:17,20
324:13,14
325:15,18
326:11,14,17,
20,24 327:2,
7,10,15,18,
23,25
**much** 11:16
128:1,2 207:4
313:10 322:6
**Multi-location**
63:17
**multifunctiona
l** 122:6
**multiple** 78:1
122:16 130:16
173:17 290:23
**municipal**
123:13 124:14
186:24

**municipalities**
121:18,21,25
125:25 127:1
129:16 130:9
131:14,21,23,
25 133:13
134:7 138:1,4
146:1 148:9
156:4,20
175:9,12,24
196:20,22
275:9 282:21
283:7 320:16,
25
**municipality**
120:4 122:2
127:19,21
128:4,18,20,
21 129:10,25
130:24 135:21
136:3 145:16
146:13 153:15
155:19,24
173:21
189:22,23
196:16,19
276:21 304:5
310:7 323:21
**muscle** 55:23
**music** 77:2
111:23
**must** 146:13
257:21 258:11
282:10,18,25
283:9 284:11
285:20 287:1
325:8
**mutual**
316:11,15,23
318:3
**my** 7:7,9 8:15
9:3,5 10:14,
19 12:22
13:14 14:13,
21 17:1,2,3,
20 18:6,21
19:8 20:25
21:1 23:21
44:17 60:16

65:3 66:10,15
77:19 78:10
83:14 84:15,
16 86:20 91:5
105:8 111:13
118:2,7
119:7,9,10
123:8 124:18
126:4,10
130:8,17
132:11
133:22,23
134:4,13,19,
24,25 148:25
150:3 156:1,3
187:13 189:9,
11,15,17,24
200:10,11
204:1,6
218:9,18
221:8 224:14,
25 225:21
230:1 231:14
234:24 241:11
246:25 247:7,
12,15 252:13
253:3 254:8
256:13 263:2
269:23 271:1
273:2 280:11,
12,20 281:18
282:14 285:4,
23 286:12
287:17
289:17,25
290:13 296:20
301:18 302:25
306:9,10,16
307:2 308:22
309:14
312:20,21
318:11 320:3
324:24 325:20
326:19
**myself** 23:9
121:8 136:1
324:1

**N**

**name** 6:15
26:1 49:18
67:10 69:13
160:10 196:15
224:17 226:4
229:6 274:12
276:9
**namely** 155:11
**narrative**
92:19
**narratives**
121:12
**narrower**
170:11
**natural**
210:11
**naturalize**
226:22
**naturally**
80:21
**nature** 153:15
191:21 213:22
**nauseam**
144:22
**necessarily**
261:12
**necessary**
16:4
**need** 7:16,17
15:12 16:3
22:13,17 24:8
27:18,19,20,
23 31:8,11
32:2 49:18,19
51:15 71:14
113:4 125:3
128:16,25
130:23 136:10
145:3 146:4,7
151:4 172:7
178:25 179:12
185:16 187:18
188:6 191:7
197:13 215:10
217:9 230:23

241:3 244:18
246:7,21
269:4 270:4,7
278:5 280:21
281:19 285:11
290:7 291:8
296:17 309:25
311:6 325:21,
22 326:5
**needed** 129:5
153:8
**needing**
134:20
**needs** 35:12
197:3 204:8
205:2 285:18
291:10
**negative**
82:15
**negatively**
64:18
**negotiate**
39:7 97:6
205:14
**negotiating**
43:16
**negotiation**
205:11 267:2
280:4
**negotiations**
140:24
**neighborhood**
95:18 127:3
130:25 194:6
275:21 276:1
**neighborhoods**
196:22 275:3
276:5
**neither** 67:24
**net** 13:17
**network**
112:19
**neutral**
315:4,6,8,14,
16,21,25
318:24
**never** 7:5
48:17 66:17

68:9 93:24
102:8 103:3
181:6 235:17
305:11
**new** 25:22
91:4,7 97:9
113:23,25
138:24
152:11,12
165:1,3
215:17,23
216:7 217:9,
19 218:17
220:13,17,19
251:18 269:6
302:4,5
313:9,16
324:1,3
**next** 11:25
64:13 70:25
194:25 198:22
209:17 210:11
260:1 272:6
279:5 285:25
293:12
**night** 204:2
209:17
**nightly** 95:3,
5
**nine** 77:6
119:21 140:24
204:3,11,14
**nine-** 11:7
**nine-month**
267:1,2 280:4
**no** 7:25 8:1,
2,3 10:9 11:5
12:3 14:10,17
16:17 21:6,
24,25 22:15,
16 24:18
25:2,14 26:23
27:13 28:7,11
33:19 34:3,15
35:4 39:12,15
41:16 43:5,21
44:1 47:20
48:18 49:8
50:9 51:8

52:6,8 54:13
55:2,19 57:15
62:13 63:19
65:4 66:6
67:24 69:13
70:2,17 71:20
72:11 75:14
76:10 77:23
78:19 79:6,
13,21 80:15,
22 81:1,4
82:10 85:10,
22 87:23
89:7,9,18
90:1 92:7
94:4 95:4
98:14 99:1,3,
23 100:6,10,
14,17 102:17,
21 104:9,25
105:5,7
106:8,10,13
107:6,24
110:2,11
112:5,6,10,12
114:19 115:2,
18 116:19
117:6 120:21
127:4 128:13
134:12 135:11
140:14 141:21
143:18
144:15,19
145:9,11
146:11,21
147:10 148:4
149:4,8,24
156:21
158:10,24
162:25
163:11,25
164:24 165:3,
18 168:7,10
173:15 175:1
177:9,16
178:2,8,19
180:7 181:21
182:16
183:12,22

185:1,10,23
190:1,3
195:13,17
196:23 197:24
199:12 200:19
201:18 202:1
203:5,16,24
205:17 207:7,
25 214:19
215:24 216:12
219:13 223:13
225:9 227:19
228:18,22
229:2,17
230:1,3,7
232:18,22
236:10 237:2,
23 241:22
242:17,24
243:2 244:12
245:3,6,9,12,
14 247:20,23
248:25 249:19
250:23 251:1
252:7,8
253:22 254:9
259:5,14,16
262:2 264:9
265:20,22
266:18
267:18,20
270:2 271:5,
18 272:8
273:4 275:1,
2,3 277:12,20
278:18,21
281:4,11,13
282:14 283:8
284:6 286:4
287:12,17
288:14 290:4
291:14,17,22
293:11,13,24
296:7 301:19
306:4,22
307:13,21
308:3 312:4
314:1,22
315:11 317:25

318:19 319:5,
9,10,12,13
320:14,21
323:7,22
325:19
**nobody** 165:11
**nodding** 155:1
**nondiscriminat
ion** 197:16
198:24 217:24
**nondiscriminat
ory** 217:22
230:14
**none** 65:9
129:24
**noninstant**
86:15
**nonprivileged**
124:12 157:22
**nonrefundable**
205:21
**nonsmoking**
237:2,20
**nonwork** 47:18
**normal** 84:25
104:3
**North** 11:23
12:5,15 15:23
22:1 25:20,23
26:22 27:2,
14,24,25 33:3
54:18 150:20
151:22
156:10,19
181:9 275:9
317:22
**Northeast**
6:19
**not** 7:7,18,19
8:22 9:5
14:5,23,24
15:13 17:11,
15,18,20
18:2,11,16,22
19:8 20:7,16
21:3,4,14
23:21 24:1,2
27:16 28:7,21

29:21 33:3,
10,11 34:7,10
35:2 37:16
39:3 40:4,20
42:19,25
43:3,12,17
44:16,17
45:17 48:3
49:24 50:1,4,
6,7,12 51:2,4
53:8 54:8,15
55:20 57:9
58:10 59:17
60:20 61:17
62:20,22,24
63:9 65:1,15
66:2,13,19
68:2,13,14
69:10 71:9,18
72:23 74:4,
22,23 75:3,4,
8,15,17
76:11,14,15,
18 77:19
78:8,10 79:18
82:18,25
83:5,22,24
84:16 86:10,
12,23 88:17
90:25 91:1,14
92:2 93:12,20
95:20,23
97:3,9,19,22,
24 100:10,16
101:14,17,22
102:4,11
103:4,19,21
104:6,16,18
105:8,17
106:7,25
108:4 109:10,
20 113:19
115:23 116:5
117:14,15,20
118:2,3,15,
17,19 120:11
121:11,23,24
122:7,25
123:8 124:9,

23 125:2,17
126:8,15,20,
22 127:5,9
128:1,22
129:7,14,19
130:19
131:20,22
132:10,11,17,
22 133:11,15,
22 134:4,16,
20,22,24
135:3,6,23,24
136:4,7
137:10,15
138:4 139:3,9
140:1,5 142:2
143:4,15
144:20 145:2,
8,9,21,24
146:17,23
147:20,21,23
148:14,22
149:11,23
150:10,11,17
151:11,24
152:7,16
153:10,15
154:11 155:2,
9,19,21,22
156:18
157:12,14,17,
18 158:1,8,
13,19 159:16
160:16,19
161:16,17,21
166:6,22
167:18 168:5
169:5,20
170:18 171:13
173:16 174:12
176:3,20,21
177:3,4,7,14
178:18 179:24
180:21 181:1
183:1 186:11
189:22
191:21,22
192:12
194:12,20,21

195:17
196:18,24
197:19 199:5,
15,21,23
200:2,3,8,16
203:8,9
204:17 205:23
206:24 207:9,
19,20,22
209:17,24
210:4 212:1,3
213:6 215:25
217:4 218:7,
8,18 219:13,
17 220:2,20
221:4 222:21
223:14,15
224:17 225:23
226:3,15
227:20 228:7,
13,14 229:23,
25 230:1,17
231:15 232:10
233:7,8 234:9
236:5,19,20
237:19 238:6,
8 239:25
240:21 241:1,
18,20 242:1,
4,13 244:22
246:25 247:1,
7,10,11,14
249:8,10,12
251:9 252:5,
11 253:5
255:2,11,13,
18,19 256:5,
20 257:5
259:6,7,15,
17,19,21
260:17 261:6,
8,11,14
262:17,21
263:14,18
265:2 266:4,
7,14,15
267:3,16
268:9 269:24
270:3 272:2

273:2 274:7,
22,25 275:6
276:4,17,24
278:3,8,15,
17,21 280:19,
25 281:8,10,
18 282:14
284:23 285:6,
9,23 286:24,
25 287:5
288:14 289:7,
12,15 290:16,
17,24 291:9
293:18
294:10,16,23,
25 295:14,19,
24 296:4
297:4 300:15
302:8 303:10
304:1,7,8,13
305:17 306:5,
18 307:2
308:13,25
309:9 310:12,
19,20,24
311:16 313:21
315:4,5,8,14,
16,21,25
318:24 319:5,
18 320:9,13,
21 321:20
322:22 323:10
324:21 325:6,
24 327:5,13,
19,25
**Notably**
293:17
**Notary** 6:2
**note** 137:13
285:15
**noted** 223:22
**notes** 142:12
**nothing** 6:7
47:13 80:12
108:22 180:8
242:25 244:11
251:22 254:8
283:24 286:7
302:23 308:4

314:10 323:1
**notice** 98:8,
10 282:16
284:7 293:3
**notification**
113:11,22
114:2 251:24
252:20 254:7
**notified**
113:19 148:21
252:16
255:12,22
**notifies**
254:14
**noting** 138:6
224:23
**November**
28:14 156:11,
15,16
**now** 15:22
20:5,25 25:16
26:10 27:17
30:11 31:5,
10,11,21
35:16 90:2
112:14 115:22
116:17 134:20
151:14,15
156:23 157:7
165:10 193:8
227:20 228:15
239:23 241:14
242:5 248:1
254:5 256:10
266:1 274:10
275:8 278:2
279:12,23
284:17 292:3
298:2,7
311:22 314:6,
18 318:10
324:2
**now/lewis**
16:13
**nowhere**
144:21
**NSMS** 233:21

**number** 6:21
16:13 24:23
35:13,15
36:2,6 41:18
46:15 56:1,2
72:20 74:15
79:18 82:2,3
101:9 131:5
132:2 136:13
138:16 140:19
143:2 144:1,
18,25 145:4,
5,6,17,24
146:4,8,13
152:14,25
153:1 154:9
155:20 159:4,
6,8,10 165:17
193:2,25
195:7 199:14
201:12 207:8
217:20 224:11
226:8 231:21
232:16,20
233:19,20
237:6 241:15,
25 243:14,18
245:23 250:9
251:8 253:21
254:9,15,18
256:12,16,23
257:1,22
258:3,5
259:15
262:10,18
267:4,5,13
268:1,5,19,
20,23 269:3
270:2 271:7,9
272:11 274:8
276:23 278:4,
8,11 280:22
282:1,2
284:11,12,13,
18 285:1,7,11
289:14,21,22
293:19 294:25
300:22 301:6,
13,16 307:24,

25 308:12
310:2,6
314:7,19
325:11 326:7,
8 327:11,22
**numbers** 120:4
126:14,15
153:9 180:17
201:23 255:3,
6,23 256:6,
14,20 257:5
269:15 272:15
281:23 285:21
287:1,11,15,
24 290:18
291:3 295:9
315:3,7
317:14,17,18,
19 322:10,13
325:7,9
326:3,23
327:5
**numerous**
153:3 282:21

---

## O

**oath** 309:3
**Obispo** 245:5
**object** 7:12
8:20 13:19
37:22 40:15
46:16 63:4
68:7,10 71:24
92:11 95:24
98:22 105:12
111:8 118:10
122:19 123:2
125:10,13,18
126:23
127:11,22
129:9 130:2,
5,6,12 131:15
132:4,16
136:24
137:11,16
138:5,9
141:20
146:19,24

147:7,25
148:15,24
149:3,14
152:17 153:12
160:21 161:4
162:7 164:5
173:25 178:23
182:16 184:18
190:10,22
195:8 206:11
210:21 213:3
217:15 219:18
220:4,16,22
221:6,17,20
222:20 223:17
225:24 228:24
233:14 234:18
235:12 237:3
238:4,22
241:6 244:3,6
247:2 248:17
252:10 253:6
254:10,17
255:14,24
256:7,21
258:8,17
260:16 261:20
262:19 266:2
269:17
270:13,23
271:11 272:21
273:18 275:18
279:25 280:15
281:16 284:20
286:17 287:16
289:6,24
290:5,12,21
291:7 292:18
295:1,13,23
296:3,9,14
297:8,11,17,
23 298:6,25
299:9,16
300:3 301:12,
24 303:13
304:19,23
305:3,12
306:8,20
308:19 309:10

310:8 311:13
312:15 313:18
314:12 315:17
316:6 317:4
318:4 320:19
323:17 326:11
327:15
**objected**
53:22
**objection**
13:20 17:8
18:1,5 19:10,
23 21:15
22:18 23:7,25
25:7,8 38:7
42:6 43:8
46:8 48:21
53:15,19
56:17 76:2
99:10,16
109:5 117:23
118:23 119:11
120:14 121:6
124:4,8
133:14,25
136:15 150:3
154:16 157:14
171:21 180:24
181:11 195:16
197:7 220:23
285:22 311:8,
24 314:3
316:18 318:17
320:1 321:3,
11 322:9
324:13 325:15
326:17,24
327:7,23
**objections**
118:4
**objective**
73:23
**objectives**
154:1
**obligation**
117:25 173:12
**obligations**
132:19,20
269:25 281:22

326:1
**obtain** 325:9,
23
**obtained**
70:12
**obtaining**
322:25
**obtains**
46:14,24
**obvious** 202:2
**obviously**
38:8 97:8
101:11
103:14,25
174:8 205:1
**occasion**
323:10
**occasions**
127:2
**occupancy**
179:6 284:2
**occupation**
173:18
**October**
156:17
**of** 6:3 7:6,
13,22 8:19,20
9:1,9,10,11
10:14,16,19,
24 12:5,8,13
13:3,16 14:6,
12,14 15:6,
10,12,20,25
16:7,11,12,14
17:2,4,7,21
18:4,8,9,12
19:1,2,20
20:13,14
21:5,13,14,18
22:5,7,8,11,
14 23:17
24:7,20,23,24
25:5 26:14
27:8,20,21
28:3,8,17,23
29:4,11,12
30:11,14,19,
21 31:23,24,

25 32:3,6,11,
19,22,24
33:2,3,7,10,
15,19 34:4
35:7,12,13
36:1,5,11,19
37:3,9,20
38:2,15,17,24
39:3,10 40:2
42:3,25 43:3,
12,15,16,24
44:4 45:13,
18,19,22
46:3,6,9,11,
15 47:10,15
48:25 49:5,15
50:14,24
51:2,24 52:5,
9,14,20,24
53:2,6,9
54:2,4,10,16,
20,22 55:6,
10,15,18,22,
23 56:2,4,18,
19 57:2,12
58:3,4,23,25
59:2,7,9,10,
15,17,23,25
60:16,17
61:7,13,17,
23,24,25
62:8,16,18,
20,25 63:3,8,
9,10,14 64:2,
24 65:1,7,14,
15 66:5,19,20
67:10 68:24
69:13,15,19,
20 70:1,18
71:3,5,13,17
72:2,3,21,23,
25 73:17,21
74:7,15 75:16
77:22 78:3,
10,16 79:9,
18,21,23
80:4,13 81:6,
15 82:2,3,8,
17,22 83:22

85:3,24
86:17,18
87:1,4,24
89:1,12,14,20
90:4,5,13,17
91:6 92:17
93:6 94:11,23
96:16 97:12,
13,14,17,23,
24 98:8,10,
21,25 99:21
100:4,7,11
101:2,8,9,10
103:11 104:2,
18,19 105:3
106:7 107:4,
15,19 108:1,
7,20 109:2,
14,15,16
110:2 111:12,
15,16,20
112:2,3,8,19,
22 113:18
114:3,13
115:3 116:2,
24 117:17,18,
25 118:5,7,20
121:2,9,13
122:4,5,6,7,
12,13,14
124:6,19,25
125:3,4,6,22
126:2 127:20
128:1 129:11,
24 130:16,23,
24 132:9,11,
14,17,20,21,
25 133:10,12,
18,19 134:21
135:18,22,25
136:13
138:13,14,20,
21,24 139:6,
9,21 140:19,
24 141:14,19
142:6,7,21
143:4 144:4,
14,20 145:12,
13 146:25

147:19 148:21
149:10,20
150:5,9,12
151:15 152:2,
5,7,15,24
153:1,9,16,
18,23 154:9,
10 155:7,14,
15 156:1,7,8,
18 157:10,18
158:11 159:14
160:2,9,20,22
161:3,25
162:6,10,13
163:4,16
164:22,23,25
165:8,20
166:4,9,17
167:4,6
168:3,12,23,
25 169:1,2,
10,17,20
170:15,23
171:5,17
172:7,9,16
173:2,8,11,17
174:9 175:3,
23 176:3,12,
13,16,19
177:20,24
178:10 179:1,
3,22,24
180:14,16,17
181:1,10,13,
18,20 182:2,
14,23 183:1,
6,10 184:13
185:13,25
186:10 188:4,
13,16 189:9,
20 190:5,9,20
191:11,16,17,
21 192:6,12
194:10 195:20
196:15
197:11,19,25
198:6,7,23
199:1,19
200:12,16,18,

25 201:8,9,22
202:1,13
204:3,4
205:22
206:14,17
207:13,14
208:7,21,23,
24 209:19,25
211:19 212:12
213:20,22
214:1,2,23
215:7,8,13
216:7,14,20,
23 217:2,5,9,
10,11,21,22
218:17 219:3,
25 220:1,3,
12,14,24
221:2,3,5,10,
12,15 222:3,
4,8 223:6,7,
11,13,15,25
224:19 225:9
226:2,7,15,
20,24 227:16,
18,19 228:3,
23 229:6
230:2,20,21
231:5,9
232:22
233:11,18
236:13,14,25
237:7 238:23
239:15 242:5,
6,12,20
245:21,22
246:18,19
247:7,12,16
248:2,7,19
249:4,8,9,20,
25 250:7,13
251:16,20,23
252:4 253:10,
17,21,24
254:18 255:5,
12,22,23
256:10 258:19
260:3 261:8,
13,14 262:2,

6,11,14,24,25
263:1,9,10,11
264:11,17,19,
20 266:16
267:1,4,5,9,
15,20 268:4,8
269:9,13,18,
20 270:10,25
271:13,15,18
272:6,20,25
273:7,13,16
274:4,12
275:5,10,24
276:4,5,9,11
277:24
278:12,13,19
279:12,13,24
280:4,5,9,10,
12,18,21,22
281:9,14,22
282:12,13
283:11 284:2
286:12 287:5,
9,11,15,24
288:8,9,10
289:17 290:16
291:23 292:2,
15 293:15
294:1,4,13,
17,18 296:2,
13,17,19
297:25 298:3,
9,17,21
299:4,6,10,
13,18 300:8,
20 301:3,4,9,
20 303:6
304:1,6,15,17
305:19 306:6,
9,12 307:23
308:8,15,22
309:3,4,19,25
310:1,11,14,
20,21,23
311:3 312:2,8
313:4,12
314:22,24
315:1 316:3,
14,16 317:3

318:1,2,14
319:5,11,13,
19,20,24
320:6,7
321:2,12,16,
22 322:2,6,22
323:5,10,14,
16,25 324:2,
9,16,25
325:2,20
326:2,23
327:1
**OFAC** 52:10,
11,16
**off** 7:24
19:14,16
20:17,18,19
45:19,22 64:9
100:7 104:1
119:23,24
123:3,5
130:15 140:9
141:13,15
151:17 184:10
186:25 187:2
192:13,16
234:13,24
240:5 258:22,
23 260:22,23
279:7 283:15,
16 288:20,21
298:12,13
**offer** 29:11,
12,13,15,16
30:12 33:8,9
34:14 35:5,6
51:25 77:14
109:11 169:4
195:2 237:10,
12
**offered** 30:5
31:2,18,25
33:20 40:9,
13,20 45:3
78:8 101:6
112:13 211:9
308:15
**offering**
32:11 35:11

70:8 101:5
167:21 204:17
208:22 211:13
214:3 313:9
314:24
**offerings**
82:22 112:2
315:2
**offers** 28:18,
24 29:5 36:25
75:7 76:23
77:11 211:2
**office** 10:14
12:22 26:9,
21,24 27:1
44:17 47:9
48:5,11 50:13
52:14 72:10
138:20 139:6
264:17 269:6
**offices** 46:6,
7,9 48:4
**offline**
231:13
**often** 24:12
32:9 117:1
128:3,11
**oh** 52:16
99:22 212:5
229:22
**okay** 8:25
9:4,7,16
13:13 14:5,8,
20 16:15
17:11 18:13,
21 19:4 20:2,
24 21:7 22:13
23:13 24:20
25:11,15,23
26:24 27:12
28:2,23 29:9
31:14,20 33:6
34:16 35:24
36:3,9,17,19
38:1 39:24
40:11 41:4,6
42:24 43:6,14
47:21 48:2,19
49:9 50:13,

16,21 51:6,22
52:1,4,15,18
54:5 55:3,9,
25 56:22
57:7,11 58:2,
4,9,16 59:1,
9,13,20 60:4
62:2,23
63:12,16,22
64:4 65:10
66:2,21 67:12
68:16,19
69:2,10,25
70:17 72:9
77:11,21
81:2,25 82:19
84:20 85:19
86:6,13,25
87:23 88:9
89:25 90:2
91:11,15 93:6
94:14 95:1,5
98:1,12 99:19
100:11 101:15
102:15 103:3,
8,11,16,18
105:1,6,15
106:9,11
107:10,12,22
108:5 109:1
112:5,7,9
113:17
114:20,25
115:8 116:21
117:5,21
119:6,15
122:24 123:20
126:13,17
128:8,16
129:22,23
136:12 137:9
138:13 141:7
142:25 143:11
144:10 145:6
146:16 149:6
151:19
156:18,25
158:11,16
159:12,17,19

160:18 164:9
166:2,14
167:11,17
168:8,25
169:13 171:19
172:15 175:20
176:20,23
177:7 178:3
179:19 181:6,
19 182:1,6,21
183:3,5,20
185:9,13,18
187:15 190:25
191:15 193:4,
6 195:20
196:10 197:3
198:11,22
199:13 201:2,
7,13,25
203:20 204:19
205:4 206:22
208:6,14
209:4 210:17
212:3,8,16
213:15 214:14
215:12,15
216:9,23
217:1,4 218:9
219:7 220:10,
21 221:8
222:7,18
223:5,21
224:5 227:12,
14,18,23
228:16,17
230:5,15
234:21 235:8
236:2,6
237:11,14
242:8,22,25
243:3,13,24
244:18,23,24,
25 245:4,17
246:8,21
247:19 248:22
249:1,22
251:11
252:18,24
254:1,3,24

256:2,4
257:10,19
258:21 259:1
260:8,12
261:13,25
263:13,24
264:7,19
265:8,13,21
266:21 267:8,
16 268:22
269:8 270:12
272:4,14,17
273:7,24
274:3,7,10,20
276:7 277:21,
23 279:19
284:25 286:6,
21 287:3,13
288:17 289:9
290:9,15
291:2 292:1,
6,12 293:2,3,
7 295:11
300:15,24
305:7,9,22
307:8,19
308:2,8
309:18 310:4
312:11 314:22
317:1,8
319:13 321:6
323:12,21
325:2,4,12
326:21 327:3
**old** 113:24
215:22 216:2,
4,5 217:5
220:14 254:7
**on** 8:10,12,
17,19 9:11,15
10:19 11:25
12:11 13:17
14:9,15 15:7
16:1 17:1,3,
5,21 20:22
21:1,12,25
23:9,10,19
24:6 25:15
26:17,18 27:2

28:4,13,18
29:1 30:12,17
32:3,13,22
33:16 34:20
35:15 37:3
39:19 40:9,14
41:2,7,8
42:4,23 43:11
44:18,19
46:13,14,25
48:20 50:8
51:16 52:2
53:25 54:9
55:3 58:6,23
59:3,7,23
60:24 61:23
62:6,11,12,13
63:9 65:13
66:14 67:25
68:12 70:6
71:14,15
72:21 73:4,23
74:5,13
75:10,18,23
76:10,15
77:19,21,24
78:8,12 79:1,
2 80:14 82:3,
4 85:9,14
87:1,25 88:3,
16,24 89:13
90:8,13,15,
18,25 91:1,2,
3,4,5,9 92:8
94:11,12,16
95:17 96:17
98:6 99:25
100:1,20
101:3,8,11
103:25 104:14
105:18
108:11,13
109:22,23
111:16,20
112:9,17,22
114:13 115:18
116:1,4,17,20
117:16,17
118:5 119:14

124:22,25
125:9 127:18
129:4,21
130:4,9
131:13,17
133:8 135:11
136:20,23,25
137:23
138:23,25
139:1 142:7
143:7 146:12
147:2,3,14,16
148:8,11,17,
19,20 149:8,
19 150:14,15
151:9,15
152:3 153:5
155:2,3,18
156:2,13,22
157:2,15,20,
24 159:10
160:11 162:1,
11 163:6
164:4,13,18
165:10 166:7
167:17 169:8,
23,25 170:4,9
171:24 172:1
173:21 174:14
175:6 176:1
177:8,14,21,
23,25 180:3,
8,9,11
182:10,22
184:4,12,22
185:4,14
186:17 187:7,
12 188:17,18,
25 189:6,25
190:7,8,19,
20,21 191:3,6
192:3,20,25
193:12 195:10
196:15 197:15
198:1 199:6,
21 200:20,23
201:11,21
202:6,13
204:3 205:22,

23 206:7
208:25
209:13,16,22
210:14 216:16
218:14
220:12,24
221:9,15,19
222:2,5,12,21
223:10,15,21,
22 224:2,13,
19 225:22
228:13,14,15
229:17,24
230:16 232:5,
17,20 233:9
234:7,16
235:17 236:22
237:8,14
238:7 240:11
241:11,13
243:1,6,14,18
246:9,11
247:18
248:10,11
249:12,13,15
250:13,17
251:18
254:12,25
255:4,15
256:14 257:14
258:3,6
260:17 262:12
263:5,25
264:4 265:10
266:12 267:8,
13,22 270:11
271:1,6,15
272:1 273:10
274:16
276:13,18
277:4 278:14
282:4,9,17,24
283:3,10,19
284:14 286:4,
11,24 287:17
288:2,3,24
289:16 290:7
291:4,9
292:3,14

293:3,4,19
294:13,24
295:14 296:20
297:4 300:12,
21 301:23
303:14,16
304:8,14,22
306:14 311:23
312:6,9,16,
20,21 314:24
315:1 318:16
320:2 321:7,
9,24 322:5,
14,17,21
323:1,9
324:16,19,21,
23 325:5,20
**once** 90:12
97:5 106:19,
20 108:10
116:22 170:4
187:23 199:20
201:14 208:8
218:14,15,20
224:12 228:2
230:24 267:25
268:3,7
278:10,12
291:3 306:3
**one** 8:10,11
21:25 25:19,
20 31:25
32:24 33:10
38:22 43:11
50:22 61:12
65:13 68:16
71:20,21 75:1
81:10 82:11
84:14,21 86:6
89:7,9 100:4
103:4,20
104:13 106:1,
14 112:3
123:3 128:9
129:21 135:14
140:7 142:20
151:13 157:9
158:7 161:25
164:16,25

165:3 179:11
182:15 185:11
188:16 189:5
192:12 194:1
197:4 198:22
204:5 205:7,
25 213:23,24
217:20 220:17
231:3 232:5
235:23 237:6
247:12 250:1,
13 257:10
261:2 268:2,6
269:6 271:18
274:5 276:11
279:5 281:20
282:16 283:24
289:13 292:2
304:5,7 305:9
320:20,22
321:8,14
**onerous** 270:6
**ones** 26:16
113:4 129:13
138:24,25
216:7 220:20
239:1 255:5
**ongoing** 287:8
**online** 92:23
170:2 172:22
312:16
**only** 15:13
27:14 32:21
42:19 50:25
62:7,11 75:9,
11 110:3
127:5 152:7
153:16 155:9
156:9 158:24
161:12 170:17
181:1 183:9
194:6 196:1,
18 201:10,14
216:13 224:11
233:16,24
236:15,19
237:17 247:13
249:6 251:24
262:3,4

263:11 267:12
271:14 299:21
300:1,11
301:13,23
302:15,18
312:24,25
317:22 319:23
327:4
**onto** 161:3
213:13
262:14,16
302:13
**open** 27:16,
18,19
**opened** 169:16
**operate** 55:21
107:19
**operates**
310:19
**operating**
56:25 126:25
129:11
**operation**
13:16 63:23,
25 64:2 203:7
**operations**
27:20
**opinion**
120:22
122:13,24
124:21,24
150:8,19
151:21,23
157:11 158:7
179:12 222:5
231:14 271:1
272:1 287:17
290:25 302:25
304:14 326:19
**opinions** 17:3
18:18 62:5
66:17
**opportunity**
73:19 84:5
92:21 96:24
234:18
**opposed** 39:6
84:20 210:6

225:16
**opposite**
67:24
**opt** 202:15
**optimal** 111:7
**optimum**
110:15
**option** 160:2
218:8 246:14
**or** 6:5 12:1
13:17 14:23,
24 16:7
17:17,18
19:24 20:16
21:23 23:16
24:17,25
26:12 29:8
31:14 33:14,
24 34:6 35:2
37:6,13,17
38:18 39:2
40:24 41:14
44:11,14
46:6,7 47:10,
18 48:5,8,20
49:14,17 55:1
56:1 57:1,23
58:1 59:10
60:22 61:8
62:1,2,25
63:2 64:16,20
66:18 68:16,
23 71:22
72:16 74:5,9
76:8 78:8
80:17,18,20
82:18,25
83:5,8,22
84:18 86:22
87:21 90:24
91:1 92:4
93:20,22 96:5
101:7 102:1,
7,16,22 105:8
109:3,6,19
110:7 111:1,
3,25 113:9,25
114:1,7
115:18 116:16

117:2,15,25
118:15 122:25
125:3 126:14
127:6 128:7,
14,20 129:15
131:20,22
132:2,9,21
133:8 134:22
136:6 137:1,
13,21 141:10
142:2 144:2,
18 145:18,23
147:21 149:8
150:10 151:24
155:14,15,18,
21,22,24
156:16 157:12
158:1,8,25
160:16,20,24
161:14 162:12
164:20 165:3,
4,9 166:4
167:9,12
171:13 173:9,
24 174:18
175:24 176:3,
20,21 178:22
182:3,7
183:10 185:4,
11 186:7
189:16 191:6,
18,19,20,21,
22 193:14
194:10,13
196:13,16
197:20
199:14,23,24
200:12 201:9
202:6,16,23
203:8 205:7,
20 206:3,5
207:18 208:2,
22 209:5,18,
24 210:1,9,24
212:1 217:11,
23 218:4
219:13 220:11
221:10,11
222:12,14

223:8,15,22
224:2,17
225:6,23
226:15 227:9,
12 229:23
230:21
231:17,18,21
232:15,19
234:8 235:21,
23 236:4,9,14
237:2,17,19,
23 238:1
239:5 241:5
243:6 246:25
247:1,10,11,
14 248:16
250:3,15
253:5 255:2,
11,18,20
256:5,16,20,
22 257:5,14
259:7 260:1
261:6 262:8,
17 264:24
265:16,25
266:14 267:4,
9 268:1,3,6,
16 269:6
270:3,20
272:5 274:7,
8,17 275:21
276:3,9,11,23
277:16 278:8,
12 279:20
284:19 285:1
286:8,25
288:6,10
290:18 291:10
295:7 297:12
300:12,19
301:7,15
303:6 305:5
307:5 310:5,6
311:4 312:2
313:1 314:19
320:9,16
322:2 323:15,
21 324:9,15,
18,21 325:8,

10,23 326:5
**order** 16:22
100:5 113:6
173:8 186:12
225:22 241:3
294:2
**ordinance**
118:8 132:7,
8,19 144:21
146:18 149:11
243:1 246:10
248:24
250:14,15,16,
17 251:21
253:24 254:5
255:13 258:5,
13,18 265:13
269:14,25
270:7,19
271:7,8,15
272:2,20,23
273:3,13,17
279:12,13,24
280:21 281:6,
10,12,15
282:12 285:13
286:7,12
287:19,23
289:5 290:16,
20 291:6,10
292:3,16
293:18 294:9,
13,23 295:3,
11,21 296:1,
13,16 297:16,
24 299:21
300:1,11,15
301:10,14
302:5,15
304:1 313:24
314:1 325:8,
14,21 326:10
327:13
**ordinances**
117:14,17,18,
21 122:1
123:1 128:12
150:11 151:25
152:6,24

157:13,22
158:9 238:15,
20 250:22,25
251:25 275:3
280:13,14
**Oregon** 245:8
**organic** 80:21
**organization**
236:13
**original**
199:17 211:24
**originally**
307:14
**other** 9:9
12:1 14:13
21:7,22 23:15
24:16,25
30:16,17,23
33:5,20
34:11,12 39:2
42:21 45:6,7
46:3 47:18
55:25 57:9
62:12 64:19
65:12 68:17
70:17 71:22
73:20 75:8,12
82:23 90:5,6,
18 94:23 98:8
105:9 107:20
109:1,23
110:1,20
117:7,8
123:15 124:16
128:9 130:20
137:25 138:3
141:17,22
142:2,6,23
144:19 146:12
148:6 154:1
155:15 156:25
157:9 161:2
162:6 168:4
169:23 175:8,
9 179:25
185:3,11
196:16 197:18
199:3 200:9
208:7,19

213:11,12,19,
21 220:10
224:23 225:3
226:25 227:9,
11 229:6
235:23 237:13
238:15,20
239:16
248:12,19,24
250:5 251:22
263:5,8,19
271:12,20
275:16 276:22
277:1 280:25
283:7 287:4,
5,7 288:1
297:13,15
300:16 301:3,
9,11 302:1
310:10 323:22
324:12 325:10
**other's**  55:7
**others**  18:17,
19 30:11
45:11 59:8
72:23 94:7
139:25 145:14
159:23 160:4
236:21 239:3
274:2,25
**otherwise**
24:5 91:21
288:5 297:12
**our**  9:13
30:14 35:7,12
36:12 47:12
55:5,6 62:13
63:15 70:9
75:9 86:5
88:19 90:13,
25 91:1 137:1
155:7 167:6
170:16 200:19
215:15 253:10
270:3 280:24
282:11 295:8
300:9 301:20
303:16

**ourselves**
47:16
**out**  20:14
32:4 46:3
48:20 49:13
56:4 60:7
70:18 79:12
82:12 85:9
90:7 100:4
119:3 126:8
130:3 134:22
141:6,24
163:23 165:3
170:20,21
173:8,16
174:13 176:5
178:14 182:15
202:15
203:11,21,23
204:8 206:8
211:24
220:10,11
226:16
240:10,20
241:20 247:14
256:11 261:9
263:21 273:16
280:17 290:3
294:9 310:14
320:12
**outreach**
123:14 124:15
145:12 152:11
154:2
**outside**  21:23
23:16 24:17,
25 35:21
40:9,13 156:6
189:9 209:3
210:25 221:3
300:8
**outsourced**
67:19
**outsources**
67:15
**ov**  74:4
**over**  13:15
14:16 15:2,23
28:6 96:16

109:23 131:6,
8,10 157:23
165:20 166:20
176:3 179:14
317:1
**overall**  12:8
276:21
**override**  96:5
97:7
**overrides**
234:12
**Overruled**
235:3
**oversee**  13:16
14:8 78:12,13
317:12
**overseeing**
16:1 121:5
156:10
**oversees**
69:22 266:22
**owed**  61:16
178:21 179:21
**own**  12:9
46:5,6,14,17
47:10,12 49:1
87:16 88:23
136:22 151:21
219:19
322:17,21
323:1,9
**owned**  46:19
**owner**  82:17
226:7
**owner's**
284:12 294:18
**owns**  40:18
69:23 87:4

---

**P**

---

**p.m**  64:11
**p.m.**  150:2
214:16 279:3
**package**
251:16 252:19

**page**  8:19
35:15 37:4
42:14,23
58:4,5,7 91:6
100:2 108:10
128:16 130:4
153:6 176:4,
13 177:18,25
178:20 182:10
184:7,9,12,22
188:17,18,24
189:16 191:24
192:3,21
193:5,12
194:3,11,25
195:10,24
196:1 197:15
198:15 215:3
222:7,10
241:11 243:6
250:13 251:19
267:8 282:17,
22 283:25
293:5 294:13
325:5
**pages**  36:17
100:1,7
117:17 127:20
130:19
149:16,19
152:9 168:13
174:3 176:2
186:12 188:7,
8,16 190:14
198:4,7
247:20
**paid**  31:5,6
173:16 203:25
205:19,21
211:2
**painting**
200:8
**paragraph**
17:25 18:4
37:3,11,16,23
42:14 43:23
58:6 215:20
221:1,9 243:3
293:15 308:2,

| | | | |
|---|---|---|---|
| 12 309:18 | 13 314:22 | **parts** 27:21 | 255:4,12,22, |
| 325:2,4,5 | 326:9 | 30:3 275:10 | 23,25 256:5, |
| **paragraphs** | **partially** | **party** 33:15 | 11,19 262:11, |
| 308:8 | 86:6,7 | 38:12 48:9 | 17 263:1 |
| **parameter** | **participate** | 60:8,13,18 | 283:2 288:16 |
| 84:14 | 266:16 | 113:9 163:21 | **pause** 7:11 |
| **parameters** | **particular** | 222:15 266:8 | **pay** 31:8,11 |
| 83:3,15,24 | 29:13 39:4 | 308:14,25 | 48:7 68:19 |
| 96:13 98:7 | 56:5 57:3 | 315:24 323:2, | 116:7 130:17 |
| 104:18 110:16 | 68:12 70:24 | 15,18 | 174:14 |
| 206:15 207:2 | 75:22 82:11 | **party's** 75:8 | 176:11,15 |
| 234:6 | 86:23,24 | **party-created** | 180:22 204:2, |
| **parametric** | 87:15 89:5 | 210:20 | 8,11 209:16, |
| 104:4 | 101:17 103:4 | **Pasadena** | 19 |
| **Paris** 74:17 | 108:4 132:6 | 245:2 | **pay-out** 69:1 |
| **part** 14:14 | 139:21 154:3 | **pass** 6:25 | **pay-outs** |
| 19:2 21:14 | 165:7 180:4 | 165:20 | 29:13 |
| 22:7,8,11 | 188:22 191:22 | **pass-through** | **payment** 15:8 |
| 33:15,19 34:4 | 206:2 249:14 | 138:16 143:25 | 29:12 30:7,24 |
| 36:11 56:2 | 261:11,23 | 239:13 240:19 | 61:6,8,9,10 |
| 59:10 61:24, | 263:25 266:25 | **passed** 63:1 | 68:21 69:23 |
| 25 63:3 66:19 | 304:8 320:7 | **passions** | 70:1,11 73:1 |
| 69:19 74:7 | **particularly** | 76:24 | 128:23 162:11 |
| 78:3 79:9,21 | 137:20 | **past** 51:20 | 198:23 204:7 |
| 110:2 114:13 | **parties** 33:16 | 58:24 74:11 | 210:2 217:22 |
| 122:5,7,12,14 | 50:18 | 107:11,12 | 322:2,3,22, |
| 126:2 133:18 | **partner** 12:6 | 114:12,23 | 24,25 323:5, |
| 152:2,15 | 27:10 155:8 | 150:23 155:11 | 12 324:6 |
| 153:23 156:7 | **partnering** | 156:3 157:2 | **payments** |
| 159:14 160:22 | 161:7 | 168:18,21,22 | 29:13 68:22 |
| 166:4 169:1 | **partners** | 175:17,19 | 69:3,4,8,14 |
| 173:11 | 45:24 132:25 | 200:14 | 70:4,5,10,18 |
| 176:11,16 | **partnership** | 226:10,17 | 71:7,16 72:7, |
| 183:6 188:2 | 17:6 19:3 | 259:3 263:14 | 9,13,18,25 |
| 194:13 198:7 | 21:10 22:9,24 | 265:16 268:2 | 231:8 |
| 199:19 208:21 | 23:6 32:25 | 303:21 306:2, | **payout** 162:12 |
| 212:12 213:20 | 56:4 126:1 | 24 307:5 | 203:14 |
| 217:10 242:5 | 129:25 135:22 | **paternity** | **pays** 204:14, |
| 247:7 248:7 | 136:2,8,9 | 28:13 | 15 |
| 249:4,8 | 142:16 145:12 | **patron** 303:17 | **peace** 50:24 |
| 251:16 262:2, | 154:10 213:20 | **Paul** 142:24 | **penalize** |
| 24 263:1,9, | 298:11 310:7 | 143:7,13 | 303:16 |
| 10,11 264:19 | **partnerships** | 144:24 145:8 | **penalties** |
| 270:6 274:4 | 121:15 133:6 | 239:18 245:15 | 286:2 290:11 |
| 278:19 281:9 | 134:8 142:3, | 249:3,15 | **penalty** |
| 287:9 288:8, | 7,19,23 | 250:2,15 | 164:24 205:17 |
| 9,10 292:2,14 | 213:22,24 | 251:13,24 | 207:7 208:4 |
| 294:4 298:9 | 214:5,7 | 253:4,8,24 | 229:21 |
| 306:12 310:1, | | | |

pending
265:23 266:9,
11 267:13
268:6 278:7
284:19 285:1,
2,6,9,11
314:19
people 15:6,
10 26:9,24
33:5 50:22
55:6,8 63:24
82:3 104:1
105:9 144:2
160:24 171:12
205:22 220:13
237:17 248:14
253:5 263:6,8
265:18 267:2
296:22 297:1
299:14 302:2
303:3,10
313:7 314:9
people's
35:10 220:2
per 37:23
43:22 49:21
253:7 269:23
271:15 280:20
282:11
percent 52:20
54:16,19,22
55:10 57:2
60:15 89:12
102:7 160:8
204:3,9,11,
13,14,15
209:19
percentage
233:11
perfect 44:1
94:20
perform 57:23
performance
26:3,5 170:17
performed
57:8
perhaps 150:4

period 58:25
59:2 239:17
permanently
55:12,14
permissible
284:1
permit 243:4,
10 248:15
250:9 259:22,
23 262:10
permitted
146:17
147:20,23
223:15
person 9:8
32:21 38:24
39:3 40:7
44:8,11,12,14
50:13 53:4,9,
24 54:23,24
58:24 72:12
77:24 78:22
90:14 112:21
205:16 226:15
260:17 266:21
310:20 311:16
320:3 324:15
personal 37:6
49:18 56:23
128:25 151:21
159:7 179:12
191:20
201:10,11
249:13 307:3
personalize
81:20
personally
249:10 304:13
perspective
130:22 131:2
204:16 236:11
277:3 310:13
pet 238:1
pets 37:6
237:2,23
philosophy
206:18 208:10

phone 6:21
24:6 159:6,7,
8,9 161:15
171:16,18
199:6,14
201:11 209:2
210:24 224:11
226:7,8
231:21 232:16
233:19,23
256:16
phones 260:13
photo 229:10
photographer
112:21
113:13,16,20
114:18 116:10
211:8
photographers
112:20,24
211:4
photographs
113:8 210:17
photography
29:15 31:5,8
112:14 114:24
115:9,13
116:8,15,18
physically
266:4
pick 73:7
77:6 261:18
picked 85:15
101:14
picture
113:12 169:20
224:16 227:22
228:9 321:23
322:7
pictures
100:22,25
109:16 113:2,
5,20,23,24,25
114:1,14
210:22 211:5
227:18,19
234:2 236:21,
22

piece 179:24
201:10
pin 195:1
pinpoint 68:2
pinpoints
35:7 101:12
164:18
pitch 14:24
44:3 310:22
pixel 90:13
91:16
pixels 90:24
92:4
place 29:24
33:13,14,24
47:18 81:14
82:15 127:13
131:17 144:10
146:12 148:10
154:10,23
160:16 161:24
173:15,20
174:12 175:11
178:6,9
185:15 188:19
193:9 195:1
206:5 228:4
239:23 246:19
255:18 305:5,
9
placed 91:16
92:4
places 35:11
47:21 75:19,
20 138:14
173:12
297:13,15
placing 92:7
plan 43:20
99:14
plane 35:2
plans 18:8
platform
30:12,15,19
31:14,16
36:12 48:20
51:24 55:12,

16 56:16
58:25 63:3,8
70:8 75:24
77:14 79:2
80:14,22
88:3,16 90:25
91:1,3 92:22
97:22 98:8,21
103:25 107:15
129:20,21
131:13 132:21
133:1 137:1,
18,23 152:3
166:4,6,15
167:18 181:4
190:9,20,21,
25 200:19,20
208:21 209:3
211:1,10
213:13 215:11
222:12 223:6
224:2 227:16
230:18 231:1,
4,5,10,16
232:5,8,17,21
233:25 269:25
284:1,14
286:2 294:16
295:18 296:22
303:7,16
304:15,18
305:17 308:23
309:16 310:18
312:16 313:16
321:9,10
324:6 326:1,4
**platforms**
111:1 297:25
**play**  110:21
313:3
**please**  6:15
124:3,11,18
161:17 292:20
**plug**  128:25
**plus**  203:19
280:25 289:17
313:21 326:25
**point**  117:21
118:9,16

147:10 197:21
208:17 241:23
252:15 254:16
280:17 288:14
290:20 315:11
325:16
**pointed**  119:3
240:20 241:20
261:9 310:14
**pointing**
217:20
**points**  74:15
**police**  62:19
200:13 201:3
238:2,6 253:4
256:19
**policed**
171:11 224:24
277:19
**policies**  12:7
71:8 169:6
174:9 181:10
205:5,8
**policy**  34:5
128:7,10,11,
14 139:25
140:2,4,13
165:6,14
166:1,18,20
168:20 169:9,
11,14 170:22
171:11,14,20
172:4,16
197:2,17
198:3 209:10,
13 216:2,11,
15 217:6,10,
22,25 218:10
219:17 220:3,
11 223:7,13
224:23 227:3,
21 228:16
229:20,24
230:2,4,5,11,
14 244:17,18
245:19 248:13
249:2 254:4
256:3 321:23
324:6

**pool**  212:1
**pop**  188:25
193:24 194:12
195:14 233:23
**pops**  194:18,
24 196:11,12,
13,15 244:1
274:11
**popularity**
110:19
**populate**
259:4
**populates**
79:24
**population**
299:18
**portion**  18:4
30:19 77:22
124:6,19
125:6 132:14
207:14 212:12
227:16
**portions**
275:24 276:4
**Portland**
245:8
**posed**  87:24
151:10,13
**position**
12:14 23:13
28:6 55:6
79:3 135:19
157:11 200:18
253:17,19
260:5 269:13,
18,20 271:8,
14,22 286:8
289:5 290:24
326:22 327:21
**positions**
12:17 27:16,
18,19,23
**positive**
116:23 117:2
**possibility**
86:23 228:19
229:18,19
261:8

**possible**
172:23 244:13
268:22
**post**  40:18
49:15 56:1,9,
12 65:15,21,
24,25 66:12
67:21,22 68:9
83:17,23 89:7
100:18 102:5,
10 113:21
120:12 123:13
131:23 143:16
144:8,16
146:14 152:16
153:7,10
166:3,4
167:11 170:9
172:21 184:2
185:4 187:13
190:20 199:13
200:11 201:20
218:11 229:11
233:5 244:13
256:10
257:13,15
282:16 292:3
293:3 300:12
301:16 304:1,
2
**post-graduate**
10:3
**posted**  14:9
40:14,19
52:2,18 55:18
56:10 73:4
87:24 143:15
169:23,25
186:17 199:21
202:6 233:4
234:10 256:19
269:15,22
289:15 291:4
295:19 307:14
327:14
**posting**  62:16
129:6,7
173:11 185:13
243:5,10

248:15  261:19
264:20  280:18
282:4  283:9
284:7  287:24
292:6  306:5
312:19
**postings**
106:6
**posts**  66:8
100:17 132:3
143:18 145:2
191:6 199:24
223:1
**potential**
87:10 90:18
93:16 94:10
96:20 98:20
121:16 162:14
213:1 233:12
281:21 301:17
**potentially**
84:17,18
151:4 183:2
201:24 227:11
231:12 246:14
286:3 293:19
294:24 296:17
297:1 310:2
320:10
**practicalities**
221:10
**predator**  63:1
**predefined**
205:5
**prefer**  85:2
**preference**
74:10 85:8
87:12 88:11
**preferences**
108:11
**preferred**
87:14 88:7
**premises**
33:24
**prep**  263:24
273:25 278:20
287:9

**preparation**
18:9 19:1,20
20:13 21:5
107:16 168:24
249:4,8,12
262:24 263:9,
11 272:24
273:11,12,15
285:14 287:20
288:8,10,11
**prepare**  11:12
16:25 17:7,25
**prepared**
17:12,13,14,
18 18:8 105:1
263:16
**preparing**
17:1 188:4
**presence**
135:18 156:8
236:22
**present**  22:15
87:3,18 113:6
236:10 288:13
**presentations**
304:25
**presented**
109:18 110:17
169:19
**presenting**
136:21 313:8
**press**  32:18,
22
**presume**
177:23
**pretty**  65:25
66:13
**prevent**
232:23
**prevented**
200:20
**preventing**
296:18
**prevents**
137:22
**preview**
110:20

**previous**  87:2
110:18 184:14
224:25
**previously**
17:21 212:11
**price**  73:22
74:14 82:22
95:15,21,23
96:21,25
97:10,17,22
103:21 104:6
106:19,20,22,
24 107:23
109:13,23
110:5,9,12,
13,16,23
111:7 112:2
115:17 116:19
203:19 205:12
234:8,17
235:2,10,11,
16 236:1,4
**prices**  95:16
110:25 136:13
**pricing**  61:11
95:7,12,15
96:8,9,10,14,
17 97:2,8,9,
11,12 98:3,5,
6 100:22
106:18 107:18
109:22 110:8,
10,13 111:21
112:8,11
115:18 211:16
234:2,4,5,6,
14,16,23,24
235:6,19,21,
22 322:20,22,
24
**primary**  34:6,
9,10 191:20
307:5,7
**printed**  176:5
**prints**  184:10
**prior**  12:17
18:8 119:10
156:20
215:16,18

227:15 231:3
232:15,19
251:20,23
252:7,9
**privacy**
198:23
**private**
191:19
**privilege**
17:21 18:1,5
22:16 23:20
124:4 150:3
240:16
**privileged**
17:9,11,15,19
18:9,11,20
19:2,5 20:16
21:20 23:3,11
42:6 123:9
124:23 140:1
150:7,12,14,
17 151:4
308:10
**privileges**
172:4
**proactive**
161:6
**proactively**
164:1 238:7
**problem**  34:22
100:6 158:20
290:19 291:5
**procedure**
7:18
**proceed**
285:18
**proceeding**
70:25
**proceedings**
20:20 24:14
64:11 119:25
123:6 132:9
140:10 150:2
187:3 192:17
214:17 240:8
258:24 260:24
279:2,8
283:17 288:22

298:14
**process**  15:25
  18:8 19:2,6
  22:8,22 23:2,
  10 25:13 28:8
  29:12 33:15,
  25 34:4
  38:11,23 39:9
  50:16 54:6,7
  55:23 56:2
  58:18 60:5
  62:20,21 63:7
  64:22 65:11
  66:8 68:21
  69:23 70:1
  74:24 75:1,21
  80:3,19 91:13
  92:8 99:15
  108:20 131:16
  133:4 135:18
  138:3,5,17
  140:22 144:1,
  3,17 145:4,19
  149:9 152:16
  153:21 154:7
  155:11 161:8,
  18 163:1,2
  172:14,18
  173:13 185:19
  186:17 196:7,
  10 206:14
  209:8 227:22
  233:22
  239:13,16
  241:24 246:18
  257:2,6
  270:3,8,11
  273:1,14
  278:14,19
  279:17,20
  281:9 285:16
  286:4 298:9
  314:18 322:8
  327:1
**processed**
  138:20 265:17
**processes**
  29:12 69:2
  74:3

**processing**
  30:7 43:17
  68:22 70:5,11
**procure**  47:24
**produce**  196:7
  222:22 298:9
**produced**  8:13
  173:4 182:7
  186:11 190:16
  242:14 292:12
  318:5
**product**
  14:15,25
  15:12 32:5
  40:13 70:9
  75:8 76:13,23
  90:5 100:19
  109:12 127:5
  147:8,9,11
  162:11
  163:22,24
  169:4 194:19
  236:7 260:21
  268:2 273:21
  277:3,22
  280:23
  296:17,21
  301:21 302:2
  310:12,21,23
  311:2,18,20
  312:5,6,7,17
  313:2 320:5
  321:16,25
  322:15
**production**
  183:9
**products**
  33:9,11 75:8
**profane**
  199:24
**professional**
  6:2 88:17
  113:12 176:6
  210:24,25
  211:5
**professionally**
  88:21

**profile**  33:5
  49:7,11,17
  53:11 68:22
  87:13 88:24
  91:17 93:21
  112:17 113:3,
  11,12,23
  152:15 159:4,
  6 161:14,15
  188:5,6,9
  189:1,9,11
  190:9,19
  199:19 223:22
  224:6,7,10,15
  225:25 227:2,
  22 228:3,6,8,
  23 230:8,25
  233:20 234:1
  246:20,24,25
  247:7,12,21
  262:2,8 268:1
  274:8 278:4
  306:4 321:23
**profiles**
  223:10,16
  224:5
**program**
  25:20,23
  26:4,5 27:20
  37:4,12 44:9
  45:7 52:24
  53:3,7,25
  54:2 92:10,14
  161:5,6 173:1
  182:2
**programs**
  109:2
**prohibited**
  197:12 223:8,
  21
**prohibiting**
  201:17
**prohibits**
  232:1
**project**  11:6,
  7 39:4 114:19
  147:9 166:23
**prominent**
  152:8

**prominently**
  282:24 321:8
**promote**
  162:24 173:9
**promoted**
  12:20
**promotion**
  13:3
**prompt**  170:18
**prompted**
  170:13
**proof**  183:10
  184:13
**proper**  29:3
  53:4,8,24
**properly**
  299:15
**properties**
  46:14,20
  73:2,4,7,14,
  19,21 74:18
  75:10,12,14,
  15,16,23
  78:23 87:9
  105:4 137:9
  138:6 139:8,
  13 142:12
  237:14
**property**
  37:17 38:15
  46:17,19,25
  75:18,21
  83:17 139:5
  146:16 147:18
  191:17 218:20
  229:5 230:16,
  22 234:24
  236:9 237:1,9
  252:14 284:3,
  12 294:17
  306:21 307:6
**proposed**
  123:11
**proposition**
  33:19 66:20
  115:25 280:24
  312:18

proprietary
  222:13
prospective
  212:18
protect   35:8
  200:18
protected
  22:7 30:8
  63:15 298:10
protection
  29:17,20,22,
  23 33:22
  41:22 42:18
  43:19 45:8,20
protections
  34:12
proud   184:22
prove   183:17
provide   15:8
  77:5 81:20
  100:18,20
  101:4 112:22,
  25 125:24
  135:24 159:24
  160:3 162:3
  163:6 167:22
  183:5 206:4
  222:22 226:24
  231:7,8
  232:16,19
  240:13 250:5
  279:17,20
  285:18 289:4
  296:19 309:25
provided
  16:21 41:12
  47:14 54:10
  59:4 60:7
  116:9,15
  123:20,25
  124:15 127:21
  159:3 181:4
  192:11 194:16
  196:9 204:18
  234:19 240:12
  286:4 326:7
provider   48:9

provides   38:2
  45:13,14,20,
  23 46:15
  60:11 162:22
  163:24 226:25
  309:19
providing
  95:10 108:8
  116:25 119:2
  123:14 143:3
  203:8 294:18
  326:6
provision
  327:4
PTR   273:23
  324:19
public   6:2
  50:19 66:23,
  25 67:16
  126:9 128:7,
  10,11,22
  141:14 156:5
  200:15 224:5,
  8
publicly
  267:13
pull   104:7,21
pulled   100:7
  254:8
purpose   50:20
  108:7,8
purposes
  73:24 75:6
  226:20
push   161:2
  211:10,11
put   32:4 91:2
  99:14 124:11
  143:11 154:12
  188:15
  189:17,19
  193:2,11,14,
  15,17,19,21,
  23,24 195:6
  218:14
  241:13,23
  243:25 247:12
  274:11 291:4

309:24 311:17
314:6,18
putting
  114:17 180:17
  274:17

___

## Q

qualify   182:8
  191:19
quality   49:6
  109:15 171:5
  211:10,11
quantification
  298:8
quantified
  298:5 299:8,
  11
quantify
  298:17 299:11
question   7:7,
  9 8:15,23
  11:25 17:10,
  14 19:8 20:25
  23:15,21,22,
  24 24:2,3,22
  29:3 38:25
  40:10 51:16
  53:5,9,10,16,
  21 54:3 58:19
  65:3,5,18
  72:12 76:20
  79:8 81:24
  89:23 99:4
  105:8,13,15,
  17,20 106:14
  111:13 118:2,
  7 119:6,7,9,
  11 124:4,18
  126:4,10,16
  130:8 132:12
  133:17,22,23
  134:13,25
  135:12 148:1,
  25 150:4
  151:7,10,12
  157:16 158:1,
  4,13 162:8

174:22 184:14
199:4 218:9,
18,19 219:13
221:8 228:20
230:1 255:1
257:23 261:2
273:2 279:5
280:11,12
282:14 283:20
291:13 300:1
308:21 319:8,
10 320:22
327:20
questions
  7:6,14 9:8
  32:3 91:22
  98:16 105:24
  124:1 134:21
  135:9 162:14
  190:5 203:5
  237:4 240:14
quick   240:5
Quicken
  182:11,13
quicker
  133:24
quickly   79:10
quote   104:6
  112:22 116:9,
  15 138:14
  212:15
quotes   212:10

___

## R

raise   163:21
  280:16
raised   24:23
  67:22
raising
  134:4,24
random   74:21
range   162:13
  172:14
rare   37:5
rate   98:6
rates   95:3,5

**re-think**
142:8
**reach** 90:15
**reached** 136:6
310:7
**reaction**
324:11
**reactivate**
170:13
**read** 37:9
38:1 66:18
67:21,24 68:9
119:8 124:3,
7,18,20
132:13,15
141:2 151:19
179:12,13,18
183:15 197:20
198:13
207:13,14
219:5 226:10
258:10
265:19,25
266:4,15
273:3 274:15,
16 281:12
285:12 287:18
289:12,17
295:3 308:5
309:14 325:25
**reading** 36:1
166:25 177:6
179:20 243:12
244:9 257:25
**reads** 258:7
286:13
**ready** 116:10
164:14
**real** 130:21
147:12 296:23
301:20 312:7
313:21,24
314:2,6
320:12
**reality**
153:16
**realize**
295:16

**realizing**
294:4
**really** 32:3
38:11 60:10
61:20 63:8
71:14 111:20
113:25 114:14
119:4 133:4
147:9 169:17
171:4,24
179:1,17
206:17 209:13
222:1,3 236:4
254:25 255:15
270:7 272:1
280:11 297:3
311:17 324:21
**realtime**
320:9
**reapply** 139:7
182:3
**reason** 51:23
203:3 208:12
230:3,8 240:9
249:6 253:4
283:8
**reasonable**
155:6 164:11
**reasons**
162:10 307:3
**rebook** 164:15
206:1
**rebooking**
164:17 206:3
**rebound** 313:9
**recall** 22:3
31:4,22 37:10
39:22 44:4
51:20 67:11
77:18 78:9
81:11 94:13
103:6 114:12
141:6 238:24
271:25 291:21
303:24 304:24
305:14
315:23,24
316:20 317:1,

6,8,10 318:20
319:4,7,22
322:14
**receipt**
126:15 282:1
284:12 289:21
307:24
**receive**
208:14
**received**
35:13,21
**recent** 215:12
**recently**
51:14,18
215:15
**recess** 24:13
64:10 150:1
214:16 240:7
279:1
**recognize**
36:9 57:4
108:3 115:6
163:10 165:22
168:17 175:14
181:23 214:22
242:9 272:10
**recollection**
94:20 307:13
317:25 319:5,
10,13,19,24
324:16
**recommend**
95:5,16
**recommendation**
96:5 234:10,
19 235:19,21
**recommendations** 234:8
**recommended**
97:9 106:25
136:13
**record** 6:16
7:24 18:7
19:14,16
20:17,18,20,
22 21:3 24:12
42:9 64:10
119:23,24

123:3,6
140:10
141:13,14,15
151:17 155:2
186:25 187:3
192:13,17
240:6 258:22,
24 260:22,24
279:8 283:15,
17,19 288:20,
22,24 298:12,
14
**refer** 28:21
86:16 253:16
256:22 321:13
**reference**
125:7
**referred**
71:13 243:1
321:14
**referring**
20:1 86:23
100:21 148:2
173:18 222:18
223:9,11
274:2 295:9
**refers** 295:4,
8
**refinance**
172:25 173:3
182:4,23
**refinancing**
182:3 183:7
184:17 185:3
**reflect** 126:6
**reflection**
17:2 171:5
**refreshed**
167:9
**refund** 34:20,
25 164:24
205:25
**refunded**
164:14
**refuses**
205:15
**regard** 9:3
39:18 41:11

46:24 55:17
57:8 73:13
78:14 121:5
157:11 172:15
201:7 252:1
273:17 282:20
315:12
**regarding**
9:6,9 21:9,18
23:2 27:14
39:19 40:23
45:2 106:6
162:12,20
185:3 201:11
214:8 237:8
259:17 261:23
284:1 298:8
325:7 326:1
**regardless**
132:21 194:10
246:19 262:6
299:18
**region** 12:13
13:11,15
27:10 110:23
275:5
**regional**
11:23 13:3,23
15:23 22:1
32:10 141:10
150:20 151:21
169:1 181:8
249:9 275:8
**regions** 14:11
31:15 67:2
**register**
187:16 251:4
**Registered**
6:1
**registration**
120:4 130:11
138:16,17
143:2,25
144:2 145:17,
19 152:25
154:6,9
155:11,20
160:11 193:2,
25 195:7,20

238:21 239:5,
13 240:19
241:15 250:3
251:2,8
257:22 258:2,
5 265:16,23
266:9 267:4,
5,12 268:1,2,
5 270:1
272:12,15
273:6 278:3,
4,7 280:22
281:23 282:1
284:13 287:24
289:21 310:2,
6 325:9,11
326:3
**registrations**
238:16
**regular** 85:12
155:5 207:16
**regularly**
165:7
**regulation**
55:22 152:11
154:12 155:9
196:14 252:8
275:6 324:23
**regulations**
119:5 120:8,
12 123:16
124:17 127:2,
19 133:9
143:5 156:7
160:20 194:5
247:22,23
**reject** 95:22
96:25 108:17
**rejected**
84:11 141:4
**relate** 75:23
104:13 287:6
**related**
149:11 150:4
**relates**
196:17
**relating** 50:5

**relation**
153:19
**relations**
159:15
**relationship**
133:3 153:17
174:5 182:13,
17 226:23
**release** 62:7
316:12,15,23
318:3
**released**
216:8 217:24
**Relevancy**
25:9
**relevant**
12:10,12
14:11 55:8
122:8,10
287:18 295:18
305:20 310:24
318:9 321:20,
21
**reliance**
293:19 294:24
**relied** 14:15
**relies** 278:14
**rely** 71:14
88:24 90:8,15
101:11 234:7
238:7 272:1
286:11 290:7
**relying** 74:5
321:7
**remain** 155:7
266:12
**remainder**
228:23
**remains**
138:22
**remember** 57:1
77:18 233:22
238:16
**remind** 174:14
**reminders**
152:8
**remit** 70:21

173:14
**Remittance**
179:6,15
**remove** 325:8,
22
**removed** 141:5
142:4 174:12
223:23 322:7
**removes**
255:11
**removing**
321:23
**rent** 46:13
47:9 147:19
225:21 299:14
**rental** 55:18
61:16 125:16
126:6 138:7
139:6 147:20
243:17
250:14,15,16
284:2
**rentals** 62:17
78:12 136:14
137:10,15
138:8,21
142:13 147:23
148:22 149:11
175:5 180:23
294:19 308:15
**rented** 48:4,
5,6 56:16
146:18
**renters** 37:13
**renting** 37:18
48:19 49:13
**repeat** 124:9
126:16 176:3
**repeated**
184:9
**Repeating**
121:8
**rephrase** 7:8
45:21 48:22
50:11 87:25
251:23 304:3
**replace** 37:12

replacing
324:1,2
reply 233:21
report 26:12,
14,15,16,23
27:9,14
183:10 227:8
230:13 238:11
278:10 316:1,
2,16 317:2
318:1,22
reported 38:9
223:25
reporter 6:2,
5 7:10 36:1
119:8 124:7,
20 132:15
207:14
reporter's
35:18
reporting
224:24 238:8
reports 15:2
26:22 27:12
67:2,7 105:1,
9 106:2,4
255:8 317:11
represent
16:10 35:20
127:25 245:20
292:11
representation
246:2
representative
124:25 150:9
157:10 158:6
representative
s 39:10
represented
187:6
representing
122:20,22
139:20 246:1
310:22
represents
310:2
request 9:14
29:15 84:7

116:14
202:17,19
225:20
requested
8:12 60:11
116:8 124:6,
19 132:14
146:17 202:11
requesting
8:11 125:16
requests
38:21 108:12
require
122:25 125:15
126:5,11,19
127:17 129:3,
14 130:10
150:10 151:24
152:14,24
157:12 158:8
183:9 238:15,
21 264:20
265:13
required 56:1
61:6 66:3
128:18 129:5,
18,22 130:1
131:13,23
132:1 145:17
170:7 180:22
216:5 243:13
245:22 246:13
251:22 261:17
264:25 273:13
282:16 287:10
289:3 307:23
322:3 323:21
requirement
193:1 243:5,
11 248:15
requirements
165:1 245:2,
5,7,11 250:24
276:23
requires
120:4 143:11
155:20 193:24
195:19 205:2
246:5 247:14

258:5,13
269:14,21
270:20,22
271:7,9
273:5,6
281:15 286:7
287:14,24
325:22
326:16,22
requiring
173:24 272:14
researching
130:18,22
reservation
34:17 82:18
83:6 84:2
106:21,25
108:25 148:20
202:21 203:16
204:5 205:7
209:19
reservations
84:1 108:13
176:12,16
177:5
reserve 208:9
residence
98:21 307:5,7
residential
275:3 276:16
284:2
residents
282:17
resolution
163:16,20
164:7
resolved
172:22
resort 282:1
284:13 289:21
290:18 307:25
resource
147:9
resources
181:3
resourcing
131:1 310:13,
25 311:20

respond
239:18
response
35:21 73:17
82:16 123:11
139:1 233:25
responsibiliti
es 161:9
238:11 284:1
responsibility
147:1,2
180:19 181:7,
8
responsible
12:8 27:10
143:6 149:16
152:9 160:23
173:11 174:3
179:25 180:9,
11 239:22
247:17,20,24
248:7 250:1
252:6 253:8
responsive
165:13
rest 14:5
134:21 151:15
177:20 189:20
209:17
restraining
16:22 294:1
restrictions
237:1,14,15
312:20
result 296:13
resumed 150:2
retargeting
73:19
revealed 80:5
revenue 173:5
175:23 182:5,
7 183:10
204:17
review 8:6
11:18 18:25
19:9,19,22
20:12 21:3,4
43:24 51:15

67:4 89:12
116:23 117:2
170:24 171:1,
7 197:14
199:3 202:18
212:9,10
225:9 228:23
**reviewed**
19:4,11 20:6,
7 94:11
212:11,14
272:23 278:17
281:6 297:5
304:12,13,21
**reviewing**
8:15 49:6
67:16 89:5
**reviews** 62:4,
8,18 64:17,19
169:16
170:12,23
226:9,10,16
227:8 229:8,9
238:8
**Rick** 134:1,18
135:5,8
**right** 8:14
9:14 25:16
26:10 27:17
29:22 30:11
31:21 33:10
35:18 39:3
40:7 54:23
82:20 83:8,20
87:18 98:4
102:9 106:22
129:1,18
131:14 133:8
134:20 136:21
143:9 144:18
145:23 165:10
170:18
177:12,21,24
187:22 195:1,
2 202:22
206:17,22
208:9 218:8
228:15 241:14
242:4 257:11,

14 278:23
279:23 282:19
314:13 318:8
326:8
**risk** 209:24
226:17
**road** 310:21
**roadmap** 14:25
**role** 13:13,
14,16,23 14:8
15:17,19,22
22:1 28:9
32:10 38:18
43:18 121:4
150:20 156:10
168:6 173:2
275:8 316:2
317:22
**roles** 12:18
28:5 38:18
**roll** 277:1
**room** 73:22
176:6 191:12,
19
**rooms** 74:15
**RSN** 16:13
**rug** 42:4
**rules** 152:12
237:18
**run** 49:20,23
56:25 60:17,
18,19 63:7
136:19 311:21
**running** 44:9
**runs** 49:23
54:9

---

**S**

**safe** 30:7
55:8,12,13
327:4,6,8
**safety** 55:5
200:6
**said** 11:4
13:2 18:10
19:12 20:6

27:25 28:9,20
36:24 42:5
45:9 46:19
47:21 50:12
54:14 68:9
78:7 88:1,20
90:3 103:13
112:13 113:14
114:10 121:15
126:17 128:9
131:14 134:11
136:4,8 140:6
141:22 142:15
150:18 153:14
157:22 171:10
175:18 189:5
190:15 207:12
221:10
227:14,18
228:11,22
231:11 239:2
240:18 241:17
242:2,3 247:4
255:1 256:13
260:8 263:15
265:15 280:11
282:15 283:2
287:22 288:9
289:20,25
292:1 306:3
311:22
318:18,20
327:11
**sales** 12:7
78:16 79:3,4,
5,6 251:6
**same** 11:2
15:25 30:6,8
32:8 35:10
37:16 56:18
58:19 59:19
85:5 87:2,14
91:25 110:23
130:4 136:7
147:13 157:11
166:7 172:18
181:1 199:6
208:7,10
209:25 226:7

228:7 237:24
238:12 240:3
260:14 283:2
285:5 288:15
295:9 313:17
326:12
**sample** 250:1
**San** 33:4
39:14 63:25
64:2 138:15,
21 139:9,21,
24 141:17
142:21 144:14
146:7,9 188:1
192:3,6,7,9,
23 193:1,23
194:10,11,15,
16 196:5
238:18 239:2,
4,8,11,19
240:3 245:5
264:16,17
265:5,13
266:22,23
270:11
275:23,25
277:25 279:12
280:3,14
284:18,25
287:23,25
288:4,6,7
311:11 314:16
315:2 316:4,
15,17 317:3
318:2,23
319:24 324:17
**Santa** 239:8,
12,23 240:3,
13,19 241:10,
13,19,23
242:5,12,13
248:23
**satisfied**
327:12
**satisfy** 55:10
292:14
**Saturday**
97:14

save 90:17
saw 211:13,
14,15 252:1
288:9,18
306:1
say 12:24
15:2 29:7
32:15 33:13,
24 36:14
38:13 42:9
48:6 55:14
59:1 61:1,20
62:16 63:12,
22 64:21
69:5,22
70:23,25
74:20 75:11
77:5 79:4
80:6,24 81:19
83:13 86:4
89:6,13 91:3,
18,20,22
92:1,3,24
93:19 94:5,18
99:5 106:24
110:6 111:16,
19 114:15
120:19 130:20
142:9 147:5
148:20 153:7
156:25 158:19
160:11 179:20
186:3,9
188:18,20
189:13 203:18
205:6,20
209:14,18
212:20 215:8
218:13 225:11
227:7 228:15
230:4 235:10
237:25 240:24
252:14 267:19
268:13,20
270:17 274:5
279:15,20
285:20 288:2
289:11 290:6
293:2 301:6

306:24 317:16
325:14 326:9
saying 51:18
62:24 74:17,
23 83:25
105:18 109:10
118:3 120:25
129:7 147:22
189:5 241:22
251:17 253:22
258:14 263:22
267:5 299:13
302:8 313:17,
20 318:13
says 15:5
37:4,11,16
42:25 43:23
52:9,16 82:11
83:11 84:6,21
102:6,25
108:10 116:17
128:16 146:13
153:6,8
155:18 159:13
166:12,25
167:16
176:10,14
179:6,14
184:22 188:16
189:5 192:23
195:13,24
197:16
198:12,18,22
199:2 202:2
209:5 215:15
221:9 222:10
229:17 230:7
235:2,10
240:10 241:12
243:4,10,13,
17 245:22
246:4 248:8
250:9,14
251:2,18
257:21 258:2
265:21 266:9,
14 267:12
271:7,8,23
273:3 282:9,

24 284:18,19
285:1 286:9
288:5 289:19
290:9 291:3
293:17 294:16
298:2 300:19
304:12 305:10
309:13 325:6
scale 74:25
80:2 82:2,4
92:6 116:4
146:25 147:5
161:8 200:2,
25 211:16
scaleable
127:4 200:1
224:3 225:1
277:1,9
scaled 109:18
211:14
scheduling
112:23
School 10:5,
16,18,25 11:3
science
305:24
Scola 16:13
scope 8:20
13:15
screening
201:16
screenshot
36:14 39:18
102:23 168:15
272:10
search 73:24
74:14 76:6
season 95:9,
10 96:17
100:22 108:9
210:2
seasonalities
95:18
seasonality
100:21 110:18
seasons
100:13

second 25:18
37:3,23
42:13,23
43:23 64:4
108:10 123:3
141:14 159:7
169:18 176:1
187:1 192:14
217:14 243:3
251:16 252:18
281:22 283:25
293:4 313:1
secondary
34:4,10 307:6
section 36:11
180:11 221:1
222:8,10
243:19 267:9
285:20 286:1
292:15 293:4
294:12,17,25
296:2
secure 30:7
310:25
secured
208:21
securities
37:5
security 63:8
158:16 231:7
see 35:15
37:14,18
39:22 57:9
58:6 59:5
66:16 97:2
108:15 111:21
115:16,17
160:11,14,15
164:15 167:1
175:22,25
176:8,16
182:9 183:16
184:6,12
187:25 188:1
192:4 195:22
197:15,18,22
201:8,14,22,
23 215:4,20
221:2 222:16

224:8,10,15,
16,19 225:25
226:2,3,4,5
228:6 230:10
235:8,20
243:3,8,14
250:19 251:5
267:10 280:17
284:4,15
288:4 291:24
293:17,20,25
294:5,13,20
295:9 301:18
302:9 308:3,
16 313:6
314:23 325:12
**seeing** 157:2
317:2,10
318:1 319:13
**seem** 216:16
**seemed** 186:12
**seems** 36:16
37:8,24 81:13
85:6 102:6,24
166:3,13
168:16
177:19,20
217:16 250:4
272:12
**seen** 8:5
16:19 36:7
41:19,20
51:11,14,18
57:17 68:14
81:7,9 82:9
86:1,3 94:12
100:8 102:8,
20 103:3,5,6
107:8,10
108:4,5 115:7
156:4 165:23
168:18
175:16,19
183:24 186:1,
2 235:17,25
242:12,23
251:9 264:13
271:21,22
281:8,10

287:14
288:12,15,19
291:19 293:7,
22 294:3
316:1,2,16
317:6
**sees** 88:25
96:21 97:1
235:1 255:5
**segment** 214:1
**select** 83:16
191:16 237:10
**selecting**
101:11
**selection**
74:20
**send** 75:25
82:21 86:20
87:13 93:16
94:22 98:19
100:19 101:13
212:24 213:6,
8,19 214:2
**sending** 84:7
85:11 90:7
108:12 214:8
220:10,11
**sends** 61:13
75:22 85:9
211:23 213:12
**sense** 113:18
**sent** 60:7
79:19 81:13,
18 86:5,19
87:5,10 94:3,
10,14,24
97:16 98:25
99:2 101:13,
14 102:24,25
103:7 104:15
109:3,4 114:5
116:10,23
117:1,5
174:11 185:2,
6,9 187:17
192:8 195:5
211:24 212:1,
3,17,18

217:25 233:20
234:25 236:3
250:2 268:25
278:10
**separate** 30:1
39:5 69:4,5
77:8 115:10,
12 166:5,13,
14 174:18
183:3 214:12
321:9
**separated**
217:23
**separately**
164:10
**September**
12:20 156:16
167:1 216:20
217:2
**sequencing**
201:22
**series** 7:6
93:15 164:22
170:15 226:2
268:4
**seriously**
169:15 200:6
**service**
29:14,15 30:6
31:9 51:25
64:21 67:19
70:6,11 76:11
77:11,13
152:2,5,7
159:18
161:15,23
167:4 169:16
170:4 171:12,
14,15 181:1
198:6,23
203:19,20,23
205:24 210:25
211:2,8
215:7,8
216:7,24
217:5,9,11,
12,21,22
218:17 219:3
220:12,15

221:6,12,15
222:4 223:12
224:1 230:13
231:9 283:11
308:23 313:1
**services**
28:17,21,24
29:4,11 30:4,
24 31:2,17,
23,25 32:20
40:20 41:11
45:2,23 70:10
119:4 231:10
300:20
**serving** 9:12
71:19
**set** 8:18 9:9
30:22 33:16
59:21 95:3,16
96:17,21
106:17,18,22
108:11 134:8
136:18 191:20
205:12 209:14
234:6
**sets** 95:22
96:3,13
110:9,12
234:21
**setting** 84:14
95:21,23
107:19 135:22
140:23
**settings**
107:20
**settle** 38:23
**settlement**
38:14 141:3
264:16
316:11,14,22
318:3,11
319:17,20
**seven** 27:5
29:14 252:15
257:10 303:21
304:16,18
**several** 16:2
71:12 72:5,21

94:6 213:9
**severity**
58:23 59:7,23
**sexual** 62:25
**share** 76:24,
25 213:19
312:24
**shared** 138:25
143:5 191:12,
19 253:9
**sharing** 67:17
155:11
**SHARON** 6:1
**she** 25:13
**She's** 25:21
**shoes** 179:1
**shooting**
112:25 211:5
**short** 142:7
**short-term**
137:10,14
138:7,8,21
139:6 142:13
147:23 148:22
149:11
243:14,17
250:14,15,16
282:17 284:2
294:19
**should** 100:4
122:25 131:18
150:10 151:24
152:1 153:6
157:12 158:1,
8 163:18
199:2 252:22
258:15
**shouldn't**
202:3
**show** 16:6
35:13 41:14
51:6 57:11
81:2 82:7
85:21 88:3
98:12 102:15
106:11 107:4,
22 114:25
124:12 163:8,

15 165:16
168:8 174:24
181:19 183:20
185:21 210:23
214:21 233:6,
7 242:19
261:25 262:3
264:7,24
280:8 289:9
**showcase**
75:14
**showed** 35:23
**showing** 36:5
202:13 317:2,
11 318:1
**shown** 41:14
74:11 87:19
227:22,23,25
287:9
**shows** 80:14
161:20 163:16
303:8 314:9
316:3,16
324:24
**side** 70:6,7
94:12 111:20
164:13 204:3
228:13,14,16
321:24 322:5
324:20
**sign** 104:1
152:3 186:6
197:25 198:5,
10 215:11
221:23 226:5
230:7,23
265:18 301:17
**sign-up**
187:20,21
252:2
**signal** 110:2
**signals** 85:14
**signed** 18:6
167:15 213:7
215:16 216:5,
9 217:4
218:13 220:13

**significant**
147:8 152:10
254:18 277:2
280:17 286:1
**signs** 174:8
**similar** 43:7
44:8 59:22
73:21 74:10,
17 81:9 82:10
86:3,4,14
103:5 108:5
109:1 111:3
112:2 115:7
118:17 144:12
227:4,6,7
245:23 256:18
270:11 277:24
278:9 280:13
**similarities**
280:17 288:15
**similarly**
214:6
**simple** 145:3
153:23 255:1
**since** 10:10
12:15,16,23
27:9 28:10,
11,12,14
48:10 80:21
82:20 137:21
156:10,12
157:4 167:3
194:5 216:22
259:8 277:6
315:2 316:3,
14 317:23,25
319:20 320:4
**single** 97:11
153:15 208:25
210:22 211:2
320:20
**sir** 298:20
**sit** 255:21
**site** 28:18
29:1,5,7 32:6
43:11 90:13
110:22,25
210:1 248:11

262:14,16
**sites** 32:2
**sitting** 150:9
151:2,23
194:22 254:8
**situation**
38:12,17 57:3
60:17 64:23
95:20 96:21
118:18,21
120:16,19
129:3,8 130:8
146:2 154:5
161:19 165:8
171:13 172:8
205:19 305:2
312:10
**situations**
60:16 132:9
153:2,10
155:23 157:3
158:23 196:25
**six** 36:6
308:12 317:25
**size** 112:22
**ski** 210:2
**slightly**
158:2
**slipping** 42:4
**slow** 113:14
**small** 277:13
**smaller**
277:5,16
**smart** 95:15
96:8,9,10,13
97:2,11 98:5,
6 106:17
107:18 109:22
110:10,13
112:8,11
159:23 234:6,
13,23,24
235:6,19,20
236:4
**smoke** 238:1
**smoking**
237:2,19

snapshot
  301:14
snapshots
  250:7
snowstorm
  164:20
so  7:8,10,11,
  14 10:12,16,
  23 11:14 14:5
  15:14 19:4
  20:11 21:3,25
  22:10,17,22
  23:14 27:14
  28:13 29:12,
  14 30:1,6,9
  31:4,19 33:7,
  9,14 35:20
  36:4,9,14,16,
  24 37:6,8,20
  38:8,24 39:3,
  17,24 40:18
  41:6 44:16
  45:25 46:4
  47:9,20 48:17
  49:14 50:1,
  15,24 53:24
  55:13 56:12
  57:22 59:4
  60:2,6 61:15
  62:5,8,11,15,
  16,23 65:3,
  17,23 66:11
  67:4,13,14,
  19,21,25
  68:1,6 69:2,
  10,19,21,22
  70:12,19,24
  71:7,20 73:4,
  17 74:2,8
  76:20 77:8
  78:5,20,22
  79:12,20
  80:10 81:15
  82:13,24
  83:7,8 84:5
  85:2,8,10
  86:10,14,20
  87:8,12,20,23
  88:1,15

89:19,22,24
90:12 91:10,
15,22,25
93:4,20 94:8
95:12 96:20
97:1,7,11,21
98:1 99:19,25
100:15,16
101:2,6,15,
20,22 103:2,
3,8,23,24
104:5,9,14
105:13,18,19,
21 106:9,21
107:2,18
112:5,9
113:8,17,20
114:6,7
115:12,22
116:4,5,11,17
118:15 119:21
120:23 121:2,
13,24 122:15,
24 123:20
124:3 125:19
126:4,8,13
127:14
128:11,20
130:3,15,21,
25 131:9,10,
20 135:4,9
136:13 138:14
139:4 140:13,
15 141:8,12,
24 142:24
143:7,13,18
144:12,23
145:9,16
146:12 147:5
149:8 150:22
151:10,12,19
152:4 153:22
154:2,5,15,22
155:17 156:9,
15,18,22
157:6 158:6
159:1,5,9
160:7,13
161:12,22

162:13 163:5,
13,16 165:20
166:8,13,17
167:8,17
168:5,16
169:15,25
170:10,13
171:12
172:10,14,21
173:20 174:8
175:7 176:3,
20 179:9
180:3 181:6,7
183:3,12,13,
18 184:1
186:5,12,13,
16 188:5,7,24
190:5,6,12,
15,18,25
191:8,24
192:6 193:4
194:8,9,19,20
197:3 198:7,
10 199:17,21
200:16 201:7
202:7,13
203:23,25
204:5 206:6,
22 207:16,22
209:13,21,22,
25 210:6
211:16,21
215:14 216:1,
9 217:16,21
218:9,25
219:2,14,15
220:10,20
221:1,4
225:3,9,10,
11,18 226:19,
22 227:7,8,23
229:3,23
230:1,5,20
231:14,24
233:3,18
234:16 235:8
236:2,20
238:11,14,19
239:11,23

241:10,12
242:11,25
244:11,13,18
246:8,24
247:4,10,19
248:10,13
249:12,25
250:8,13
252:2,7,13
253:15 254:7
258:5 259:3,
5,25 260:18
261:11,17,25
262:9,23
263:11 264:25
265:7 266:7,
23 267:1,16,
19 268:22
269:8 270:10
271:6,20
272:5,6 273:5
274:4 275:2,
13 276:7,20
278:17,22
279:11,23
280:25 281:2,
25 283:6,8,25
284:23 285:7,
9 288:9
289:3,19
290:3,9
291:13,21,23
294:9,22
295:9 296:6,
25 299:4,21
300:9 301:1,
3,9 302:12
304:14
305:15,19
306:22 307:4,
11 308:12
309:7,14
310:19 311:6
313:11,15
315:11 317:1,
21,25 319:17,
23 320:23
321:6,21,22
323:12 325:2,

20,24 326:1,
15 327:3,11,
21
**social** 226:8
**solution**
140:23 141:2
153:25 163:7,
24 225:1
265:16 273:21
277:1,10
280:9
**solutions**
56:4 133:1
136:20
138:10,13
200:1 224:3
**some** 9:9
11:14 16:3,4
22:14 26:14
27:16,21
31:5,24 33:1
42:25 48:25
49:4,20,24
56:10 60:23
67:17 70:21,
23 71:2 72:22
74:10,21
80:19 81:20
83:22 86:17
92:5 112:23
118:7 121:19
125:25 127:2
129:19,20
130:16 132:18
135:8 138:22
139:25 142:16
145:14 154:10
159:22,23
160:4 164:23
166:8,9 167:6
172:13 196:16
224:8,10
227:12 238:23
240:13 241:23
245:22 267:5
274:24 280:5,
25 288:19
308:21 310:23
319:24 323:3

325:10
**somebody**
81:25 159:10
244:18 324:11
**somehow**
181:15
**someone** 22:10
29:24 38:25
39:1 44:6
53:4 59:8
72:13 78:23
81:13,25 84:6
88:2,9,10,25
89:3,19
101:24
103:17,20
104:5 116:8
216:4 217:4
219:7 233:3,7
254:5 257:13
268:18 304:10
**someone's**
219:16
**something**
14:22 15:14
29:23 33:13
40:8 42:5
64:21 68:13
80:5 84:15
87:6 91:4
103:5 108:18
111:24 140:15
163:18 164:21
165:11 170:11
176:10 180:3
201:22 207:2
209:5 218:6
219:6 223:11
224:1,22
230:7,10
231:13,25
242:4 267:16,
20 270:17
274:2 282:4,9
289:11 292:20
295:18 312:8
318:21 320:5
323:21

**sometime**
10:15 218:10
**sometimes**
54:14,15
155:19 194:5
**somewhere**
78:20 198:10
261:10
**sophisticated**
231:12
**sorry** 37:10
42:8 76:3
82:11 159:25
175:18 183:1
207:19 215:2
288:3 293:9
**sort** 103:11
155:15 176:2
209:25 221:2
245:22 323:25
324:2
**sound** 300:21
**sounded** 42:11
**sounds** 42:4
64:4
**source** 56:24
303:24
**sources**
140:17 180:1
263:19
**south** 111:16
**space** 37:18
47:4,6,22
116:20 119:3
125:21 152:8
181:2 185:17
187:22
189:14,15,17
191:11,12,13
195:14 204:1
230:25 250:7
251:17 252:4
263:3 264:22
301:18 310:1
320:8
**spaces** 46:10
47:25 137:19

**spacing** 40:22
195:2
**Spain** 11:6
13:24 14:5
**Spanish** 12:19
13:11,25
14:1,2 48:14
86:6 87:8,21
88:4
**spare** 191:12
**speak** 32:22
156:6 303:3
**speaks** 85:9
**specific**
14:21 18:16
25:14 31:15
32:12 40:14
50:5,16 52:16
53:2,14
55:18,21
56:3,4 59:17
63:6 64:15,21
65:7,14 66:5
67:4 71:22
79:1 81:10
89:20 90:16
94:13 96:7
103:19,20
104:11,19
109:23 111:16
116:19
120:21,23,25
124:21 125:25
126:2 128:4
133:22 135:20
136:6 152:12
155:20 156:7
165:6 170:2
181:12,15
188:22 189:22
196:5,18
198:1 199:5
200:3,24
201:16 211:18
220:1,5,23
239:18 244:24
255:19,25
264:5 267:21
271:25 275:6

276:9 282:22
291:10
303:14,20
305:8 312:3,
4,5 315:3,11,
14 318:22
319:14,22
323:22
324:16,17
**specifically**
40:2 64:24
66:7 89:16
94:5,25 95:12
116:6 129:17
170:4 216:12
219:25 223:14
248:23 254:23
266:21 270:20
271:23 278:21
287:10 317:12
322:15 324:25
**specificities**
270:25
**specificity**
178:4 190:1
**specifics**
22:3 23:10,19
31:4 39:20
53:11,12 54:3
56:8 69:7
70:1 78:14
93:7 104:10
201:6 223:19
241:2 247:18
250:8 252:5
272:17 295:17
315:23 317:15
**specify** 194:7
**specifying**
196:12
**speculate**
91:25
**speculating**
53:1 68:6
118:12 119:1
120:17 131:17
137:2 154:24
160:8 162:1
171:25

179:11,17,23
242:10 280:6
**speculation**
119:14 148:5
**spell** 26:1
**spend** 11:16
31:24 35:10
55:6
**spent** 11:14
**spirit** 232:22
**spoke** 263:15
**spoken** 89:16
**spokesperson**
32:17
**spokespersons**
32:25
**sports** 176:6
**spot** 281:20
**spotted** 224:2
**spouse** 25:6
**spreadsheet**
268:25
**spring** 97:13,
14
**St** 142:24
143:7,13
144:24 145:8
239:18 245:15
249:3,15
250:2,14
251:13,24
253:4,8,24
255:4,12,22,
23,25 256:5,
11,19 262:11,
17 263:1
283:2 288:15
**staff** 143:6
158:11 159:1,
10,13 161:12
250:5
**stakeholder**
12:10,12 16:5
122:8,11
**stakeholders**
121:19 156:5

**stand** 123:18
**standard**
103:1 186:7,
22 311:1
312:7
**standards**
59:21 62:3
**Starbucks**
161:25
**start** 7:13
13:24 35:23
49:13 65:14,
16 76:17
187:23 188:18
246:13
**started** 11:9
166:22 183:17
320:22
**starting**
203:6 325:5
**state** 6:3,15
121:13 123:17
175:24,25
192:7 193:19
220:23 221:5
**stated** 18:6
117:3 295:16
**statement**
121:1 142:17
242:7 269:12
271:2,4
294:10,22
300:18
309:13,14
**statements**
156:5 309:3,4
**states** 28:2,4
49:22 58:10
61:21 65:9,11
67:1 71:1,6,
22 87:9 88:3,
10 120:3
121:2,5
133:13 134:7
136:3 144:15
145:16 146:1,
4 152:23
156:19 193:11

214:6 216:6
275:20 308:13
309:18 312:4
317:13,23
323:6,11
**static** 98:3
301:13
**stating** 194:4
**status** 122:4
138:24 144:4
239:15 266:11
267:13 268:6,
8 285:2,6,11
**statute**
301:10
**stay** 72:21
90:5 117:17
202:11,19
204:20,21
205:10 208:15
209:12
**staying** 56:15
160:16,19
**stays** 68:20
172:22 206:10
**step** 260:2
**steps** 59:9,
16,17 185:16,
20 186:4
187:13 188:9
**still** 15:17,
22 34:13
84:2,3,5,11
86:19 95:15
96:24 97:2,6
111:20 119:13
121:11 148:16
149:15 208:11
230:11 246:17
259:4,9 277:7
278:7 290:7
291:5 302:12
312:8
**stipulation**
9:13 240:10
**stop** 99:15
261:19 297:1,
12

storm 165:2
strategic
10:13
strategies
12:11 79:17
strategy
80:8,11
145:13 167:9
street 6:19
193:11
strict 209:18
230:4,5
strike 10:2
15:17 26:11,
25 32:9,21
36:9 38:4,18
45:5 46:6,23
62:15 76:5
97:15 106:3
131:21 142:8
169:9 170:6,
20 190:7,25
231:17 238:19
254:6 317:10
strong 136:14
structure
222:23 236:13
280:23
stuck 100:2
stuff 11:8
subject 8:13,
18 24:20
124:23 276:22
subjects 9:9
submarket
111:16
submenus 32:4
submit 15:11
49:18 50:18,
22 54:8 56:6,
9,23 58:1
60:15 61:6
125:15,20
126:6 183:11,
19 196:7
239:15 322:3
submits 58:1
64:20 67:7

submitted
60:13 68:25
subpoena 8:21
157:21
subpoenaed
8:25
subpoenas 8:9
9:6,10 35:22
subsequent
186:4 194:13
subsidiary
69:16,17,20
success
116:24 136:18
successful
95:11 100:20
101:4 108:9
109:17 117:2,
13 133:9
such 39:2
70:10,11
72:21 80:22
117:1 154:2
164:1 171:25
200:1 203:8
211:13 239:17
261:10 268:8
282:21
sudden 91:6
suffer 37:21
suffered
296:12 298:4
suffering
301:11
suffers 299:7
sufficient
124:12 152:5
suggest 7:11
30:21 109:3
110:15 326:3
suggested
151:7 235:10,
16
suggesting
95:9 305:14
suggestions
103:11

suggests
103:8 109:23
suite 193:15
supervise
21:25
supervision
181:18
supplied 8:17
9:8
supply 121:10
support 15:9
38:20,25
39:1,6 155:10
162:5,9,16,
17,19,22
163:3,6
164:17 172:10
238:9 294:1
299:4
supporting
169:17 182:2
supportive
15:12 155:8,9
206:17
supports 16:5
153:25 155:6
supposed 7:18
10:20 147:22
148:12 257:20
supposedly
201:2
supremacist
200:9
supremacists
200:10
sure 8:22 9:5
20:16 28:21
29:21 33:10
34:7,10 40:21
43:17 46:1
57:9 62:20,22
63:9 65:25
66:13 71:18
74:4 75:4
76:18 79:20
81:22 82:20
89:9,11,13,20
90:25 91:11

97:20 101:1,
17 109:10
113:18 116:11
129:19
135:23,24
158:13 159:16
161:17 164:18
166:6 169:13,
24 173:4,8
182:4 183:15
194:12 196:24
198:13
199:10,25
200:19 202:8
203:9 210:4
215:25 224:17
225:12,13
227:20,21
228:13,14
230:12 231:5
232:10 236:5
239:1 241:20
242:1 246:11
247:5 251:9
259:6,7,12,
15,17,19,20
261:8 262:23
274:14 278:8
279:22 281:21
284:23 285:6
286:14 308:4
310:11 326:2,
6
surfaced
59:8,24
Surfside
177:5,17,19
178:4,7,10,15
179:9 277:11
surname 49:18
surrounding
111:21
surroundings
112:3
suspend 62:2
64:16
suspended
172:5

sustainable
  116:5
swear  6:5
swearing
  309:3
sworn  6:11
symbols  104:7
system  74:9
  87:20 95:21,
  22,23 104:7,
  11 188:13
  235:19
systematically
  207:10

---

T

tab  196:14
table  122:17,
  25 124:22
  150:5,6
  151:2,9
tagging
  233:17
tags  233:24
take  7:10,16
  10:3 16:8
  20:10 23:23
  24:8,10,11
  34:21 54:12
  58:4 63:2
  64:6,8 65:22
  66:4 70:5
  77:15 90:4
  109:19 110:8
  111:25 112:25
  122:24
  134:15,16,18
  135:9 139:2,
  4,5 142:4
  144:22 149:24
  157:10 169:15
  171:15 172:8,
  19 173:16
  185:16 186:8,
  23 189:15
  200:6 204:13
  207:10 209:9,

24 214:15
  222:6 226:17
  231:12 239:17
  240:5 245:24
  255:9 267:8
  268:10 269:4
  272:4 278:12,
  22,23,25
  281:2 290:3
  291:15 294:9,
  12 307:19
  320:12 326:5
take-downs
  140:19
takedown
  202:1
taken  6:1
  59:10 61:15,
  16 113:8
  139:8,13,14,
  24 141:1
  174:13 189:16
  203:11,18,20,
  23 220:2
  228:12,15
  285:19
takes  61:12
  70:17 96:16
  109:23 112:1
  113:20 139:1
  174:12 255:18
taking  23:14
  148:10 169:18
  327:20
talk  20:24
  99:20 109:13,
  14 115:16
  153:22 172:11
  179:21 193:4
  244:18 248:14
  264:7 274:1,4
  276:3
talked  33:6
  42:7 45:8
  90:2 142:20
  164:2 212:16,
  17,19 238:14,
  18 279:11
  284:6

talking  41:25
  42:25 51:2
  54:18 87:8
  98:7,17
  129:13,14
  141:24
  152:18,20
  192:21 193:8
  232:6 234:23
  239:4 320:14
talks  58:9
  84:20 176:5
  251:6
targeted
  80:14 92:22,
  24
targeting
  75:6
task  67:14
tax  56:2
  70:25 71:2,11
  123:15 124:15
  126:14 132:2
  152:25 155:12
  173:13 174:17
  176:6,7,24
  177:4,11,19
  179:6,15
  251:6 281:25
  282:1 284:12,
  13 285:25
  289:21 290:18
  307:24,25
taxes  70:20,
  21 71:6,22
  173:10,16,18,
  19,24 174:12,
  14 175:5,8,21
  176:11,16
  178:10,13,21
  179:9,21
  180:14,16,18,
  22 181:10
  195:11 293:2,
  5
team  14:22
  15:3,6,10
  16:1 17:1
  19:3 21:10,

11,12,14,19
  22:5,9,14,24
  23:4,6,8,9,16
  25:15 26:13
  27:9 28:7,8
  38:21 39:5,7,
  8 43:15,16
  44:13,14,15,
  16 45:17
  52:23,25 53:2
  63:7,12,14,
  16,20 67:6
  70:4 71:25
  72:2,25 74:5
  78:1,16,24
  79:3,4,5,6
  80:7,11,16
  81:18 88:18
  91:12 93:9,10
  94:2 101:19,
  20,21,22
  102:2 114:24
  115:9,12
  117:12 128:7,
  8,10,11
  133:18,23
  135:16,19
  139:23
  174:17,18
  176:24
  177:11,13
  181:17 183:1,
  3 194:19
  199:25 200:25
  214:11 219:11
  222:4 224:3
  225:1,15,16,
  18 244:17
  256:3 260:21
  264:1 269:24
  271:16 277:22
  286:22,24
  305:25 311:19
teams  12:6
  14:10,12,13,
  14,15,19 16:2
  21:25 26:12,
  14 39:2,10
  40:6 65:2

67:17 72:5
89:15 122:6
139:22 168:4
181:12,16
197:2 245:19
249:2 254:4
266:24 270:16
312:1
**technical**
11:6,8 25:13
69:24 70:2
200:1 224:3
260:17 261:8
310:20
311:16,20
**technically**
29:21 75:16
**techniques**
200:3,5,24
201:2,17
**technology**
74:6 75:4,7
87:22 89:4
256:19
**telephone**
232:20
**television**
92:19
**tell**  42:7
91:24 104:7
115:21 119:17
140:15 186:9
236:2,4
248:11 292:22
294:22
295:11,21
296:1
**telling**
263:22
**tells**  243:21
248:10
**temperature**
135:5,8
**template**
103:15,16
**templates**
236:9

**temporary**
16:22 59:23
294:1,5
**ten**  27:5
141:23 190:14
198:4,7 321:2
**tend**  303:16
**term**  23:5
49:3,5 79:7
83:11 96:6,7
124:22 135:1
136:5 143:9
153:19 162:21
184:15 220:12
235:16 308:23
324:10 326:22
**terminate**
134:23
**terminology**
29:23 33:10
141:22 233:6
**terms**  15:25
45:13 49:1
52:9 63:9
73:11 87:24
90:4 96:16
98:21 101:8
107:19 109:3
117:25 119:4
128:23 132:20
133:8 135:22
149:8 152:2,
5,7 153:18
160:20 161:3
167:4 169:16
170:15,23
181:1 182:14
197:25 198:6,
12,14,23
203:14 215:7,
8,10,12,16,
17,18,22,23
216:2,4,5,7,
23 217:5,9,
11,21 218:17
219:3,5,8
220:3,14,25
221:5,10,12,
15,23,24

222:4 223:7,
11 228:18
229:17 230:2,
24 247:19
252:2 267:21
272:20 275:7
280:9,18
282:13 283:11
296:19 300:9
302:22 308:22
315:19
**territory**
13:18 27:21
151:5 317:12
**testified**
6:11
**testify**  8:17
125:2
**testimony**  6:6
9:15 12:2
39:20 104:15
112:10 115:22
144:24 154:5
189:20 240:11
242:15 285:4
321:12
**text**  103:17
114:5 127:13
179:12,18,20
237:13 246:11
250:11
309:19,23
325:17
**textbooks**
125:21
**than**  21:7,22
23:15 24:16,
25 45:6 59:8
64:1,19 90:6
97:13 98:8
100:25
104:13,17
117:7 126:25
141:17 149:25
158:2 161:2
170:11 185:4
197:18 199:3
207:8 213:11
220:10 224:23

225:3 226:25
236:20,21
248:12,24
251:18,22
263:8,19
275:16 287:4
301:3,9 305:8
313:10 317:2
323:22 324:12
**Thank**  16:9
28:16 57:14
168:14
**that**  7:10,11,
12,14,19,21,
22 8:8,9,12,
16 9:1,2,3,5,
7,10,14 10:2
11:9 12:1,6,
9,10,14,21,24
13:2,13,16,18
14:8,9,14,18
15:6,8,11,17,
18,19,22
16:1,5,11,12,
15,21,23
17:14,15,22
18:6,8,13,23
19:6 20:4,11
21:12,13,21,
25 22:6,7,13,
20,23 23:1,6,
13 24:9 25:13
26:11,25
27:2,25
28:17,24
29:4,9 30:4,
18 31:7,8,14,
17 32:9,15,
17,19,21
33:1,15,18,20
34:2,5,11,12
35:3,8,12,15,
21,22 36:9
37:9,14,16,
18,21 38:4,8,
17,18,21,24
39:5,7,8,16,
20 40:3,5,8,
13,14,21,22

41:7,8,11,18,
19,20 42:9,
17,19,24
43:9,14,25
44:3,5,7,10,
13,15 45:5,8,
9,13,16 46:2,
6,9,23,24
47:2,5,18,19,
21 48:3,13,
19,25 49:4,7
50:3,8,10,14,
17,23,25
51:5,11 52:23
53:5,9,14,16,
25 54:7,8,23
55:10,11,23,
24 56:3,4,12,
15,16 57:3,25
58:9,10,12
59:3,4,6,9,
16,20,25
60:3,5 61:12,
15 62:3,11,
12,13,15,19
63:2,7,14
64:19,25
65:1,21,25
66:5,7,8,10,
14,22 67:6,
14,22 68:2,
13,17 69:8,
15,22,24
70:2,3,8,17
71:3,5,9,11,
12,15,16,18,
21,25 72:3,
12,15,18,24
73:7,8,19,23
74:2,8,18,23
75:1,11,14,21
76:3,5,8,16,
17,23,25
77:3,4,5,9,
11,13,15,17,
21,24 78:3,7,
16,23 79:1,3,
12,13,16,20,
21,24 80:1,5,

9,11,14,18
81:1,15,18
82:1,3,13
83:2,11,14,15
84:24 85:1,2,
5,6,7 86:8,
10,18 87:6,25
88:2,12,13,
14,18,19,20,
21,23,24,25
89:7,9,13,17
90:3,11,14,23
91:9,11,13,23
92:3,5,6
93:8,20,22
94:10,17,21,
23 95:9,15,
20,23 96:3,5,
6,10,20,21,25
97:5,11,15,19
98:3,8,10
99:15,19
100:2,19,24
101:2,8,20
102:4,5,24
103:14,23,24
104:1 105:2,
9,21 106:3,5,
7,15,20,22
107:20
108:15,17,18
109:2,3,11,
16,22 110:8,
17,25 111:6,
16,17,18,21,
23,24,25
112:7,10,13,
16,18 113:4,
12,17 114:2,
10,13,20,22
115:10,12,16,
22 116:10,11,
12,17 117:8,
9,11,13,20,21
118:2,3,4,6,
8,16,19,20,21
119:5,11
120:2,11,21,
25 121:11,12,

22 122:12
123:10,16
124:4,12,17,
22,23,24,25
125:9,16,22,
23 126:6,9,
13,19 127:19,
21,25 128:2,
3,6,14,17,20,
21,22 129:3,
4,6,8,17,25
130:8,10,18,
19,20 131:14,
21 132:24
133:4,9,18
135:16 136:6,
7,17 137:4,6,
7,9,10,13,22
138:3,6,7,17,
25 139:13,14,
16,24 140:2,
17,21,22,23
141:3,5
142:4,8,12,16
143:2,25
144:7,10,20,
22,24 145:4
146:2,3,16
147:1,6,11,
12,13,18,24
148:5,7,9,11,
21 149:7,9,
11,17 150:3,
6,11,13
151:3,8,11,22
152:2,4,5,13,
24 153:3,7,
11,14,21,25
154:1,5,7,12,
15,19 155:1,
5,17,18,24
156:1,6,9
158:7 159:4,
7,9,14,17,25
160:2,13,14,
18 161:2,12,
13,14,18
163:2,18,19,
25 164:12,15,

23 165:7,8,
10,22 166:16
167:1,4,21
168:2 169:1,
5,8,9,13,17,
20 170:3,6,
16,20,24
171:10,16,19
172:3,7,19
173:4,17
174:14,16,18,
21,22 175:16,
22 176:8,10,
14,16,23,25
177:10,17,19
178:12,21
179:3,9,11,
14,21,24
180:1,4,18,21
181:16 182:5,
9,18,25 183:7
184:12,17
185:8,16,20
186:9,17,20,
22,23 187:6,
10,23 188:16,
22 189:4,8,
20,21,22
190:7,25
191:23,25
192:4,8,25
193:1,8,15,24
194:2,9
195:2,5,6,13,
19,21,23
196:1,2,9,11,
21 197:1,3,
12,15,18,19
198:4,5,18,20
199:2,21
200:2,3,5,6,
8,11,13,14,
16,22,25
202:2,3,15
203:5 205:17,
18 206:14,18
207:2,10,17
208:17 209:6
210:22 211:7,

8,10,11,14,
16,17,22
212:12,17,18,
20,21 213:6,
12,15,18,22
214:1,10,12
215:4,10,20
216:9,13,19
217:7,8,19,
20,24 218:11,
16 219:6,10,
15,20 220:8,
24 221:2,3,5
222:4,10,11,
16,18 223:1,
22,25 224:1,
3,8,15,21,22,
24 225:3,14
226:2,10,17,
18,24 227:8,
14,21 228:2,
19 229:18
230:1,2,7,10,
18 231:5,11,
15,17,19,22
232:1,8,11,
16,23,25
233:9,10,11,
17 234:8,16
235:5,6,17,
18,20,21
236:6,12,16,
19,25 237:16,
17 238:2,15,
17,19,21
239:1,25
240:12,17,18,
19,25 241:1,
2,8,13,14,18,
19,20,22
242:3,4,9
243:1,3,8,10,
15 244:1,13,
14,16 245:16,
18,21 246:2,
5,6,14,15
247:8,13,14,
16,19,24
248:1,11,19,

20 249:1,4,6,
10 250:4,19
251:5,18,23
252:8,15
253:7,8
254:1,3,6,14,
15,19 255:5,
8,12,18,22
256:2,5,13,19
257:2,3,13,
17,19,20
258:7,13,14
259:1,5,15,
18,19,20,23,
24,25 260:3,
5,8,9,17,20
261:9,17,18
262:9,23,24,
25 263:1,2,4,
23,24 264:4,
5,24 265:2,5,
18,22,25
266:8,9,13,
14,21 267:3,
10,15,16,19,
25 268:9,15,
16,23,24,25
269:3,8,14,
15,16,20,21,
22,24 270:2,
4,6,11,12,14,
19,21,22
271:6,7,9,13,
19,21 272:4
273:2,8,10,
16,24 274:5,
6,11,12,13,
14,20 275:4,
9,10,13,20,25
276:8,16,25
277:1,19,21
278:9,14,17,
19 279:11,17,
20,23,24
280:11,16,17,
19,24 281:19,
21,25 282:7,
9,11,15,17,
20,24 283:3,

6,8,9,12,13
284:4,14,15,
17,22 285:1,
13,15,16,20,
24,25 286:3,
6,7,8,9,13,
16,21,22
287:1,3,4,14,
22,24 288:2,
14,15,18
289:3,5,14,
22,23 290:4,
11,16,17,20,
22,23 291:2,
13,23,24
292:2,3,16
293:17,20
294:6,14,16,
18,19,20,23,
25 295:16,17,
18,20 296:6,
15,21 297:4
298:2,3,5,24
299:7,13,17
300:19,21
301:4,7,8,14,
18 302:9,14,
17,18,23,25
303:5,8,10,
14,19,21,23
304:1,3,6,8,
9,12 305:10,
13,14,22,24
306:3,10,14
307:4,13,17,
21,23 308:10,
13,16,18,23
309:3,5,6,7,
8,9,13,15,16,
21,23 310:2,
4,6,7,11,16,
18,24 311:4
312:8,17,18,
23 313:13,21,
25 314:6,9,22
315:5,8,11,
12,24 316:1,
2,3,5,16,22
317:10,12,17

318:11,13,20,
21,23 319:5,
6,8,16,25
320:2,3,5,10,
13 321:7,8,
12,14,24
322:3,13,14,
16,17,18,19,
20,21,25
323:13,25
324:7,11,17,
24 325:6,12,
14,21,22,24
326:2,4,7,10,
11,13,18,22
327:4,13,16,
23

**that's** 7:3
17:12,16
18:20 19:8,13
22:19 23:21
24:9 35:9
41:6,11 42:24
52:23 65:10
101:15 109:3
123:20 125:8,
12 150:17
158:4 165:9,
10 175:11
180:25
188:11,13
197:22 199:9
200:16 218:18
224:10 225:3
235:8 240:2
257:19 258:6
262:12 263:24
264:3,6
283:23 289:16
293:3 294:12
320:13,21

**their** 27:12
28:18 29:1
34:17 35:8
48:20 50:23
56:9,24 68:19
76:24 83:17
87:16 88:23
90:5 97:19,21

101:5 104:16
124:22 129:4
132:3 147:18
158:3 160:16,
24 162:6
172:4,16,25
176:16 180:23
182:4 199:24
205:20,21
207:1 209:10
210:3 211:12
219:8 221:16,
19 222:5
224:15 227:2
228:22 236:9
237:8 238:16
253:5 257:14
275:10 281:22
283:10 314:18
323:9

**them** 8:6
22:12 26:14
27:6,8 31:24
32:4 36:1
45:11 54:4
67:17 73:8
83:22 85:3
87:4 90:15
93:17 94:11
97:17 101:4
104:18 109:19
113:6,9,10,
15,21,24
116:10 117:3
122:3 129:11
130:16
132:17,21,22
133:21 136:21
137:19 144:4
153:1 159:9
164:23 171:4,
9 172:1
180:22 195:25
196:21 199:1
200:20 201:1
203:1,4
205:5,25
206:16 207:9,
10 208:8,9

211:5 213:9
218:1,2,4
226:19 238:23
239:14 245:24
255:3 256:6
276:11 280:5
295:9 297:4
302:5,9,14
321:2

**themselves**
160:24 163:24
164:15 209:9
210:24 224:22
226:25 229:12

**then** 10:14,
15,19,22
17:24 28:13
29:21 30:21
33:25 35:14
36:2 38:10
48:15 49:11
54:9 65:10,21
66:4 68:25
69:8 70:9
74:16 86:13
91:17 92:22
96:4,13,16,24
97:4 104:4
105:18 106:22
107:1 113:2,
4,21,22,25
116:9 138:18,
22,25 139:5
140:4 142:19
151:15 152:9,
13,14 156:25
164:16 165:5,
7 167:3
169:21 170:18
174:5 183:11,
18 187:18,21,
23 188:15,21
189:13,16,17,
20 191:10
193:14,17,19
194:25 195:1
196:13 198:18
201:7 202:21,
25 203:6

207:8 211:24
215:18 216:9
233:23 234:17
237:10 242:8
243:21 250:1,
3,6,11 251:4,
6,7 257:23
263:17 265:16
266:7 268:2,
6,24 269:4
270:7 278:10,
11 289:22
303:6 325:10

**there** 7:14
10:20 12:1
15:8,10 20:19
21:12 22:15,
16 23:14
24:13,23
26:21,24
27:1,23 30:8,
9,15 31:21
33:1,12,14,
20,23 34:2,
18,20 37:6
38:10,13
39:1,5,7,8,19
40:6,20
42:21,23
43:8,9,11
44:1,6,12
45:6,11,17
46:3,23 47:9,
21 49:4,19
52:25 53:1,2,
6 54:24,25
55:1 56:5
57:10 59:22
60:2 61:11,22
62:8,15,16,21
63:6,18 64:9,
22 66:16 67:5
70:4,17
71:12,20,25
72:9,17 74:21
75:12 77:21
79:2,4,6,12,
21,22 80:11,
15,18,22,24

83:8 85:1,10
86:8,21 87:9,
23 88:13
89:3,8,19,23
91:6,13 92:6,
18,22 93:10
94:6,23 96:4,
6,7 97:14,16,
20,22 100:2,
24 101:2,7,
10,22 102:8
103:13 104:9,
18 106:17
107:1 108:17,
22,23 109:1,
9,16 110:7,20
111:5,23
112:5,10,23
114:5 115:18,
23 116:10,14,
18,19,23
117:8,16
119:24 123:5
125:20,25
127:4,13
129:16,24
130:18,20,21
131:22,25
132:18 133:2
135:11 137:6
140:9 141:2,
4,7,9,17,22
142:2,6,15
143:1,2,7,21
144:1,3,10,
15,19,21
145:8,16
146:1 148:6
149:8 150:1
151:11 152:9,
10,11,23
153:3,4,25
154:10,19,22
155:22,23
158:19 159:23
160:17,19
161:17 162:13
163:2,4,17,
23,25 164:11,

13,19,20
166:16 167:19
169:21 170:2
171:10,12,25
172:7,21
173:13,15,17,
20 174:2,3,13
178:5,6,9,20
179:19 180:3,
8,11,21
181:12 182:9,
13 183:3,12
185:15 186:22
187:2,21,22
190:1 191:21
192:9,16
193:14 195:6
196:6,7,16,
20,22,23
197:11,18,22
198:1,10,11,
13,18 199:2
200:5,19
201:2,4,21
202:1,9,13,25
203:7 204:21
206:5 207:8,
12,25 210:4,
6,12,14
212:12,15
213:11 214:16
216:15 217:16
218:11,17
219:6 220:20
223:21,25
224:2,10
225:6,9,18
226:24 227:18
228:19,20
230:3,10
231:2,25
232:23,25
234:16 235:25
236:19 237:16
239:12,16,19,
23,25 240:2,
7,15,16
241:1,14
243:10,24

244:1 247:17
250:1,3,8
251:3,22
252:8 253:15,
22,23 254:8,
9,14,18
258:23 259:5,
7,13,16,18
260:8,23
261:18 265:22
266:11,21,24
267:1,12
268:9,11,25
269:12 270:2,
6,16,19
271:4,12
274:10,24
275:2,9,24
276:4,20
277:23 278:3
279:1,7
282:9,15
283:8,16
285:9 286:1,
3,6,24 288:21
289:13 290:4
298:7,13
300:6,18,20
301:19 304:9
305:14,24
306:4,5,14
307:13,21
308:4 309:9
310:23 314:5,
9 315:1,12
316:1,24
319:11
320:14,15,17
321:2 322:6,
12 323:24
325:19

**there's**  16:2
44:13 112:17
167:14,18
175:11 193:1
217:9 228:22
231:24 274:11
279:22

**therefore**
21:19
**THEREUPON**  6:9
**these**  7:22
8:9 18:18
35:20 43:12
56:3,5 70:10
74:3 78:17
79:12 84:1
86:17 88:20
90:7,15 94:22
95:17 99:8
104:1 113:2
116:7 123:9,
18 125:3
130:15 134:21
151:9 176:20
177:3 186:4
188:16 190:6,
8 195:24
196:24 199:3
200:22 203:6
205:8,22
215:12 220:25
226:22 236:14
244:23 247:12
251:9 257:5
263:8 285:15
287:18 292:4
308:8,15
318:24 322:4
325:1
**thesis**  10:4
11:5
**they**  18:12
21:19 23:20
25:17 26:11,
12,14,23 27:9
28:3 30:7,9,
16,18 31:11
34:11 35:8,14
39:13 40:21
48:5 49:15
50:23 53:25
54:14,15,16,
19,21 56:23
57:23,24 59:1
63:1,9 65:22
67:3 68:4,21

70:18 71:17,
19 72:15
74:10 75:15,
16,23 76:13
78:18,20
82:17 83:1,2,
3,4,5,13,14,
15,16,17,19,
21,23,24,25
84:2,3,5,11,
12,13,16
87:13,18
88:5,6,7,8,
11,23 90:6,
13,24 92:16
93:18 94:15,
16 95:12
97:1,2,3,19,
22 98:20
99:2,5 100:4
101:6 103:24
104:13,19,21
105:5,7
108:17,19,20
109:19 111:21
113:10 114:15
115:12 116:22
118:3,4,7,8,
16,20 119:22
120:10,13
126:13,19
129:4 138:4
142:15 146:17
147:18,21
149:10,15,16
152:3 153:5,
16 159:12
160:12,15
162:14,24
164:1 170:8
171:14,20
172:6,15
173:3 174:11
175:8 180:22
182:8 183:11
199:25 200:4,
22 201:14,15,
20 202:20
203:2,6

205:5,19,21,
22 206:15,16,
24 207:1,3,4,
6,9,17 208:1,
3,20 209:22,
23 210:25
211:3 213:1,
7,8,25 214:2,
5 217:1,4,5,
6,23 219:16,
19,20 220:2
221:11,12
224:22 226:16
228:11 229:11
230:4 231:14
234:5,6,7,8,
13,25 235:5,8
237:10,12
239:5 256:6,
20 262:5
264:3 269:3
275:13 278:10
279:23 282:18
283:9 287:6
291:3 292:3
297:2,3,18,
21,22,25
301:10,18
302:4,8,9,12,
13 303:15,16,
17,25 304:1,6
305:10,13
311:11 313:7,
17 314:19,22,
23,24 321:25
325:21,24
327:13
**they're**  47:6
49:7 89:20
132:22 174:9
205:19,20
**They've**  323:8
**thing**  50:5
80:22 91:25
96:20 102:4
128:24 140:7
216:13 282:4
283:2 319:23

**things**  29:9
35:3,11 58:3
78:17 83:7
84:15 89:17
90:3 122:13
148:10 169:17
221:2 236:14
237:17 256:16
271:18 275:4
281:20 282:15
292:4
**think**  18:20
19:2,25 20:4
23:2 24:9
30:11 31:19,
23 33:22 34:7
35:6 36:11,21
39:14,17
40:21 45:9,25
46:4,9,17
47:14,20
49:23 50:15,
18 54:16
55:15 57:4
58:23 59:7
60:2,15,24
61:22 63:14
69:16,21
70:19 71:12,
17 78:9
81:19,24
87:13,17,25
88:1 89:4,6,
22,24 90:12
91:10,17,18,
22 93:18
94:17,18
98:18 100:1,7
103:2,13
104:2 105:5,
7,18,22
108:23 110:20
112:13 114:3,
6 116:7,24
120:15,16,20,
21 126:25
131:9,17
135:23 136:10
138:2 141:8,

12 142:11
143:24 146:11
151:3 152:1
153:14 155:4
157:25 160:22
162:20 164:2,
6,10,16
165:5,13,23
166:1,11
167:14 169:8
170:2,10,23
172:6,18,24
174:2 175:7,
16,19 176:4
179:17,23,25
183:9,13
184:1,10
185:15 186:10
187:15,23
189:19 193:3
194:1,15,25
196:17 197:9
198:21 199:1
202:7,9
203:24 204:16
206:1,6
207:16 211:21
216:6,13,14
218:16
219:14,25
220:9 225:10,
11 227:20
228:2,6,8
239:25 245:20
246:17 247:4,
16,20 252:17
253:8 265:7
267:1 269:12,
13 271:12
274:13 275:19
276:25 277:9
280:8 285:10
287:25 288:2
299:17 300:18
315:3 318:9
322:13 324:17
**thinking**
155:4

**third**  33:15
37:11 38:12
48:9 50:18
60:7,13,18
75:8 113:8
130:18 160:2
176:1,4
222:15 266:8
323:1,14,18
**third-party**
45:23 67:6,8
74:6 75:4
88:18 112:19
173:1 325:6,
10,23
**this**  7:18
8:16 12:6,8
14:10 16:11,
19,21,25
17:1,17 18:6,
14 19:6 21:9,
18 23:9,22
25:5 33:25
34:4 35:18
36:5,7,9,10,
11,14,19,21
37:7,9 38:1,
9,20,23 39:3,
18 41:3,22,25
42:2 43:23
44:4,5,18,21,
24 45:2 48:23
50:5,19,24
51:1,11,14,
18,23 52:1,5,
24 53:3,6,10
56:6 57:7,17,
22,24,25
58:24 60:6,16
62:6 63:7,10
65:6,8,17
66:13,19
67:22 68:3,12
70:7 73:22
74:7 76:7
77:8 78:5
79:10 80:4
81:6,7,10,12,
15,24 82:9,

11,13 83:17
84:6,20 85:9,
24 86:1,6,10,
14,15,23
90:23 92:2
94:17 96:2,9
97:17 98:18
100:1,8
101:8,17,24
102:20,22
103:3,4,8,14,
20 104:2,7,
14,15 107:8,
16 108:1,3,4,
5,7 111:13,20
112:2,21
115:6,15,19,
21 116:6,7,9
117:15 120:24
124:11 125:4
126:9,11
127:15
128:16,24
129:5,14,17,
24 131:12,18,
23 132:1
133:18,23
134:13,19,21
136:19 138:20
139:21
140:22,23
141:11,14
142:1,8,9
143:11,12
146:13 147:22
149:20
150:14,23
151:20 153:6,
8 154:3 155:3
156:7 157:9,
15,20,24
159:5,9
161:8,17
163:10,15
164:2,6
165:20,24,25
166:2,17,20,
25 167:6,11,
12 168:12,15,

24 169:9,13
170:10,15
171:4,13
172:24 173:21
174:6 175:3,
19 176:19
177:3,4,8,15,
21,25 178:20
179:1,3,14,
17,19,21,23
180:2 181:13,
23,24 182:15
183:2,6,16,24
184:2,4,15,24
186:1,10
187:15,19,21,
25 188:3,22
189:5,24
190:6,18
191:25 192:8,
12 193:12
194:3,12,19
195:5,22
196:8,9
197:24 198:7
200:12 201:3
203:4,5
204:3,7 206:2
207:9,19
209:22 211:24
212:3,20,25
214:23 215:19
219:2 220:11,
24 221:3
222:21
226:11,14
229:4,17
230:12,13
231:13,14
232:9 233:17,
24 235:20
238:6 239:16
240:20 241:4
242:3,16,23
244:2 246:11
247:23 248:7,
10,13,14
249:5,12,14,
20,22 251:7,

12,16,19
252:3,17,18,
22 253:13,17,
24 256:12
258:15 259:2,
3 261:9,11,23
262:13,24
263:9,10,18,
25 264:11,13,
19 265:10,14,
15,19 266:8,
25 267:20
268:20 269:3,
10,25 270:8
271:14,23
272:10,11,12,
15 278:22
280:6,20,22,
25 281:6,7
282:10,25
283:9,11
285:9,16
286:3,12,18
288:10 290:6
291:8,23
292:1,6,11,14
293:3,8,10,12
294:4,9,17
296:19 297:15
301:13,16,20
302:25 303:6
305:2,25
306:10,22
307:20 308:21
309:2 311:11
313:11,20
315:2,23
317:8 318:5,
18 320:7,9
321:14 323:4,
13,18 325:7
326:7,21
327:20

**those**  7:12
8:5 10:6
12:18 24:24
28:5 39:10
47:25 56:7
61:4 83:23

84:8 101:6
110:16 120:11
124:1 133:10,
12 136:23
148:10 153:2,
10 155:23
158:23
164:21,25
175:12 176:18
178:21
181:15,18
198:14,25
200:20 211:23
239:10 245:21
255:9 282:8
283:2 287:1,
11,15 291:3
297:6 301:3,
4,9 312:1
324:7 325:7
326:23

**though**  7:19
144:24 145:9
196:21 282:7
322:16

**thought**  11:4
99:25 100:8
132:11 148:2
228:11 278:24
283:23

**thousand**  64:1
131:6

**thousands**
55:22 129:11,
14

**thread**  318:23

**threatening**
199:24 209:6

**three**  9:10
139:4 142:1
165:4 182:9
203:4,10
204:9,14
205:17 207:7
208:1,5
217:16 268:10
269:4

**three-percent**
72:17

**threshold**
  62:6
**thresholds**
  60:3 62:5
**through**  13:18
  17:24 23:19
  30:18,24
  32:2,5,6
  34:19 38:12,
  20 48:8 56:16
  60:5,18 62:17
  77:9,14 78:5
  81:7 82:9
  85:24 92:19,
  23 108:2,18,
  19,20 111:1
  123:14 124:14
  128:1,24
  134:21 143:3
  144:22 145:13
  155:2,13
  156:4 163:2
  166:15 169:22
  170:5,7,19,
  23,24 171:17
  173:1 174:6,9
  181:23 182:7
  183:15,25
  187:13 188:8
  189:21 191:10
  204:23 205:11
  207:16 208:20
  214:24 215:2
  222:4,12,14
  225:21 226:8
  227:15 231:3
  232:7,20
  233:25 236:17
  237:6,12
  238:8 239:21
  244:23 245:24
  264:25 268:2
  270:3 272:4
  275:24 282:8,
  22 283:3
  287:19 291:24
  320:4,20
  321:1

**Thursday**
  97:13
**ticket**  35:2
**tickets**
  169:16 170:25
  205:22 238:9
**time**  7:7,16
  11:14,16
  20:17 32:10
  35:10 51:15
  55:7,10 58:25
  59:2,6 61:6,
  13,17 66:5
  68:23,24
  72:22 77:4
  83:18,19 85:5
  86:18,20
  87:15 88:25
  91:22 97:7,11
  106:1,7
  110:18 117:22
  118:9,16
  119:19 147:13
  155:13
  161:12,25
  162:1 164:11
  166:21 168:19
  169:20 171:3,
  7,8 181:1
  182:15 203:2
  204:4,8
  207:4,6,25
  208:4,12
  209:1,22
  228:7 229:21,
  22,23 232:6
  240:10 266:1
  269:2 275:20
  290:20 305:17
  307:8 313:2,
  21,24 314:2,6
  318:12 320:12
**timeframe**
  203:1
**times**  7:19
  24:3 52:21
  87:9 108:13
  203:4 207:7
  208:5 216:23

  306:18,21
**tip**  108:8
**tips**  95:10
  100:20 101:4,
  6
**title**  11:22
  87:16 179:3,
  13,14 234:2
**to**  6:6,25
  7:1,6,8,12,
  16,17,18,19,
  23 8:6,9,10,
  15,17,20 9:2,
  3,8,12,14
  10:16,20,21
  11:4,7,12
  12:2,12,17,23
  13:19 14:11,
  21,22,23,25
  15:9,10,12,19
  16:2,3,7,8,
  10,25 17:20
  18:2,8,14,18,
  19,22 19:6,
  10,23,24
  20:1,17,24
  21:15 22:13,
  17,18,19,22
  23:7,23,25
  24:8 25:7
  26:12,14,15,
  16,22,23
  27:5,12,14,
  16,18,19,20,
  23 29:8,14,20
  30:5,6,12,13,
  18,21,24
  31:2,8,11,15,
  17,18,22,23
  32:1,2,4,5,
  12,13,22
  33:8,11,12,
  20,25 34:2,
  14,19,21,25
  35:8,16,20,
  21,25 36:14,
  22,25 37:7,22
  38:2,7,9,11,
  14,23,24

  39:6,15,18,20
  40:15,19,20,
  21 41:11,14
  42:2 43:7,8,
  19 44:2,8,12
  45:9 46:8,15,
  16,24 47:18
  48:10,15,21,
  22,23 49:12,
  18,19,20
  50:5,18,22
  51:4,7,10,15
  52:4 53:5,9,
  15,19,22,23,
  24 54:16,19,
  21 55:5,8,12,
  15,17,23
  56:1,6,8,17
  57:2,8,11,13,
  22 58:6
  59:10,12,16,
  18,20,22
  60:3,7,8,13,
  15,19,20
  61:6,13 62:7
  63:4,7,14
  64:7,13,22
  65:3,5,10,13,
  15,21,23,25
  66:11,19,22
  67:5,17 68:2,
  3,6,7,10,25
  69:22 70:8,9
  71:7,13,14,24
  72:12,15,18
  73:14,18,20,
  21 74:8,10
  75:9,17,23,25
  76:2,24,25
  77:2 78:14,22
  79:2,8,10,13,
  15,22 80:4,5,
  19,21 81:2,
  13,14,19,20
  82:1,3,15,20,
  24,25 83:7,
  12,21 84:7,20
  85:7,12,13,21
  86:5,16,19,24

87:2,3,10,13,
18,19 88:3,
12,15,22
89:9,16,20
90:4,5,15,18
91:2,13,19,
21,22,25
92:2,3,9,11,
13,14,21
93:16,17,22,
23,24 94:10,
15 95:10,15,
19,24 96:2,24
97:4,8,10,16
98:12,17,19,
22 99:6,10,
15,16 100:1,
20,21,25
101:1,4,8,11,
13 102:24
103:5,7,8,20
104:7,10,13,
15 105:3,12,
19,21 106:6,
11,18,25
107:5,14,22
108:5,8,24
109:3,4,5,13,
14,18,19
110:15 111:6,
8,13,19
112:14,20,22,
23,24 113:3,
4,5,7,9,10,
12,17,18,21,
23,25 114:7,
10,25 115:8,
23 116:6,7,
13,21,25
117:3,7,9,23
118:4,5,8,9,
21,23 119:2,
4,8,10,11,18
120:3,7,12,
13,21,23
121:5,6,10,
16,20 122:8,
16,19,25
123:1,2,4,8,

11,12,14,15,
25 124:5,8,9,
12,13,16
125:1,2,8,10,
13,15,18,20,
23 126:5,6,9,
23 127:4,5,6,
9,11,13,22,25
128:1,22,25
129:6,9,15
130:2,5,6,10,
12,22,23
131:15,23
132:1,4,8,10
133:1,4,9
134:3,4,8,13,
16,18,20,22,
24,25 135:2,
9,12,17,19
136:10,11,14,
15,16,21,22,
24 137:11,16,
19,22 138:5,
9,15,17
139:5,6
140:1,5
141:19,20
142:9 143:3,
25 144:2,3,
12,16 145:3,
4,12,14,17
146:4,7,17,
19,24 147:6,
7,9,10,11,12,
14,17,19,22,
24,25 148:2,
5,10,12,15,
19,24 149:3,
9,11,14,20
150:3,4,8,10,
22,24 151:8,
14,20,24
152:5,8,9,16,
17 153:1,3,
12,17,20,21
154:1,16
155:2,7,8,10,
21,24 156:7,
20,23 157:7,

11,12,23
158:2,3,8,12
159:8,13,19,
21,24 160:3,
10,11,14,15,
18,21,24
161:4,8,9,23,
24,25 162:2,7
163:3,8,18,
21,23,25
164:3,5,6,7,
14,17 165:16,
21 166:6
167:4,7
168:8,13,23
169:3,4,8,9,
13,19,23
170:7,8,13,
18,24 171:4,
9,21,23
172:4,7,11,
15,23 173:3,
6,7,8,18,21,
24,25 174:5,
6,9,13,14
175:4,22
176:2 177:4,
20,23 178:10,
23,25 179:1,
12,18,21,25
180:1,4,21,
22,24 181:3,
11 182:15,16
183:5,11,17,
20 184:13,14,
15,18,23
185:16,21,25
186:4,5,6,11
187:12,13,14,
16,17,18,20,
22,25 188:6,
8,9,13,15,17,
22 189:5,13,
15,17,22
190:9,10,19,
20,22 191:3,
7,11,21,22
193:2,24
194:9,11

195:4,5,6,8
196:7,17
197:4,7,13,
20,21,25
198:6,13
199:17,23
200:1,10,11,
14,18,24
201:2,7,14
202:9,11,18,
19,22,23
203:1,4,6,25
204:8 205:2,
3,6,8,10,14,
24 206:1,9,
10,11,14,16,
20,22,25
207:4,8,9,10
208:8,9,18,23
209:15,18,21,
23 210:1,6,21
211:2,4,10,
12,13,16,23
212:3,4,17,
18,20,21,25
213:3,6,12,19
214:3,8,21
215:10,11,12,
16,17,18,19
216:5,7,16
217:9,15,16,
20,25 218:3,
11,15,21,25
219:5,18
220:3,4,12,
16,19,22,23
221:1,4,6,12,
17,20 222:6,
18,20,22,23
223:4,9,11,17
224:3,9,14
225:1,16,21,
22,23,24
226:6,9,17,
18,19 227:4,
6,7,15,21
228:3,8,16,
21,23,24
229:3,5,14,

16,21 230:13,
23 231:1,2,3,
5,8,9,12,13,
14 232:3,7,8,
15,19,23,25
233:3,7,14,
19,21,25
234:7,18
235:12,20
236:8,10,24,
25 237:3,7,8
238:4,11,22
239:14,15,18,
20,25 240:11,
13,14,17
241:3,5,6,25
242:14
243:13,18,21
244:1,3,6,18,
19,24 245:20,
22,23,24,25
246:13,21
247:2,7,14,21
248:11,12,14,
17,22 249:17,
18,21 250:4,8
251:4,22,23
252:1,3,6,7,
9,10,25
253:3,4,6,10,
16,17 254:10,
17 255:2,4,8,
14,24,25
256:4,5,7,12,
19,20,21
257:4,20,24
258:6,8,14,17
259:23 260:1,
6,14,16
261:18,20
262:19 263:2,
15,21 264:3,
5,8,11
265:10,24
266:2,7
267:19 268:1,
7,10,22,24
269:1,4,14,
15,17,21,25

270:1,4,7,11,
13,20,23
271:11,20,23
272:2,7,21
273:1,7,17,18
274:2 275:6,
18 276:20,21,
22 277:1,24
278:5,10,12,
23 279:5,17,
21,22,25
280:6,15,16,
21 281:3,15,
16,19,21
282:14,16,20
283:7,9,12,
13,20,24,25
284:20,23
285:10,11,15,
17,19,22
286:2,4,9,11,
13,14,17
287:6,16
288:12,13
289:2,6,22,
23,24 290:5,
7,12,16,17,
21,24 291:2,
3,7,8,10,13,
15 292:4,11,
16,18,24
295:1,4,8,9,
13,19,23
296:3,6,9,14,
17 297:8,11,
17,23,25
298:3,6,9,25
299:9,11,16
300:3,15
301:12,15,17,
24 302:2,4,
14,17,18,23
303:1,2,11,
13,16 304:2,
5,19,23,24
305:3,11,12,
24 306:6,8,9,
17 307:22,23
308:4,9,14,19

309:3,10,25
310:8,11,18,
21,25 311:1,
3,6,10,13,19,
24 312:3,4,5,
15 313:3,6,
13,16,20
314:3,10,12
315:12,17
316:6,9,18
317:4,14,16
318:4,17
319:22 320:5,
19,22,23
321:1,3,10,
11,13,14
322:3,9,18,
21,24 323:1,
17,23 324:10,
13,21 325:4,
9,15,16,21,22
326:3,4,5,10,
11,16,17,22,
24 327:4,7,
15,23

**today**  7:20
8:25 11:13,20
12:2 21:22
44:5 99:6
150:9 151:2,
23 157:10
194:22 255:21
272:24 293:23
295:19
**together**  77:2
114:18
**told**  9:7
80:10 81:25
140:18
160:13,14
191:25 252:22
256:12 263:6,
23 264:4
267:17,19
268:25 278:19
286:16 287:1,
3,4 288:10
289:16,18
319:5,11,25

323:22
**tomorrow**
34:23 125:4
**tone**  133:2
134:1,3
**tonight**  125:3
**too**  28:20
53:14 274:16
**took**  10:4
28:6 113:13
200:18 322:19
**tool**  232:10,
22
**tooling**  163:2
**tools**  117:8
123:14 124:15
**top**  63:10
100:4 117:18
202:13
**topic**  9:14
89:17 122:16
124:10,25
131:1 154:3
157:15 173:7
222:1 263:25
295:10 304:9
**topics**  8:11
9:13 67:3,7,
16 130:16
135:20 139:18
**Torres**  6:10,
17
**torturous**
7:18
**total**  203:25
**totally**
238:24
**touch**  101:24
**tourist**  70:25
126:14 173:19
176:6
**tracked**
103:23
**tracking**
90:13,24
91:16 92:4

trading  167:7
train  132:11
training
  167:8 169:23,
  25 170:8,19
  172:1 248:8
trainings
  170:2
transaction
  86:9 163:20
  199:16,18,20
  204:22 206:23
  231:12,15,23
  233:8 305:19
  309:17
transactions
  30:17
transcript
  124:7,20
  125:6 132:15
  207:14
transient
  136:14 173:18
  284:2
translate
  87:17,21
  88:19
translated
  88:21 89:8,17
translation
  85:17 88:17,
  18,24 89:2,
  10,20
trashed  33:14
travel  34:17
  92:20 93:23
  164:19 206:4
  303:4
traveled
  48:18
travelers
  76:24 77:1
traveling
  214:1
treated
  244:11
trend  100:24

tried  82:15
  233:3,7
tries  63:14
  205:14
trigger  50:22
  62:7 276:8
triggered
  97:20 116:8
triggers
  194:2
trip  209:16,
  23 226:20
trips  162:6
Trivago
  111:1,2
TRO  9:3
true  16:11
  38:13 132:25
  133:6 294:12
trust  55:5
  63:7,12,16,20
  199:25 200:25
  224:3 225:1,
  15,16,18
  312:17
truth  6:6,7
try  7:19
  31:23 48:23
  55:12,15 75:9
  80:19 81:19
  82:3 87:3,13
  88:12 93:22,
  23 161:23
  169:3,8
  172:11,23
  205:24 213:12
  214:3 224:9
  232:25 263:21
  265:24 301:17
  302:17 305:17
trying  22:19
  44:12 65:5
  79:9 81:14
  92:2 147:18
  153:1,17
  173:24 176:2
  195:4 207:9
  232:23 288:12

302:2 323:23
  324:10
Tuesday  97:12
turn  108:13
turning
  108:11
tweet  288:18
twice  151:20
twists  33:24
two  8:10
  10:12,19
  12:18,24
  31:3,18 33:9
  36:17 86:10
  98:16 105:24
  107:12 108:13
  110:4 162:1
  165:4 243:21
  250:13,21
  251:12 263:17
  281:20 282:15
  283:3 284:11
  285:15 289:14
  317:2
type  33:7
  38:17,24
  81:15 93:6
  125:22
  130:22,24
  133:19 138:13
  154:10 172:9
  191:11,16,17
  194:11 197:19
  200:12 206:17
  208:7 223:7,
  13,14 236:14
  243:21 275:5
types  28:23
  37:20 40:2
  86:25 94:23
  104:1 163:4
  173:17 288:1
typically
  161:25
typing  194:10

_____

U

U.S.  70:16
  93:12 130:21
  295:22
ultimate
  82:17 95:21
  202:22
ultimately
  234:8
Um-hmm  295:6
unclear  19:25
uncomfortable
  207:3
unconscious
  169:21
undefined
  144:17
under  21:9
  22:4 23:3,20
  48:8 110:10,
  13 146:18
  174:21 176:13
  181:8,17
  216:5 217:5
  220:13,14,19
  243:4,19
  250:14,24
  284:6 289:1,5
  293:2,5
  302:22 309:2
  327:13
understand
  7:7 8:22
  13:24 22:20
  23:13 34:8
  36:13 40:10
  44:10,12 49:3
  59:13 64:19,
  23 65:11
  76:15 79:9
  92:3 94:21
  101:22 103:20
  104:15 109:22
  110:6 118:3
  119:5 126:10
  128:8 144:7

146:3,9
147:16 150:24
154:7 155:17
158:13 169:4,
5 172:12
177:3 188:7,
24 195:4
218:23 221:8,
24 229:1
241:8,22
247:23 255:6
258:13 259:24
263:5 265:18
269:16,22
276:15 285:13
297:2,24
307:4 309:2,
5,6 310:16
312:14 313:7,
8 314:15
320:13 323:8,
23 326:9

**understanding**
32:19 38:11
49:5 51:24
54:2 60:16
66:10 86:21
107:14,15
154:12,15,20,
22 155:14,23
156:1,2,22
168:23,25
172:7,9
187:10
189:24,25
219:15
253:17,22,23
263:2 264:4
265:19 266:8,
13 267:3
269:23 270:21
272:25 280:20
281:14,19
284:25 285:4,
24 286:8,13
287:18 290:1,
13,16 303:21
304:15,17
306:3,11

307:17 308:22
311:22,23
312:21 325:20
326:15
**understands**
304:9
**understood**
35:7 87:7
231:16
**undertake**
55:23 117:24
138:3
**undertaking**
130:21 277:2
310:11
**undertook**
10:14 19:6
**unfold**   122:13
**unilaterally**
83:4
**unique**   179:24
**United**   28:2,4
49:22 58:10
61:21 65:9,11
67:1 71:1,6
87:9 88:3,9,
10 121:2,5
133:13 134:7
136:3 144:15
145:16 146:1,
4 152:23
156:19 193:11
214:6 275:20
312:4 317:12,
23 323:6,10
**unlawful**
132:23
**unless**   75:18
97:21 140:4
142:15 144:17
145:21 146:5
147:23 148:22
149:1 159:3
173:20 230:20
234:12 244:14
247:13 257:6
267:19

**unlocking**
121:10
**until**   61:17
119:21 172:22
199:15 204:17
205:6 215:18
220:17,20
**up**   18:14
26:15,16 28:7
33:12 36:25
38:2 59:12
66:12 68:3,13
77:6 88:3
91:5 106:17,
18 111:6
113:25 129:6
134:8 135:22
136:18 137:19
139:5 140:23
145:8 152:3
159:21 161:8,
20 171:4,9
174:8 180:17
186:6 188:25
191:20 193:24
194:11,12,18,
24 195:15
196:11,12,13,
15 197:25
198:5,10
202:13 205:3,
6,8 209:14,
15,21 210:3
213:7 215:11,
16 216:5,9
217:5 218:13
220:14 221:23
226:6 230:7,
23 233:23
244:1 252:13
255:2 261:18,
25 262:3
264:24 265:18
274:11 301:18
314:20 321:7
323:24
**update**   128:3
169:7 216:7
218:25 219:3

**updated**
128:12 143:6
152:10 166:20
167:3,4,9
169:6 177:25
215:15 216:24
217:1 220:12
**updates** 169:6
220:11
**updating**
166:24 253:5
**upload**   49:12
131:18 145:21
241:5 261:4
262:9,17,23
267:4 268:24
278:2 301:19
302:4,13
**uploaded**
113:3 289:3
315:13
**uploading**
296:18 320:9
**uploads**
113:10,15,21
**upon**   9:13
29:15 72:16
228:22 253:19
272:15 274:17
324:11
**URL**   166:11
**us**   7:15,16,17
22:22 64:22
127:4,5 133:4
136:18 147:9,
12 155:7
186:11 195:5
196:7 212:20
239:16,18,20
286:2 326:3
**usage**   105:3
110:7 214:3
237:1 303:6
317:11 318:1
**use**   29:5,7
30:5 46:20
47:11,18,19
59:10,11,15

88:12 90:24
91:2 92:18
94:17 98:3
110:15 111:13
113:7 129:15,
21 134:3,4
137:25 143:9
151:8 172:4
184:15 195:2
200:4,10
203:25 221:10
222:14 224:22
229:3 230:25
234:24 253:16
276:20 300:12
301:3,4
302:2,18,21
303:9,11
304:5,6
305:11 310:21
316:9,16
317:3 319:20
320:18 321:2
322:6 323:16
324:10
**used** 50:17,19
59:16 73:23
90:18 112:14
114:10 124:22
162:21 184:17
223:1 232:25
235:16 260:14
322:20
**user** 49:17
58:1 62:3
64:16 78:10
87:5 93:20
104:11,12
186:6 187:18
188:13 190:9,
19 191:8
198:5 213:20
218:13
221:10,11,13,
19 223:25
224:6,7
227:9,10
230:21,23
236:23

246:15,20,21
250:7 251:12,
20 252:14
256:10 262:14
301:6 312:9,
20
**user's** 212:1
**user-base**
214:9
**user-created**
167:21
210:15,19
**user-generated**
88:22 223:6
**users** 49:20
80:13 93:18,
19 203:6
209:9 213:6
214:1 221:16
296:20 300:7,
11,20 301:7
313:9,11
**uses** 54:8
84:8 111:6
117:9 256:18
**using** 23:5
29:8 33:10
56:18 62:23
68:11 75:4,5
79:7 87:21
111:17 135:1
138:4 141:21
151:8 200:7
225:1 232:5
233:9 234:13
237:17 275:14
297:1 302:22
314:10 315:19
**usual** 86:11
101:12 104:2
**usually** 16:2
27:10 32:12
50:22 65:1
73:17 84:13
88:18 101:13
159:20 160:7
161:24 163:18
181:17,18

204:4 205:12
209:7,8 212:5
217:7 226:19,
22 234:5
255:16 296:23
311:18 317:15
322:4

---

**V**

**vacation**
94:16 205:20,
21,22
**vague** 120:16,
19
**valid** 257:5
290:18
**validate**
326:7,10
**validating**
148:2
**value** 14:24
38:15 55:5
66:20 116:6
280:23 312:18
**valuing**
114:14
**variables**
60:25 61:4
72:21 73:23
74:21 82:23
122:16
130:16,25
148:6 239:17
253:21 254:19
280:4 290:24
**variations**
172:16
**varies** 172:14
**variety**
145:13 162:10
171:17
**various** 8:11
16:1 31:15
105:4 186:24
320:4
**vary** 72:15

**VELAZCO** 6:1
**vendor** 67:9,
10 88:19
**vendors** 74:4
264:17
**veracity**
309:3
**verification**
144:8 146:8
257:5 270:22
271:9 286:7
287:11,15
290:4
**verified**
127:8 144:17
226:3,5,8
233:23 247:1
**verifies**
145:6 233:18
**verify** 101:1
118:4 127:6
144:4 145:4
160:18 226:6
233:20 239:14
269:1,15,21
270:2,5,7,20
271:21,23
278:11 280:21
285:17,21
286:4,10,14
287:1 289:23
290:17 291:3
307:24 325:21
326:16,23
**verifying**
117:25 126:9
145:23 147:21
**vernacular**
79:9 151:8
**versus** 16:12
18:19 84:24
85:12 87:8
104:19 233:12
237:19 288:5
**very** 11:8
32:14 42:11
55:5,7,21
56:3,4 68:4

70:2 72:3,4
79:17 93:15
95:19 111:22
122:15 125:25
130:15 131:1
133:22 136:17
152:8,10
153:19 156:7
161:6 162:8
163:22 165:8,
13 166:23
169:8,15
170:2 182:17
200:6,14
209:14 222:1
236:10 253:20
255:1,10
266:25 277:13
286:1 299:10
300:9 302:25
304:24 305:20
310:25 312:9,
10 313:11,13
**vet** 48:19,24
49:3,5,6,14
56:15,19
59:16,18
65:17 127:6,9
**vetting** 51:2,
5 59:10,13,
15,21 62:3
65:13
**via** 159:24,25
**viable** 136:20
280:9
**video** 155:3
224:20
**view** 222:11
**viewable**
233:11
**violate**
172:15 286:3
289:13
**violated**
172:3 238:2
**violates**
224:22 227:3
230:10

295:12,21
296:1
**violating**
170:21 171:20
**violation**
149:10,13
222:2,3
294:17
**violence**
64:22
**violent** 62:25
**visa** 165:1
**visibility**
209:22 262:6
**visible** 49:12
97:4,18
140:21 169:20
199:15
224:11,12,13,
15
**visit** 104:2
**vocal** 68:5
**voice** 122:17,
18 134:4,24
**volume** 61:23
**voluntary**
155:14 206:19

———————————

**W**

**wait** 306:17
**waiving** 203:8
**walk** 77:6
134:22
**walking** 32:6
**want** 10:21
18:19 48:22
50:23 54:3
64:7 65:13
79:7 82:20
83:21 91:19,
25 92:7 94:15
97:8 99:6
105:19,21
107:14 109:19
111:8,13
119:16,17

120:23 121:16
123:4 125:23
127:14 129:15
130:5 134:22
136:1 142:9
151:3,14
155:2 159:8
164:3 170:13
173:7,8
186:13
187:12,16
188:15 189:13
197:20,21
200:9,12
206:18 212:25
221:12 224:14
225:23 226:16
231:13 232:3
240:13,17
245:24
246:18,19
248:22 257:23
260:1 263:21
264:3,5
271:20 280:16
285:15 302:4,
18 308:4
310:11 322:24
**wanted** 35:8
113:17,18
125:8 278:23
**wants** 286:14
**warmth** 81:20
**warning** 203:9
**was** 6:11 7:25
8:1,2,3 9:24
10:18,20 11:5
12:19,20,21
13:11 14:5,9,
13 15:4,6,19
16:12,17,23
17:22 18:8
19:3,25 20:19
21:1,9,12
22:4,7,8,11,
12 24:13 28:7
31:13,14
35:8,11,15
41:16 44:2

48:3,12 51:8,
22 57:15 59:4
64:9 65:15
66:21 73:25
74:1 75:1
81:4,13 82:5
85:22 86:19
98:14 99:23
100:2 102:17
105:8,24
106:13,24
107:6,24
114:13 115:2,
21 116:7,8,
12,14 119:24
123:5 124:7,
20 127:8,21
128:3,9
132:15 138:2
140:9,21,22,
23 141:7,9
142:1,20
150:1 156:16
163:11 165:18
166:8,9,22
167:1 168:10,
19 169:1,20
171:10,11
175:1 177:25
180:8 181:21
183:22 184:4
185:23
186:10,11
187:2 190:3,
16 192:16
200:14,19
207:12 211:7,
8,10,11,12,20
214:16,19
215:2 216:2,
4,14,15,19
218:10 224:17
240:7,10
241:11,21
242:9,17
246:13 249:19
251:22,25
252:8,16
258:23 259:18

260:23 263:9,
10,19 264:9
266:25 267:1,
2,16 269:3
272:8 273:10,
13,23 274:24
275:2 277:24
279:1,7
280:4,12
281:4 282:15
283:16 284:23
285:5 286:16
287:4 288:21
291:17 292:2
293:13 294:4,
6 298:9,10,13
307:5,13
310:6 312:24,
25 313:11
315:23 318:5,
10 319:11,21
321:20 322:6,
12,13,16,18,
19,20,25
324:11

**wasn't** 31:6
156:16 176:19
177:24 216:4
242:6 251:21
267:15 273:14
322:17

**way** 10:20
30:7 33:25
34:11 46:3
68:9,16 73:8
80:15 81:19
82:14 83:14
90:23 96:9
119:2 121:20
124:22 127:4
136:19 142:10
157:9 169:3,
20 170:11
171:10 175:22
176:5 184:10
185:11
186:10,11
190:18 191:23
200:2,8 206:9

209:4 211:12
226:18 231:2,
7 236:10
247:13,16
258:7,15
263:24 270:2
274:13,14
276:20 279:22
280:23 295:3
296:22 306:22
313:10 317:9
321:25 323:13
326:21

**ways** 55:15
103:8 251:12

**we** 6:25 7:21,
22 8:25 9:7,
13 11:15
12:10 15:9
16:6,7,14
18:23 19:6,14
20:22 23:19
29:12,13,15,
16,20,22
31:24 32:2
33:1,4,5,6,7,
9,15 34:23
35:7,9,11,13,
21,22 36:4
41:14,25
42:7,9 45:8
46:2,10,17
47:3,9,12,15
48:11 49:23
50:18,19
51:6,25 52:9,
10 55:6,7,12,
15,21,22
56:25 57:25
59:10 60:15,
17 63:7 64:6
65:10 70:6,
21,25 71:2,11
74:4,5,8,17,
18 75:5,9,14
77:6,7 78:1
80:8,13,15,20
81:2,15 82:7,
20,21 85:2,5,

17,21 86:23
87:8,13
88:11,15,16,
18 89:11,14,
15 90:2,8,12,
24,25 92:18
94:11,17,22
98:12,17
99:20,25
100:2,7,8,17,
18,19 101:3,
4,8,11,13
103:24 104:23
105:20 106:11
107:4,22
109:11,13,14,
17 110:4
111:20 112:19
114:25 116:5,
6,11 118:5
119:2,17,23
121:11,16
124:4 126:11,
24 127:20,25
128:1,2
129:11,19
130:3 132:8,
12,22,24
133:1,3,8
134:1,15,17,
18 135:4,19,
25 136:6,7,
17,19 137:18,
20 138:15,23
139:4 140:21,
22,23 141:13
147:10,13
149:24 150:24
151:12 152:1,
12,20 153:21,
22,24 154:13
155:6,8,9
160:23 161:5,
6,16,18,24
162:1,2,3
163:8 164:2,
15,18,22
165:2,6,7,8,
16 166:8,9,23

167:4,5,9,21
168:8 169:4,
8,15,18,22,24
170:17,18
171:4,8
172:1,8,10,
11,18,19,23
173:1,12
174:5,24
175:22 178:12
180:18 181:19
183:20 184:22
185:21
186:10,25
191:10
192:11,13,21,
25 193:7,8
194:15,16,25
196:3,24
199:25 200:6,
20 203:4
204:16 205:25
206:18 207:10
209:11
210:12,14
211:3,11,13,
14,15,16,22
212:1,16,17,
19 213:5,7,8,
18,23,24
214:7,15,21
215:15,16
217:24 219:2
220:13,20
222:22 226:17
227:4 231:7,
13 232:5,23
234:4,23
236:16
238:14,18
239:4 240:12
241:12 242:19
245:23,24
246:1,24
247:8,24
249:17 252:1
253:7 257:2,
4,6,19 258:22
262:25 264:7

265:2 266:23
269:3 270:2,
4,7,8 271:18
272:25 273:1
274:2,5
275:20,23
276:25 277:1,
6,9 279:5,11,
17,20 280:21,
23,24 281:2
282:8,11,22
283:2,3,11,
12,13,20
284:6 287:22
289:9,15
291:15,23
296:15 299:17
302:15 306:10
307:21 310:4,
10 311:10
312:23,25
313:4,8
314:11 316:5
320:14 321:1,
6 322:19
324:18,20,22
325:21,22
326:3,4,11
**we're** 134:16
135:9 195:19
321:7
**web** 153:5
**website** 13:17
14:9 30:5,12,
25 32:13
36:12,15
39:19 40:9,
14,18 41:7,8
44:19 52:2
57:5 73:5,18
78:3 87:25
88:16 90:17
91:9 93:24
102:5,11,23
104:2 105:2
106:5 116:17
117:16 120:2
127:18 129:4
130:9 141:5

148:9,11,17,
19 149:8
155:18 166:2,
7,10 168:15,
23,25 169:7,
23 170:1,9
177:22,23
178:1 179:4
180:4,8
184:11 185:4,
14 186:17
210:14 222:23
235:17 246:12
247:25 248:3,
5 255:4 258:7
272:11 281:21
282:5,9,17,25
283:4,10
291:4 292:3,7
302:13 313:9
**websites**
90:19
**Wednesday**
97:13
**week** 29:15
97:13,14
164:16 205:7,
19,25 206:1
208:2 268:7
**weeks** 11:15
51:21 62:1
107:11,13
165:3 168:21,
22 263:17
**welcome** 50:25
202:9 238:8
**welcomed**
226:10
**welcomes**
159:22
**welcoming**
83:14 307:3
**well** 35:19
41:5 54:5
56:7 60:6
94:2 151:14
154:25 163:8
167:17 185:7

190:15 205:3
216:10 238:18
241:17 244:20
263:15 271:18
316:9 327:11
**well-run**
203:7
**went** 10:16,19
11:4 23:19
28:13 100:4
216:11 236:17
250:17 275:23
282:8,22
283:3 307:15
315:2 321:1
324:4
**were** 8:9 9:7
10:17 13:6
14:12,14
20:1,20
21:14,19,21
23:14,20
24:14 37:9
41:25 48:17
64:11 74:3
85:7 87:8
98:7,17
114:14 119:25
123:6 135:21
139:9,13,14,
24 140:10,22
141:4,5
142:3,7 148:2
156:13,18
157:23 185:2,
9 187:3
192:17 200:23
209:25
212:17,18
214:17 217:1,
4,6 221:1
240:8 258:24
260:24
267:16,17,19
274:23 278:19
279:2,8
282:15 283:17
287:3,9
288:10,22

296:15 298:14
307:5,8,9,11
313:8 318:24
321:25 324:7
**weren't** 283:3
**Wework** 47:7,
14 48:3,5,11
**Wework's**
47:11
**what** 6:18,21,
23 9:22,25
10:10 11:12,
22 12:4,17
13:13,20 14:1
15:5 16:6,25
18:4,15,16,
17,19,25
19:8,22 20:1,
3,6,7,10,11
22:6,13,17,20
23:1,5,6
24:20 25:8
27:8,18,19
28:21 29:11,
19,22 30:4
31:7,22 32:15
33:7 34:8,16
36:4,10,13,20
38:4,5,13
39:24 40:25
41:14,22,25
42:7,13,16,25
43:22,25
45:6,14 47:5
48:6,12,24
49:3,5,22,24
50:4,12,16
51:5,6,22
52:10,13,15
57:11,19
58:3,21,23
59:2,3,13,20
61:4 63:12
64:15 66:3,
14,21 67:8,
10,25 69:5,
10,13 70:20,
23 71:1,19,21
73:3,10,16

| | | | |
|---|---|---|---|
| 74:7 75:11 | 165:2,16,25 | 262:12 264:3, | 36:1 44:2 |
| 76:12,16,22, | 168:8 169:13 | 5,7,15 267:25 | 48:6 49:17 |
| 25 77:3,17 | 171:20 172:9 | 268:15,18,24 | 55:14 56:23 |
| 79:15 80:17 | 174:24 175:24 | 269:8 271:20 | 57:21 59:1 |
| 81:2,10,12 | 181:19 182:1, | 272:15,25 | 60:6,10,17, |
| 82:7,13 83:11 | 18 183:20 | 273:2,5,10, | 19,20 61:1,20 |
| 85:16,21 86:4 | 184:24 185:21 | 13,20 275:23 | 62:4 63:12,22 |
| 87:24 88:9,15 | 186:3 187:7, | 276:7 277:11, | 65:21 69:5 |
| 89:13 90:9,21 | 25 188:17 | 24 279:15 | 70:18,23,24 |
| 93:2,6,24 | 189:4,5,25 | 281:2,14 | 73:21 79:4, |
| 94:5 95:22 | 191:7,11 | 283:23 284:22 | 12,22 80:4,6, |
| 96:16,17 | 193:7 194:2, | 285:13 287:7 | 17,24 83:17 |
| 98:1,12,17 | 22 195:4 | 288:2 289:9, | 86:4,19 87:6, |
| 99:20,22 | 199:23 201:19 | 16,17 291:15 | 9,18 88:15,22 |
| 100:1 101:20 | 203:9 204:19 | 292:11 296:8, | 89:7,13 90:24 |
| 102:15 103:16 | 205:18,23 | 12,25 297:6, | 92:24 93:19 |
| 104:14,24 | 207:12 209:12 | 10 298:19 | 97:1 99:14 |
| 106:11 107:4, | 212:3,10,19 | 300:4 301:11 | 100:24 |
| 17,18,22 | 213:5,18,21 | 304:14,17,21 | 101:11,13 |
| 108:7 110:15 | 214:21 215:6, | 306:14 308:18 | 104:1,2,9 |
| 111:10,15 | 8 217:7,24 | 309:7,11,13 | 107:10 |
| 113:6,17,18 | 218:2,23 | 310:16 311:3, | 113:10,14 |
| 114:25 117:21 | 219:2,20,24 | 22 316:9 | 115:15,21 |
| 118:8 119:17, | 221:8,9 | 317:17 318:16 | 120:3,19 |
| 19 121:4,20 | 222:2,5,9,18 | 321:7,19 | 121:9 130:8 |
| 122:10,14,18 | 223:3,7,14 | 323:22 324:25 | 132:7 135:17 |
| 124:9 128:9 | 224:13,14 | 327:21 | 138:10 139:9 |
| 130:23,24,25 | 225:21 | **what's**  43:3, | 147:5 148:5, |
| 132:7,8 | 226:13,17,21, | 12 | 19 149:19 |
| 133:6,8 | 25 227:4 | **whatever**  34:1 | 152:3,11 |
| 135:14,21 | 228:5 229:1 | 74:13 87:19 | 155:5 156:25 |
| 137:11 138:5, | 232:8 233:10, | 92:19 104:6 | 157:25 159:6 |
| 13 139:2 | 12 234:10,25 | 125:23 129:15 | 163:17 164:11 |
| 140:18 | 235:1,8,25 | 134:3 169:25 | 168:19 169:5, |
| 141:19,24 | 236:12 237:15 | 210:25 229:11 | 17 170:14 |
| 142:6,19,20, | 238:14,20 | 237:22 241:11 | 171:12 172:19 |
| 23 143:18 | 239:1,2,10 | 253:3 256:16 | 174:5,8 |
| 145:9 147:21 | 240:24 241:8, | 268:11 269:6 | 177:25 186:3, |
| 148:7 150:5, | 22 242:8,19 | 285:18 302:23 | 9 188:21 |
| 8,17,18,19 | 243:21 244:9 | 313:4 | 191:6 194:7, |
| 151:12 153:8, | 245:23 246:4 | **when**  10:23 | 17,24 195:21 |
| 16,18,20 | 248:10 | 11:1,2,6 | 196:3 197:25 |
| 154:7,13 | 249:17,24 | 12:12,20 | 198:5 202:11 |
| 155:6 156:2, | 250:21,24 | 14:11,25 | 203:5,11 |
| 4,25 158:2 | 251:7 252:14 | 15:5,19 28:5, | 204:5,13,14, |
| 159:12 160:6, | 253:17,19 | 7 29:7 31:24 | 15 208:15,17 |
| 9 161:19 | 254:15 255:21 | 32:2,11,15,22 | 211:17 215:8, |
| 163:8,15 | 257:25 258:10 | 33:11,23 | 10 216:10 |
| 164:2,3,19,25 | 259:12,13,16 | 34:20 35:7 | 217:24 219:2 |

221:23 223:4
224:13 225:11
226:5,21
227:7 231:8
236:4 240:18,
24 241:21
246:4 247:11
253:16 255:12
267:17 272:1
274:1,23
275:6 278:22
279:15 286:11
288:2 289:12,
19 292:1
295:8,19
301:6 302:17
303:15,25
304:10 306:1,
16 307:4,14
310:22 311:19
312:25 317:16
319:16,25
322:7
**where**  9:20
26:5,7 30:15
31:25 36:12,
22 39:13 46:7
47:21 48:7
49:19 55:25
61:23 63:16,
20 64:15,16,
24 65:8,15
66:16 67:22
71:5 72:7
73:20 75:12,
21 77:24
83:13 87:9
92:18 97:19
112:19 120:23
121:16 125:21
126:1 127:13
129:1,4,16
131:23 132:1,
25 133:8
135:19,25
137:14 138:4
141:3,4
142:3,6 143:1
144:15

145:17,21
146:2,4,12
147:10,19,23
152:18,23
153:2,4,24
154:6 155:18,
22 159:8,23
160:23 161:6,
19,20 165:3
171:13 173:12
175:11 179:20
182:3 185:16,
19 191:13
193:8 194:4
195:5,14
196:6,10,14,
21,23 205:19
206:7 210:1
211:3 212:9
213:25 220:1
228:21 241:24
246:12 247:19
250:5,8 255:6
265:21,22
266:23 269:10
271:4,23
274:2,24
276:4,22
285:20
292:14,22
293:2 303:17
304:7 305:4,
22 307:8
313:1,2
315:13,22
320:16,21,25
322:15
323:14,22,24
325:14 326:9
**whereby**
287:10 288:4
307:22
**whereupon**
20:19 24:13
64:9 119:24
123:5 124:6,
19 132:14
140:9 187:2
192:16 214:16

240:7 258:23
260:23 279:1,
7 283:16
288:21 298:13
**wherever**
241:12 252:4
**whether**
14:22,23
17:17 23:16
48:5 50:4
53:2 54:21
55:1 74:5
78:7 83:1,5,
21 84:23
89:17 90:25
94:14,21
99:14 102:22
105:1,8
106:2,4
109:19 111:5
117:15 118:15
122:25 127:8
131:20,22,25
132:2 136:25
142:2,11
144:18
145:18,23
147:21 150:10
151:24 155:21
157:11 158:1,
8 176:3,20
178:13
191:21,22
192:12 194:12
199:23 209:23
212:1 216:1
219:6 225:23
226:14 235:23
236:2 237:19
239:5 246:9,
12,25 247:10,
14 253:5
255:2,11,18,
20 256:5,18,
20 257:5
259:6 261:6
262:17 268:5
270:2 274:7,
20 276:3,23

278:7 280:6
283:13 286:25
290:18 297:22
311:4 314:19
324:20
**which**  6:25
13:10 20:20
24:13 26:16
29:23 41:9
58:4 59:11
64:10 70:9
82:8 83:2
85:6 109:12
112:1,3 113:5
119:25 120:3
122:22 123:6
128:8 139:23
140:10
143:11,25
163:9 175:3
179:4 187:3,
19 192:17
204:9 214:5,
17 216:18
220:12 229:20
239:13 240:7
250:13 258:24
260:24 275:23
277:16 279:2,
8 283:17
284:6,9
288:22 294:13
298:14 308:8
317:22 320:15
**while**  7:3
8:8,15 10:17
12:22 16:10
31:6,13 94:16
138:20 165:23
266:9,11
**white**  200:9
**who**  14:18
17:13,16 21:7
25:17,23
26:21,22
28:18 29:1,5,
7 30:5 39:3
40:5 43:6,14,
17 44:6,11,14

45:16 47:2
50:3,14 52:22
54:21 55:6
59:25 60:1,19
70:3 71:5,9,
13,21 72:2,24
78:15 81:13,
18 82:16
84:23 89:19
91:11 93:8
94:1,15
104:16 108:12
117:7,11
128:6 137:4
140:2 159:17
168:2 174:16
176:10,14,18,
23 177:10
182:25 183:14
184:14,15
194:14,17
197:1 213:15
214:10 216:4
219:10,23
220:8 224:14
225:6,14
236:6 244:16
245:17 249:1
254:3 256:2
257:17 260:20
263:23 266:19
277:21
286:21,24,25
299:14 300:7,
11 303:23
304:4 315:24
319:5,11,25
**whole**  6:7
36:4 61:15,16
179:12,18
190:16
197:14,20
232:6 281:11,
12
**wholly-owned**
69:19
**whom**  80:6
121:15 139:19
319:2

**whose**  103:21
300:7
**why**  9:11
19:10,13
35:5,6,9
53:13 55:3,20
58:16 86:6
105:20 107:12
126:15,22
127:9,17
129:3,5 130:9
132:12 134:1,
15 135:4
136:19 146:23
149:6 152:13,
14,21 153:10
155:4 168:22
177:7,14,17
178:17 197:22
200:16 227:10
240:2,9 242:3
249:3 257:3
258:6,14
270:4,8
279:23 280:12
303:2 310:16
313:8
**wiling**  112:24
**will**  6:6 7:8,
10 8:8 9:12
16:10,14
18:13,23
19:17 20:14
24:5 28:4
35:20 37:17
41:15 59:15
65:10 66:4
72:25 74:20
75:21 77:6,7
80:14 83:25
84:12 87:17,
21 88:11,19,
24 91:24
95:16 99:7
100:15 105:15
106:1,18
108:19
112:24,25
113:2 123:8

125:10,13
127:25 133:3,
24 134:13,23
135:14 138:23
139:4 144:21
145:4 146:14
147:8 151:10,
13,14,15,19
159:14 160:7,
12 161:22
164:12,14,17
165:20
170:17,18
171:15 172:23
173:14
176:11,15
186:9 188:17
191:10,16
199:19 203:4
204:3,6,9
205:24,25
209:16 215:17
219:20 221:2
224:9 225:25
226:1,4,9
230:14 233:6,
7,23 234:6,8
236:22 238:6,
7 245:20
246:1 251:8
252:25 257:19
261:2,3
262:9,23
267:3,13
268:23 269:3
272:4 278:2,
5,6 280:8
286:6 292:11,
22 294:16
298:7 301:18
305:11 306:20
312:8 320:9,
10,20
**willing**  133:1
324:21
**window**  206:25
306:6
**Winwood**
111:24

**wish**  134:4
209:3
**wishes**  7:12
**with**  7:17,21
8:11 10:8
11:14,20
12:6,17
13:14,24
14:10 16:22
17:1,6 18:23,
25 19:3,19
20:12,24
21:5,8,11,13,
22 22:4,9,14,
16,24 23:3,6,
15,17 24:8,
15,24 25:5
27:6,8,10
28:17,23 29:4
30:23 32:18,
25 38:17,22
39:7,18 41:6,
11 42:17
43:3,19 44:22
46:24 47:24
52:4 55:17
56:3,5 57:7
66:3,23 67:17
70:25 73:13
74:4 76:24,25
77:4 78:14
80:6,15
82:21,22
89:19 90:15
92:5,20 97:3,
5,6 101:24
102:25 104:4
106:23
107:19,20
108:13 111:6
112:21
114:18,23
115:12 116:4
117:14,21
118:19 120:7,
11 121:5,15,
18,19,21,24,
25 122:2,3
123:1,12,13,

15,16 124:13,
14,16,17
125:16 126:1
127:20
129:16,25
130:16 132:19
133:13 134:6,
7 135:17,18,
22 136:2,20
138:11,16
139:6,19,24
140:3,21,22,
24 143:6
144:1,17
147:10,12
149:17 150:11
151:11,13,15,
25 152:6,9
153:18,19,24
154:13 155:23
156:7,19
157:11,12,20,
21 158:3,9
159:4 160:3,
19,24 161:7,
9,23 162:5,
10,20 164:24
165:24 167:7
168:5 169:14
170:4 171:14
172:11,15
173:2,10,20
174:4 175:12
178:3,7
182:22 183:18
184:13,14,16
188:3,23
189:16 195:25
197:16 198:2
200:3 201:7
202:16 203:7
205:11 208:7,
18,23,25
209:10 211:4,
8 212:20
213:18,22,23,
24 214:7
224:25 226:7
229:25 230:13

231:1,3
233:21 234:20
235:5 238:1
239:13,14,20,
23 240:21
241:1,2
242:4,5,14
243:21 244:1,
19,21,23
245:23 247:22
249:10 251:25
252:1 253:8,
24 254:5
255:13 257:2,
7 259:4
264:1,16
265:16,17
268:4,7,18,23
269:5 270:3,
12 273:11,16,
17,23 274:23
275:17,24
277:6,7,8,13,
24,25 278:16
279:12,24
280:4,9,12,
13,24 282:20
283:13,23,24
285:16,18
286:6,23
287:8 288:1
290:19 291:5,
9,11 292:2
293:25 294:6
296:16,22,23
298:10,11
299:15,18
300:4 301:10,
14,20 302:24
308:3 310:7
311:18 312:1,
7,21 313:2
314:11 315:12
320:8,22
322:4,24
323:1 324:2,
22 326:5,7,
10,18,19

**within** 24:23
83:3 95:17
137:6 150:6
161:25 162:23
196:21 206:1
209:19 219:23
231:6 269:4
294:18
**without** 15:14
30:20 36:4
84:7 108:12
131:16 151:4
152:16 203:3
208:4 223:24
226:16 229:21
230:16 231:3
246:15 254:15
257:2 262:9,
17 263:3
267:4 270:8,
25 274:6
294:3 299:14
324:16
**witness** 6:8
8:12,16,22
9:12 17:9
20:5 22:22
23:8 24:1,18
37:23 38:8
46:9,17 51:16
63:6 68:11
71:9,25 76:3
98:23 99:12,
17 109:9
117:24 118:12
119:13 120:15
121:8 122:20
123:10,18,20,
25 125:19
126:24 127:12
129:10 130:15
131:16 132:6,
17 134:9,25
136:16,25
137:18 138:10
146:21,25
147:8 148:1,
16 149:4,15
153:14 154:17

157:15,24
160:22 161:5
162:8 164:6
171:23 174:2
178:25 180:25
181:12 182:19
190:12,23
194:23 195:10
197:9 206:13
207:16 210:22
213:5 217:16
219:19 220:5,
17 222:21
223:19 225:25
233:16 235:5
238:6,23
240:11,18
244:5,8 253:7
254:12,18
255:15,25
256:8,22
257:25
258:10,18
259:1 260:17
262:21 263:25
266:4 270:14,
25 271:12
275:19 280:16
281:18 283:20
285:23 286:19
287:17 289:7
290:6,13,22
291:8 295:3,
14,24 296:4,
10,15 297:12,
18,24 298:8
299:3,10,17
301:13 302:1,
8 303:14
304:24 305:4,
13 306:9
308:21 310:10
312:16 313:19
316:20 317:6
318:5,20
320:2 321:4,
13 322:10
323:18 325:16
326:12,18,25

327:8,16
**witness'**
221:3
**witnesses**
8:10
**won't** 153:7
233:3 241:5
244:13 261:24
279:23 305:13
**word** 109:2
147:19 232:10
253:16 289:20
290:3 300:5
**wording** 271:5
**words** 123:18
151:1 327:22
**work** 6:21
10:10 21:9
23:3 27:2
57:21 74:4
82:12 121:12
123:15 124:16
158:2 305:18
**worked** 10:12
17:1,5 48:2
114:23 273:16
**working** 15:7
23:9 46:10
136:20 138:10
173:2 181:13
276:13
**works** 89:4
112:8 133:4
156:1 162:12
274:13,14
285:17 323:23
**workshop**
250:4 253:1
**workshops**
143:5 145:13
239:21 253:9
288:1
**world** 89:14
**worth** 38:2
**would** 8:13
9:8 12:1
14:14,18,22
29:3 31:22,25

33:15,16
36:14 38:9,
10,13,14,25
39:1,13 40:5
41:6 43:6,14,
15 44:3,6,21,
24 45:16 47:2
49:19 50:3,14
52:1,22 53:4
54:21 62:8,11
64:16,22
68:2,3 70:3
71:5,7,8,9,
16,17,19,21
72:12,24
74:12,13,14,
16,22 77:5
84:17 91:11
93:8 94:1
97:2,5 99:15
101:20 102:10
104:5,15
109:17 113:19
117:11,16
118:12,19
119:1,19
120:2,16
127:18 128:6,
14 131:17
137:1,4,6
147:5,12,24
148:7,11
149:9 150:8,
11 158:24
159:17
161:12,16,18,
23,24 162:1,3
163:6 164:23,
25 168:2
171:24 174:16
176:23,25
177:10 178:3,
21,25 179:3,
9,11,13,24
182:25 183:14
187:7,13,23,
24 188:1,18,
19,21 194:12,
14,17 195:6,

14 196:1,8,20
197:1,13
198:4,5
200:11 201:20
202:21 204:2
206:3 211:15
212:21 213:15
214:10 217:5,
25 218:4
219:10,23
220:8,12
222:4,5
225:14 227:10
228:7 230:12
231:19 233:5
234:7 236:6
244:16
245:17,21
246:7,12,13
247:24
248:13,19
249:1 252:2,
3,17 254:3
256:2 257:17
260:20 261:18
268:3,20
270:12,14,16
276:22 277:2,
13,21 280:5,
21,22 281:19,
25 286:11,21,
25 290:6,7
291:8 292:6
296:16,19
297:6,10,15,
18,21,22
299:17 302:9,
15 305:22
312:19,23
313:6,9 316:9
317:23 323:24
327:12,17,21
**wouldn't**
58:16 62:12
74:20 289:22
304:6
**wrist** 33:24
42:3

**write** 87:15
88:16 104:4
113:6 127:14
233:7
**writing**
104:10 112:12
254:1
**written**
103:17
154:15,19
167:1,16
184:4 216:19
253:13 277:23
296:16
**wrong** 106:24
149:12 151:11
257:14 259:6,
17,19 269:3
295:7 300:4

---

**X**

**XYZ** 212:15

---

**Y**

**yeah** 45:12
46:21 58:3
215:2 249:22
252:6
**year** 9:22,25
203:5 207:7
208:5 211:20
318:5
**years** 10:12,
14,19 31:3,18
59:4 114:12
156:3 211:19
214:2 226:17
252:15 296:21
303:22
304:16,18
317:2
**yell** 135:2
**yelling**
135:3,6,7,11
**yes** 6:8 8:7
9:19 10:7

11:11,19
13:1,5,9 14:7
15:16,21,24
16:2,16,20,24
17:5,9 19:12,
15,21 21:1
25:4 26:20
27:3,7,16,25
28:22,25
29:2,6,10
30:3,14 31:1
34:10 35:1,17
36:8,18 37:2,
15,19 38:3
40:12 41:10,
13,21,24
42:1,15 44:1,
20 45:1,4
47:8,23 51:13
52:3,12
56:14,20,23
57:6,18 58:8,
11,20 59:14
60:12 61:3,
19,22 62:10
64:3,5,8,14
65:19 67:18,
20 68:18
69:4,18
70:14,16
72:14 73:6,9,
12,15 74:25
76:21 77:10,
16 78:4,6,21
79:11,14,17
80:13 81:17
82:2 83:10,21
84:10,22 87:2
88:5,7,15
90:22 91:8
92:15 93:5
94:9 95:2
96:12,15,19,
23 99:25
102:6,12,14
103:6,10,12,
22 107:3,9
108:6,8,16
109:8,25

110:14 112:15
113:22 114:9,
16,21 115:7,
11,14,17,20,
24 116:1,4,19
117:19 120:6,
9 121:3,19
123:22 124:2
126:11,18,21
127:17
128:15,19
129:2 131:7
133:3 134:9,
17 139:10
140:8 142:14,
18,22 143:8,
10,14,17,19,
22 144:6,9,
11,13,15
145:1,3,7,20,
25 146:6,15
148:13 149:21
152:1 154:8
156:14,17,24
157:5,8
158:15,18,21
162:18 163:14
165:12,15
166:19 167:2,
20 169:12
171:2,8
173:17,19,22
174:10,20
175:10,13
176:9,17
177:2,4,23
178:5,16
179:5,8
180:13,15,20
181:25 182:11
183:4 184:3,8
185:15 186:2,
5,14,19,21
187:9,11,18
188:6,10,12,
14 189:7,10,
12 190:15,23
191:2,5,9
192:2,5,15,

22,24 193:10,
13,16,18,20,
22 195:3
196:4,24
198:9,16,19
199:19,22
201:4,6
202:12
203:17,19
204:12 207:24
208:13,16
210:8,10,16
211:10 212:5,
23 214:13
215:5,21
216:17 217:21
218:12,24
219:13 220:17
221:14 222:17
225:5,17,19
227:1,13,17,
24 228:10
229:13,15
230:4,6,9
231:20,23
232:9,14
233:2 234:5,
15,22 235:6,9
236:19 237:21
238:13,17
239:7 240:2
241:9 242:3
243:7,9,12,
16,20,23
246:14,23
247:6,9
248:1,4,6,9,
16,21 249:7,
16,23 250:10,
12,20 251:15
252:20,23
253:25 255:7
256:15,17
257:9,12
258:4 259:12,
17,22 260:4,
7,11 261:5
262:11,15
263:7,12,17

264:14 265:1,
4,9,12,15
266:11 267:7,
11 269:2,11
272:16 273:9,
22,23 275:12,
15 276:12
277:9,15,18
279:14 282:3,
6,19,23
283:1,5,7
284:5,8,10,16
285:3,8,15
291:25 292:5,
8,10,13
293:6,21
294:15,21
296:10 297:24
298:7,20,23
299:23
300:14,17
301:2 302:17
305:5 306:25
307:2,12,16,
18 308:1,6,
11,17 309:6,
22,25 314:17,
21 317:20,24
318:15 319:15
322:23 325:13
326:12,18
327:1,9

**yes-or-no**
17:10,14
23:22,23 24:3
65:5 319:8

**yesterday**
11:15,16
42:2,7
263:11,14,15,
16

**yet** 51:4
220:20

**York** 91:5,7
165:3 302:4,5

**you** 6:5,6,15,
25 7:3,6,7,9,
11,16,17,21
8:5,8,10,15,

16,25 9:1,7,
10,14,18,22,
25 10:2,3,6,
8,10,16,17,
21,23 11:1,4,
6,9,12,16,18,
20,25 12:14,
17,24 13:2,6,
16,18,21
14:8,12,16
15:2,5,25
16:6,8,9,10,
19,21,25
17:4,7,25
18:4,25 19:4,
9,10,19,22,23
20:1,3,4,12,
24,25 21:3,4,
7,13,17,21,25
22:6,10,13,
14,17 23:5,
13,17,22,23
24:5,7,8,15,
22,24 25:3,5,
12 26:1,7,16,
22 27:6,12,
14,18,23
28:5,9,16,17,
21,23 29:4
30:20,21
31:7,22 32:5,
9,15,21,22
33:12 34:8,
22,23,24
35:13,15,16,
20,23 36:5,7,
9,21,22,24
37:9,14,18
38:13,17
39:24 40:2,
17,25 41:6,
14,19 42:2,5,
13,16,24
43:3,11,18,
22,25 44:10,
11,21,24
45:6,11 46:1,
13,19,20,22,
23,25 47:5,

10,17,18,19,
21 48:2,6,7,
13,17,22,24
49:3,6,10,11,
13,17,19
50:6,8,10,16,
25 51:6,10,
11,14,15,18,
22 52:1,4,10
53:8,10,11,
13,17,18,21,
22,24 54:3,5,
8,12,14 55:1,
11,14 56:18
57:4,11,14,17
58:6,16 59:1,
2,9,11,12,13,
15,20 61:1,8,
20 63:12,22
64:7,24 65:7,
14,21,23
66:5,7,16,18,
21,25 67:4,
21,22,25
68:6,9,16
69:5,6,7,8,
11,25 70:8,9,
23,24 71:3,9
73:3,10,17,
18,20 74:8,9,
10,13,14,16,
17,18,23
75:11,12
76:10 77:4,6,
9,24 78:7,12
79:4,7,20
80:1,6,10,17,
24 81:2,7,12,
22,25 82:7,9,
14,15,21
83:7,8,25
84:6,7,8
85:5,6,7,21
86:1,4,20
87:3 88:1,20
89:6,8,13,16,
25 90:3,11,
13,14,21,23
91:2,6,18,19,

20,22,23,24,
25 92:1,5,7,
18,24 93:19,
20,21,22,23,
24 94:3,5,8,
14,18,21
95:10,14,15
96:1,5,10
97:5,6,8,10
98:1,7,10,12,
16,18,25
99:2,14
100:8,11,15,
16,24,25
101:1,7
102:1,4,8,10,
15,20,22
103:3,5,13
104:1,2,4,23
105:1,8,11,
17,18,21
106:2,4,9,11,
14,21,22,23
107:4,8,10,
12,19,20,22
108:3,5,7,8,
10,11,15
109:6,11
110:7,17
111:5,10,22
112:7,13,17,
18,20 113:3,
4,5,6,11,14
114:7,10,15,
20,22,25
115:6,15,16,
18,21 116:11,
16,18 118:15,
19,25 119:3,
4,5,6,16,17
120:2,19,23
121:2,5,15,
22,24 122:3,
10,24 123:20,
25 124:9
125:21,23
126:10,16,17
127:8,9,11,

13,14,18,25
128:9,11,16,
25 129:1,13,
15,16,24,25
130:5,19,20,
23 131:12,14,
17,20,22,25
133:6,10,12,
17,20,23
134:6,8,13,22
135:2,9,14,
21,25 136:2,
8,9 138:15,
17,18,22
139:13,16,23
140:1,2,4,5,
15,16,17,18,
20,25 141:3,
24 142:6,11,
15,19,20
143:25
144:22,23,24
145:3 146:4,
5,7,13,14
147:5,16,20,
22 148:2,8,11
149:19 150:8
151:3,7,10,
13,14,20,23
152:4,17,18
153:9,22
154:7,22,24
155:1,20
156:9,13,18,
25 157:10,16,
22,23 158:6,7
159:6,7,8,23
160:2,3,4,10,
11,12,13
161:21 162:21
163:8,10,13
164:23
165:10,16,21
166:14 167:1,
3 168:5,8,14,
17,19,22
169:25
170:11,12,13,
14,16,18,20

| | | | |
|---|---|---|---|
| 171:10,17 173:18 174:24 175:14,18,23 176:4,8,16, 20,25 177:7, 14,17,18,21, 25 178:3,6,9, 13,17 179:3, 13,24 180:3,6 181:2,15,19, 23 182:18 183:17,18,19, 20,24 184:12, 20,24 185:2, 9,11,16,19, 20,21 186:1, 3,4,9 187:7, 18,19,20,23, 24,25 188:1, 5,6,11,15,17, 18,19,21 189:2,4,5,19 190:15 191:10,16,18, 19,21,22,23, 24 192:4 193:11,14,15, 17,19,21 194:7,11,17, 20,22 195:2, 6,10 196:1,5, 10,14,20 197:20,25 198:5,10,12, 13,17 199:2, 3,4,6,11,15, 20 200:5,7,11 201:16,20,22, 23 202:8,15, 16,21,22,23 206:1 207:12, 13,25 208:8, 9,11,22,24 209:1,2,3,15, 16,18,19,25 210:1 212:9, 10,14,20,21 214:3,5,21,22 215:4,8,10, | 16,17,18,19, 20,22 216:1, 6,10,13,15,23 217:1,8,9,20, 25 218:2,3,4, 6,7,8,11,13, 14,15,16,20, 21,23,25 219:2,7 220:1,11,13, 14,17,19 221:1,2,23, 24,25 222:16 223:1,9,11 224:8,9,12, 13,16,18,19 225:11,25 226:1,3,4,5, 6,9,14,21 227:7,14,18 228:2,5,6,7, 8,11 229:1, 20,22 230:12, 20,21,23,24, 25 233:20,21 235:16,23 236:3,15,16, 21 237:4,15, 18,21 238:16, 20 239:1,2,10 240:13,24 241:3,5,8,10, 11,17,23,24 242:2,8,19, 23,25 243:3, 8,13,14,17, 21,24 244:11, 14,24 245:1, 4,7,10,20,22, 24 246:1,4,5, 8,17,18,19, 21,25 247:4, 10,16,21 248:2,22 249:3,22 250:19,21,24 251:2,4,8,11, 17 252:2,3, 17,20,22,25 | 253:15,22 254:22 255:1, 6,11,18,21 256:4,13,18, 22 257:3,8,25 258:2,10,14, 15 259:2,3,4, 5,6,9,11,14, 15,18,20,22, 23,25 260:1, 5,8 261:2,22, 24 262:6,7,9, 13,14,16,17, 23 263:2,6, 15,21,23,24 264:4,7,13,25 265:19,21,25 266:7,13,16, 19 267:8,10, 16,17,19,20, 24,25 268:1, 13,24 269:8, 9,10,16,18,22 271:6,19,21, 22,23 272:4, 10,17,23 273:2,3,5,8, 12,15,20,24 274:1,4,7,11, 14,20,21,23 275:2,3,8,24 276:3,7,13, 15,20 277:8, 11,13,19,23 278:2,5,6,7, 17,19,23,24 279:15,16 280:2,17,19 281:6,10,12 282:9,14,15, 25 283:23 284:4,15 285:10,11,12, 13 286:6,18 287:3,7,9,13, 22 288:2,4,9, 10,13 289:9, 13,16,22 291:3,13,19, | 24 292:1,3,6, 11,16,22,25 293:7,15,17, 20,22,25 294:1,5,9,12, 13,20,22 295:2,11,16, 21 296:1,6,8 298:17,19,21 299:13 301:6 303:4,5,8,9, 19,23,25 304:4,12,21 305:10,15,16, 17,18 306:1, 3,18,20,24 307:1,4,8,9, 11,14 308:8, 9,16,18 309:2,4,5,7, 23,25 310:1, 13 311:6,7,22 312:1,17,18, 19,22 313:1, 2,6,16 314:6, 15 315:5,8, 11,16,21 316:1,2,9,15, 24 317:1,8, 10,11,12,16, 21,22,25 318:13,16 319:2,5,6,10, 11,13,19,23, 24,25 320:22 321:8 322:3, 7,20 323:5, 12,14,18,22, 24 324:5,9 325:12,16 326:10,16,21 327:12,20,21 **you're**  101:1 135:7 251:17 313:15 **your**  6:15,18, 21,23 7:1,12, 23 9:7 10:10, 23 11:1,12,22 |

12:2,4,23
13:2,20,23
15:2,14,17,
19,22 19:1,20
20:5,13,24
21:5,8,12,13,
25 22:14,15
23:17 24:7,15
25:5,15 26:12
27:8 28:6,9
32:10 33:13
35:21 37:13,
18 38:18
39:20 43:18
47:10 49:1,5
50:13 51:23
54:8 65:25
67:23,25 68:6
72:10 79:9
82:17 84:7
85:7 86:14
91:17,24 97:9
100:22 101:1
103:9 104:15
108:11 112:9,
10,17,23
113:3,7,12,23
114:7 115:22
116:20,24
117:17,18
119:3,5,19
121:4 122:7,
14,18 125:21,
22 128:25
133:23 138:21
144:23,24
146:12 151:21
152:8 154:5
155:1 156:10,
22 159:6,7
160:7,10
168:6 169:1
170:13,17,18
181:2,7
184:12,13
185:17
187:22,24
188:5,25
189:14,20

190:20 193:8
195:11,24
199:6,19
208:13 212:21
215:13
218:20,25
219:15 221:9
228:3 230:21,
25 235:17
237:18,21
241:5 243:13,
14,17,18,25
245:20 246:20
247:25 249:8,
9,13,18
251:2,8,17
252:4,20
257:21 258:2,
3,6 260:3
261:24 263:3,
5,11 264:4,22
265:19 266:8,
13 267:3
269:13 270:21
271:19,22
272:24
273:12,15,24
275:8 278:19
281:14 284:25
285:4,13
287:9 288:10
289:1,19
290:10
292:12,16
294:6 295:16
303:6 304:14,
17 305:8
306:3,4
307:5,13,14,
17,19,22
308:9,13
309:18,25
310:3 311:22
312:19 313:3
314:11 316:1,
2 317:22
320:8,13
322:3 324:10
325:2 326:15

327:3
**yourself**
135:10 181:3
195:13,25
197:16

---

### Z

**zip**  128:20
129:1 192:7
193:21 194:6
196:18 241:13
243:25
274:12,18
275:21 276:9,
16,18,19,20
311:5
**zone**  194:6
**zoned**  276:1
**zoning**  238:15
250:16 276:23
294:19