United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Airbnb, Inc., Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 19-20045-Civ-Scola |
| | ) | |
| City of Miami Beach, Defendant. | ) | |

### Order Granting Stay

The parties jointly seek a stay, asking the Court to vacate all existing deadlines in this case. The parties have also sought, and received, a stay of the TRO proceedings before United States Magistrate Judge Lauren Louis. (ECF No. 63.) Based on a review of the motion and the record in this case, the Court **grants** the motion (**ECF No. 59**).

The Court **stays** this case for ninety days , vacating the deadlines set forth in the scheduling order (ECF No. 41). The Defendant must file its response to the complaint on or before **July 11, 2019**. The parties must also submit an amended joint-discovery-plan-and-conference report on or before **July 15, 2019**.

**Done and ordered** at Miami, Florida, on April 11, 2019.

Robert N. Scola, Jr.
United States District Judge