IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 0:19-cv-20045-(Scola/Torres)

AIRBNB, INC.,

    Plaintiff,

vs.

CITY OF MIAMI BEACH,

    Defendant.
_____/

## MEDIATION REPORT AND NOTICE OF ADJOURNMENT

Pamela I. Perry, the mediator in this case, hereby submits the following Mediation Report.

1. On July 18, 2019, counsel and the parties in the above-referenced case convened at the offices of Carlton Fields Jorden Burt, Miami Tower, Suite 4200, 100 S.E. Second Street, Miami, Florida 33131 for a mediation conference in this case.

2. All required parties and their counsel were present for the mediation.

3. The mediation was adjourned pending continued negotiations.

DATED this 25th day of July, 2019.

Respectfully submitted,

/s/ *Pamela I. Perry*
Pamela I. Perry, Esq.
Fla. Bar No. 455271
PAMELA I. PERRY, P.A.
1501 Venera Avenue, Suite 300
Coral Gables, FL 33134
P: 305-670-9800
F: 305-670-9933

CASE NO. 0:19-cv-20045-(Scola/Torres)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of July, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to:

David M. Buckner
BUCKNER + MILES
3350 Mary Street
Miami, FL   33133
*Counsel for Plaintiff*

Chad Golder (*pro hac vice*)
Adele M. El-Khouri (*pro hac vice*)
MUNGER TOLLES & OLSON LLP
1155 F Street NW, 7th Floor
Washington, DC   20004-1361
*Counsel for Plaintiff*

Jonathan H. Blavin (*pro hac vice*)
MUNGER TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA   94105-4000
*Counsel for Plaintiff*

Richard J. Ocelmen
Merrick L. Gross
CARLTON FIELDS JORDEN BURT PA
Miami Tower, Suite 4200
100 S.E. Second Street
Miami, FL   33131
T:  305.530.0050
*Counsel for Defendant*

Aleksandr Boksner
Chief Deputy City Attorney
RAUL J. AGUILA, CITY ATTORNEY
CITY OF MIAMI BEACH
1700 Convention Center Dr., 4th Floor
Miami Beach, FL   33139
*Counsel for Defendant*

By: /s/  *Pamela I. Perry*

PAMELA I. PERRY, P.A., 1501 VENERA AVENUE, SUITE 300, CORAL GABLES, FL 33146 – 305-670-9800